ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

AMANI S. FLOYD (CABN 301506)
DAN M. KARMEL (NYBN 5151485)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5596
    FAX: (408) 535-5066
    Amani.Floyd@usdoj.gov
    Dan.Karmel@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 21-00267 BLF |
| Plaintiff, | **UNITED STATES' EXHIBIT LIST** |
| v. | |
| DONALD SIAO, | Pretrial Conf.: May 12, 2023 |
| | Trial Date: June 12, 2023 |
| Defendant. | |

The United States hereby submits the following Exhibit List in the above-captioned matter. The United States respectfully reserves its right to further amend its Exhibit List upon further review and as new evidence is discovered.

DATED:     May 5, 2023                              Respectfully submitted,

                                                                  ISMAIL J. RAMSEY
                                                                  United States Attorney

                                                                      /s/               
                                                                  AMANI S. FLOYD
                                                                  DAN M. KARMEL
                                                                  Assistant United States Attorneys

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

Case No.:  CR 21-00267 BLF            Trial Date:  June 12, 2023

*United States of America        vs.        DONALD SIAO*

**UNITED STATES' EXHIBIT LIST**

(X) Plaintiff                    ( ) Defendant

| Ex. No. | Description | Beg. Bates | End Bates | Marked | Admitted |
|---|---|---|---|---|---|
| 1 | Undercover recording from "Lacy Blackwell" visit on September 19, 2017 (video) | US-DS-0001103 | US-DS-0001103 | | |
| 2 | Prescription from "Lacy Blackwell" visit on September 19, 2017 (Narco) | US-DS-0001097 | US-DS-0001097 | | |
| 3 | Undercover recording from "Lacy Blackwell" visit on October 24, 2017 (video) | US-DS-0001119 | US-DS-0001119 | | |
| 4 | Prescription from "Lacy Blackwell" visit on October 24, 2017 (Narco) | US-DS-0001114 | US-DS-0001114 | | |
| 5 | Undercover recording from "Lacy Blackwell" visit on November 21, 2017 (video) | US-DS-0001136 | US-DS-0001136 | | |
| 6 | Prescription from "Lacy Blackwell" visit on November 21, 2017 (Narco) | US-DS-0001129 | US-DS-0001129 | | |
| 7 | Post-dated Prescription from "Lacy Blackwell" visit on November 21, 2017 (Narco) | US-DS-0001131 | US-DS-0001131 | | |
| 8 | Undercover recording from "Lacy Blackwell" visit on January 22, 2018 (video) | US-DS-0001167 | US-DS-0001167 | | |
| 9 | Prescription from "Lacy Blackwell" visit on January 22, 2018 (Narco) | US-DS-0001154 | US-DS-0001154 | | |
| 10 | Undercover recording from "Lacy Blackwell" visit on February 26, 2018 (video) | US-DS-0001199 | US-DS-0001199 | | |
| 11 | Prescription from "Lacy Blackwell" visit on February 26, 2018 (Narco; Xanax) | US-DS-0001186 | US-DS-0001186 | | |
| 12 | Medical Records for patient "Lacy Blackwell" | US-DS-0003163 | US-DS-0003173 | | |
| 13 | Undercover recording from "Allen McKay" visit on January 22, 2018 (video) | US-DS-0001161 | US-DS-0001161 | | |
| 14 | Undercover recording from "Allen McKay" visit on January 22, 2018, cont. (video) | US-DS-0001162 | US-DS-0001162 | | |
| 15 | Prescription from "Allen McKay" visit on January 22, 2018 (Narco) | US-DS-0001150 | US-DS-0001150 | | |
| 16 | Undercover recording from "Allen McKay" visit on April 10, 2018 (audio) | US-DS-0001230 | US-DS-0001230 | | |
| 17 | Prescription from "Allen McKay" visit on April 10, 2018 (Narco) | US-DS-0001223 | US-DS-0001223 | | |
| 18 | Undercover recording from "Allen McKay" visit on May 17, 2018 (video) | US-DS-0001265 | US-DS-0001265 | | |

| Ex. No. | Description | Beg. Bates | End Bates | Marked | Admitted |
|---|---|---|---|---|---|
| 19 | Prescription from "Allen McKay" visit on May 17, 2018 (Narco) | US-DS-0001283 | US-DS-0001283 | | |
| 20 | Undercover recording from "Allen McKay" visit on June 18, 2018 (video) | US-DS-0001308 | US-DS-0001308 | | |
| 21 | Prescription from "Allen McKay" visit on June 18, 2018 (Narco) | US-DS-0001299 | US-DS-0001299 | | |
| 22 | Medical Records for patient "Allen McKay" | US-DS-0002555 | US-DS-0002563 | | |
| 23 | Undercover recording from "Eric Thrasher" visit on February 26, 2018 (video) | US-DS-0001197 | US-DS-0001197 | | |
| 24 | Prescription from "Eric Thrasher" visit on February 26, 2018 (Narco) | US-DS-0001180 | US-DS-0001180 | | |
| 25 | Undercover recording from "Eric Thrasher" visit on April 10, 2018 (video) | US-DS-0001228 | US-DS-0001228 | | |
| 26 | Prescription from "Eric Thrasher" visit on April 10, 2018 (Narco) | US-DS-0001215 | US-DS-0001215 | | |
| 27 | Prescription from "Eric Thrasher" visit on April 10, 2018 (Marinol) | US-DS-0001217 | US-DS-0001217 | | |
| 28 | Undercover recording from "Eric Thrasher" visit on May 16, 2018 (video) | US-DS-0001255 | US-DS-0001255 | | |
| 29 | Prescription from "Eric Thrasher" visit on May 16, 2018 (Narco; Xanax) | US-DS-0001252 | US-DS-0001252 | | |
| 30 | Undercover recording from "Eric Thrasher" visit on June 18, 2018 (video) | US-DS-0001310 | US-DS-0001310 | | |
| 31 | Prescription from "Eric Thrasher" visit on June 18, 2018 (Narco; Xanax) | US-DS-0001302 | US-DS-0001302 | | |
| 32 | Medical Records for patient "Eric Thrasher" | US-DS-0002938 | US-DS-0002947 | | |
| 33 | Prescription from "Doug Kiernan" visit on May 16, 2018 (Oxycodone) | US-DS-0001277 | US-DS-0001277 | | |
| 34 | Undercover recording from "Doug Kiernan" visit on June 18, 2018 (video) | US-DS-0001312 | US-DS-0001312 | | |
| 35 | Prescription from "Doug Kiernan" visit on June 18, 2018 (Oxycodone) | US-DS-0001305 | US-DS-0001305 | | |
| 36 | Undercover recording from "Doug Kiernan" visit on July 16, 2018 (video) | US-DS-0001331 | US-DS-0001331 | | |
| 37 | Prescription from "Doug Kiernan" visit on July 16, 2018 (Oxycodone) | US-DS-0001326 | US-DS-0001326 | | |
| 38 | Undercover recording from "Doug Kiernan" visit on August 13, 2018 (video) | US-DS-0001347 | US-DS-0001347 | | |
| 39 | Prescription from "Doug Kiernan" visit on August 13, 2018 (Oxycodone) | US-DS-0001342 | US-DS-0001342 | | |
| 40 | Prescription from "Doug Kiernan" visit on August 13, 2018 (Adderall) | US-DS-0001343 | US-DS-0001343 | | |
| 41 | Medical Records for patient "Doug Kiernan" | US-DS-0002747 | US-DS-0002756 | | |
| 42 | Prescription for patient E.J., dated April 9, 2018 (Oxycodone) | US-DS-0008093 | US-DS-0008093 | | |

| Ex. No. | Description | Beg. Bates | End Bates | Marked | Admitted |
|---|---|---|---|---|---|
| 43 | Prescription for patient E.J., dated October 18, 2018 (Oxycodone/Percocet) | US-DS-0004347 | US-DS-0004347 | | |
| 44 | Prescription for patient E.J., dated November 6, 2018 (Oxycodone) | US-DS-0008096 | US-DS-0008096 | | |
| 45 | Prescription for patient E.J., dated February 13, 2019 (Oxycodone) | US-DS-0008098 | US-DS-0008098 | | |
| 46 | Medical Records for patient E.J. | US-DS-0004335 | US-DS-0004535 | | |
| 47 | Report of Autopsy re patient E.J., dated June 7, 2019 | US-DS-0004722 | US-DS-0004727 | | |
| 48 | Toxicology Report re patient E.J., dated March 17, 2019 | US-DS-0004728 | US-DS-0004731 | | |
| 49 | Prescription for patient A.J., dated May 24, 2018 (Narco) | US-DS-0008100 | US-DS-0008100 | | |
| 50 | Prescription for patient A.J., dated December 14, 2018 (Narco) | US-DS-0008084 | US-DS-0008084 | | |
| 51 | Prescription for patient A.J., dated November 1, 2019 (Oxycodone) | US-DS-0008086 | US-DS-0008086 | | |
| 52 | Prescription for patient A.J., dated December 3, 2019 (Oxycodone) | US-DS-0008088 | US-DS-0008088 | | |
| 53 | Medical Records for patient A.J. | US-DS-0004021 | US-DS-0004334 | | |
| 54 | Report of Autopsy re patient A.J., dated March 19, 2020 | US-DS-0004709 | US-DS-0004713 | | |
| 55 | Toxicology Report re patient A.J., dated Dec. 31, 2019 | US-DS-0004714 | US-DS-0004719 | | |
| 56 | CURES data re patient E.J. | US-DS-0004562 | US-DS-0004562 | | |
| 57 | CURES data re patient A.J. | US-DS-0004561 | US-DS-0004561 | | |
| 58 | Summary chart of average per patient daily MME for all California family medicine practitioners who prescribed opioids to at least 50 Medicare beneficiaries, for 2016 through 2019 | US-DS-0007260 | US-DS-0007260 | | |
| 59 | Summary chart of percentage of opioid patients for all California family medicine practitioners who prescribed opioids to at least 50 Medicare beneficiaries, for 2016 through 2019 | US-DS-0007261 | US-DS-0007261 | | |
| 60 | Interview of Dr. Siao on Nov. 7, 2018 (1 of 2) (audio) | US-DS-0001381 | US-DS-0001381 | | |
| 61 | Interview of Dr. Siao on Nov. 7, 2018 (2 of 2) (audio) | US-DS-0001382 | US-DS-0001382 | | |