ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

AMANI S. FLOYD (CABN 301506)
DAN M. KARMEL (NYBN 5151485)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5596
    FAX: (408) 535-5066
    Amani.Floyd@usdoj.gov
    Dan.Karmel@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD SIAO,<br><br>    Defendant. | Case No. CR 21-00267 BLF<br><br>**UNITED STATES' WITNESS LIST**<br><br>Pretrial Conf.:  May 12, 2023<br>Trial Date:       June 12, 2023 |

    The United States hereby submits its list of prospective witnesses who may be called to testify at trial in the government's case-in-chief.  The government respectfully reserves the right to amend this list before trial and to call additional witnesses as may be necessary during trial.

**UNITED STATES' WITNESS LIST**

| WITNESS NAME | TITLE/ROLE | SUBJECT OF TESTIMONY |
|---|---|---|
| Charles Vela | Special Agent Supervisor, California Department of Justice – Division of Medi-Cal Fraud & Elder Abuse | Investigation of Dr. Siao; execution of search warrant at Dr. Siao's office |
| Anthony Guzman | Special Agent, Drug Enforcement Administration (DEA) | Investigation of Dr. Siao; execution of search warrant for electronic patient files and prescriptions; admitting records |
| Lottie Bloxsom | Special Agent, California Department of Justice | Undercover visits with Dr. Siao; prescriptions issued; admitting videos of visits |
| Ross Martin | Special Agent, California Department of Justice | Undercover visits with Dr. Siao; prescriptions issued; admitting videos of visits |
| Eric Maher | Special Agent, California Department of Justice | Undercover visits with Dr. Siao; prescriptions issued; admitting videos of visits |
| Brian McGlinchey | Special Agent, California Department of Justice | Undercover visits with Dr. Siao; prescriptions issued; admitting videos of visits |
| Paul Short | Analyst, Drug Enforcement Administration (DEA) | Analysis of Controlled Substance Utilization Review and Evaluation System (CURES) data; creation of summary charts based on CURES data |
| Nika Aljinovic | Medical Examiner, Office of the Medical Examiner-Coroner Santa Clara County, California | Report of Autopsy for E.J. and A.J. |
| Dr. Charles Szabo | Medical Doctor | Expert testimony regarding standard of care in pain management and Dr. Siao's prescribing practices and prescriptions to the Charged Patients |
| Lauren McNulty | Senior Program Analyst, United States Department of Health and Human Services – Office of Inspector General (HHS-OIG) | Analysis of Medicare Data |

| WITNESS NAME | TITLE/ROLE | SUBJECT OF TESTIMONY |
|---|---|---|
| Ayako Chan-Hosokawa | Forensic Toxicologist, NMS Labs | Toxicology Report for E.J. |
| Jolene Bierly | Forensic Toxicologist, NMS Labs | Toxicology Report for A.J. |

**Custodian of Records / Chain of Custody**

Absent a stipulation from the defense, the government may need to call additional witnesses to testify as custodians of record or as to chain of custody issues. The government expects that the testimony of these witnesses would take no more than 15 minutes each.

DATED: May 5, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

  /s/
AMANI S. FLOYD
DAN M. KARMEL
Assistant United States Attorneys