ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

AMANI S. FLOYD (CABN 301506)
DAN M. KARMEL (NYBN 5151485)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5596
    FAX: (408) 535-5066
    Amani.Floyd@usdoj.gov
    Dan.Karmel@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 21-00267 BLF |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO SET EXPERT DISCLOSURE DEADLINE UNDER RULE 16 AND [~~PROPOSED~~] ORDER |
| v. | ) | |
| DONALD SIAO, | ) | |
| Defendant. | ) | |

Trial is scheduled to begin in the above-captioned matter on June 12, 2023. Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(ii) and (b)(1)(C)(ii), the Court is required to set a time for each party to make its expert disclosures sufficiently before trial to provide a fair opportunity for the other party to meet its evidence. In light of the foregoing, the parties stipulate and agree that the Court should set June 7, 2023 as the deadline for the parties' expert disclosures.

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: June 6, 2023

/s/
AMANI S. FLOYD
DAN M. KARMEL
Assistant United States Attorneys

DATED: June 6, 2023

/s/
SCOTT FURSTMAN
Counsel for Defendant DONALD SIAO

### [PROPOSED] ORDER

With the consent of the parties, IT IS HEREBY ORDERED that the deadline for each party to make its expert disclosures in the above-captioned matter pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and (b)(1)(C) is June 7, 2023.

IT IS SO ORDERED.

DATED: June 6, 2023

HON. BETH LABSON FREEMAN
United States District Judge