UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL**: 0 Hours 58 Minutes

## CRIMINAL MINUTES - JURY TRIAL

**Judge:** Beth Labson Freeman
**Date:** 6/9/2023
**Case No:** 5:21-cr-0267-BLF

**Courtroom Deputy:** Tiffany Salinas-Harwell
**Court Reporter:** Irene Rodriguez

# USA v. SIAO

Attorney(s) for Plaintiff(s):   Amani Floyd, Dan Karmel
Attorney(s) for Defendant(s):   Scott Furstman

### PROCEEDINGS

**PLEASE SEE TRIAL LOG ATTACHED**

### ORDER AFTER HEARING:

**Further Jury Selection set for 6/12/2023 at 9:00 a.m.**

///

Tiffany Salinas-Harwell
*Courtroom Deputy*
Original: **E-Filed**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Case No:** 5:21-cr-00267-BLF          **Case Name:** USA v. SIAO

## TRIAL LOG

| **JUDGE:** Beth Labson Freeman | **REPORTER(S):** Irene Rodriguez | **CLERK:** Tiffany Salinas-Harwell |
|---|---|---|

**TRIAL DATE:** 6/9/2023

| GOV NO. | DEF NO | TIME | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:09 | | | Call to Order | |
| | | 9:09 | | | The Court Addresses Jury Questionnaire with Jury Group # 1 | |
| | | 9:38 | | | The Court Recesses for Jury Group # 1 Questionnaire Process | |
| | | 11:06 | | | Call to Order | |
| | | 11:06 | | | The Court Addresses Jury Questionnaire with Jury Group # 2 | |
| | | 11:35 | | | The Court Recesses Jury Group # 2 Questionnaire Process and Evening | |

Page 1 of 1