```
SCOTT S. FURSTMAN (CSBN 76476)
Attorney at Law
Bascom Commerce Center
1190 South Bascom Avenue, Suite 213
San Jose, CA 95128
Telephone: (888) 315-3055
Facsimile: (650) 666-2785
Email: scottfurstman@gmail.com

Attorney for Defendant
Donald Siao
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 21-00267 BLF |
| Plaintiff, | |
| vs. | **DEFENDANT'S AMENDED WITNESS LIST** |
| DONALD SIAO, | |
| Defendant. | Trial Date:   June 12, 2023 |

The Defendant hereby submits this Amended Witness List adding Maria Diaz as a prospective witness.

//
//
//
//
//
//
//
//
//

-1-
DEFENDANT'S AMENDED WITNESS LIST

**DEFENDANT'S WITNESS LIST**

| WITNESS NAME | TITLE/ROLE | SUBJECT OF TESTIMONY |
|---|---|---|
| Raul Fernandez | Support Staff | |
| Anabel Cadena Sandoval | Support Staff | |
| Karina Lisseth Martinez | Support Staff | |
| Gail Story | Support Staff (biller) | |
| David Cruse | Support Staff (office manager) | |
| Yessica Castillo | Support Staff | |
| Rory Nichols, PAC | Professional Staff | |
| Sio Feng, NP | Professional Staff | |
| Elizabeth Roman, PAC | Professional Staff | |
| Shashwati Kale, MD | Professional Staff | |
| Dominic Chiong, MD | Professional Staff | |
| Justin Lo, MD | Professional Staff | |
| Jerry Calloway, MD | Professional Staff | |
| Kuljeet Rai, MD | Professional Staff | |
| Jorge Contreras, MD | Professional Staff | |
| Kevin Dang | Professional Staff (pharmacist) | |
| Miguel Taime | Patient of Dr. Siao's | |
| Maria Diaz | Patient of Dr. Siao's | |
| Kristi Pustka Baker | Patient of Dr. Siao's | |
| Elizabeth Hancock | Patient of Dr. Siao's | |
| Robert Poulson | Patient of Dr. Siao's | |
| Maria Diaz | Patient of Dr. Siao's | |
| William Klein, MD | Expert Witness | |

**Custodian of Records / Chain of Custody**

Absent a stipulation from the government, the defense may need to call additional witnesses to testify as custodians of record or as to chain of custody issues. The defense expects that the testimony of these witnesses would take no more than 15 minutes each.

Dated: June 15, 2023                    Respectfully submitted,


                                          */s/ Scott S. Furstman*
                                        SCOTT S. FURSTMAN, Attorney for
                                        Defendant

-3-
DEFENDANT'S AMENDED WITNESS LIST