```
 1                      UNITED STATES DISTRICT COURT
 2                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE DIVISION
 3

 4        UNITED STATES OF AMERICA,
                                       CASE NO.  CR-21-00267 BLF
 5                PLAINTIFF,
                                       SAN JOSE, CALIFORNIA
 6           VS.
                                       JUNE 9, 2023
 7        DONALD SIAO,
                                       JURY VOIR DIRE
 8                DEFENDANT.
                                       PAGES 1 - 39
 9

10                           TRANSCRIPT OF TRIAL
                  BEFORE THE HONORABLE BETH LABSON FREEMAN
11                UNITED STATES DISTRICT JUDGE AND A JURY

12
          A-P-P-E-A-R-A-N-C-E-S
13
          FOR THE PLAINTIFF:   OFFICE OF THE UNITED STATES ATTORNEY
14                             BY:   AMANI S. FLOYD
                                     DAN M. KARMEL
15                             150 ALMADEN BOULEVARD, SUITE 900
                               SAN JOSE, CALIFORNIA 95113
16

17        FOR THE DEFENDANT:   LAW OFFICES OF SCOTT S. FURSTMAN
                               BY:  SCOTT S. FURSTMAN
18                             1631 WILLOW STREET, SUITE 100
                               SAN JOSE, CALIFORNIA 95125
19
                    (APPEARANCES CONTINUED ON THE NEXT PAGE.)
20

21        OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                     CERTIFICATE NUMBER 8074
22

23           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
          TRANSCRIPT PRODUCED WITH COMPUTER.
24

25
```

1

A P P E A R A N C E S:  (CONT'D)

2

ALSO PRESENT:             U.S. ATTORNEY'S OFFICE
3                          BY:  MIMI LAM, PARALEGAL

4                          DRUG ENFORCEMENT ADMINISTRATION
                           BY:  ANTHONY GUZMAN
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1      SAN JOSE, CALIFORNIA                        JUNE 9, 2023

2

                      P R O C E E D I N G S
3

4          (COURT CONVENED AT 9:09 A.M.)

09:09AM  5          (PROSPECTIVE JURY PANEL IN AT 9:09 A.M.)

09:09AM  6              THE COURT:  MY NAME IS JUDGE BETH FREEMAN.  I'LL BE

09:09AM  7      PRESIDING OVER THIS TRIAL.  I WANT TO WELCOME ALL OF YOU TO

09:09AM  8      JURY DUTY.  I KNOW NONE OF YOU VOLUNTEERED TO BE HERE TODAY,

09:09AM  9      AND I'M SURE IT CAME ON A DAY THAT WAS REALLY INCONVENIENT TO

09:10AM  10     YOU.  THAT'S THE NATURE OF JURY DUTY, WHERE WE ASK YOU TO STOP

09:10AM  11     WHAT YOU'RE DOING AND BE HERE IN COURT.

09:10AM  12         SO I THANK YOU FOR IT.  I KNOW IT IS YOUR CIVIC

09:10AM  13     OBLIGATION, AND I KNOW WE SENT YOU A SUMMONS, BUT I'M STILL

09:10AM  14     VERY GRATEFUL FOR YOUR APPEARANCE HERE TODAY.

09:10AM  15         WE ARE BEGINNING THE JURY SELECTION IN A CRIMINAL JURY

09:10AM  16     TRIAL, AND WE ARE BEGINNING THE PROCESS OF SELECTING A JURY.

09:10AM  17         SO LET ME JUST TELL YOU A LITTLE BIT ABOUT JURY SERVICE.

09:10AM  18     I KNOW FOR SOME OF YOU, YOU MAY NEVER HAVE BEEN IN A

09:10AM  19     COURTHOUSE, AND I'M ALSO PRETTY SURE MOST OF YOU HAVE NEVER

09:10AM  20     BEEN IN A FEDERAL COURTHOUSE.  SO WE ALL GET CALLED FOR JURY

09:10AM  21     DUTY PRETTY FREQUENTLY IN OUR COUNTY.

09:10AM  22         IN FACT, I HAVE JURY DUTY NEXT MONTH IN MY COUNTY, AND I'M

09:10AM  23     SURE MOST OF YOU HAVE GOTTEN THAT POSTCARD IN THE MAIL FROM THE

09:10AM  24     COUNTY YOU LIVE IN.  AND MANY OF YOU MAY HAVE SERVED ON A JURY

09:10AM  25     OR AT LEAST COME IN FOR THIS PART OF JURY SERVICE.
```

09:10AM 1     FEDERAL JURY SERVICE IS REALLY NOT DIFFERENT THAN STATE

09:11AM 2  JURY SERVICE.  WE'RE IN A DIFFERENT COURTHOUSE.  WE USE

09:11AM 3  DIFFERENT LAWS.  WE USE FEDERAL LAWS.  THE STATE USES STATE

09:11AM 4  LAWS, BUT WE HAVE TRIALS IN CIVIL AND CRIMINAL CASES JUST LIKE

09:11AM 5  THE STATE COURT.

09:11AM 6     BEING A JUROR IS ONE OF THOSE VERY FEW CIVIC OBLIGATIONS

09:11AM 7  THAT OUR CONSTITUTION REQUIRES OF US.  WE DON'T ACTUALLY HAVE A

09:11AM 8  CHOICE IN THE MATTER.

09:11AM 9     AND SO I REALLY WANT TO EXPLAIN TO YOU WHY THAT OBLIGATION

09:11AM 10 IS SO IMPORTANT.  IN EVERY TRIAL THE PARTIES HAVE A

09:11AM 11 CONSTITUTIONAL RIGHT TO HAVE A JURY SIT IN JUDGMENT OF THE

09:11AM 12 FACTS OF THE CASE.  YOU ALL HAVE THAT RIGHT AND SO DO I.

09:11AM 13    THIS IS OUR CONSTITUTION THAT PROTECTS ALL OF US, AND SO

09:11AM 14 IT IS SOMETHING THAT WE CAN ALL BE PROUD OF.

09:12AM 15    NOW, I KNOW MANY OF YOU MAY BE CONCERNED THAT BECAUSE YOU

09:12AM 16 HAVEN'T STUDIED LAW AND YOU MAY NOT KNOW ANYTHING ABOUT THE

09:12AM 17 SUBJECT MATTER OF THIS CASE, THAT YOU JUST DON'T FEEL QUALIFIED

09:12AM 18 TO BE A JUROR IN THE CASE.

09:12AM 19    BUT, IN FACT, IT'S THE VERY CIRCUMSTANCE THAT YOU ARE NOT

09:12AM 20 LAWYERS AND THAT YOU HAVE NOT STUDIED THE SUBJECT MATTER THAT

09:12AM 21 MAKES YOU IMPORTANT, NEUTRAL INDIVIDUALS TO SERVE ON A JURY.

09:12AM 22    AND I ACTUALLY BELIEVE THAT JURIES ARE THE REASON THAT WE

09:12AM 23 IN OUR COMMUNITY HAVE CONFIDENCE IN OUR JUDICIAL SYSTEM BECAUSE

09:12AM 24 ALL OF YOU COME WITHOUT AN AX TO GRIND, WITHOUT AN AGENDA, AND

09:12AM 25 YOU SIT IN JUDGMENT OF THE EVIDENCE IN THE CASE.

09:12AM  1          NOW, FOR THOSE OF YOU CONCERNED, AND IT'S PROBABLY ALL OF

09:12AM  2     YOU THAT YOU DON'T KNOW ANYTHING ABOUT THE LAW, THAT IS MY JOB.

09:12AM  3     AND IT IS MY JOB TO PROVIDE THE LAW TO YOU, AND IT IS IN THE

09:13AM  4     FORM OF WHAT WE CALL JURY INSTRUCTIONS.

09:13AM  5          AND SO YOUR JOB AS JURORS, ALTHOUGH IT IS A HARD JOB, IS

09:13AM  6     VERY MANAGEABLE BY ANY CITIZEN.  YOUR JOB IS TO DECIDE WHAT

09:13AM  7     HAPPENED IN THE CASE AND TO APPLY THOSE FACTS THAT YOU FIND TO

09:13AM  8     THE LAW THAT I GIVE YOU.

09:13AM  9          AND SO A JURY SITS AND LISTENS TO EVIDENCE THAT COMES IN

09:13AM  10    IN TWO FORMS:  WITNESSES WHO SIT HERE ON THE WITNESS STAND AND

09:13AM  11    TAKE AN OATH TO TELL THE TRUTH AND DOCUMENTS THAT I ADMIT IN

09:13AM  12    EVIDENCE.  AND YOU CONSIDER ALL OF THAT.  YOU HAVE TO WAIT

09:13AM  13    UNTIL ALL OF THE EVIDENCE IS IN AND BEFORE YOU DELIBERATE AND

09:13AM  14    RENDER A VERDICT IN THE CASE.

09:13AM  15         SO I'M GOING TO EXPLAIN A LOT MORE OF THAT ON MONDAY.  WE

09:13AM  16    ACTUALLY HAVE A TWO PART IT AND TAKES TWO DAYS TO SELECT A

09:13AM  17    JURY.

09:14AM  18         TODAY IS AN IMPORTANT FIRST STEP.  I WANT YOU TO KNOW THAT

09:14AM  19    YOU ARE THE FIRST OF TWO GROUPS THAT I WILL BE SEEING.  SINCE

09:14AM  20    COVID, WE TRY NOT TO PACK THE COURTROOM WITH TOO MANY PEOPLE,

09:14AM  21    AND SO THAT'S WHY I DO IT IN TWO STEPS, SO YOU ARE NOT THE ONLY

09:14AM  22    ONES THAT I WILL BE TALKING TO.  ON MONDAY WHEN YOU RETURN,

09:14AM  23    THERE WILL BE OTHERS WHO WILL RETURN WITH YOU.

09:14AM  24         WE ARE LOOKING TO PICK A JURY OF 12 PEOPLE AND 2 ALTERNATE

09:14AM  25    JURORS.  AND SO EVEN WITH A GROUP HERE, YOU CAN LOOK AROUND AND

09:14AM 1    YOU CAN REALIZE THAT YOU WON'T ALL BE SELECTED, AND WE'LL TALK

09:14AM 2    ABOUT THAT PROCESS.

09:14AM 3         IN ORDER FOR ME TO PICK A JURY, I WANT YOU TO KNOW WHAT

09:14AM 4    I'M LOOKING FOR.  I'M NOT LOOKING FOR ANY SKILL, I'M NOT

09:14AM 5    LOOKING FOR ANY EDUCATION, AND I'M CERTAINLY NOT LOOKING FOR

09:14AM 6    VOLUNTEERS.

09:14AM 7         WHAT I'M LOOKING FOR IS A GROUP OF PEOPLE WHO CAN BE FAIR

09:14AM 8    AND OPEN MINDED, WHO CAN LISTEN TO AND SEE ALL OF THE EVIDENCE

09:15AM 9    FROM BOTH SIDES BEFORE YOU RENDER A VERDICT AFTER

09:15AM 10   DELIBERATIONS.

09:15AM 11        DELIBERATIONS ARE A GROUP PROJECT.  YOU HAVE TO ALL 12 BE

09:15AM 12   IN A ROOM TOGETHER AND TALKING ABOUT THE CASE.  AND IT'S

09:15AM 13   IMPORTANT AS WE GO THROUGH THE JOB OF PICKING A JURY THAT WE

09:15AM 14   GET TO KNOW SOMETHING ABOUT EACH OF YOU.  NOT EVERYONE CAN BE

09:15AM 15   FAIR AND OPEN MINDED AND NOT EVERYONE CAN BE FAIR AND OPEN

09:15AM 16   MINDED ALL OF THE TIME.

09:15AM 17        AND SO PART OF THE JURY SELECTION PROCESS AND REALLY FROM

09:15AM 18   MY STANDPOINT, THE MOST IMPORTANT PART IS TO TALK TO YOU AND

09:15AM 19   FIND OUT IF YOU CAN BE FAIR AND OPEN MINDED, IF YOU WILL FOLLOW

09:15AM 20   THE LAW, THAT IS THE OBLIGATION OF A JURY, AND YOU TAKE AN OATH

09:15AM 21   TO DO THAT, AND IF YOU CAN PUT ASIDE ANY BIASES THAT YOU MAY

09:16AM 22   HAVE THAT WOULD AFFECT THE WAY THAT YOU LOOK AT THE EVIDENCE.

09:16AM 23        SO LET ME TALK ABOUT BIAS FOR A MINUTE.  YOU WILL HEAR ME

09:16AM 24   REPEAT THIS ISSUE OVER AND OVER AGAIN, AND THAT IS, IT'S NOT

09:16AM 25   ABOUT ANYTHING ABOUT ANY OF YOU.  IT'S BECAUSE IT'S SO

09:16AM  1      IMPORTANT TO THE FAIRNESS OF A TRIAL THAT I CONTINUE TO TALK

09:16AM  2      ABOUT IT.

09:16AM  3           SO WE ALL HAVE BIASES.  THE WORD "BIAS" MAKES SOME OF US

09:16AM  4      CRINGE A LITTLE BIT BECAUSE IT'S NOT SOMETHING THAT ANY OF YOU

09:16AM  5      WANTS TO HAVE.  BUT A BIAS IS THE SAME THING AS A PREFERENCE.

09:16AM  6           SO I THINK IF YOU PUT THAT LENS ON IT, WE ALL HAVE

09:16AM  7      PREFERENCES.  I PREFER BREAD TO CAKE, ALL RIGHT.  THAT'S A

09:16AM  8      PREFERENCE.  AND IF YOU PUT BOTH IN FRONT OF ME, I'M GOING TO

09:16AM  9      TAKE THAT SLICE OF BREAD BEFORE I TAKE THAT PIECE OF CAKE EVERY

09:16AM  10     DAY.  I HAVE A BIAS IN FAVOR OF BREAD.

09:16AM  11          BUT IF I HAD TWO WITNESSES AND THEY CAME FROM DIFFERENT

09:17AM  12     BACKGROUNDS AND I HAD A PREFERENCE FOR ONE AND NOT THE OTHER,

09:17AM  13     THAT'S THE KIND OF BIAS THAT CAN HARM THE FAIRNESS OF A TRIAL.

09:17AM  14          SO WE ALL HAVE PREFERENCES.  AND WE ALL HAVE BIASES.

09:17AM  15          OUR BIASES DON'T COME INTO PLAY EVERY DAY BECAUSE IF YOU

09:17AM  16     PUT BROCCOLI AND STRING BEANS IN FRONT OF ME, BY BREAD BIAS

09:17AM  17     ISN'T EVEN AN ISSUE.  I USE AN EXAMPLE THAT IS SO FAR FROM

09:17AM  18     ANYTHING THAT WE ARE CONCERNED ABOUT, I DON'T MEAN TO DIMINISH

09:17AM  19     IT.  BUT I JUST WANT TO SHOW YOU THAT IT -- YOU MAY RECOGNIZE

09:17AM  20     IN YOURSELF A BIAS.  BUT YOU LOOK AT WHAT I'M GOING TO EXPLAIN

09:17AM  21     TO YOU ABOUT THE CASE AND YOU MAY SAY, OKAY, THAT'S JUST NOT

09:17AM  22     EVEN GOING TO BE A SUBJECT MATTER HERE SO IT'S, IT'S NOT --

09:17AM  23     IT'S NOT RELEVANT, AND SO WE WON'T NECESSARILY NEED TO KNOW

09:17AM  24     ABOUT IT.

09:17AM  25          BUT IN THE JURY QUESTIONING WE'RE GOING TO BE ASKING YOU

09:17AM 1    IF YOU HAVE A BIAS THAT YOU THINK MIGHT AFFECT YOUR ABILITY TO

09:18AM 2    BE FAIR.

09:18AM 3         SO I'M NOT GOING TO GO INTO THOSE QUESTIONS NOW.  WE'RE

09:18AM 4    GOING TO DO THAT ON MONDAY, BUT I REALLY WANT TO INTRODUCE THE

09:18AM 5    TOPIC, BECAUSE SOMETIMES WE'RE NOT REALLY AWARE OF OUR BIASES.

09:18AM 6    SOMETIMES EITHER WE DON'T WANT TO THINK ABOUT IT OR SOMETIMES

09:18AM 7    WE HAVE WHAT ARE CONSIDERED ARE IMPLICIT BIASES, THINGS THAT WE

09:18AM 8    DON'T EVEN REALLY KNOW, BUT WE KIND OF ACT ON THEM.

09:18AM 9         YOU KNOW, IT'S LIKE SOMETHING YOU DON'T KNOW IS NOT

09:18AM 10   SOMETHING THAT YOU CAN THEN AUTOMATICALLY KNOW.  THIS IS ONE OF

09:18AM 11   THOSE TRICKY THINGS OF JUST GETTING YOU TO THINK ABOUT DO I

09:18AM 12   HAVE KIND OF AN AUTOMATIC RESPONSE WHEN I SEE SOMETHING?  SOME

09:18AM 13   OF YOU MIGHT NOT HAVE EVEN THOUGHT ABOUT IT.  SO I WANT YOU TO

09:18AM 14   KIND OF THINK ABOUT THAT, AND WE WILL ADDRESS THOSE ISSUES WHEN

09:18AM 15   YOU COME BACK.

09:18AM 16        NOW, WHAT I'M GOING TO DO THIS MORNING, I'M GOING TO

09:18AM 17   GENERALLY INTRODUCE YOU TO THE CASE.  I'M GOING TO EXPLAIN TO

09:19AM 18   YOU WHAT I WANT YOU TO DO FOR ME TODAY.  AND YOU WILL BE

09:19AM 19   LEAVING HERE PROBABLY IN AN HOUR OR SO FOR THE REST OF THE DAY.

09:19AM 20   SO YOU'RE NOT HERE ALL DAY, AND I'M SURE MANY OF YOU WILL BE

09:19AM 21   GRATEFUL FOR THAT.

09:19AM 22        SO THIS CASE IS CALLED THE UNITED STATES VERSUS

09:19AM 23   DONALD SIAO.  I'M GOING TO INTRODUCE LEAD COUNSEL IN BOTH

09:19AM 24   SIDES, AND THEY CAN INTRODUCE THEIR TEAMS.

09:19AM 25        FOR THE UNITED STATES, ASSISTANT UNITED STATES ATTORNEY

09:19AM  1     AMANI FLOYD.

09:19AM  2          MS. FLOYD.

09:19AM  3               MS. FLOYD:  HELLO.  I'M ASSISTANT U.S. ATTORNEY

09:19AM  4     AMANI FLOYD.

09:19AM  5          RIGHT HERE TO MY LEFT IS ASSISTANT U.S. ATTORNEY

09:19AM  6     DAN KARMEL.

09:19AM  7          AND THEN WE HAVE DEA, A DRUG ENFORCEMENT ADMINISTRATION

09:19AM  8     SPECIAL AGENT TONY GUZMAN.

09:19AM  9          AND THEN AT THE END WE HAVE PARALEGAL MIMI LAM.

09:19AM  10              THE COURT:  THANK YOU, MS. FLOYD.

09:19AM  11         AND COUNSEL FOR DEFENSE, SCOTT FURSTMAN.

09:19AM  12         MR. FURSTMAN, IF YOU WOULD INTRODUCE YOURSELF.

09:20AM  13              MR. FURSTMAN:  YES, THANK YOU.

09:20AM  14         GOOD MORNING, LADIES AND GENTLEMEN.  IF YOU'LL EXCUSE MY

09:20AM  15     BACK, MY NAME IS SCOTT FURSTMAN.  I REPRESENT DR. SIAO.  HE'S

09:20AM  16     SEATED TO MY LEFT OR RIGHT IF I AM LOOKING TO YOU.

09:20AM  17         THANK YOU FOR YOUR AGREEMENT TO SERVE OR POTENTIALLY

09:20AM  18     AGREEMENT.  THANK YOU.

09:20AM  19              THE COURT:  THANK YOU, MR. FURSTMAN.

09:20AM  20         I TOLD YOU THE NAME OF THE CASE.  THIS IS A CRIMINAL CASE.

09:20AM  21     AND I'M GOING TO READ TO YOU WHAT I CALL A NEUTRAL STATEMENT OF

09:20AM  22     THE CASE.  THIS STATEMENT IS INTENDED TO LET YOU KNOW WHAT THE

09:20AM  23     SUBJECT MATTER OF THE TRIAL WILL BE AND TO ASSIST YOU IN

09:20AM  24     UNDERSTANDING WHY WE ARE ASKING YOU CERTAIN QUESTIONS.  IT IS

09:20AM  25     NOT EVIDENCE IN THE CASE.  I'LL GO OVER THIS IN MORE DETAIL

09:20AM 1      NEXT WEEK.

09:20AM 2          IN A CRIMINAL CASE, OUR UNITED STATES CONSTITUTION

09:20AM 3      GUARANTEES TO EACH ONE OF US THAT A DEFENDANT CHARGED WITH A

09:21AM 4      CRIME IS PRESUMED TO BE INNOCENT UNLESS AND UNTIL A JURY FINDS

09:21AM 5      BEYOND A REASONABLE DOUBT THAT THE CHARGES AGAINST HIM ARE

09:21AM 6      TRUE.

09:21AM 7          SO I DO NOT GIVE YOU EVIDENCE IN READING THIS NEUTRAL

09:21AM 8      STATEMENT.  THE ATTORNEYS, WHEN THEY SPEAK, DO NOT GIVE YOU

09:21AM 9      EVIDENCE.  ONLY WITNESSES ON THE WITNESS STAND AND DOCUMENTS

09:21AM 10     THAT I ADMIT INTO EVIDENCE ARE EVIDENCE.

09:21AM 11         AND SO WHEN YOU HEAR THIS STATEMENT, IT'S HUMAN NATURE TO

09:21AM 12     TRY TO DRAW CONCLUSIONS FROM WHATEVER WE HAVE.  THIS IS NOT

09:21AM 13     EVIDENCE.  DO NOT DRAW CONCLUSIONS.  THIS IS LIKE READING A

09:21AM 14     MOVIE -- SEEING A MOVIE TRAILER AND YOU THINK, DO YOU KNOW WHAT

09:21AM 15     THE MOVIE IS ABOUT?  NO, NOT REALLY.  I MIGHT KNOW THE SUBJECT

09:21AM 16     MATTER OF IT.  YOU'RE GOING TO SEE THIS MOVIE AND YOU'RE GOING

09:21AM 17     TO BE ABLE TO MAKE SOME DETERMINATIONS.

09:21AM 18         SO WHEN I READ THIS TO YOU, I WANT YOU TO KEEP IN MIND

09:22AM 19     THAT IT IS NOT EVIDENCE.

09:22AM 20         THIS IS A CRIMINAL CASE BROUGHT BY THE UNITED STATES

09:22AM 21     AGAINST DONALD SIAO, A FAMILY MEDICINE PHYSICIAN PRACTICING IN

09:22AM 22     SAN JOSE.

09:22AM 23         DR. SIAO IS ACCUSED OF PRESCRIBING THE DRUGS OXYCODONE

09:22AM 24     AND/OR HYDROCODONE, ACETAMINOPHEN KNOWN AS NORCO TO UNDERCOVER

09:22AM 25     OFFICERS AND TWO OF HIS PATIENTS, KNOWING OR INTENDING THAT

09:22AM 1    THOSE PRESCRIPTIONS WERE NOT ISSUED FOR A LEGITIMATE MEDICAL

09:22AM 2    PURPOSE IN THE USUAL COURSE OF HIS PROFESSIONAL PRACTICE.

09:22AM 3         COUNTS ONE THROUGH FOUR IN THE CASE INVOLVE FOUR CHARGED

09:22AM 4    PRESCRIPTIONS ISSUED BY DR. SIAO TO UNDERCOVER OFFICERS BETWEEN

09:22AM 5    FEBRUARY 2018 AND JULY 2018.

09:22AM 6         COUNTS FIVE THROUGH EIGHT INVOLVE FOUR CHARGED

09:22AM 7    PRESCRIPTIONS ISSUED BY DR. SIAO TO PATIENT E.J. BETWEEN

09:23AM 8    APRIL 2018 AND FEBRUARY 2019.

09:23AM 9         COUNTS NINE THROUGH TWELVE INVOLVE FOUR CHARGED

09:23AM 10   PRESCRIPTIONS ISSUED BY DR. SIAO TO A PATIENT A.J. BETWEEN

09:23AM 11   MAY 2018 AND DECEMBER 2019.

09:23AM 12        DR. SIAO MAINTAINS HIS INNOCENCE.

09:23AM 13        NOW, LET ME JUST REMIND YOU AGAIN, THIS IS NOT EVIDENCE.

09:23AM 14   THIS IS ONLY THE SUBJECT MATTER OF THE CASE THAT THE JURORS

09:23AM 15   WILL HEAR.

09:23AM 16        NOW, LET ME EXPLAIN TO YOU WHAT WE'RE GOING TO DO TODAY.

09:23AM 17   THERE ARE A LOT OF QUESTIONS I NEED TO ASK EACH OF YOU, AND

09:23AM 18   IT'S VERY TIME CONSUMING IF WE DO IT ONE AT A TIME HERE IN THE

09:23AM 19   COURTROOM.  SO I AM ALWAYS INTERESTED IN RESPECTING YOUR TIME

09:23AM 20   AND MOVING THE CASE ALONG AS EFFICIENTLY AS I CAN.

09:23AM 21        SO THIS MORNING I AM GOING TO HAVE YOU ANSWER MOST OF THE

09:24AM 22   QUESTIONS IN WRITING, AND WHEN YOU ARE DONE FILLING OUT THE

09:24AM 23   QUESTIONNAIRE, YOU WILL TURN IT BACK IN TO MY COURTROOM DEPUTY,

09:24AM 24   MS. FANTHORPE, AND THEN YOU MAY LEAVE FOR THE DAY.

09:24AM 25        SO I'M GOING TO GO OVER THIS WITH YOU.  I'M GOING TO GO

| | | |
|---|---|---|
| 09:24AM | 1 | OVER YOUR OBLIGATIONS.  AND SO I'VE GOT QUITE A BIT OF |
| 09:24AM | 2 | INSTRUCTIONS, AND THANK YOU FOR THAT. |
| 09:24AM | 3 | THIS QUESTIONNAIRE HAS INSTRUCTIONS ON IT ABOUT HOW TO |
| 09:24AM | 4 | FILL IT OUT. |
| 09:24AM | 5 | NOW THAT YOU KNOW THE SUBJECT MATTER OF THE CASE, YOU WILL |
| 09:24AM | 6 | UNDERSTAND WHY WE ARE ASKING YOU MANY OF THESE QUESTIONS. |
| 09:24AM | 7 | THESE ARE NOT QUESTIONS THAT YOU WOULD BE ASKED EVERY DAY |
| 09:24AM | 8 | AND NOT IN EVERY CASE.  MANY OF THEM ARE SIMPLY YES OR NO |
| 09:24AM | 9 | QUESTIONS.  IT STARTS OUT WITH VERY BASIC INFORMATION, YOUR |
| 09:24AM | 10 | NAME, WHAT CITY OR TOWN YOU LIVE IN, WHAT KIND OF WORK YOU DO, |
| 09:24AM | 11 | WHAT OTHER ADULTS LIVE IN YOUR HOUSEHOLD AND WHAT WORK THEY DO. |
| 09:25AM | 12 | WE NEED SOME BASIC INFORMATION ABOUT YOU. |
| 09:25AM | 13 | AND THEN THE QUESTIONS GO INTO ISSUES THAT MAY HAVE |
| 09:25AM | 14 | OCCURRED IN YOUR LIFE THAT ARE GOING TO BE THE TOPIC OF |
| 09:25AM | 15 | EVIDENCE IN THIS CASE.  SO LET ME JUST GO BACK OVER THAT WHILE |
| 09:25AM | 16 | WE'RE ASKING YOU THESE QUESTIONS. |
| 09:25AM | 17 | SOMETIMES PEOPLE HAVE LIFE EXPERIENCES THAT ARE SO |
| 09:25AM | 18 | SIGNIFICANT THAT IT COLORS EVERYTHING ELSE THEY SEE THAT IS |
| 09:25AM | 19 | SIMILAR TO IT AND THEY CAN'T SEPARATE THEIR OWN LIFE EXPERIENCE |
| 09:25AM | 20 | FROM SOMEBODY ELSE'S.  THAT'S NATURAL. |
| 09:25AM | 21 | NOT ALL OF US ARE THAT WAY.  MANY OF US CAN SAY THIS |
| 09:25AM | 22 | HAPPENED TO ME, BUT I KNOW IT WAS ONLY ME AND I CAN PUT THAT |
| 09:25AM | 23 | ASIDE, AND I CAN CONSIDER THE EVIDENCE HERE. |
| 09:25AM | 24 | IF YOU WERE ON A HIKE AND TRIPPED AND FELL, YOU MIGHT KNOW |
| 09:26AM | 25 | THAT THE TRAIL WAS DANGEROUS FOR YOU, BUT IT WOULDN'T |

09:26AM  1    NECESSARILY MEAN THAT IT WAS DANGEROUS FOR EVERY OTHER HIKER

09:26AM  2    THAT WAS ON THE TRAIL.

09:26AM  3         SO IT'S A MATTER OF YOU KNOW WHAT HAPPENED TO YOU, BUT ARE

09:26AM  4    YOU ABLE TO PUT THAT ASIDE AND CONSIDER WHAT HAPPENED IN THIS

09:26AM  5    CASE, BECAUSE YOUR JOB IS TO DECIDE WHAT HAPPENED.  YOU ARE THE

09:26AM  6    JUDGES OF THE FACTS IN THE CASE.  AND SO IT'S IMPORTANT THAT

09:26AM  7    YOU NOT HAVE -- BE SO INFLUENCED BY YOUR OWN EXPERIENCE.  AND

09:26AM  8    IF YOU CAN'T MAKE THAT SEPARATION, IT'S FINE.  WE JUST NEED TO

09:26AM  9    KNOW ABOUT IT.

09:26AM  10        SO SOME OF THESE QUESTIONS WILL ATTEMPT TO ADDRESS THOSE

09:26AM  11   ISSUES SO THAT WE CAN SEE WHETHER YOUR LIFE EXPERIENCE IS GOING

09:26AM  12   TO CAUSE A DIFFICULTY IN YOUR BEING FAIR AND OPEN MINDED IN

09:26AM  13   THIS CASE.

09:27AM  14        WITH THESE QUESTIONS, THERE MIGHT BE A FEW OF THEM BUT I

09:27AM  15   WILL TELL YOU MOST OF THEM ARE YES OR NO.  WE'RE NOT LOOKING TO

09:27AM  16   GET A WRITTEN STATEMENT OF YOUR WHOLE LIFE, SO I THINK YOU WILL

09:27AM  17   FIND THAT THIS IS NOT TOO DIFFICULT TO GET THROUGH.

09:27AM  18        WHEN YOU GET TOWARD THE END, THE LAST QUESTION HAS A LONG

09:27AM  19   LIST OF NAMES.  THESE ARE POTENTIAL WITNESSES IN THE CASE AND

09:27AM  20   THE ATTORNEYS IN THE CASE.

09:27AM  21        NOT ALL OF THESE PEOPLE ARE GOING TO TESTIFY, BUT I HAVE

09:27AM  22   ASKED THE ATTORNEYS TO PREPARE THIS LIST WITH EVERY POSSIBLE

09:27AM  23   NAME TO FIND OUT IF YOU KNOW ANY OF THESE PEOPLE, BECAUSE IF

09:27AM  24   YOUR FAVORITE UNCLE OR BEST FRIEND IS A WITNESS, YOU PROBABLY

09:27AM  25   CAN'T BE FAIR, SO WE'RE JUST TRYING TO FIND THAT OUT.  SO,

09:27AM 1    AGAIN, THIS IS MEANT TO BE VERY STRAIGHTFORWARD FOR YOU.

09:27AM 2        WHEN YOU SEE THE LIST, IF YOU KNOW ANY OF THESE NAMES,

09:27AM 3    WOULD YOU JUST CIRCLE IT?  AND THEN WOULD YOU TELL ME SOMETHING

09:28AM 4    ABOUT THE PERSON YOU KNOW WITH THIS NAME?  MANY PEOPLE HAVE A

09:28AM 5    COMMON NAME.  I HAVE A COMMON NAME.  BETH FREEMAN IS VERY

09:28AM 6    COMMON.  WHENEVER I GO TO THE DOCTOR, I'VE GOT TO MAKE SURE

09:28AM 7    THEY'VE GOT THE RIGHT BETH FREEMAN.  YOU KNOW, AND MANY OF YOU

09:28AM 8    MAY HAVE COMMON NAMES AS WELL SO YOU KNOW WHAT THAT IS LIKE.

09:28AM 9    SO I CAN'T TELL YOU ANYTHING ABOUT THESE PEOPLE BECAUSE I CAN'T

09:28AM 10   GIVE YOU ANY EVIDENCE IN THE CASE.  I ACTUALLY DON'T KNOW ANY

09:28AM 11   OF THEM ANYWAY.

09:28AM 12       BUT IF YOU CAN TELL ME -- IF YOU CIRCLE A NAME AND YOU

09:28AM 13   MIGHT WRITE THAT'S MY KID'S SOCCER COACH AND TELL ME THE TOWN.

09:28AM 14   I GO TO CHURCH WITH THIS PERSON IN AND GIVE ME THE TOWN.  IT'S

09:28AM 15   MY GARDENER.  THIS IS MY ACCOUNTANT.  SOMETHING ABOUT THAT

09:28AM 16   PERSON THAT WOULD IDENTIFY THEM THAT WOULD BE A LITTLE BIT

09:28AM 17   UNUSUAL.

09:28AM 18       THEN THE ATTORNEYS CAN LOOK AT IT, AND IF THEY -- IF YOU

09:28AM 19   CIRCLED A NAME AND YOU'VE WRITTEN THAT IT'S YOUR ACCOUNTANT,

09:28AM 20   BUT THE WITNESS IS NOT AN ACCOUNTANT, THEY'LL KNOW THAT IT'S

09:29AM 21   NOT THE SAME PERSON.  SO THIS IS MEANT TO BE STRAIGHTFORWARD,

09:29AM 22   BUT EVERY ONCE IN A WHILE SOMEBODY HAS A VERY CLOSE

09:29AM 23   ACQUAINTANCE OR RELATIVE WHO IS GOING TO BE A WITNESS IN THE

09:29AM 24   CASE.

09:29AM 25       WHEN YOU ARE DONE FILLING OUT THE FORM, THERE IS A LAST

09:29AM 1    PAGE THAT HAS NO QUESTIONS ON IT.  IT IS AN OATH AND A PLACE

09:29AM 2    FOR YOU TO SIGN AND DATE.

09:29AM 3        YOU MUST SIGN AND DATE IT.

09:29AM 4        MS. FANTHORPE WILL BE LOOKING TO MAKE SURE YOU DIDN'T

09:29AM 5    FORGET.  THIS IS REALLY IMPORTANT.  AND PLEASE REMEMBER THAT

09:29AM 6    YOU ARE ANSWERING ALL OF THESE QUESTIONS UNDER AN OATH TO TELL

09:29AM 7    THE TRUTH.  AND I KNOW ALL OF YOU WILL BE DOING THAT.

09:29AM 8        I NEED YOU TO BE CANDID.  I NEED YOU NOT TO HIDE THINGS

09:29AM 9    BECAUSE THEY MAY NOT PUT YOU IN THE BEST LIGHT.  I DON'T THINK

09:29AM 10   THESE QUESTIONS WILL -- SOME OF THESE QUESTIONS YOU MAY FIND

09:29AM 11   ARE DIFFICULT FOR YOU TO ANSWER, BUT THAT'S ONE OF THE REASONS

09:29AM 12   THAT WE GIVE IT TO YOU IN WRITING SO THAT YOU'RE NOT TALKING

09:29AM 13   ABOUT IT HERE IN OPEN COURT.  THE LAWYERS AND I WILL BE

09:30AM 14   REVIEWING THESE QUESTIONNAIRES AFTER YOU'RE DONE AND IT WILL

09:30AM 15   HELP US IN QUESTIONING YOU ON MONDAY WHEN YOU RETURN.

09:30AM 16       SO LET ME MOVE ON TO THAT.

09:30AM 17       EVERYONE MUST RETURN ON MONDAY MORNING.  I'M GOING TO ASK

09:30AM 18   THAT YOU RETURN TO THE SECOND FLOOR TO THE JURY ASSEMBLY ROOM

09:30AM 19   AT 8:30.  AND THEN WE WILL BRING YOU UPSTAIRS TO BEGIN THE ORAL

09:30AM 20   PART OF JURY SELECTION, WHICH IS ASKING YOU QUESTIONS HERE IN

09:30AM 21   COURT.  THAT -- I WILL DO SOME OF THAT.  THAT IS PRIMARILY DONE

09:30AM 22   BY THE ATTORNEYS.  EVERY ONE OF YOU MUST RETURN.

09:30AM 23       AND WHAT I AM GOING TO ASK THAT YOU DO BEFORE YOU LEAVE

09:30AM 24   TODAY IS TO MAKE SURE THAT YOU HAVE THE TELEPHONE NUMBER OF THE

09:30AM 25   COURTROOM.  WE WILL GIVE YOU A SHEET THAT WILL HAVE THAT

09:30AM 1    WRITTEN DOWN.  MAKE SURE YOU SEE IT ON THE FORM.

09:30AM 2         EVERY ONCE IN A WHILE AN EMERGENCY COMES UP AND YOU -- AND

09:30AM 3    IT CHANGES WHAT YOU CAN DO.  WE ALL HOPE EMERGENCIES DON'T

09:31AM 4    ARISE.

09:31AM 5         IF YOU HAVE SUCH AN EMERGENCY, YOU MUST CALL THIS NUMBER.

09:31AM 6    IT HAS VOICEMAIL 24/7, TELL ME YOUR NAME, SAY IT CLEARLY OR

09:31AM 7    SPELL IT; TELL ME THAT YOU WILL BE LATE AND WHEN YOU EXPECT TO

09:31AM 8    BE HERE OR THAT YOU CAN'T COME AND THE REASON; AND LEAVE ME

09:31AM 9    YOUR PHONE NUMBER.  WE NEED TO KNOW THIS.  I CAN'T START WITH

09:31AM 10   JURY SELECTION UNTIL YOU'RE ALL HERE.

09:31AM 11        AND ALTHOUGH I WORK HERE FOR A LIVING, NONE OF THE REST OF

09:31AM 12   YOU DOES AND IF ONE OF YOU IS LATE OR NOT HERE, YOU KEEP ALL OF

09:31AM 13   YOUR FELLOW JURORS WAITING.

09:31AM 14        NOW, IF WE DON'T HEAR FROM YOU, SINCE YOU ARE REQUIRED TO

09:31AM 15   BE HERE, SO IF I DON'T KNOW WHERE YOU ARE, I WILL DISPENSE A

09:31AM 16   UNITED STATES MARSHAL TO YOUR HOME, AND TRUST ME, IT WILL NOT

09:31AM 17   BE A SOCIAL VISIT.  SO PLEASE MAKE SURE YOU RETURN ON MONDAY.

09:32AM 18        FOR THOSE OF YOU NOT SELECTED, YOU WILL KNOW ON MONDAY

09:32AM 19   WHETHER YOU'RE SERVING ON THE JURY OR NOT, AND IF YOU'RE NOT,

09:32AM 20   YOU'LL BE EXCUSED, AND IF YOU ARE, WE WILL GET STARTED WITH THE

09:32AM 21   TRIAL RIGHT AWAY.  IT IS ALWAYS MY GOAL TO RESPECT YOUR TIME

09:32AM 22   AND TO MOVE THE CASE ALONG.  I DON'T RUSH THE CASE, BUT YOU'LL

09:32AM 23   SEE, I DON'T ALLOW DEAD TIME.  THE ATTORNEYS AND I HAVE TALKED

09:32AM 24   ABOUT THIS, AND WE ARE HERE FOR YOU AT THIS POINT SO THAT THIS

09:32AM 25   CASE CAN MOVE ALONG.

09:32AM 1      NOW, IN JUST A MINUTE I WILL EXCUSE MYSELF AND EVERYONE,

09:32AM 2  ALL OF THE ATTORNEYS AND PARTIES WILL EXCUSE THEMSELVES, TOO.

09:32AM 3  WE'RE NOT GOING TO STARE AT YOU WHILE YOU FILL OUT THE FORM.

09:32AM 4  LET ME JUST MAKE ONE MORE COMMENT ABOUT THE FORM AND THEN A

09:32AM 5  FINAL INSTRUCTION TO YOU.  PLEASE DO NOT WRITE ON THE BACK OF

09:32AM 6  ANY PAGE.  IF FOR ANY REASON YOU NEED MORE SPACE, THERE IS MOST

09:32AM 7  OF THE PAGE ON THE SIGNATURE PAGE, AND YOU CAN WRITE THERE.

09:33AM 8      IF YOU NEED MORE PAGES, PLEASE ASK.

09:33AM 9      NOW, THE LAST THING THAT I NEED TO GO OVER WITH YOU, AS

09:33AM 10 JURORS, YOU CAN ONLY CONSIDER THE EVIDENCE OFFERED IN THE

09:33AM 11 TRIAL.  AND SO THAT PLACES CERTAIN OBLIGATIONS ON YOU.  YOU

09:33AM 12 CAN'T DO ANY RESEARCH AND INVESTIGATION ON YOUR OWN.  YOU CAN'T

09:33AM 13 TALK TO ANYONE ABOUT ANYTHING IN REGARD TO THE CASE.

09:33AM 14     SO IT'S UNNATURAL IN THIS DAY AND AGE NOT TO DO SOME

09:33AM 15 RESEARCH.  YOU'VE GOT THE ENTIRE UNIVERSE IN YOUR POCKET WITH

09:33AM 16 YOUR PHONE, WITH THE INTERNET.  IF YOU'RE LIKE ME, YOU'RE

09:33AM 17 ALWAYS LOOKING UP THINGS JUST TO -- IF YOU DON'T UNDERSTAND

09:33AM 18 SOMETHING, YOU LOOK IT UP.

09:33AM 19     IN JURY DUTY, YOU ARE PROHIBITED, AND IT IS MY ORDER, THAT

09:33AM 20 YOU NOT DO THAT.  YOU CAN ONLY CONSIDER THE EVIDENCE THAT IS

09:34AM 21 ADMITTED IN THIS COURTROOM.  AND SO YOU ARE WELCOME TO USE THE

09:34AM 22 INTERNET FOR ALL OF THE THINGS THAT YOU DID UP UNTIL TODAY, BUT

09:34AM 23 NOTHING ABOUT THE TRIAL.

09:34AM 24     EVEN IF I'VE SAID A WORD THAT YOU DON'T UNDERSTAND, YOU

09:34AM 25 CAN'T EVEN LOOK UP THE WORD ON THE INTERNET, IN A DICTIONARY,

09:34AM 1   IN A THESAURUS, YOU CAN'T ASK SOMEONE WHAT A WORD MEANS.  IF

09:34AM 2   THAT BECOMES IMPORTANT, I WILL GIVE YOU THAT INSTRUCTION AND IT

09:34AM 3   WILL BE WITH THE ADVICE AND THE AGREEMENT OF THE ATTORNEYS, BUT

09:34AM 4   YOU CAN'T BE DOING THAT ON YOUR OWN.  THERE'S NO HOMEWORK IN

09:34AM 5   JURY DUTY.  THAT'S A GOOD THING.  BUT YOU ARE PROHIBITED FROM

09:34AM 6   DOING ANY OF THAT.

09:34AM 7       NOW, LET ME ALSO TALK ABOUT THE ISSUE OF NOT BEING ABLE TO

09:34AM 8   TALK TO ANYONE ABOUT THE CASE.

09:34AM 9       SO THIS IN SOME WAYS IS EVEN HARDER BECAUSE WE ALL HAVE

09:34AM 10  FRIENDS AND FAMILY AND WE LIKE TO CATCH UP AND WHAT DID YOU DO

09:34AM 11  TODAY?  OH, I WENT DOWN TO THE COURTHOUSE FOR JURY DUTY.  OH,

09:34AM 12  WHAT KIND OF CASE IS IT?  YOU MAY TELL YOUR FRIENDS AND FAMILY

09:35AM 13  I'M A PROSPECTIVE JUROR AND THE CASE IS EXPECTED TO LAST UNTIL

09:35AM 14  JUNE 30TH.  AND IF THEY SAY, OH, WHAT IS THE SUBJECT?  I AM A

09:35AM 15  PROSPECTIVE JUROR AND THE CASE IS EXPECTED TO LAST UNTIL

09:35AM 16  JUNE 30TH.  OH, COME ON, YOU CAN TRUST ME.

09:35AM 17      THAT'S NOT THE ISSUE.  YOU DECIDE WHO YOU TRUST AND WHO

09:35AM 18  YOU DON'T.  THIS ISN'T ABOUT TRUST.  IT'S THAT YOU CAN'T BE

09:35AM 19  INFLUENCED BY WHAT OTHER PEOPLE SAY, AND THE MINUTE YOU ENGAGE

09:35AM 20  IN THE CONVERSATION, PEOPLE WILL GIVE YOU THEIR OPINIONS.

09:35AM 21  THAT'S NATURAL.

09:35AM 22      LET THEM GIVE YOU OPINIONS ABOUT EVERYTHING ELSE IN YOUR

09:35AM 23  LIFE UP UNTIL TEN MINUTES AGO, BUT NOT THIS CASE.  SO YOU ARE

09:35AM 24  PROHIBITED FROM TALKING TO ANYONE ABOUT ANYTHING IN REGARD TO

09:35AM 25  THE CASE.  AND THAT LASTS AS LONG AS YOU'RE IN JURY DUTY.

09:35AM 1    IF YOU'RE EXCUSED ON MONDAY, THEN YOU CAN TALK TO ANYONE

09:35AM 2  YOU WANT.  IF YOU SIT ON THE JURY, THAT LASTS THE WHOLE TIME.

09:35AM 3  THIS IS REALLY IMPERATIVE.  YOU CAN'T POST ON THE INTERNET.  I

09:36AM 4  DON'T THINK PEOPLE DO BLOGS ANYMORE, BUT YOU CAN'T POST ON YOUR

09:36AM 5  INSTAGRAM, YOU CAN'T POST ON FACEBOOK, YOU CAN'T SEND EMAILS TO

09:36AM 6  PEOPLE, YOU CAN'T DO TEXTS, YOU CAN'T DO CHATS OF ANY SORT

09:36AM 7  ABOUT JURY DUTY.  I DON'T WANT TO SEE A SELFIE OF YOU IN FRONT

09:36AM 8  OF THE FEDERAL COURTHOUSE ON YOUR INSTAGRAM ACCOUNT.  NOTHING.

09:36AM 9    AS I SAY, THIS DOESN'T AFFECT YOUR LIFE, IT JUST AFFECTS

09:36AM 10  THE JURY SERVICE THAT YOU'RE IN.

09:36AM 11    I'M PRETTY SURE IT'S NOT THE MOST INTERESTING THING IN

09:36AM 12  YOUR LIFE, SO IT SHOULDN'T BE TOO BURDENSOME, BUT IT'S A LITTLE

09:36AM 13  UNNATURAL IN THIS DAY AND AGE.

09:36AM 14    SO I WANT YOU TO UNDERSTAND, THIS IS A COURT ORDER AND

09:36AM 15  THERE ARE CONSEQUENCES IF YOU VIOLATE IT.  THAT'S WHY I SPEND

09:36AM 16  SO MUCH TIME AND I HATE GIVING SUCH HARSH ADMONITIONS AT THE

09:36AM 17  VERY BEGINNING.  I HAVE NO REASON TO DISTRUST ANY OF YOU, BUT

09:36AM 18  IT'S JUST SO IMPORTANT.  SO I APPRECIATE THAT YOU ALL WILL

09:36AM 19  COMPLY WITH THAT.

09:36AM 20    ALL RIGHT.  I AM GOING TO EXCUSE MYSELF AND THE ATTORNEYS

09:36AM 21  WILL JOIN ME.  PLEASE TAKE THE TIME YOU NEED TO FILL OUT THE

09:37AM 22  QUESTIONNAIRE.  IF YOU'RE THE FIRST ONE DONE, GOOD FOR YOU.  IF

09:37AM 23  YOU'RE THE LAST ONE DONE, THAT'S TOTALLY FINE.

09:37AM 24    SOME OF YOU ARE FASTER READERS THAN OTHERS, BUT PLEASE

09:37AM 25  DON'T BE CARELESS.  THESE ANSWERS ARE IMPORTANT, AND YOU'RE

09:37AM 1    SIGNING THEM UNDER OATH.  I DON'T THINK IT WILL TAKE YOU THAT

09:37AM 2    LONG BUT SOME PEOPLE TAKE A LITTLE LONGER AND THEY'RE MORE

09:37AM 3    THOUGHTFUL.  I'M A SLOW READER, AND IT TAKES ME A LITTLE

09:37AM 4    LONGER, AND THAT'S ALL FINE.

09:37AM 5        IF YOU HAVE QUESTIONS, PLEASE ASK MY COURTROOM DEPUTY.

09:37AM 6    SHE WILL BE GLAD TO ASSIST YOU WITH ANYTHING.

09:37AM 7        IF YOU ASK HER A QUESTION THAT SHE CAN'T ANSWER, SHE'LL

09:37AM 8    COME TO ME AND I'M GOING TO BE HERE.  SO YOU CAN ASK HER

09:37AM 9    ANYTHING, AND I WOULD SAY 99 PERCENT OF YOUR QUESTIONS, SHE

09:37AM 10   WILL HAVE A READY ANSWER BECAUSE I KNOW YOU'RE REALLY CONCERNED

09:37AM 11   ABOUT THE LOGISTICS ABOUT THE CASE AND YOUR OBLIGATIONS.

09:37AM 12       SO YOU'LL FILL OUT THIS QUESTIONNAIRE NOW.  WRITE LEGIBLY.

09:37AM 13   I NEED TO BE ABLE TO READ YOUR HANDWRITING.

09:37AM 14       WHEN YOU ARE DONE, YOU'RE FREE TO GO FOR THE DAY.

09:38AM 15   EVERYONE WILL RETURN MONDAY AT 8:30 TO THE SECOND FLOOR, AND

09:38AM 16   WE'LL BRING YOU UP TO THE COURTROOM AND BEGIN OUR JURY

09:38AM 17   SELECTION.

09:38AM 18       I GENERALLY AM ABLE TO FINISH MY JURY SELECTION BY LUNCH

09:38AM 19   TIME, SO IF YOU'RE NOT SELECTED, YOU'LL BE GOOD TO GO.  IF YOU

09:38AM 20   ARE SELECTED, I PROMISE WE'LL GET STARTED RIGHT AWAY.

09:38AM 21       THE TRIAL WILL ACTUALLY BEGIN WITH EVIDENCE ON MONDAY

09:38AM 22   AFTERNOON.  THAT'S HOW -- WE REALLY DO MOVE ALONG, AND SO I CAN

09:38AM 23   ASSURE YOU THAT WE WILL DO THAT.  AND SO I THINK THAT TAKES

09:38AM 24   CARE OF EVERYTHING THAT I NEED TO DISCUSS.

09:38AM 25       AGAIN, THANK YOU ALL.  I'LL LOOK FORWARD TO SEEING YOU ON

09:38AM   1    MONDAY.  AND COUNSEL, IF YOU WOULD, AND ALL OF THE PARTIES JOIN

09:38AM   2    ME THERE, I'M GOING TO GO OUT MY DOOR AND MEET YOU THERE.

09:38AM   3         (RECESS FROM 9:38 A.M. UNTIL 11:06 A.M.)

11:06AM   4         (SECOND PROSPECTIVE PANEL PRESENT AT 11:06 A.M.)

11:06AM   5            THE COURT:  GOOD MORNING.  WELCOME EVERYONE.  PLEASE

11:06AM   6    BE SEATED.

11:06AM   7         MY NAME IS BETH FREEMAN, AND I'LL BE PRESIDING IN THIS

11:06AM   8    CASE.  YOU'RE HERE TODAY IN A CASE CALLED UNITED STATES VERSUS

11:06AM   9    DONALD SIAO.  I WANT TO WELCOME YOU TO JURY DUTY.  I KNOW

11:06AM   10   YOU'VE BEEN HERE FOR A WHILE AND YOU'VE HAD SOME ORIENTATION,

11:06AM   11   AND I'M PRETTY SURE YOU'VE BEEN LOOKING AT YOUR WATCHES BECAUSE

11:06AM   12   THIS INTERRUPTS WHAT YOU NORMALLY DO.  I WANT TO THANK YOU FOR

11:06AM   13   THAT.

11:06AM   14        I KNOW YOUR JURY DUTY IS YOUR CIVIC DUTY, AND I SENT YOU A

11:06AM   15   SUMMONS TO BE HERE TODAY.  BUT I'M ALSO AWARE THAT JURY DUTY

11:06AM   16   COMES AT A TIME THAT INTERRUPTS YOUR NORMAL OBLIGATIONS, AND I

11:06AM   17   RESPECT THAT AND KNOW IT.  IN FACT, NEXT MONTH I HAVE JURY DUTY

11:06AM   18   AS WELL IN MY COUNTY, AND SO I'M ALREADY STRESSING OVER HOW I'M

11:06AM   19   GOING TO MAKE THAT HAPPEN, BUT IT'S WHAT I DO AND IT'S WHAT

11:06AM   20   YOU'VE DONE TODAY.  SO THANK YOU ALL FOR BEING HERE.

11:07AM   21        I WANT TO ACCOMPLISH A FEW THINGS TODAY, BUT YOU'RE NOT

11:07AM   22   GOING TO BE HERE ALL DAY.  WE ARE BEGINNING THE PROCESS OF JURY

11:07AM   23   SELECTION IN THIS CASE.

11:07AM   24        SO FIRST I WANT TO TALK TO YOU FOR A FEW MINUTES ABOUT

11:07AM   25   JURY DUTY.  I KNOW THAT MANY OF YOU HAVE NOT BEEN TO A FEDERAL

11:07AM 1   COURTHOUSE AND SOME OF YOU MAY NOT HAVE BEEN IN A COURTHOUSE IN

11:07AM 2   YOUR LIFE SO IT CAN BE KIND OF INTIMIDATING.

11:07AM 3       FOR THOSE WHO HAVE BEEN TO THE STATE COURT ARE -- WHAT WE

11:07AM 4   DO IN JURY TRIALS HERE IS NOT SO DIFFERENT THAN WHAT YOU'VE

11:07AM 5   SEEN IN YOUR COUNTY COURTHOUSE, BUT THE KINDS OF CASES WE

11:07AM 6   HANDLE ARE A LITTLE BIT DIFFERENT.  SO I WILL BE EXPLAINING ALL

11:07AM 7   OF THAT TO YOU.

11:07AM 8       NOW, IN TERMS OF JURY DUTY, I SAID I APPRECIATE THAT THIS

11:07AM 9   IS INTERRUPTING YOUR NORMAL OBLIGATIONS, BUT I WANT YOU TO TAKE

11:07AM 10  PRIDE IN THE FACT THAT IN THE UNITED STATES, OUR CASES ARE

11:07AM 11  DECIDED BY JURIES WHO COME FROM OUR COMMUNITY.  AND THIS IS AN

11:08AM 12  OPEN COURTROOM WHERE THE PUBLIC IS ALWAYS WELCOME AND WHERE YOU

11:08AM 13  CAN BE CERTAIN THAT NOTHING IS DONE IN SECRET.

11:08AM 14      YOUR ROLE AS JURORS IS EMBEDDED IN OUR CONSTITUTION.  THE

11:08AM 15  RIGHT TO A JURY TRIAL BY JURY IS YOUR RIGHT AND MY RIGHT.  THIS

11:08AM 16  IS SOMETHING THAT WE HOLD DEAR THAT OUR JUDICIAL SYSTEM IS RUN

11:08AM 17  BY JUDGES WHO RELY ON JURIES FOR REACHING VERDICTS.

11:08AM 18      SO WHAT YOU DO IS ESSENTIAL TO THE RULE OF LAW IN OUR

11:08AM 19  COUNTRY AND THE CONFIDENCE THAT OUR COMMUNITY HAS IN OUR

11:08AM 20  JUSTICE SYSTEM.  SO I HOPE YOU TAKE THAT PRIDE AND UNDERSTAND

11:08AM 21  HOW VERY IMPORTANT WHAT YOU'RE DOING IS.

11:08AM 22      SO I WANT TO EXPLAIN A LITTLE BIT ABOUT YOUR ROLE AS

11:08AM 23  JURORS.  I KNOW THAT FOR SOME OF YOU, YOU MAY BE WORRIED THAT

11:08AM 24  YOU'RE JUST NOT UP TO THE JOB.  PART OF THAT IS PROBABLY

11:09AM 25  BECAUSE YOU DON'T KNOW EXACTLY WHAT A JUROR DOES, AND I KNOW

11:09AM 1   MANY OF YOU ARE THINKING THAT YOU HAVEN'T STUDIED THE LAW,

11:09AM 2   YOU'RE NOT LAWYERS, AND YOU CAN'T POSSIBLY KNOW WHAT TO DO.

11:09AM 3       WELL, IN FACT, THAT'S HOW THE SYSTEM IS DESIGNED ON

11:09AM 4   PURPOSE.  YOU'RE NOT EXPECTED TO KNOW THE LAW, AND, IN FACT,

11:09AM 5   THAT IS MY JOB.  I AM THE JUDGE OF THE LAW IN THE CASE AND

11:09AM 6   JURORS COME IN TO BE THE JUDGES OF THE FACTS TO DECIDE WHAT

11:09AM 7   HAPPENED AFTER LISTENING AND SEEING THE EVIDENCE PRESENTED IN

11:09AM 8   THIS COURTROOM.

11:09AM 9       SO PRIOR KNOWLEDGE AND RESEARCH AND INVESTIGATION ARE OFF

11:09AM 10  THE TABLE.  THOSE ARE THINGS THAT YOU CANNOT DO.

11:09AM 11      WHAT I'M LOOKING FOR IN JURORS IS PEOPLE WHO CAN BE FAIR

11:09AM 12  AND OPEN MINDED, WHO CAN SIT AND LISTEN AND SEE ALL OF THE

11:09AM 13  EVIDENCE BEFORE DRAWING CONCLUSIONS, WHO WILL MEET IN

11:09AM 14  DELIBERATIONS WITH THE OTHER JURORS AND TALK ABOUT THE EVIDENCE

11:10AM 15  AND TRY TO REACH A VERDICT.  THOSE ARE THINGS THAT WE KNOW FROM

11:10AM 16  OUR EVERY DAY LIFE AND LIVES AND FROM LIFE EXPERIENCE AND

11:10AM 17  THERE'S NO PARTICULAR SKILL.

11:10AM 18      NOW, BEING FAIR AND OPEN MINDED IS SOMETHING THAT WE ALL

11:10AM 19  ASPIRE TO, BUT I THINK WE ALL UNDERSTAND AS WELL WE'RE NOT

11:10AM 20  ALWAYS FAIR AND OPEN MINDED.  AND SO WE'RE GOING TO TALK ABOUT

11:10AM 21  THAT IN A FEW MINUTES AS WELL.

11:10AM 22      IN JURY DUTY, IT IS, AS I SAID, IT IS MY OBLIGATION TO

11:10AM 23  GIVE YOU THE RULE.  THOSE ARE THE JURY INSTRUCTIONS, AND I WILL

11:10AM 24  DO THAT FOR THOSE WHO ARE SELECTED TO SERVE ON THE JURY.  AND

11:10AM 25  THAT WILL BE EVERYTHING THAT YOU NEED TO KNOW ABOUT THE LAW AND

11:10AM 1    WHAT YOUR -- IF YOUR ROAD MAP FOR HOW TO CONSIDER THE FACTS

11:10AM 2    THAT YOU FIND, BUT IT IS ONLY YOU WHO EVALUATE THE EVIDENCE AND

11:10AM 3    DECIDE WHAT YOU BELIEVE AND WHAT YOU DON'T BELIEVE AND WHAT

11:11AM 4    THAT EVIDENCE MEANS AND HOW YOU'RE GOING TO PUT IT TOGETHER.

11:11AM 5    AND THAT IS WHAT I MEAN BY BEING THE JUDGES OF THE FACTS.

11:11AM 6        SO YOU DON'T SIT IN JUDGMENT OF PEOPLE, YOU SIT IN

11:11AM 7    JUDGMENT OF EVIDENCE.  YOU DECIDE WHAT HAPPENED.

11:11AM 8        SOME PEOPLE FEEL WHETHER IT'S A RELIGIOUS OR A MORAL VIEW,

11:11AM 9    I CAN'T JUDGE ANOTHER PERSON.  THAT IS NOT WHAT WE DO IN A

11:11AM 10   COURT OF LAW.  AND THAT'S NOT SOMETHING THAT I DO EITHER.  WE

11:11AM 11   ARE APPLYING THE LAW.

11:11AM 12       SO THAT IS ANOTHER IMPORTANT PART OF BEING A JUROR.  YOU

11:11AM 13   AND I ARE REQUIRED TO FOLLOW THE LAW AS IT IS WRITTEN.

11:11AM 14       NOW, I WILL TELL YOU THAT I DON'T AGREE WITH EVERY LAW,

11:11AM 15   AND I'M SURE YOU CAN THINK OF LAWS THAT YOU DON'T LIKE.  THAT'S

11:11AM 16   FINE.  THAT'S WHAT A DEMOCRACY IS ABOUT.  BUT I HOPE YOU

11:11AM 17   UNDERSTAND, AND AS I'M GOING TO COMMENT, THAT IF THERE IS A LAW

11:11AM 18   THAT YOU DON'T LIKE, WRITE TO YOUR UNITED STATES SENATOR OR

11:11AM 19   YOUR REPRESENTATIVE IN CONGRESS AND ASK THEM TO CHANGE IT.

11:12AM 20   THAT'S OUR DEMOCRATIC PROCESS.

11:12AM 21       BUT TODAY AND IN THIS TRIAL, THE LAWS THAT WE'RE USING, WE

11:12AM 22   APPLY THEM AS THEY'RE WRITTEN.  AND YOU DON'T WANT JUDGES

11:12AM 23   SAYING, UH, I LIKE THAT LAW OR LET ME WRITE A NEW ONE HERE AT

11:12AM 24   MY WHIM.  NONE OF YOU WANTS ME TO DO THAT, AND NO ONE WANTS A

11:12AM 25   JURY TO DO THAT EITHER.

11:12AM 1     SO EVERYONE KNOWS WHAT THE LAW IS THAT THEY HAVE TO COMPLY

11:12AM 2  WITH, AND IT WOULD CERTAINLY BE UNFAIR TO PULL THE RUG OUT FROM

11:12AM 3  SOMEONE'S FEET AND HAVE A DIFFERENT LAW APPLIED TO THEM.

11:12AM 4     SO THOSE ARE THE THINGS THAT WE ARE LOOKING FOR IN JURY

11:12AM 5  DUTY.

11:12AM 6     AS I SAID, BEING FAIR AND OPEN MINDED ISN'T THE EASIEST

11:12AM 7  THING TO DO ALL OF THE TIME.

11:12AM 8     AND I WANT TO TALK FOR A MINUTE ABOUT THE ISSUE OF BIAS.

11:12AM 9  I THINK IN YOUR JURY ORIENTATION DOWNSTAIRS, WE ADDRESSED SOME

11:12AM 10  OF THOSE ISSUES AS WELL.  IT'S VERY IMPORTANT IN A JURY TRIAL

11:12AM 11  THAT ANY BIASES WE HAVE, WE PUT ASIDE AND IF WE CAN'T PUT THEM

11:13AM 12  ASIDE, THAT WE DON'T SERVE.

11:13AM 13     SO THE WORD "BIAS" SOMETIMES MAKE PEOPLE CRINGE OR FEEL

11:13AM 14  BAD.  IT DOESN'T HAVE A VERY POSITIVE MEANING, BUT IT'S A VERY

11:13AM 15  IMPORTANT CONCEPT.

11:13AM 16     BUT LET ME JUST START BY SAYING WE ALL HAVE BIASES.  AND

11:13AM 17  YOU MAY THINK ABOUT SOME THAT ARE REALLY AWFUL BIASES, BUT LET

11:13AM 18  ME JUST START WITH MORE NEUTRAL.  WE ALL HAVE PREFERENCES.  A

11:13AM 19  PREFERENCE IS A BIAS.  YOU MIGHT PREFER TO BE OUTDOORS THAN

11:13AM 20  INDOORS.

11:13AM 21     WELL, THAT MEANS YOU LIKE THE FRESH AIR MORE THAN BEING

11:13AM 22  INDOORS.  HERE WE ARE WITH A WINDOWLESS COURTROOM.  THAT'S A

11:13AM 23  PREFERENCE.  THAT'S A BIAS.  YOU MIGHT HAVE PICKED A LINE OF

11:13AM 24  WORK THAT ALLOWS YOU TO WORK OUTDOORS BECAUSE OF THAT

11:13AM 25  PREFERENCE OR BIAS.  THAT'S A HARMLESS BIAS.

11:13AM  1    BUT WE ALL KNOW THAT MANY BIASES ARE HARMFUL, AND THOSE

11:14AM  2    ARE THE ONES THAT WE NEED TO BE WEARY OF HERE.

11:14AM  3        SOMETIMES A BIAS IS FROM A PERSONAL LIFE EXPERIENCE AND IT

11:14AM  4    COULD BE A BIAS ABOUT AN EVENT.

11:14AM  5        OTHER BIASES MAY BE BASED ON RACE OR ETHNICITY, AND WE ALL

11:14AM  6    KNOW ABOUT THAT.  AND IN A JURY TRIAL THAT CAN HAVE NO PLACE.

11:14AM  7        SO MANY PEOPLE ARE AWARE OF BIASES THAT THEY MAY HAVE AND

11:14AM  8    WORK ACTIVELY TO RECOGNIZE AND SET THEM ASIDE.

11:14AM  9        MANY PEOPLE ARE ACTUALLY UNAWARE OF BIASES AND DON'T EVEN

11:14AM 10    KNOW WHEN THEY'RE ACTING OUT A BIAS.  SO THAT'S WHAT WE NEED TO

11:14AM 11    THINK ABOUT AS WE'RE PICKING A JURY AND WHAT I WANT YOU TO

11:14AM 12    THINK ABOUT AS WE'RE ASKING QUESTIONS.

11:14AM 13        SO IF YOU -- IT'S IMPORTANT THAT YOU NOT BELIEVE OR

11:14AM 14    DISBELIEVE SOMEONE BASED ON THE WAY THAT THEY LOOK OR WHERE

11:14AM 15    THEY COME FROM OR WHAT KIND OF WORK THAT THEY DO.  IT'S -- WHAT

11:15AM 16    YOU NEED TO DO IS TO BE ABLE TO CONSIDER WHAT THEY HAVE TO SAY

11:15AM 17    AND WHETHER IT'S CREDIBLE USING THE SAME CHECKLIST OF

11:15AM 18    CREDIBILITY FOR EVERY SINGLE WITNESS.  THAT'S WHAT WE'RE

11:15AM 19    LOOKING AT.

11:15AM 20        I'M NOT LOOKING FOR QUESTIONINGS ABOUT BIASES.  I WANT YOU

11:15AM 21    TO THINK ABOUT IT AND AS YOU LISTEN TO OUR QUESTIONS, TO LET ME

11:15AM 22    KNOW IF YOU THINK THAT YOUR OWN PERSONAL BIASES WOULD INTERFERE

11:15AM 23    WITH YOUR ABILITY TO BE FAIR.

11:15AM 24        SO I'M GOING TO -- I WANT YOU TO THINK ABOUT THAT.  I'M

11:15AM 25    NOT MAKING IT YOUR LIFE'S WORK, BUT I WANT THAT TO KIND OF ROLL

11:15AM   1    AROUND IN YOUR MIND AS WE MOVE THROUGH THE JURY SELECTION

11:15AM   2    PROCESS.

11:15AM   3         NOW, IN SELECTING A JURY, I'M LOOKING TO PICK 12 JURORS

11:15AM   4    AND 2 ALTERNATES.  I'VE ALREADY HAD ONE GROUP, A LITTLE BIT

11:15AM   5    SMALLER THAN YOU, COME INTO THE COURTROOM THIS MORNING.  SO

11:16AM   6    CLEARLY ALL OF YOU CANNOT BE PICKED FOR JURY DUTY.

11:16AM   7         AND SOME OF YOU MAY BE DISAPPOINTED THAT YOU'RE NOT

11:16AM   8    PICKED.  SOME OF YOU MAY BE HAPPY THAT YOU'RE NOT PICKED.  I

11:16AM   9    DON'T LOOK FOR VOLUNTEERS.  I DON'T TAKE PEOPLE WHO -- YOU

11:16AM  10    KNOW, IT'S NOT A ME, TAKE ME.  IT'S RANDOMLY SELECTED.  YOU

11:16AM  11    WERE RANDOMLY PULLED FROM OUR JURY LIST.  YOU WERE RANDOMLY

11:16AM  12    ORGANIZED NOW.  AND SO I THINK AS YOU CAN IMAGINE, YOU NEVER

11:16AM  13    WANT SOMEONE WITH AN AX TO GRIND OR THEIR FAVORITE ISSUE TO SIT

11:16AM  14    ON A JURY BECAUSE THAT'S THE DEFINITION OF NOT BEING FAIR AND

11:16AM  15    OPEN MINDED.  SO WE'RE GOING TO BE LOOKING FOR THAT.

11:16AM  16         NOW, THE FIRST STEP IN JURY SELECTION IS FOR US TO LEARN

11:16AM  17    ABOUT YOU.  I DO THAT IN TWO PARTS.  TODAY I'M GOING TO HAVE

11:16AM  18    YOU ANSWER A FAIRLY LONG LIST OF QUESTIONS ON A WRITTEN

11:16AM  19    QUESTIONNAIRE.  I NEED THE ANSWERS TO ALL OF THESE QUESTIONS.

11:17AM  20    AND IF I HAD TO ASK EACH OF YOU THESE QUESTIONS ORALLY HERE IN

11:17AM  21    COURT WHILE EVERYBODY ELSE SAT AND LISTENED, YOU WOULD BE HERE

11:17AM  22    FOR A COUPLE OF DAYS.  SO IT'S MUCH QUICKER IF YOU FILL OUT

11:17AM  23    THIS QUESTIONNAIRE AND ANSWER THESE QUESTIONS AND THEN YOU GO

11:17AM  24    HOME AND WE'LL READ IT.  AND THEN WHEN YOU COME BACK ON MONDAY,

11:17AM  25    THEN WE CAN FOLLOW UP.  AND IT'S DESIGNED TO GIVE YOU THE

11:17AM   1   COMFORT OF BEING ABLE TO THINK ABOUT THE QUESTIONS AND ANSWER

11:17AM   2   THEM IN WRITING RATHER THAN OUT LOUD IN THE COURTROOM AND TO

11:17AM   3   SAVE US ALL TIME.

11:17AM   4        SO WHAT I WANT TO DO, I'LL EXPLAIN THE QUESTIONNAIRE A

11:17AM   5   LITTLE BIT MORE, BUT I'D LIKE TO INTRODUCE YOU TO THE CASE AND

11:17AM   6   THE ATTORNEYS AND THEN GO BACK AND TALK ABOUT THE QUESTIONNAIRE

11:17AM   7   AND SOME OBLIGATIONS OF YOURS.

11:17AM   8        SO I TOLD YOU THAT THIS CASE IS THE UNITED STATES VERSUS

11:17AM   9   DONALD SIAO.  I'M GOING TO READ TO YOU WHAT I CALL A NEUTRAL

11:17AM  10   STATEMENT OF THE CASE.  THIS IS NOT INTENDED TO INFLUENCE YOUR

11:18AM  11   DECISION IN ANY WAY.  IT IS NOT EVIDENCE.  THE ONLY EVIDENCE IN

11:18AM  12   THE CASE IS FROM WITNESSES WHO SIT ON THIS WITNESS STAND -- IN

11:18AM  13   THIS WITNESS STAND AND TAKE AN OATH OR FROM DOCUMENTS AND OTHER

11:18AM  14   THINGS THAT I ADMIT INTO EVIDENCE.

11:18AM  15        WHAT I'M READING YOU NOW IS NOT EVIDENCE.  AND IF YOU FIND

11:18AM  16   THAT YOU HAVE DRAWN AN IRONCLAD CONCLUSION BASED ON THIS, THEN

11:18AM  17   YOU'RE NOT BEING FAIR AND OPEN MINDED AND I WOULD NEED TO KNOW

11:18AM  18   THAT.  IT'S NOT A CHARACTER FLAW, I JUST NEED TO KNOW THAT.

11:18AM  19        IN OUR CONSTITUTIONAL SYSTEM, I THINK YOU ALL PROBABLY

11:18AM  20   KNOW THIS, IN A CRIMINAL CASE THE PERSON CHARGED WITH THE

11:18AM  21   OFFENSE, THE DEFENDANT, IS PRESUMED INNOCENT UNLESS AND UNTIL

11:18AM  22   THE UNITED STATES'S PROSECUTOR CAN PROVE BEYOND A REASONABLE

11:18AM  23   DOUBT THAT THE PERSON COMMITTED THE CRIMES AND ONLY THE JURY,

11:18AM  24   AFTER HEARING THE EVIDENCE, CAN DECIDE IF THE GOVERNMENT HAS

11:19AM  25   MET THAT BURDEN.

11:19AM 1      SO WHEN I READ THIS STATEMENT TO YOU, THIS IS NOT

11:19AM 2   EVIDENCE.  YOU HAVEN'T HEARD A THING.  AND THE PRESUMPTION OF

11:19AM 3   INNOCENCE THAT DR. SIAO IS USING TODAY IS EACH AND EVERY ONE OF

11:19AM 4   US HAS THAT PROTECTION IN OUR CONSTITUTION AND WE WORK HARD TO

11:19AM 5   PROTECT IT AND MAKE SURE IT'S AVAILABLE FOR EVERYONE WHEN THEY

11:19AM 6   NEED TO USE IT.

11:19AM 7      SO I'M GOING TO READ THIS STATEMENT TO YOU.  THIS IS

11:19AM 8   INTENDED TO HELP YOU UNDERSTAND WHY YOU'RE BEING ASKED

11:19AM 9   QUESTIONS ON THIS QUESTIONNAIRE BECAUSE THEY MIGHT SEEM PRETTY

11:19AM 10  RANDOM OTHERWISE.  BUT I JUST WANT TO ORIENT YOU.

11:19AM 11     THIS IS A CRIMINAL CASE BROUGHT BY THE UNITED STATES

11:19AM 12  AGAINST DONALD SIAO, A FAMILY MEDICINE PHYSICIAN PRACTICING IN

11:19AM 13  SAN JOSE.

11:19AM 14     DR. SIAO IS ACCUSED OF PRESCRIBING DRUGS, OXYCODONE AND OR

11:19AM 15  HYDROCODONE, A ACETAMINOPHEN, WHICH IS KNOWN AS NORCO, TO

11:20AM 16  UNDERCOVER OFFICERS AND TWO OF HIS PATIENTS KNOWING OR

11:20AM 17  INTENDING THAT THOSE PRESCRIPTIONS WERE NOT ISSUED FOR A

11:20AM 18  LEGITIMATE MEDICAL PURPOSE IN THE USUAL COURSE OF HIS

11:20AM 19  PROFESSIONAL PRACTICE.

11:20AM 20     COUNTS ONE THROUGH FOUR IN THE CASE INVOLVE FOUR CHARGED

11:20AM 21  PRESCRIPTIONS ISSUED BY DR. SIAO TO UNDERCOVER OFFICERS BETWEEN

11:20AM 22  FEBRUARY 2018 AND JULY 2018.

11:20AM 23     COUNTS FIVE THROUGH EIGHT INVOLVE FOUR CHARGED

11:20AM 24  PRESCRIPTIONS ISSUED BY DR. SIAO TO PATIENT E.J. BETWEEN APRIL

11:20AM 25  2018 AND FEBRUARY 2019.

| | | |
|---|---|---|
| 11:20AM | 1 | COUNTS NINE THROUGH TWELVE INVOLVE FOUR CHARGED |
| 11:20AM | 2 | PRESCRIPTIONS ISSUED BY DR. SIAO TO PATIENT A.J. BETWEEN |
| 11:20AM | 3 | MAY 2018 AND DECEMBER 2019. |
| 11:20AM | 4 | DR. SIAO MAINTAINS HIS INNOCENCE. |
| 11:21AM | 5 | AGAIN, LET ME SAY, THAT WAS NOT EVIDENCE.  THAT JUST TOLD |
| 11:21AM | 6 | YOU THE SUBJECT MATTER OF THE CASE. |
| 11:21AM | 7 | WHEN YOU FILL OUT THE QUESTIONNAIRE, I NEED YOU TO BE |
| 11:21AM | 8 | THOUGHTFUL AND HONEST IN FILLING IT OUT.  MUCH OF IT WILL NOT |
| 11:21AM | 9 | TAKE MUCH TIME AND FOR SOME OF YOU A LOT OF IT WILL NOT TAKE A |
| 11:21AM | 10 | LOT OF TIME.  IT STARTS WITH SOME BASIC QUESTIONS, YOUR NAME, |
| 11:21AM | 11 | WHAT TOWN YOU LIVE IN, IF THERE ARE OTHER ADULTS IN YOUR HOUSE, |
| 11:21AM | 12 | WHAT KIND OF WORK DO THEY DO, AND WHAT IS YOUR EMPLOYMENT. |
| 11:21AM | 13 | IT THEN GOES INTO SOME QUESTIONS AND IT WILL ASK YOU ABOUT |
| 11:21AM | 14 | YOUR EXPERIENCES THAT MAY RELATE TO SOME OF THE ISSUES IN THE |
| 11:21AM | 15 | CASE. |
| 11:21AM | 16 | SOMETIMES PEOPLE HAVE PERSONAL EXPERIENCES THAT COLOR |
| 11:21AM | 17 | THEIR VIEW OF THAT TOPIC SO MUCH THAT THEY CAN NEVER SEPARATE |
| 11:21AM | 18 | THEIR OWN LIFE EXPERIENCE FROM WHAT HAPPENED IN ANOTHER |
| 11:21AM | 19 | SETTING, AND I NEED TO KNOW THAT. |
| 11:22AM | 20 | OTHER PEOPLE HAVE LIFE EXPERIENCES THAT MIGHT HAVE BEEN |
| 11:22AM | 21 | TRAUMATIC, BUT THEY CAN PUT THEM ASIDE AND SAY THAT HAPPENED TO |
| 11:22AM | 22 | ME, BUT I'M GOING TO LISTEN TO WHAT HAPPENED IN THIS OTHER |
| 11:22AM | 23 | CIRCUMSTANCE. |
| 11:22AM | 24 | SO IT'S NOT THAT I'M GOING TO EXCUSE YOU BECAUSE YOU HAD |
| 11:22AM | 25 | THE SAME EXPERIENCE, I'M GOING TO LOOK TO SEE HOW THAT AFFECTS |

11:22AM 1    YOU AS A JUROR IN THIS CASE.

11:22AM 2         SO THAT GETS TO BE A LITTLE BIT HARD.  WE'LL HAVE SOME

11:22AM 3    FOLLOW-UP QUESTIONS.  BUT YOU WILL SEE IN ANSWERING THESE

11:22AM 4    QUESTIONS, YOU GIVE US THE INFORMATION.

11:22AM 5         SO FOR MANY OF YOU, YOU MAY HAVE HAD NO EXPERIENCES THAT

11:22AM 6    AFFECT THE ISSUES IN THE CASE.  THAT'S WHY ANSWERING THE

11:22AM 7    QUESTIONS MAY BE PRETTY STRAIGHTFORWARD.

11:22AM 8         AND FOR SOME OF YOU, YOU MIGHT, AND SO WE NEED TO KNOW

11:22AM 9    THAT.

11:22AM 10        SOME OF THE QUESTIONS ASKED FOR AN EXPLANATION.  THERE ARE

11:22AM 11   SOME LINES ON THE PAGE THAT GIVE YOU THAT OPPORTUNITY TO

11:22AM 12   DESCRIBE IT.

11:22AM 13        I'M NOT LOOKING FOR A TREATISE ON YOUR ENTIRE LIFE, AND SO

11:23AM 14   YOUR ANSWERS DON'T NEED TO BE LONG.  SOME PEOPLE HAVE MORE SAY,

11:23AM 15   AND I WELCOME THAT.  BUT I DON'T WANT YOU TO FEEL LIKE I NEED

11:23AM 16   YOUR LIFE STORY.

11:23AM 17        IF YOU NEED EXTRA PAGES, PLEASE ASK MY COURTROOM DEPUTY

11:23AM 18   FOR THAT, AND WE'LL GIVE YOU THOSE PAGES.

11:23AM 19        I DO WANT TO DESCRIBE THE LAST QUESTION IS A LONG LIST OF

11:23AM 20   NAMES.  I ASK THE LAWYERS TO GIVE ME EVERY NAME OF ANY POSSIBLE

11:23AM 21   PERSON WHO WOULD TESTIFY OR BE INVOLVED IN THE CASE.

11:23AM 22        NOT ALL OF THESE PEOPLE ARE GOING TO TESTIFY, SO DON'T GET

11:23AM 23   WORRIED ABOUT THAT.  I NEED TO KNOW IF YOU KNOW THESE PEOPLE.

11:23AM 24   SO IF YOUR BEST FRIEND OR FAVORITE UNCLE IS A WITNESS, PROBABLY

11:23AM 25   THIS ISN'T THE CASE FOR YOU TO SIT ON.  THAT WOULD BE HARD TO

11:23AM 1  BE FAIR AND OPEN MINDED.

11:23AM 2      SO IF YOU KNOW SOMEBODY, IF A NAME IS FAMILIAR, CIRCLE A

11:23AM 3  NAME.  TELL ME SOMETHING ABOUT THAT PERSON THAT WOULD DESCRIBE

11:23AM 4  THAT PERSON.  IS THIS YOUR DENTIST?  IS THIS YOUR GARDENER?  IS

11:23AM 5  THIS SOMEONE YOU GO TO CHURCH WITH IN A PARTICULAR TOWN?  TELL

11:24AM 6  ME THE TOWN.  IS IT YOUR KID'S SOCCER COACH?  AND TELL ME THE

11:24AM 7  TOWN.

11:24AM 8      THE REASON I'M ASKING YOU TO DO THAT IS THAT I CAN'T TELL

11:24AM 9  YOU WHO THESE PEOPLE ARE, FIRST, I DON'T KNOW THEM, BUT SECOND,

11:24AM 10  I CAN'T GIVE YOU EVIDENCE IN THE CASE AND WHO THEY ARE WOULD

11:24AM 11  COME IN THROUGH THEIR OWN WORDS.

11:24AM 12      BUT IF YOU TELL ME SOMETHING ABOUT THE PERSON THAT YOU

11:24AM 13  KNOW, SINCE MANY PEOPLE HAVE COMMON NAMES, I HAVE A COMMON

11:24AM 14  NAME, THERE ARE A LOT OF BETH FREEMANS AND PROBABLY HALF OF YOU

11:24AM 15  KNOW SOMEONE WITH THAT NAME AND IT'S NOT ME.  TELL ME SOMETHING

11:24AM 16  ABOUT THAT PERSON, AND THEN THE ATTORNEYS WILL KNOW RIGHT AWAY

11:24AM 17  IF THEIR WITNESS IS THE PERSON THAT YOU KNOW.

11:24AM 18      AND THAT'S ALL I NEED.  USUALLY NO ONE KNOWS ALL OF THE

11:24AM 19  NAMES, BUT I JUST NEED TO ASK IN EVERY CASE, SO YOU'LL READ

11:24AM 20  THEM, CIRCLE, AND DESCRIBE.

11:24AM 21      THEN PLEASE GO TO THE VERY LAST PAGE.  I NEED YOUR

11:24AM 22  SIGNATURE AND YOUR DATE.  YOU ARE SIGNING THIS UNDER THE

11:24AM 23  PENALTY OF PERJURY.  IN FACT, YOU HAVE ALREADY TAKEN AN OATH TO

11:24AM 24  TELL THE TRUTH.  I JUST ALWAYS LIKE TO REMIND YOU THAT YOU ARE

11:25AM 25  SIGNING THIS UNDER THE PENALTY OF PERJURY.  I WANT YOU TO WRITE

11:25AM 1    CLEARLY FOR ME, LEGIBLY, SO THAT I CAN READ WHAT YOU'RE TELLING

11:25AM 2    ME.  THAT WILL ALWAYS BE A BIG HELP.

11:25AM 3        PLEASE DON'T WRITE ON THE BACK OF ANY PAGE, AS I

11:25AM 4    MENTIONED.  WE'LL GIVE YOU EXTRA PAGES IF YOU NEED.

11:25AM 5        SO THAT'S THE QUESTIONNAIRE.

11:25AM 6        WHEN YOU FINISH FILLING OUT THE QUESTIONNAIRE, YOU ARE

11:25AM 7    FREE TO GO TODAY.  BUT ALL OF YOU MUST RETURN ON MONDAY MORNING

11:25AM 8    AT 8:30.  YOU'RE TO REPORT TO THE JURY ASSEMBLY ROOM ON THE

11:25AM 9    SECOND FLOOR, JUST LIKE YOU CAME IN TODAY, AT 8:30.  YOU'LL BE

11:25AM 10   JOINED BY THE OTHER JURORS WHO WERE HERE EARLIER, AND WHEN

11:25AM 11   EVERYONE IS HERE, YOU'LL COME UP TO THE COURTROOM, AND WE WILL

11:25AM 12   BEGIN THE ORAL PART OF JURY SELECTION.

11:25AM 13       NOW, AS I SAID, YOU ARE ORDERED TO APPEAR AT 8:30 ON

11:25AM 14   MONDAY.  SOMETIMES EMERGENCIES HAPPEN.  I WANT TO MAKE SURE

11:26AM 15   THAT YOU TAKE A PHONE NUMBER WITH YOU, AND IT'S WRITTEN DOWN

11:26AM 16   AND THAT'S FOR THE COURTROOM AND IT'S AVAILABLE 24/7.  IF AN

11:26AM 17   UNFORESEEN EMERGENCY OCCURS, PLEASE CALL, LEAVE A MESSAGE, TELL

11:26AM 18   ME YOUR NAME SPELL YOUR NAME, TELL ME THE PROBLEM, LET ME KNOW

11:26AM 19   IF YOU'RE GOING TO BE LATE, WHEN YOU WILL BE HERE, AND LEAVE ME

11:26AM 20   A PHONE NUMBER TO CALL YOU BACK AND WE WILL CALL YOU BACK.

11:26AM 21       ON MONDAY MORNING IF YOU'RE NOT HERE AND WE HAVE NOT HEARD

11:26AM 22   FROM YOU, I WILL DISPATCH A UNITED STATES MARSHAL TO YOUR HOUSE

11:26AM 23   AND TRUST ME, IT WILL NOT BE FOR A SOCIAL VISIT.  YOU WILL BE

11:26AM 24   KEEPING EVERY ONE OF THE JURORS WAITING.  I WORK FOR A LIVING

11:26AM 25   SO IT'S NOT AN INCONVENIENCE TO ME.  IT'S AN INCONVENIENCE TO

11:27AM  1    ALL OF YOUR NEIGHBORS HERE AND THAT'S WHY I TAKE THIS SERIOUSLY

11:27AM  2    AND I KNOW YOU WILL AS WELL.

11:27AM  3        NOW, WHEN YOU LEAVE, I HAVE ANOTHER ADMONITION -- AND I'M

11:27AM  4    SORRY TO HAVE TO GIVE YOU ALL OF THESE RULES AND REQUIREMENTS,

11:27AM  5    BUT IT'S ABSOLUTELY ESSENTIAL TO PROTECT THE FAIRNESS OF THE

11:27AM  6    TRIAL.  AND SO I'M GOING TO FINISH WITH THAT.

11:27AM  7        BEFORE I DO THAT, I'VE NEGLECTED TO INTRODUCE ALL OF THESE

11:27AM  8    PEOPLE HERE WHO WILL BE THE CENTER OF YOUR UNIVERSE IF YOU'RE

11:27AM  9    SELECTED.

11:27AM  10       THE UNITED STATES IS REPRESENTED BY AN ASSISTANT

11:27AM  11   UNITED STATES ATTORNEY AMANI FLOYD.

11:27AM  12       MS. FLOYD, WOULD YOU INTRODUCE YOURSELF AND YOUR TEAM.

11:27AM  13           MS. FLOYD:  GOOD MORNING.

11:27AM  14       MY NAME IS AMANI FLOYD.  AS THE COURT JUST SAID, I'M AN

11:27AM  15   ASSISTANT UNITED STATES ATTORNEY HERE IN THE NORTHERN DISTRICT

11:27AM  16   OF CALIFORNIA.

11:27AM  17       TO MY LEFT IS MY COLLEAGUE, ASSISTANT U.S. ATTORNEY DAN

11:27AM  18   KARMEL.

11:27AM  19       TO HIS LEFT IS SPECIAL AGENT ANTHONY GUZMAN AND HE GOES BY

11:28AM  20   TONY GUZMAN AT THE DRUG ENFORCEMENT AGENCY.

11:28AM  21       AND LASTLY IS MIMI LAM FROM OUR OFFICE.

11:28AM  22           THE COURT:  AND THE DEFENDANT IS REPRESENTED

11:28AM  23   ATTORNEY SCOTT FURSTMAN.

11:28AM  24           MR. FURSTMAN:  GOOD MORNING, LADIES AND GENTLEMEN.

11:28AM  25   THANK YOU FOR BEING HERE, AND EXCUSE MY BACK.

11:28AM 1       I REPRESENT DONALD SIAO WHO IS STANDING NEXT TO ME, AND WE

11:28AM 2   LOOK FORWARD TO YOUR ATTENTION IN THIS MATTER.  THANK YOU.

11:28AM 3           THE COURT:  THANK YOU.  ALL RIGHT.

11:28AM 4       WE'LL DO THESE INTRODUCTIONS AGAIN ON MONDAY SO THAT --

11:28AM 5   AND YOU WILL BE GETTING MANY QUESTIONS FROM THE ATTORNEYS TO

11:28AM 6   HELP US SELECT A JURY.

11:28AM 7       NOW, LET ME GIVE YOU THE LAST REQUIREMENT, AND THIS IS

11:28AM 8   VERY IMPORTANT.  YOU WILL HEAR THIS, AND I WILL BE REMINDING

11:28AM 9   YOU OF THIS THROUGHOUT THE TRIAL.  NOW THAT YOU ARE PROSPECTIVE

11:28AM 10  JURORS IN THE CASE, YOU MAY NOT DO ANY RESEARCH OR

11:28AM 11  INVESTIGATION IN REGARD TO THE CASE.

11:29AM 12      SO IN THIS DAY AND AGE, THAT'S PRETTY UNUSUAL BECAUSE WE

11:29AM 13  HAVE THE WORLD AT OUR FINGERTIPS IN OUR PHONES.  AND FOR MANY

11:29AM 14  OF US, WE'RE USED TO LOOKING UP EVERYTHING THAT WE HAVE NEVER

11:29AM 15  HEARD OF BEFORE AND EDUCATING OURSELVES.  THAT'S A GREAT THING.

11:29AM 16      YOU MAY NOT DO THAT IN REGARD TO THIS TRIAL.  SO WHEN I

11:29AM 17  SAY NO RESEARCH OR INVESTIGATION, I MEAN YOU CAN'T GOOGLE

11:29AM 18  ANYTHING.  YOU CAN'T GOOGLE ME.  YOU CAN'T GOOGLE THE

11:29AM 19  ATTORNEYS.  YOU CAN'T GOOGLE THE CASE.  YOU CAN'T GOOGLE A WORD

11:29AM 20  THAT YOU MIGHT HAVE HEARD TODAY THAT YOU DON'T UNDERSTAND.  YOU

11:29AM 21  CAN'T EDUCATE YOURSELF ON THE CONSTITUTION AND JURY DUTY, NONE

11:29AM 22  OF THAT.

11:29AM 23      YESTERDAY YOU WOULDN'T HAVE WANTED TO DO ANY OF THAT.

11:29AM 24      YOU CAN DO ALL OF THE THINGS THAT YOU WOULD HAVE DONE

11:29AM 25  YESTERDAY THAT ARE NOT ABOUT JURY DUTY.  I'M NOT TAKING YOUR

11:29AM  1    DEVICES AWAY FROM YOU, I AM LIMITING YOU IN THE SUBJECT MATTER.

11:29AM  2        SO THERE IS A VERY IMPORTANT REASON FOR THIS.  JURORS CAN

11:29AM  3    ONLY CONSIDER THE EVIDENCE THAT COMES THROUGH THE WITNESSES

11:30AM  4    UNDER OATH AND THE DOCUMENTS AND THINGS THAT I ADMIT INTO

11:30AM  5    EVIDENCE.  THOSE THINGS WILL ALL GO THROUGH THE TRIAL PROCESS

11:30AM  6    AND BE TESTED FOR YOU TO CONSIDER.

11:30AM  7        THINGS YOU DO ON YOUR OWN MAY BE TRUE OR NOT TRUE.  THEY

11:30AM  8    MAY BE ACCURATE OR INACCURATE.  IT MIGHT BE JUNK.  IT MIGHT BE

11:30AM  9    GOOD.

11:30AM  10       BUT THE IMPORTANT THING IS ONLY YOU WOULD HAVE THAT

11:30AM  11   INFORMATION AND THAT WOULD BE UNFAIR.  THAT WOULD JEOPARDIZE

11:30AM  12   THE ENTIRE TRIAL PROCESS.  SO YOU ARE FORBIDDEN FROM DOING IT.

11:30AM  13   AND THAT IS A COURT ORDER.

11:30AM  14       AS I SAID, YOU ARE FREE TO DO EVERYTHING ELSE THAT YOU

11:30AM  15   WOULD HAVE DONE BEFORE YOU CAME TO JURY DUTY, BUT EVEN

11:30AM  16   SOMETHING AS MUNDANE AS LOOKING UP A PERSON, NOT THAT I'M THAT

11:30AM  17   INTERESTING, BUT I USE IT AS AN EXAMPLE, EVEN THAT IS

11:30AM  18   PROHIBITED.  TRYING TO LEARN ABOUT THIS CASE ON YOUR OWN IS

11:30AM  19   PROHIBITED, AND I KNOW THAT EACH OF YOU WANT TO BE SURE THAT

11:30AM  20   YOU AREN'T THE CAUSE OF AN UNFAIR TRIAL.  SO THAT IS A

11:31AM  21   REQUIREMENT.

11:31AM  22       THERE'S ANOTHER PART TO THIS AS WELL, WHICH IN CERTAIN

11:31AM  23   WAYS IS EVEN HARDER TO MANAGE.  YOU CAN'T TALK ABOUT THIS CASE

11:31AM  24   TO ANYONE.  SO WE ALL -- IT'S GOING TO BE A WEEKEND AND WE ALL

11:31AM  25   GO HOME AND WE HAVE FAMILY AND FRIENDS THAT WE TALK TO.

11:31AM 1       TYPICALLY THE CONVERSATION GOES, SO WHAT DID YOU DO TODAY?

11:31AM 2       PRETTY COMMON QUESTION.  YOU CAN SAY I'M A PROSPECTIVE JUROR IN

11:31AM 3       A CASE THAT IS EXPECTED TO LAST UNTIL JUNE 30TH.

11:31AM 4           OH, TELL ME ABOUT THE CASE.

11:31AM 5           I'M A PROSPECTIVE JUROR IN A CASE THAT IS EXPECTED TO LAST

11:31AM 6       UNTIL JUNE 30TH.  YOU CAN'T TELL THEM ANYTHING, NOT EVEN THE

11:31AM 7       SUBJECT MATTER.  NOTHING.

11:31AM 8           THERE ARE TWO REASONS FOR THAT.  FIRST OF ALL, YOU CAN'T

11:31AM 9       BE FORMULATING YOUR OWN SUMMARY OF THE CASE, AND, SECOND, YOU

11:31AM 10      CAN'T BE HEARING WHAT ANYBODY ELSE THINKS ABOUT IT.

11:31AM 11          SO A GOOD FRIEND WILL SAY, OH, HOW INTERESTING.  LET ME

11:31AM 12      TELL YOU WHAT I THINK ABOUT THAT TOPIC.  LET ME TELL YOU WHAT

11:31AM 13      I'D DO.  YOU CAN'T BE SUBJECT TO THAT.  AND SO THOSE ARE THE

11:32AM 14      ONLY TWO THINGS THAT YOU CAN TELL PEOPLE.  THAT INCLUDES YOUR

11:32AM 15      EMPLOYER, THAT INCLUDES YOUR BEST FRIENDS, THAT INCLUDES YOUR

11:32AM 16      FAMILY MEMBERS, THAT INCLUDES ANY RELIGIOUS ADVISOR THAT YOU

11:32AM 17      MIGHT HAVE, IT INCLUDES THE PEOPLE YOU TRUST MOST.  IT'S NOT

11:32AM 18      THAT I DOUBT THAT THEY'RE TRUSTWORTHY, IT'S THAT YOU CAN'T BE

11:32AM 19      HEARING THE INFORMATION THAT THEY HAVE OR TELLING THEM

11:32AM 20      ANYTHING.  IT'S NOT ABOUT TRUST.  IT'S NOT ABOUT BEING UNDER A

11:32AM 21      CODE OF SILENCE WITH YOUR FRIENDS.

11:32AM 22          SO IT'S VERY IMPORTANT.  IT IS A COURT ORDER, AND YOU MAY

11:32AM 23      NOT HAVE THOSE DISCUSSIONS.

11:32AM 24          AND THAT GOES ON THROUGHOUT THE TRIAL.

11:32AM 25          IF YOU'RE EXCUSED ON MONDAY BECAUSE WE HAVE NOT SELECTED

11:32AM 1      YOU, THEN YOU CAN'T TALK TO ANYBODY.  IF YOU REMAIN IN THE

11:32AM 2      CASE, THEN YOU'RE BOUND BY THAT.

11:32AM 3          BY THE SAME TOKEN, YOU CAN'T POST ANYTHING ON SOCIAL

11:32AM 4      MEDIA, SO NO FACEBOOK, NO INSTAGRAM, NO WHATSAPP, NO TEXTING,

11:33AM 5      NO CHATS.  NONE OF THAT.  I DON'T WANT TO SEE A SELFIE OF YOU

11:33AM 6      IN FRONT OF THE FEDERAL COURTHOUSE ON YOUR INSTAGRAM ACCOUNT

11:33AM 7      OVER THE WEEKEND.  BUT THESE ARE THINGS THAT WE DO WITHOUT

11:33AM 8      THINKING, AND IT'S FUN AND IT'S GREAT AND IT'S HOW WE

11:33AM 9      COMMUNICATE WITH PEOPLE.

11:33AM 10         SO I NEED TO ISOLATE YOU FROM THIS VERY SMALL PART OF YOUR

11:33AM 11     LIFE FOR A VERY SHORT TIME, AND THAT'S WHY IT'S A COURT ORDER,

11:33AM 12     AND YOU WILL HEAR ME TALKING ABOUT THIS OVER AND OVER AGAIN.

11:33AM 13         NOW, IT'S 11:30.  I THINK MOST -- I DON'T THINK THAT WILL

11:33AM 14     TAKE THAT LONG.  IT WILL TAKE SOME OF YOU TIME TO FILL OUT A

11:33AM 15     QUESTIONNAIRE AND IT MAY TAKE SOME OF YOU 20 MINUTES OR

11:33AM 16     THEREABOUTS.  EVERYONE HAS THEIR OWN PACE.  I'M A SLOW READER,

11:33AM 17     AND SO I WOULD PROBABLY TAKE A LITTLE BIT LONGER.  SOME PEOPLE

11:33AM 18     ARE THOUGHTFUL, AND I WANT TO THINK ABOUT THE QUESTION BEFORE

11:33AM 19     THE ANSWER, AND OTHERS JUST HAVE A QUICKER PACE, WHATEVER YOU

11:34AM 20     NEED.

11:34AM 21         I'M NOT GOING TO SIT HERE AND LOOK AT YOU WHILE YOU'RE

11:34AM 22     FILLING THAT OUT AND THE ATTORNEYS ARE NOT GOING TO EITHER, SO

11:34AM 23     WE'RE GOING TO LEAVE THE COURTROOM.

11:34AM 24         AS I SAID, BEFORE YOU LEAVE, TURN IN YOUR QUESTIONNAIRE TO

11:34AM 25     MS. FANTHORPE, AND MAKE SURE YOU -- SHE WILL MAKE SURE THAT

| | |
|---|---|
| 11:34AM | 1 | YOU'VE SIGNED IT AND DATED IT AND MAKE SURE YOU TAKE THE LETTER |

YOU'VE SIGNED IT AND DATED IT AND MAKE SURE YOU TAKE THE LETTER

THAT HAS THE COURTROOM PHONE NUMBER AND PLEASE KEEP THAT AND

PUT IT IN A PLACE WHERE YOU CAN FIND IT BECAUSE I WOULD HATE TO

SEND SOMEONE TO YOUR HOME.  RETURN ON MONDAY AT 8:30 TO THE

SECOND FLOOR.

     NOW, I EXPECT THAT THE JURY WILL BE SELECTED BY AROUND

NOON ON MONDAY.  SO THOSE OF YOU NOT SELECTED WILL BE DONE.

THOSE OF YOU SELECTED, I PROMISE YOU THAT WE WILL PURSUE THE

CASE EFFICIENTLY.  I RESPECT THE TIME THAT YOU ARE GIVING.  I

WON'T RUSH THE TRIAL, BUT I WILL MINIMIZE -- I WILL DO

EVERYTHING I CAN TO MINIMIZE THE TIME THAT YOU WAIT FOR US.

     TYPICALLY WE'RE WORKING ON THE CASE, BUT I -- THE LAWYERS

KNOW, I MOVE THEM ALONG.  I'M THE GREAT ZAMBONI OF THE TRIAL

AND I KEEP MOVING THEM TO THE END FOR YOUR BENEFIT SO THAT YOU

ARE NOT LEFT HERE WONDERING WHY CAN'T THIS CASE FINISH.  SO I

WILL BE -- THAT'S MY JOB, AND THAT'S WHAT I WILL BE DOING.

     SO YOU HELP ME BY COMING ON TIME, AND I WILL MOVE THE CASE

ALONG TO RESPECT YOUR TIME.

     ALL RIGHT.

     WE ARE ALL GOING TO LEAVE.  I WILL SEE COUNSEL HERE, AND

YOU'LL GET THE QUESTIONNAIRES, AND I LOOK FORWARD TO SEEING ALL

OF YOU ON MONDAY MORNING.  THANK YOU.

     (COURT CONCLUDED AT 11:35 A.M.)

1

2

3                    CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16                    IRENE RODRIGUEZ, CSR, RMR, CRR
                      CERTIFICATE NUMBER 8074
17

18

19                    DATED:  JULY 7, 2023

20

21

22

23

24

25