09:10AM

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION


UNITED STATES OF AMERICA,

                                    CASE NO.  CR-21-00267 BLF

          PLAINTIFF,

                                    SAN JOSE, CALIFORNIA

     VS.

                                    JUNE 12, 2023

DONALD SIAO,

                                    VOLUME 1

          DEFENDANT.

                                    PAGES 1 - 195


                    TRANSCRIPT OF TRIAL
             BEFORE THE HONORABLE BETH LABSON FREEMAN
              UNITED STATES DISTRICT JUDGE AND A JURY


A-P-P-E-A-R-A-N-C-E-S


FOR THE PLAINTIFF:   OFFICE OF THE UNITED STATES ATTORNEY
                     BY:   AMANI S. FLOYD
                           DAN M. KARMEL
                     150 ALMADEN BOULEVARD, SUITE 900
                     SAN JOSE, CALIFORNIA 95113


FOR THE DEFENDANT:   LAW OFFICES OF SCOTT S. FURSTMAN
                     BY:  SCOTT S. FURSTMAN
                     1631 WILLOW STREET, SUITE 100
                     SAN JOSE, CALIFORNIA 95125

          (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, RMR, CRR
                           CERTIFICATE NUMBER 8074


     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
TRANSCRIPT PRODUCED WITH COMPUTER.

1

A P P E A R A N C E S:  (CONT'D)

2

ALSO PRESENT:                U.S. ATTORNEY'S OFFICE

3                             BY:  MIMI LAMB, PARALEGAL

4                             DRUG ENFORCEMENT ADMINISTRATION

                              BY:  ANTHONY GUZMAN

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    INDEX OF PROCEEDINGS

2

3       GOVERNMENT'S OPENING STATEMENT          P. 85

4

5       DEFENDANT'S OPENING STATEMENT           P. 93

6

7       GOVERNMENT:

8       **VINH-HANG HO**
              DIRECT EXAM BY MR. KARMEL          P. 103
9             CROSS-EXAM BY MR. FURSTMAN         P. 110
              REDIRECT EXAM BY MR. KARMEL        P. 119
10            RECROSS-EXAM BY MR. FURSTMAN       P. 121

11

12      **TERRYL FENTON**
              DIRECT EXAM BY MS. FLOYD           P. 124
              CROSS-EXAM BY MR. FURSTMAN         P. 133
13            REDIRECT EXAM BY MS. FLOYD         P. 136

14

15      **LAUREN MCNULTY**
              DIRECT EXAM BY MR. KARMEL          P. 139, 145
              VOIR DIRE EXAM BY MR. FURSTMAN     P. 143
16            CROSS-EXAM BY MR. FURSTMAN         P. 153
              REDIRECT EXAM BY MR. KARMEL        P. 158
17            RECROSS-EXAM BY MR. FURSTMAN       P. 160

18

19      **LOTTIE BLOXSOM**
              DIRECT EXAM BY MR. FURSTMAN        P. 162

20

21

22

23

24

25

1                                INDEX OF EXHIBITS

2

                                          MARKED        ADMITTED
3          GOVERNMENT'S:

4          58                                            151
           2                                             175
5          100                                           177
           1A & 1B                                       179
6          4                                             183
           101                                           184
7          3A & 3B                                       185
           6                                             190
8          7                                             191

9

10

11

12         DEFENDANT'S:

13

14

15

16

17

18

19

20

21

22

23

24

25

1      SAN JOSE, CALIFORNIA                    JUNE 12, 2023

2                       P R O C E E D I N G S

3

4          (COURT CONVENED AT 9:10 A.M.)

09:10AM  5          (JURY IN AT 9:10 A.M.)

09:10AM  6              THE COURT:  WE'RE ON THE RECORD IN UNITED STATES

09:10AM  7      VERSUS DONALD SIAO.  ALL COUNSEL AND THE PARTIES ARE PRESENT.

09:10AM  8      GOOD MORNING TO ALL OF YOU AND TO ALL OF OUR JURORS.

09:10AM  9          ALL RIGHT.  THANK YOU ALL FOR BEING SO PROMPT THIS

09:10AM  10     MORNING.  YOU WERE HERE LAST WEEK AND YOU FILLED OUT A

09:10AM  11     QUESTIONNAIRE.  THAT WAS VERY HELPFUL TO US.  THANK YOU.

09:10AM  12         AS YOU COULD SEE, THERE WERE MANY QUESTIONS, AND IT WOULD

09:10AM  13     HAVE TAKEN US AN AWFULLY LONG TIME TO ASK ALL OF YOU THOSE

09:10AM  14     QUESTIONS HERE IN COURT.  SO WE'RE GOING TO BE ABLE TO JUMP IN

09:10AM  15     AND GO OVER SOME OF THOSE QUESTIONS CERTAINLY BECAUSE SOME OF

09:10AM  16     THE INFORMATION YOU'VE PROVIDED US WAS IN VERY SUMMARY FORM OR

09:10AM  17     A YES/NO.  AND I'M GOING TO LET THE ATTORNEYS DIG IN WHERE THEY

09:10AM  18     THINK THAT WILL BE HELPFUL, BUT I DON'T HAVE TO START AT THE

09:11AM  19     BEGINNING BY ASKING JUROR NUMBER 1 "TELL ME YOUR NAME AND WHERE

09:11AM  20     DO YOU LIVE" AND ALL OF THOSE BASIC QUESTIONS.  SO THAT WAS A

09:11AM  21     REALLY BIG HELP TO ALL OF US.

09:11AM  22         NOW, TODAY WE HAVE THE DIFFICULT JOB OF PICKING 12 JURORS

09:11AM  23     AND 2 ALTERNATES.

09:11AM  24         FOR ME AND FOR THE ATTORNEYS, OUR JOB IS TO ASK QUESTIONS

09:11AM  25     ABOUT YOU AND TO LISTEN AND UNDERSTAND YOUR ANSWERS SO THAT WE

09:11AM 1    CAN DETERMINE WHETHER YOU COULD BE A FAIR AND IMPARTIAL JUROR

09:11AM 2    IN THIS CASE.

09:11AM 3         THERE ARE A LOT OF QUESTIONS THAT WE NEED TO ASK

09:11AM 4    CERTAINLY, AND I THINK WE WENT OVER THIS LAST WEEK.  THERE ARE

09:11AM 5    NO RIGHT OR WRONG ANSWERS.  YOUR HONEST CANDID ANSWERS, WHAT

09:11AM 6    WE'RE LOOKING FOR, AND FOR MOST OF YOU THE ISSUES IN THIS CASE

09:11AM 7    HAVE NOT BEEN PART OF YOUR LIFE, BUT FOR SOME OF YOU, AS I'VE

09:11AM 8    LEARNED FROM THE QUESTIONNAIRES, YOU HAVE BEEN TOUCHED BY THESE

09:11AM 9    ISSUES.  SO WE CERTAINLY WANT TO TALK ABOUT THAT AS WELL.

09:12AM 10        I ALSO WANT TO ASK YOU SOME QUESTIONS ABOUT BASIC

09:12AM 11   UNDERSTANDING OF THE CONSTITUTIONAL PRINCIPLES THAT WE DEAL

09:12AM 12   WITH HERE, AND I KNOW FOR SOME OF YOU IT FEELS LIKE A CIVICS

09:12AM 13   LESSON AND YOU HAVE NOT TAKEN CIVICS SINCE YOU WERE IN TENTH

09:12AM 14   GRADE, SO MAYBE YOU FEEL RUSTY OR MAYBE YOU HAVE NOT LEARNED IT

09:12AM 15   AND THAT'S OKAY, TOO.  SO IF THE CONCEPT IS FOREIGN TO YOU, LET

09:12AM 16   US KNOW AND THAT WILL BE HELPFUL AS WELL.

09:12AM 17        SO WHAT I'M GOING TO DO, I'M GOING TO START WITH A FEW

09:12AM 18   THINGS.

09:12AM 19        FIRST OF ALL, LET ME INTRODUCE THE ATTORNEYS TO YOU.  I'M

09:12AM 20   GOING TO INTRODUCE LEAD COUNSEL AND LET THE ATTORNEYS INTRODUCE

09:12AM 21   THE REST OF THEIR TEAM.  THE UNITED STATES IS REPRESENTED BY

09:12AM 22   ASSISTANT UNITED STATES ATTORNEY AMANI FLOYD.

09:12AM 23        MS. FLOYD.

09:12AM 24         MS. FLOYD:  HI.  GOOD MORNING EVERYONE.

09:12AM 25   AMANI FLOYD.

09:12AM 1       THIS IS MY COLLEAGUE, DAN KARMEL.  HE'S ALSO AN ASSISTANT

09:12AM 2  U.S. ATTORNEY.

09:13AM 3       WE HAVE SPECIAL AGENT GUZMAN WHO IS WITH THE DEA.

09:13AM 4       AND THEN WE HAVE AT THE END MIMI LAM, WHO IS OUR WONDERFUL

09:13AM 5  PARALEGAL.

09:13AM 6           THE COURT:  THANK YOU, MS. FLOYD.

09:13AM 7       AND THE DEFENSE, DR. SIAO, IS REPRESENTED BY HIS ATTORNEY

09:13AM 8  SCOTT FURSTMAN.

09:13AM 9       MR. FURSTMAN.

09:13AM 10          MR. FURSTMAN:  GOOD MORNING, LADIES AND GENTLEMEN.

09:13AM 11 WELCOME BACK.  I REPRESENT DR. DONALD SIAO WHO IS SEATED TO MY

09:13AM 12 LEFT.

09:13AM 13          THE COURT:  THANK YOU.

09:13AM 14      LADIES AND GENTLEMEN, YOU MAY NOTICE DURING THE TRIAL THAT

09:13AM 15 MR. FURSTMAN SITS INSTEAD OF STANDS.  I WANT YOU TO KNOW THAT

09:13AM 16 HE DOES NOT MEAN ANY DISRESPECT BY IT, BUT HE DOES HAVE

09:13AM 17 IMPAIRED MOBILITY AND HE AND I HAVE TALKED ABOUT IT.  AND I'M

09:13AM 18 SURE YOU ALL UNDERSTAND THAT THE PURPOSE OF THE TRIAL IS TO

09:13AM 19 PRESENT THE EVIDENCE AND THE FORMALITIES CAN BE WAIVED.  YOU

09:13AM 20 WILL SEE MR. FURSTMAN PRESENTS WITH THE UTMOST RESPECT TO YOU,

09:13AM 21 THE JURY, AND TO THE COURT.

09:13AM 22      NOW, AS WE GET STARTED IN JURY SELECTION, I KNOW YOU ALL

09:14AM 23 ENDED UP BEING LINED UP BASED ON YOUR JUROR NUMBER.  AND I KNOW

09:14AM 24 THAT MAY SEEM SILLY TO YOU AND IT MAY FEEL LIKE SECOND GRADE.

09:14AM 25 I APOLOGIZE FOR THAT.

09:14AM 1     THERE ARE MANY OF YOU, WE DON'T KNOW YOU, AND IT'S REALLY

09:14AM 2   IMPORTANT THAT AS WE TAKE NOTES AND CONSIDER WHAT YOU'VE TOLD

09:14AM 3   US, THAT WE SEE YOU IN THE ORDER THAT YOU'RE SEATED.

09:14AM 4     WE LOOK TO THE -- YOU'VE BEEN RANDOMLY ORGANIZED AND THEN

09:14AM 5   GIVEN THESE NUMBERS, SO WHEN WE REFER TO YOU, FIRST OF ALL, IF

09:14AM 6   YOU'RE ASKED TO ANSWER A QUESTION, I'M GOING TO ASK YOU TO WALK

09:14AM 7   OVER TO THE MICROPHONE THAT IS BACK IN THE MIDDLE OF THE

09:14AM 8   COURTROOM.  PLEASE BRING YOUR NUMBER WITH YOU AND SHOW IT TO US

09:14AM 9   BECAUSE I'LL JUST SHOW YOU, I HAVE ALL OF YOUR NAMES ON MY

09:14AM 10   SEATING CHART.  I WENT TO -- WHEN I WAS IN LAW SCHOOL, WE SAT

09:14AM 11   WITH SEATING CHARTS.  SOME OF YOU MAY HAVE HAD THAT EXPERIENCE

09:14AM 12   IN COLLEGE OR IN HIGH SCHOOL.  AND IT'S GOING TO REALLY MAKE

09:15AM 13   OUR JOB EASIER IF WE SEE YOUR NUMBER AND THEN WE WILL KNOW WHO

09:15AM 14   WE ARE SPEAKING TO.

09:15AM 15     SO AGAIN, THESE ARE JUST METHODS THAT REALLY HELP US TO

09:15AM 16   KEEP EVERYTHING STRAIGHT AND TO MOVE IT ALONG MORE QUICKLY,

09:15AM 17   FRANKLY, SO THAT WE DON'T NEED TO TAKE YOUR TIME IN IDENTIFYING

09:15AM 18   YOU SO MUCH.

09:15AM 19     I'M GOING TO NEED TO MAKE SURE YOU SPEAK INTO THE

09:15AM 20   MICROPHONE BECAUSE IT'S A BIG COURTROOM AND IT CAN BE HARD TO

09:15AM 21   HEAR.

09:15AM 22     SO WE HAVE OUR COURT REPORTER, MS. IRENE RODRIGUEZ, WHO IS

09:15AM 23   TAKING DOWN A VERBATIM TRANSCRIPT.  SHE HAS TO BE ABLE TO HEAR

09:15AM 24   YOU.  I HAVE TO BE ABLE TO HEAR YOU.  EVERYBODY HAS TO BE ABLE

09:15AM 25   TO HEAR YOU.  AND I KNOW FOR SOME OF YOU IT'S NOT COMFORTABLE

09:15AM 1    SPEAKING IN A BIG ROOM IN FRONT OF A LOT OF PEOPLE.  SO THANK

09:15AM 2    YOU.  I NOTE SOME OF YOU MAY FEEL A LITTLE NERVOUS.  WE'LL TRY

09:15AM 3    TO MAKE THAT MORE COMFORTABLE FOR YOU, BUT I DO APPRECIATE IT.

09:15AM 4        THE LAST THING I WANT TO SAY BEFORE I START WITH SOME

09:15AM 5    QUESTIONS IS THAT WHEN YOU FILLED OUT THE QUESTIONNAIRE, YOU

09:15AM 6    WERE JUST WRITING IT FOR THE ATTORNEYS AND ME TO READ, AND YOU

09:16AM 7    WERE NOT SAYING THESE THINGS OUT LOUD.

09:16AM 8        SOME OF THE ANSWERS TO QUESTIONS ASKED MAY CAUSE YOU TO

09:16AM 9    GIVE INFORMATION THAT YOU CONSIDER VERY PRIVATE.  AND WE

09:16AM 10   COMPLETELY RESPECT THAT.

09:16AM 11       YOU KNOW, PEOPLE DEAL WITH PRIVATE INFORMATION

09:16AM 12   DIFFERENTLY.  SOME PEOPLE LIVE THEIR LIVES OUT LOUD AND THEY'RE

09:16AM 13   ACTUALLY VERY COMFORTABLE TALKING ABOUT THINGS TO OTHER PEOPLE.

09:16AM 14       AND OTHERS ARE -- SEE IT DIFFERENTLY AND CONSIDER CERTAIN

09:16AM 15   THINGS REALLY PRIVATE, AND THEY WOULD NEVER SAY IT OUT LOUD IN

09:16AM 16   A ROOM.

09:16AM 17       IT'S NOT FOR ME OR ANYONE ELSE IN THIS COURTROOM TO DECIDE

09:16AM 18   WHAT YOU THINK IS PRIVATE.  THAT'S FOR YOU TO DECIDE.

09:16AM 19       SO IF I ASK A QUESTION OR IF ONE OF THE ATTORNEYS ASK THE

09:16AM 20   QUESTION AND YOUR ANSWER WOULD BE SOMETHING THAT YOU CONSIDER

09:16AM 21   PRIVATE, I WANT YOU TO TELL ME THAT.  WE'LL STOP THE QUESTION,

09:16AM 22   AND WE'LL MAKE A NOTE OF IT.

09:17AM 23       I DO NEED THE ANSWER, BUT I CAN DO IT ON A BREAK WHEN ALL

09:17AM 24   OF THE JURORS ARE OUT OF THE ROOM AND JUST THE ATTORNEYS AND I

09:17AM 25   ARE PRESENT.  I DO STILL NEED THAT ANSWER, BUT I WANT YOU TO

09:17AM   1    KNOW THAT WE CAN GIVE YOU THAT LITTLE BIT OF SPACE.  IT'S NOT

09:17AM   2    REALLY PRIVACY, I UNDERSTAND THAT, BECAUSE IT'S NOT JUST

09:17AM   3    WRITING IT ON PAPER, BUT AT LEAST YOU WON'T HAVE TO SAY IT IN

09:17AM   4    FRONT OF ALL OF THE JURORS IN THE COURTROOM.

09:17AM   5         NOW, SOMETIMES, I MIGHT ASK A QUESTION AND YOU SAY THE

09:17AM   6    ANSWER IS PRIVATE AND THEN ONE OF THE ATTORNEYS FOLLOWS UP OR

09:17AM   7    ASKS A DIFFERENT QUESTION AND YOU KNOW THAT YOUR ANSWER IS THE

09:17AM   8    SAME PRIVATE INFORMATION THAT YOU ALREADY FLAGGED.

09:17AM   9         PLEASE UNDERSTAND THAT WE DON'T KNOW WHAT YOUR ANSWER IS

09:17AM   10   OR WE MIGHT HAVE FORGOTTEN THAT THE QUESTION WAS MARKED PRIVATE

09:17AM   11   BECAUSE THERE'S A LOT GOING ON.  SO PLEASE DON'T THINK THAT ONE

09:17AM   12   OF US IS TRYING TO GET YOU TO SAY THINGS IN THE COURTROOM THAT

09:17AM   13   YOU WOULD RATHER SAY PRIVATELY.

09:17AM   14         JUST SAY IT'S PRIVATE, WE'LL MOVE ON, AND NO DISRESPECT IS

09:18AM   15   MEANT TO YOU.  IT'S JUST, AS I SAY, WE DON'T KNOW WHAT YOUR

09:18AM   16   ANSWER WOULD BE.  SO SOMETIMES IT'S REALLY HARD TO KNOW THAT

09:18AM   17   THE QUESTION WOULD GET TO THE SAME THING.  BUT WE CERTAINLY

09:18AM   18   RESPECT YOUR RIGHT TO HAVE THINGS DONE PRIVATELY.

09:18AM   19         NOW, COUNSEL, WOULD YOU LIKE ME TO REREAD THE NEUTRAL

09:18AM   20   STATEMENT TO THE JURY?

09:18AM   21              MS. FLOYD:  I THINK THAT MAY BE HELPFUL.

09:18AM   22              THE COURT:  OKAY.

09:18AM   23         LADIES AND GENTLEMEN, I READ THIS NEUTRAL STATEMENT OF THE

09:18AM   24   CASE TO YOU ON FRIDAY.  I'M GOING TO READ IT AGAIN.  AGAIN,

09:18AM   25   THIS IS ONLY TO LET YOU KNOW THE SUBJECT MATTER OF THE CASE.

09:18AM 1   THIS IS NOT EVIDENCE IN THE CASE.  NOTHING I SAY OR THE

09:18AM 2   ATTORNEYS SAY IS EVIDENCE.  I MAY GIVE YOU INSTRUCTIONS AND

09:18AM 3   YOU'RE TO FOLLOW THEM, BUT I DON'T TESTIFY.  I DON'T PUT MY

09:18AM 4   RIGHT HAND UP AND TAKE AN OATH.  NEITHER DO THE ATTORNEYS.

09:18AM 5       THE ONLY EVIDENCE IN THE CASE IS ON THE -- FROM WITNESSES

09:18AM 6   ON THE WITNESS STAND OR DOCUMENTS I ADMIT.  BUT I DO WANT YOU

09:19AM 7   TO HAVE THE CONTEXT FOR THE QUESTIONS THAT ARE BEING ASKED.

09:19AM 8       THIS IS A CRIMINAL CASE BROUGHT BY THE UNITED STATES

09:19AM 9   AGAINST DONALD SIAO, A FAMILY MEDICINE PHYSICIAN PRACTICING IN

09:19AM 10  SAN JOSE.

09:19AM 11      DR. SIAO IS ACCUSED OF PRESCRIBING THE DRUGS OXYCODONE

09:19AM 12  AND/OR HYDROCODONE, ACETAMINOPHEN, WHICH IS KNOWN AS NORCO, TO

09:19AM 13  UNDERCOVER OFFICERS AND TO HIS PATIENTS KNOWING OR INTENDING

09:19AM 14  THAT THOSE PRESCRIPTIONS WERE NOT USED FOR A LEGITIMATE MEDICAL

09:19AM 15  PURPOSE IN THE USUAL COURSE OF HIS PROFESSIONAL PRACTICE.

09:19AM 16      COUNTS ONE THROUGH FOUR IN THE CASE INVOLVE FOUR CHARGED

09:19AM 17  PRESCRIPTIONS ISSUED BY DR. SIAO TO UNDERCOVER OFFICERS BETWEEN

09:19AM 18  FEBRUARY 2018 AND JULY 2018.

09:19AM 19      COUNTS FIVE THROUGH EIGHT INVOLVE FOUR CHARGED

09:19AM 20  PRESCRIPTIONS ISSUED BY DR. SIAO TO PATIENT E.J. BETWEEN

09:20AM 21  APRIL 2018 AND FEBRUARY 2019.

09:20AM 22      COUNTS NINE THROUGH TWELVE INVOLVE FOUR CHARGED

09:20AM 23  PRESCRIPTIONS ISSUED BY DR. SIAO TO PATIENT A.J. BETWEEN

09:20AM 24  MAY 2018 AND DECEMBER 2019.

09:20AM 25      DR. SIAO MAINTAINS HIS INNOCENCE.

09:20AM 1       NOW, AS I TOLD YOU, DR. SIAO, JUST LIKE ANYONE IN THIS

09:20AM 2   ROOM WHO MAY BE CHARGED WITH A CRIME, IS PRESUMED TO BE

09:20AM 3   INNOCENT UNLESS AND UNTIL THE UNITED STATES PROVES GUILT BEYOND

09:20AM 4   A REASONABLE DOUBT.

09:20AM 5       UNDER OUR CONSTITUTION, IT'S ONLY YOU THE JURY WHO CAN

09:20AM 6   DETERMINE WHETHER THE GOVERNMENT HAS MET ITS BURDEN OF PROOF,

09:20AM 7   AND THIS IS WHAT WE CALL THE PRESUMPTION OF INNOCENCE.

09:20AM 8       IS THERE ANYONE HERE WHO LOOKING AT DR. SIAO RIGHT NOW

09:20AM 9   DOES NOT PRESUME HIM TO BE INNOCENT?

09:21AM 10      DOES ANYONE HERE THINK YOU'VE HEARD ANY EVIDENCE IN THE

09:21AM 11  CASE?

09:21AM 12      HAS ANYONE HERE DRAWN A CONCLUSION ABOUT GUILT OR

09:21AM 13  INNOCENCE?

09:21AM 14      ALL RIGHT.  I WANT TO FOLLOW UP WITH A FEW OF THE

09:21AM 15  QUESTIONS THAT WERE ASKED HAVING TO DO WITH YOUR KNOWLEDGE OF

09:21AM 16  AND EXPERIENCE WITH THE DRUGS OXYCODONE AND HYDROCODONE.  AND

09:21AM 17  THEY WERE LISTED IN THE QUESTIONNAIRE.

09:21AM 18      AND SOME OF YOU THROUGH FRIENDS OR FAMILY OR YOURSELVES

09:21AM 19  HAVE THAT EXPERIENCE.  AND SOME OF YOU EXPRESS STRONG OPINIONS

09:21AM 20  ABOUT THE DRUGS, ABOUT ENFORCEMENT, ABOUT THE PEOPLE WHO

09:21AM 21  PRESCRIBE THE DRUGS.

09:21AM 22      AND I WOULD EXPECT THAT MANY OF YOU HAVE PERSONAL

09:21AM 23  OPINIONS.  I HAVE PERSONAL OPINIONS ABOUT A LOT OF THINGS.  I'M

09:21AM 24  TRAINED TO SET MY OPINIONS ASIDE AND FOLLOW THE LAW.  AND MOST

09:22AM 25  OF YOU ARE NOT TRAINED THAT WAY.

09:22AM  1      SO WHEN YOU SERVE AS A MEMBER OF A JURY, WE'RE LOOKING FOR

09:22AM  2  PEOPLE WHO UNDERSTAND THE REQUIREMENT THAT YOU SET ASIDE YOUR

09:22AM  3  PERSONAL EXPERIENCE AND JUDGE THE FACTS AS YOU SEE AND HEAR

09:22AM  4  THEM IN THE COURTROOM TO DECIDE WHAT HAPPENED AND THEN APPLY

09:22AM  5  THE LAW TO THOSE FACTS.

09:22AM  6      SO I CAN SAY IT IN A WAY THAT SOUNDS SIMPLE, BUT I KNOW

09:22AM  7  IT'S NOT.  AND FOR MANY OF YOU THIS IS NOT A FAMILIAR THING.

09:22AM  8      IT MAY BE FOR THOSE OF YOU TRAINED IN SCIENCE, MUCH LIKE

09:22AM  9  THE SCIENTIFIC METHOD WHERE YOU HAVE A HYPOTHESIS, BUT YOU

09:22AM  10  DON'T DRAW A CONCLUSION ABOUT YOUR HYPOTHESIS UNTIL YOU PERFORM

09:22AM  11  THE EXPERIMENTS TO PROVE IT, AND YOU DON'T START OUT WITH THE

09:22AM  12  BIAS OF BELIEVING YOUR HYPOTHESIS IS CORRECT BECAUSE THEN THAT

09:22AM  13  WOULD COLOR THE RESULTS THAT YOU HAVE.

09:23AM  14      SO FOR MANY OF YOU LOOKING AT YOUR BACKGROUNDS, I KNOW

09:23AM  15  THAT THAT EXPERIENCE MAY BE VERY FAMILIAR TO YOU AND IT IS --

09:23AM  16  YOU UNDERSTAND THE NECESSITY OF EVALUATING THE SCIENTIFIC

09:23AM  17  EVIDENCE YOU HAVE AND THEN APPLYING IT TO THE HYPOTHESIS THAT

09:23AM  18  YOU HAD.  AND THEN YOU CAN COME UP WITH RESULTS.

09:23AM  19      SO IN A JURY TRIAL, IT'S NOT THAT DIFFERENT.  THERE IS A

09:23AM  20  CHARGE, BUT IT IS NOT EVIDENCE OF ANYTHING.  LIKE A HYPOTHESIS,

09:23AM  21  IT IS THE SUBJECT MATTER THAT YOU ARE EXPLORING.

09:23AM  22      AND THEN THERE IS EVIDENCE THROUGH WITNESS TESTIMONY AND

09:23AM  23  DOCUMENTS, MUCH LIKE SCIENTIFIC EXPERIMENTS THAT PRODUCE

09:23AM  24  RESULTS.  AND THOSE RESULTS HAVE TO BE EVALUATED, AND THEY HAVE

09:23AM  25  TO BE EVALUATED IN A FAIR WAY.

09:23AM 1          NONE OF US WOULD WANT SCIENTIFIC CONCLUSIONS TO BE BASED

09:23AM 2    ON BIASSED SCIENTISTS WHO WERE LOOKING FOR A RESULT THAT DIDN'T

09:24AM 3    REALLY EXIST.  WE WANT THE SAME AND AT A MUCH HIGHER LEVEL OF

09:24AM 4    CERTAINTY FOR OUR JURY.  NO ONE HERE WANTS TO CONVICT SOMEONE

09:24AM 5    WHO DID NOT ACTUALLY COMMIT THE CRIME CHARGED.

09:24AM 6          THAT'S NOT TO SAY THAT YOU MIGHT NOT LIKE THE LAW OR THE

09:24AM 7    WAY THAT IT'S WRITTEN, BUT WE'LL GET TO THAT IN A MINUTE.  SO

09:24AM 8    LET ME FOLLOW UP.

09:24AM 9          IF I COULD ASK JUROR NUMBER 8, MS. CANE, WHERE ARE YOU?

09:24AM 10   IF YOU COULD GO OVER TO THE MICROPHONE, PLEASE.

09:24AM 11         GOOD MORNING.

09:24AM 12             PROSPECTIVE JUROR:  GOOD MORNING.

09:24AM 13             THE COURT:  SO, MS. CANE, CAN YOU LOOK AT DR. SIAO

09:24AM 14   RIGHT NOW AND TELL ME THAT YOU PRESUME HIM TO BE INNOCENT?

09:25AM 15             PROSPECTIVE JUROR:  I'M NOT SURE.

09:25AM 16             THE COURT:  OKAY.  DO YOU UNDERSTAND WHAT I MEAN BY

09:25AM 17   "THE PRESUMPTION OF INNOCENCE"?

09:25AM 18             PROSPECTIVE JUROR:  NO.  CAN YOU EXPLAIN?

09:25AM 19             THE COURT:  YES.  SO HAVE YOU -- LET'S TAKE -- LET'S

09:25AM 20   GO BACK.  HAVE YOU HEARD ANY EVIDENCE?

09:25AM 21             PROSPECTIVE JUROR:  NO, JUST THE NEUTRAL SUMMARY.

09:25AM 22             THE COURT:  OKAY.  AND YOU UNDERSTAND THAT'S NOT

09:25AM 23   EVIDENCE?

09:25AM 24             PROSPECTIVE JUROR:  I UNDERSTAND.

09:25AM 25             THE COURT:  OKAY.  DO YOU ALSO UNDERSTAND THAT YOU

09:25AM   1   CAN ONLY CONVICT SOMEONE BASED UPON THE EVIDENCE THAT YOU HEAR

09:25AM   2   IN THE TRIAL?

09:25AM   3          THE DEFENDANT:  I UNDERSTAND THAT.

09:25AM   4          THE COURT:  SO HAVE YOU HEARD ANY EVIDENCE?

09:25AM   5          PROSPECTIVE JUROR:  NO.  I JUST KNOW THAT THERE WAS

09:25AM   6   AN UNDERCOVER OPERATION.

09:25AM   7          THE COURT:  OKAY.  OKAY.

09:25AM   8      AND IF YOU UNDERSTAND THAT THERE'S NO EVIDENCE, HAVE YOU

09:25AM   9   MADE A DECISION ON GUILT OR INNOCENCE?

09:25AM  10          PROSPECTIVE JUROR:  I HAVEN'T MADE A DECISION BUT

09:25AM  11   I'M BEING OPEN MINDED.

09:25AM  12          THE COURT:  OKAY.  AND CAN YOU PUT ASIDE YOUR

09:25AM  13   PERSONAL FEELINGS ABOUT THESE DRUGS AND LISTEN TO THE EVIDENCE

09:26AM  14   HERE?

09:26AM  15          PROSPECTIVE JUROR:  I CAN TRY.

09:26AM  16          THE COURT:  SO WE'RE ALL HUMAN BEINGS, AREN'T WE?

09:26AM  17   SO LET ME GET TO MORE SPECIFICS.

09:26AM  18      I UNDERSTAND FROM THE QUESTIONNAIRE THAT YOU'VE HEARD

09:26AM  19   THINGS ABOUT WHAT DOCTORS DO WITH PRESCRIBING THESE DRUGS; IS

09:26AM  20   THAT RIGHT?

09:26AM  21          PROSPECTIVE JUROR:  THAT'S RIGHT.

09:26AM  22          THE COURT:  OKAY.  SO HAVE YOU -- CAN YOU SET ASIDE

09:26AM  23   WHAT YOU'VE HEARD AND LISTEN TO WHAT YOU HEAR IN THE COURTROOM

09:26AM  24   AND DECIDE ONLY ON THE EVIDENCE?

09:26AM  25          PROSPECTIVE JUROR:  I CAN DO THAT.

09:26AM  1            THE COURT:  YOU MIGHT HAVE HEARD THINGS THAT ARE NOT

09:26AM  2   ACCURATE.

09:26AM  3            PROSPECTIVE JUROR:  THAT'S TRUE, YEAH.

09:26AM  4            THE COURT:  OR YOU MIGHT HAVE HEARD THINGS THAT

09:26AM  5   APPLY TO OTHER PEOPLE BUT NOT THIS CASE?

09:26AM  6            PROSPECTIVE JUROR:  THAT MAKES SENSE, YES.

09:26AM  7            THE COURT:  OKAY.  AND SO JUST BECAUSE ONE MEDICAL

09:26AM  8   DOCTOR MIGHT HAVE DONE SOMETHING WRONG, DO YOU THINK THAT THAT

09:26AM  9   WOULD MEANS NECESSARILY THAT ALL MEDICAL DOCTORS DO THE SAME

09:27AM  10  THING?

09:27AM  11           PROSPECTIVE JUROR:  NO.

09:27AM  12           THE COURT:  OKAY.  AND ARE YOU WILLING TO WAIT AND

09:27AM  13  LISTEN TO THE EVIDENCE AND HEAR THE LAW BEFORE YOU DECIDE

09:27AM  14  WHETHER THIS MEDICAL DOCTOR, DR. SIAO, HAS DONE ANYTHING

09:27AM  15  ILLEGAL?

09:27AM  16           PROSPECTIVE JUROR:  YES, I'D LIKE TO HEAR THE

09:27AM  17  EVIDENCE.

09:27AM  18           THE COURT:  OKAY.  AND DO YOU UNDERSTAND THAT JUST

09:27AM  19  BECAUSE SOME DOCTORS DO THINGS THAT ARE ILLEGAL, THAT NOT ALL

09:27AM  20  DOCTORS DO?

09:27AM  21           PROSPECTIVE JUROR:  I UNDERSTAND THAT.

09:27AM  22           THE COURT:  ALL RIGHT.  AND DO YOU HAVE ANY -- OKAY.

09:27AM  23  AND YOU INDICATED IN YOUR ANSWERS THAT YOU THINK DOCTORS

09:27AM  24  PRESCRIBE TOO MUCH OF THESE DRUGS?

09:27AM  25           PROSPECTIVE JUROR:  YES, I PUT THAT IN MY ANSWER.

| | | |
|---|---|---|
| 09:27AM | 1 | THE COURT:  OKAY.  YOU BELIEVE THAT? |
| 09:27AM | 2 | PROSPECTIVE JUROR:  I DO. |
| 09:27AM | 3 | THE COURT:  OKAY.  AND THERE'S NO RIGHT OR WRONG |
| 09:27AM | 4 | ANSWER. |
| 09:27AM | 5 | SO DO YOU KNOW WHAT THE LAW DEFINES AS TOO MUCH OR |
| 09:27AM | 6 | INAPPROPRIATE? |
| 09:28AM | 7 | PROSPECTIVE JUROR:  I DON'T.  IT PROBABLY VARIES ON |
| 09:28AM | 8 | WHAT DRUG IT IS. |
| 09:28AM | 9 | THE COURT:  OKAY.  SO MOST OF US DON'T.  IT'S NOT A |
| 09:28AM | 10 | TEST.  BUT I'M GOING TO TELL YOU THE LEGAL STANDARD. |
| 09:28AM | 11 | I'M GOING TO TELL YOU THE LAW.  WILL YOU APPLY THAT |
| 09:28AM | 12 | STANDARD? |
| 09:28AM | 13 | PROSPECTIVE JUROR:  OF COURSE. |
| 09:28AM | 14 | THE COURT:  AND EVEN IF YOU DISAGREE WITH THE |
| 09:28AM | 15 | STANDARD, WILL YOU APPLY IT FAITHFULLY? |
| 09:28AM | 16 | PROSPECTIVE JUROR:  YES. |
| 09:28AM | 17 | THE COURT:  OKAY.  THANK YOU. |
| 09:28AM | 18 | JUROR NUMBER 12, MR. JACOBS, COULD I HAVE YOU GO UP TO THE |
| 09:28AM | 19 | MICROPHONE. |
| 09:28AM | 20 | GOOD MORNING. |
| 09:28AM | 21 | PROSPECTIVE JUROR:  GOOD MORNING. |
| 09:28AM | 22 | THE COURT:  SO IN YOUR QUESTIONNAIRE YOU INDICATED |
| 09:28AM | 23 | YOU WOULD LIKE TO SEE MORE REGULATION; THAT IS CORRECT? |
| 09:28AM | 24 | PROSPECTIVE JUROR:  THAT'S CORRECT. |
| 09:28AM | 25 | THE COURT:  SO IT WOULD BE VERY INTERESTING FOR YOU |

09:28AM   1    AND ME TO HAVE A CONVERSATION OVER A CUP OF COFFEE ABOUT WHERE

09:29AM   2    YOUR VIEWS OF THE LAW SHOULD GO, BUT THAT'S NOT WHAT YOU'RE

09:29AM   3    HERE FOR.

09:29AM   4        DO YOU UNDERSTAND?

09:29AM   5            PROSPECTIVE JUROR:  CORRECT.

09:29AM   6            THE COURT:  AND AS YOU HEARD MY QUESTIONS TO

09:29AM   7    MS. CANE, JUROR NUMBER 8, DO YOU -- EVEN THOUGH YOU BELIEVE

09:29AM   8    THAT THERE SHOULD BE MORE REGULATION, IF MY JURY INSTRUCTIONS

09:29AM   9    TELL YOU THE LAW AND IT DOESN'T MEASURE UP TO WHAT YOU WOULD

09:29AM   10   LIKE THE LAW TO BE, CAN YOU APPLY THE LAW THAT I GIVE YOU?

09:29AM   11           PROSPECTIVE JUROR:  YES.

09:29AM   12           THE COURT:  AND IN YOUR VIEW, WOULD YOU LOWER THE

09:29AM   13   BURDEN OF PROOF ON THE GOVERNMENT BECAUSE YOU THINK THE LAW

09:29AM   14   SHOULD BE STRICTER?

09:29AM   15           PROSPECTIVE JUROR:  NO.

09:29AM   16           THE COURT:  OKAY.  THANK YOU.

09:29AM   17       THAT'S ALL.  THANK YOU.

09:29AM   18           PROSPECTIVE JUROR:  THANK YOU.

09:29AM   19           THE COURT:  JUROR NUMBER 27, ZHANG.

09:30AM   20       GOOD MORNING.

09:30AM   21           PROSPECTIVE JUROR:  GOOD MORNING.

09:30AM   22           THE COURT:  YOU ANSWERED QUESTION NUMBER 28.  YOU

09:30AM   23   INDICATED THAT THERE WAS SOMETHING THAT WOULD CAUSE YOU TO BE

09:30AM   24   UNFAIR.  DO YOU THINK YOU WOULD BE UNFAIR IN THIS CASE?

09:30AM   25           PROSPECTIVE JUROR:  NO.

09:30AM  1          THE COURT:  OKAY.  I WONDERED IF YOUR ANSWER WAS A

09:30AM  2   MISTAKE.  WHEN YOU ANSWERED YES, YOU MEANT THAT YOU COULD BE

09:30AM  3   FAIR?

09:30AM  4          PROSPECTIVE JUROR:  YES.

09:30AM  5          THE COURT:  THANK YOU.  THAT'S ALL I HAVE.  THANK

09:30AM  6   YOU.  YOU MAY BE SEATED.

09:30AM  7       ALL RIGHT.  I WANT TO GO BACK OVER THIS ISSUE OF APPLYING

09:30AM  8   THE LAW THAT WE HAVE TODAY.  I'M GOING TO STEP OUTSIDE OF THE

09:30AM  9   LAWS THAT ARE THE SUBJECT OF THIS CASE AND I WANT YOU ALL TO

09:30AM  10  THINK ABOUT A CIRCUMSTANCE WHERE YOU LIVE IN A COMMUNITY AND

09:30AM  11  THE POSTED SPEED LIMIT ON A LOCAL STREET IS 35 MILES AN HOUR.

09:31AM  12  AND EVERY DAY YOU SEE CARS GOING BY AND YOU THINK, WOW, THAT'S

09:31AM  13  JUST TOO FAST, THAT'S JUST TOO FAST.

09:31AM  14      SO LO AND BEHOLD, SOMEBODY GETS PULLED OVER, ENDS UP IN A

09:31AM  15  JURY TRIAL, AND YOU'RE ON THE JURY, AND THE EVIDENCE -- AND

09:31AM  16  THEY'RE CHARGED WITH SPEEDING.  OKAY.  YOU'RE LOOKING AT THAT

09:31AM  17  THINKING THAT'S MY STREET, I KNOW THAT STREET.

09:31AM  18      AND THE EVIDENCE COMES IN THAT THE PERSON WAS DRIVING

09:31AM  19  34 MILES AN HOUR.  BUT SINCE YOU THINK THAT'S TOO FAST, IS

09:31AM  20  THERE ANYONE HERE WHO WOULD CONVICT THAT DRIVER FOR DRIVING

09:31AM  21  34 MILES AN HOUR IN A 35 MILES AN HOUR ZONE BECAUSE YOU THINK

09:31AM  22  THE POSTED LIMIT IS TOO HIGH?

09:31AM  23      ALL RIGHT.  LET ME ASK JUROR NUMBER 3, MR. FARRIS, IF YOU

09:31AM  24  WERE SITTING IN THE DEFENSE CHAIR, HOW WOULD YOU FEEL ABOUT

09:31AM  25  BEING CONVICTED WHEN YOU WERE DRIVING 34 MILES AN HOUR?

09:31AM 1          PROSPECTIVE JUROR:  (INDICATING)?

09:32AM 2          THE COURT:  YEAH, THAT WOULD BE CORRECT.

09:32AM 3          PROSPECTIVE JUROR:  DO YOU WANT ME TO GO UP TO --

09:32AM 4          THE COURT:  YES.

09:32AM 5      (PAUSE IN PROCEEDINGS.)

09:32AM 6          PROSPECTIVE JUROR:  BOY, I WOULD FEEL WRONG.  IF I

09:32AM 7   WERE A DEFENDANT AND I HAD BEEN CONVICTED OF SPEEDING WHEN I

09:32AM 8   HADN'T BEEN SPEEDING AND I WAS GOING 34 MILES AN HOUR AND THE

09:32AM 9   POSTED SPEED LIMIT WAS 35.

09:32AM 10         THE COURT:  ALL RIGHT.  LET'S TURN IT A LITTLE BIT.

09:32AM 11  WHAT IF YOU WERE THAT SAME DRIVER DRIVING IN THE 35 MILES AN

09:32AM 12  HOUR ZONE GOING 42 MILES AN HOUR BUT THE JURY THOUGHT, WOW,

09:32AM 13  THAT IS JUST TOO SLOW FOR THAT STREET, I'M GOING TO CONVICT --

09:32AM 14  I WANT -- I'M NOT GOING TO CONVICT THIS PERSON BECAUSE I THINK

09:32AM 15  THE LAW IS RIDICULOUS.

09:33AM 16         PROSPECTIVE JUROR:  AS A DEFENDANT OR AS A PERSON?

09:33AM 17         THE COURT:  AS A DEFENDANT YOU WOULD BE HAPPY,

09:33AM 18  WOULDN'T YOU?

09:33AM 19         PROSPECTIVE JUROR:  YEAH, IF I WAS A DEFENDANT I

09:33AM 20  WOULD BE HAPPY BUT AS SOMEONE SITTING IN THE COURTROOM OR ON

09:33AM 21  THE JURY I WOULD SAY THAT'S A PROBLEM.

09:33AM 22         THE COURT:  ALL RIGHT.  DO YOU CONSIDER YOURSELF

09:33AM 23  SOMEONE WHO HAS VIEWS OR OPINIONS ABOUT LAWS GENERALLY?

09:33AM 24         PROSPECTIVE JUROR:  YES.

09:33AM 25         THE COURT:  ALL RIGHT.

09:33AM 1      AND IS THERE ANYTHING ABOUT THE LAWS THAT ARE THE SUBJECT

09:33AM 2   OF THIS CASE THAT WOULD CAUSE YOU TO THINK YOU WOULD BE UNFAIR

09:33AM 3   AS A JUROR?

09:33AM 4            PROSPECTIVE JUROR:  NO.

09:33AM 5            THE COURT:  ALL RIGHT.  GOOD.  THANK YOU.

09:33AM 6      COUNSEL, I THINK THAT'S ALL I WANTED TO GO OVER WITH THE

09:33AM 7   JURORS.

09:33AM 8      LADIES AND GENTLEMEN, PLEASE UNDERSTAND THAT THE LAWYERS

09:33AM 9   CAN GO BACK OVER THINGS THAT I ASKED, THEY'RE GOING TO ASK NEW

09:34AM 10  QUESTIONS, AND I'VE GIVEN EACH SIDE 30 MINUTES.  I THINK THAT'S

09:34AM 11  THE AMOUNT OF TIME THAT I ALLOTTED FOR THEIR QUESTIONS OF YOU.

09:34AM 12  THEY ARE -- THEY MAY ASK SOME GROUP QUESTIONS, THEY MAY ASK YOU

09:34AM 13  SOME QUESTIONS FOR A SHOW OF HANDS, OR AS I DID, HAVE SOME OF

09:34AM 14  YOU COME FORWARD AND I WILL THANK YOU FOR GIVING THEM YOUR FULL

09:34AM 15  ATTENTION AND HONEST ANSWERS.

09:34AM 16     I'LL START WITH THE UNITED STATES.  WHO IS GOING TO BE

09:34AM 17  ASKING THE QUESTIONS?  MS. FLOYD?

09:34AM 18            MS. FLOYD:  YES.  YOUR HONOR, DO YOU MIND IF I COME

09:34AM 19  AROUND?

09:34AM 20            THE COURT:  YES.  CAN WE MOVE THE TABLE FOR YOU?

09:35AM 21       (PAUSE IN PROCEEDINGS.)

09:35AM 22            MS. FLOYD:  FIRST I JUST WANT TO START OFF AGAIN TO

09:35AM 23  THANK YOU ALL FOR BEING HERE.  I KNOW THIS IS PROBABLY NOT

09:35AM 24  WHERE YOU WANT TO BE ON A MONDAY MORNING, SO AGAIN, THANK YOU

09:35AM 25  FOR SORT OF BEARING WITH ME AND US AS WE WORK THROUGH THIS

09:35AM 1    PROCESS, AND I KNOW IT'S PRETTY TEDIOUS AND YOU'VE BEEN SITTING

09:35AM 2    FOR A WHILE.

09:35AM 3         I'M GOING TO ASK A GROUP QUESTION FIRST.  OBVIOUSLY YOU'VE

09:35AM 4    ANSWERED THE JURY QUESTIONNAIRE AND THERE IS AN OVERRIDING

09:35AM 5    TOPIC HERE, AND THAT IS OPIOIDS.  AND WE HAVE VARYING ANSWERS

09:35AM 6    FROM I KNOW WHAT AN OPIOID IS TO I'M NOT SURE WHAT AN OPIOID

09:35AM 7    IS.

09:35AM 8         AND I'D JUST LIKE A RAISE OF HANDS, WHO HERE ACTUALLY

09:35AM 9    KNOWS WHAT AN OPIOID IS?

09:35AM 10        OKAY.  AND WHO HERE PERHAPS HAS HAD SOME PERSONAL

09:35AM 11   EXPERIENCE WITH AN OPIOID?  MAYBE IN THEIR FAMILY?  MAYBE FOR

09:35AM 12   YOURSELF?  CLOSE FRIENDS?

09:36AM 13        OKAY.  AND OF THOSE WHO HAVE RAISED THEIR HANDS, DOES

09:36AM 14   ANYONE HAVE ANY NEGATIVE EXPERIENCES WITH AN OPIOID WITH CLOSE

09:36AM 15   FAMILY OR FRIENDS?

09:36AM 16        SIR, IN THE BACK?  I'M SORRY, I DON'T KNOW WHAT YOUR

09:36AM 17   NUMBER IS.  CAN YOU JUST TELL ME WHAT YOUR NUMBER IS?

09:36AM 18             PROSPECTIVE JUROR:  26.

09:36AM 19             MS. FLOYD:  THANK YOU SO MUCH.  YOU RAISED YOUR HAND

09:36AM 20   A FEW TIMES.  DO YOU MIND JUST COMING UP REALLY QUICKLY.

09:36AM 21        MR. RODRIGUEZ, IS THAT RIGHT?

09:36AM 22             PROSPECTIVE JUROR:  YES, MA'AM.

09:36AM 23             MS. FLOYD:  THANK YOU.

09:36AM 24        YOU'VE SAID THAT YOU'VE HAD SOME NEGATIVE EXPERIENCES WITH

09:36AM 25   OPIOIDS SORT OF CLOSE TO HOME?

09:36AM 1          PROSPECTIVE JUROR:  YEAH.

09:36AM 2          MS. FLOYD:  CAN YOU JUST TELL ME ABOUT THAT.

09:36AM 3          PROSPECTIVE JUROR:  I HAD AN UNCLE WHO WAS KIND OF

09:36AM 4     ADDICTED TO THEM.

09:37AM 5          MS. FLOYD:  I'M SORRY, I'M JOTTING DOWN TO WHAT

09:37AM 6     YOU'RE SAYING.  I'M TOTALLY PAYING ATTENTION, I PROMISE.

09:37AM 7        AND DO YOU KNOW JUST GENERALLY WHAT DRUG IT WAS?

09:37AM 8          PROSPECTIVE JUROR:  SURE.  IT WAS OXYCONTIN.

09:37AM 9          MS. FLOYD:  AND DID YOU -- WERE YOU REALLY -- DID

09:37AM 10    YOU -- WERE YOU REALLY INVOLVED IN OBSERVING HIS ADDICTION OR

09:37AM 11    ANYTHING LIKE THAT?

09:37AM 12         PROSPECTIVE JUROR:  NO.  BUT MY MOM AND THROUGH

09:37AM 13    AUNTS AND STUFF THAT HE WOULD CALL WHEN HE NEEDED PILLS TO SEE

09:37AM 14    IF THEY HAD ANY.

09:37AM 15         MS. FLOYD:  OKAY.  DO YOU THINK THAT YOU HAVE ANY

09:37AM 16    PARTICULARLY STRONG FEELINGS ABOUT OPIOIDS, WHETHER NEGATIVE OR

09:37AM 17    POSITIVE?

09:37AM 18         PROSPECTIVE JUROR:  I PERSONALLY DON'T USE THEM EVEN

09:37AM 19    THOUGH I'VE BEEN PRESCRIBED THEM, BUT IT'S NOT SOMETHING THAT I

09:37AM 20    REALLY LIKE.

09:37AM 21         MS. FLOYD:  OKAY.  YOU DON'T REALLY LIKE THEM?

09:37AM 22         PROSPECTIVE JUROR:  NO.

09:37AM 23         MS. FLOYD:  OKAY.  AND IF YOU HEAR A LOT ABOUT

09:37AM 24    OPIOIDS THROUGHOUT THIS TRIAL OR NOT, DO YOU THINK THAT YOU ARE

09:37AM 25    ABLE TO BE FAIR AND IMPARTIAL AND JUST HAVE AN OPEN MIND ABOUT

```
09:38AM   1        HOW THEY MAY BE USED?

09:38AM   2                  PROSPECTIVE JUROR:  SURE.

09:38AM   3                  MS. FLOYD:  SURE.  OKAY.

09:38AM   4            SO YOU'RE GOOD?

09:38AM   5                  PROSPECTIVE JUROR:  YEAH, I'M GOOD.

09:38AM   6                  MS. FLOYD:  OKAY.  THANK YOU.

09:38AM   7            GENERALLY, IS THERE ANYBODY HERE WHO PERHAPS THINKS THAT

09:38AM   8        THEY WOULD NOT BE ABLE TO BE FAIR AND IMPARTIAL ON THE TOPIC OF

09:38AM   9        OPIOIDS BECAUSE YOU HAVE LIKE A -- IT'S TOO CLOSE TO HOME FOR

09:38AM  10        YOU?

09:38AM  11            YES, WE HAVE TWO.  IN THE BACK, RIGHT.  WHAT NUMBER ARE

09:38AM  12        YOU?  I'M SORRY.  45.

09:38AM  13            CAN YOU COME UP AND TELL US A LITTLE BIT WHY YOU THINK YOU

09:38AM  14        COULDN'T BE FAIR?  MS. HSU, IS THAT RIGHT?

09:38AM  15                  PROSPECTIVE JUROR:  SO MY BOYFRIEND HAS DONE QUITE A

09:38AM  16        BIT.  IF YOU CAN NAME IT, HE HAS TRIED IT.  RIGHT NOW HE'S

09:38AM  17        OKAY, BUT I DON'T THINK IT'S EVER GOING TO BE NOT A PROBLEM.

09:39AM  18                  MS. FLOYD:  AND YOU DON'T FEEL THAT YOU COULD SIT

09:39AM  19        THROUGH THIS AND SET THAT ASIDE?

09:39AM  20                  PROSPECTIVE JUROR:  NO.

09:39AM  21                  MS. FLOYD:  YOU DON'T?  OKAY.

09:39AM  22            EVEN IF IT'S NOT CLOSELY -- IT MAY BE A DIFFERENT DRUG OR

09:39AM  23        ANYTHING LIKE THAT, IT'S JUST GOING TO BE TOO MUCH?

09:39AM  24                  PROSPECTIVE JUROR:  YEAH.

09:39AM  25                  MS. FLOYD:  OKAY.  THANK YOU.  THANK YOU FOR COMING
```

09:39AM 1    UP AND SAYING THAT.  I KNOW THAT WAS DIFFICULT.

09:39AM 2         WE HAD ONE MORE HAND, I THINK.

09:39AM 3         SIR, DO YOU WANT TO COME UP FOR ME?  CAN YOU TELL ME WHAT

09:39AM 4    NUMBER YOU ARE?

09:39AM 5              PROSPECTIVE JUROR:  23.

09:39AM 6              MS. FLOYD:  23.

09:39AM 7              PROSPECTIVE JUROR:  SO I'VE LIVED IN A NUMBER OF

09:39AM 8    DIFFERENT COUNTRIES, AND MY EXPERIENCE IS THAT OPIOID

09:39AM 9    ADDICTIONS ARE UNIQUE TO THE U.S., SO YOU NEED TO BE ASKING A

09:39AM 10   DIFFERENT QUESTION.  IT'S LIKE GUNS, OTHER COUNTRIES DON'T HAVE

09:39AM 11   THOSE PROBLEMS, AND INDIVIDUALS WILL MISUSE THEM.  THERE WILL

09:39AM 12   BE MISTAKES.  THERE WILL BE ERRORS IN JUDGMENT, AND YOU CANNOT

09:40AM 13   THEREFORE BLAME THEM.  THE SYSTEM IS THE PROBLEM.

09:40AM 14             MS. FLOYD:  OKAY.

09:40AM 15             PROSPECTIVE JUROR:  THAT'S MY BELIEF SYSTEM.

09:40AM 16             MS. FLOYD:  THAT'S YOUR BELIEF SYSTEM.

09:40AM 17        SO IF YOU'RE SITTING THROUGH A TRIAL AND YOU'RE PRESENTED

09:40AM 18   WITH FACTS, ARE YOU ABLE TO SET THAT ASIDE AND LISTEN TO THE

09:40AM 19   JUDGE ABOUT WHAT THE RULES ARE AND CONSIDER THEM WITH AN OPEN

09:40AM 20   MIND.

09:40AM 21             PROSPECTIVE JUROR:  I'D HAVE GREAT DIFFICULTY.  I'VE

09:40AM 22   SEEN TOO MANY OTHER SYSTEMS THAT WORK MORE EFFECTIVELY, AND I

09:40AM 23   THINK WE HAVE A SYSTEM THAT ENSNARES THE INDIVIDUAL.  SO I

09:40AM 24   WOULD HAVE GREAT DIFFICULTY.

09:40AM 25             MS. FLOYD:  OKAY.  THANK YOU.  IS THERE ANYBODY ELSE

| | |
|---|---|
| 09:40AM | 1 |
| 09:40AM | 2 |
| 09:40AM | 3 |
| 09:40AM | 4 |
| 09:40AM | 5 |
| 09:40AM | 6 |
| 09:41AM | 7 |

HERE WHO HAS THAT VIEW POINT THAT THE SYSTEM IS SORT OF

ENSNARING, ENSNARING FOLKS?  RAISE YOUR HAND.  ANYONE?  NO.

    SIR, YOU HAD RAISED YOUR HAND.  WHAT IS YOUR NUMBER?

      PROSPECTIVE JUROR:  44.

      MS. FLOYD:  44.

      PROSPECTIVE JUROR:  I JUST THINK IT'S APPROPRIATE TO

BRING TO THE COURT'S ATTENTION THAT MY SISTER WAS ADDICTED TO

FENTANYL ACTUALLY ABOUT 20 YEARS AGO.  SHE HAD SURGERY FROM AN

ABDOMINAL PROBLEM AND HAD PAIN AFTERWARDS AND IT WAS CHRONIC,

AND SHE WAS PRESCRIBED FENTANYL AND WITH NO GOOD PATHWAY TO GET

OFF IT.  SHE BECAME ADDICTED.  AND 25 YEARS LATER SHE WAS

PRESCRIBED METHADONE, AND THAT WAS A BREAKTHROUGH FOR HER BUT

HER MIND WAS CLOUDED FOR 15 YEARS, AND I WITNESSED THE PAIN

THAT SHE AND HER HUSBAND WERE GOING THROUGH THAT, AND SO THAT

AFFECTED ME PERSONALLY AND THAT GAVE ME A PRETTY BAD TASTE IN

MY MOUTH REGARDING OPIOIDS.

    ALSO, I'VE READ IN "THE NEW YORK TIMES" AND "WASHINGTON

POST" ABOUT THE EPIDEMIC OF OPIOID ADDICTION IN THE COUNTRY AND

HOW PHYSICIANS CAN BE QUITE RESPONSIBLE FOR GETTING PEOPLE ON

THAT PATH.

      MS. FLOYD:  CAN YOU SET ASIDE WHAT YOU'VE READ IN

THE NEWSPAPER ABOUT WHO IS RESPONSIBLE FOR WHAT?  CAN YOU

STILL, LIKE, HEAR THIS CASE OUT AND DETERMINE BASED ON THE

FACTS THAT ARE PRESENTED AND THE LAW THAT JUDGE FREEMAN WILL

PROVIDE FOR YOU WHETHER OR NOT MR. SIAO IS GUILTY OR NOT

09:42AM  1     GUILTY?

09:42AM  2                 PROSPECTIVE JUROR:  PROBABLY SO.

09:42AM  3                 MS. FLOYD:  OKAY.  AND DO YOU THINK THAT YOUR

09:42AM  4     PERSONAL EXPERIENCES WITH OPIOIDS AND ADDICTION, WOULD THAT

09:42AM  5     SCREW YOU ONE WAY OR THE OTHER?

09:42AM  6                 PROSPECTIVE JUROR:  IT CERTAINLY COULD IN MY

09:42AM  7     INSTANCE SEEING THE DAMAGE THAT IT COULD DO.

09:42AM  8                 MS. FLOYD:  AND SO IF WE GIVE YOU, LET'S SAY, ALL OF

09:42AM  9     THE EVIDENCE COMES IN AND YOU ARE A LITTLE UNSURE, DO YOU THINK

09:42AM 10     THAT YOUR PERSONAL EXPERIENCE WOULD MAKE YOU GO ONE WAY OR THE

09:42AM 11     OTHER?

09:42AM 12                 PROSPECTIVE JUROR:  PERHAPS NOT.  IT'S REALLY HARD

09:42AM 13     TO SAY WHEN I GET TO THAT POINT.

09:42AM 14                 MS. FLOYD:  OKAY.  THANK YOU.

09:42AM 15          CAN I HAVE JUROR NUMBER 13, MR. CARLOS.

09:43AM 16          THANK YOU FOR COMING UP.

09:43AM 17          I JUST WANTED TO FOLLOW UP ON ONE OF YOUR ANSWERS, AND IT

09:43AM 18     SORT OF TOUCHES ON A THEME WE JUST DISCUSSED ABOUT SORT OF

09:43AM 19     REGULATIONS AND ENSNARING, ENSNARING FOLKS.

09:43AM 20          I THINK IN YOUR QUESTIONNAIRE YOU SAID SOMETHING ABOUT

09:43AM 21     UNDERCOVERS SORT OF BEING ENTRAPMENT.

09:43AM 22                 PROSPECTIVE JUROR:  UH-HUH, YES.

09:43AM 23                 MS. FLOYD:  CAN YOU JUST TELL US A LITTLE BIT ABOUT

09:43AM 24     THAT, LIKE WHAT MAKES YOU SAY THAT?

09:43AM 25                 PROSPECTIVE JUROR:  IT ALMOST FEELS LIKE AN

09:43AM  1    UNDERCOVER AGENT IS THERE TO CATCH SOMEONE, AND I'M GOING TO

09:43AM  2    LAY OUT THIS PLAN TO FALL INTO MY TRAP LIKE ASKING THEM LEADING

09:43AM  3    QUESTIONS TO GET THEM TO PRESCRIBE.

09:43AM  4            MS. FLOYD:  OKAY.  BUT IF YOU -- I GUESS MY QUESTION

09:44AM  5    IS WHERE DOES THAT FEELING COME FROM?  ARE YOU ABLE TO SET THAT

09:44AM  6    ASIDE, YOUR ASSUMPTION THAT THAT'S WHAT IS HAPPENING AND LOOK

09:44AM  7    AT WHAT IS BEFORE YOU?

09:44AM  8        AND WE'RE PRESENTING EVIDENCE, AND YOU CAN SEE WHAT IS

09:44AM  9    HAPPENING BEFORE YOU.  ARE YOU ABLE TO NOT BRING THAT VIEWPOINT

09:44AM  10   INTO THIS TRIAL?

09:44AM  11           PROSPECTIVE JUROR:  PROBABLY.

09:44AM  12           MS. FLOYD:  SO IT SOUNDS LIKE A LITTLE BIT OF A

09:44AM  13   HESITATION.

09:44AM  14           PROSPECTIVE JUROR:  YEAH.

09:44AM  15           MS. FLOYD:  SO YOU'RE NOT QUITE SURE YOU COULD DO

09:44AM  16   THAT?

09:44AM  17           PROSPECTIVE JUROR:  YEAH.  I JUST DON'T HAVE A GREAT

09:44AM  18   FEELING ABOUT ENFORCEMENT IN GENERAL, LIKE LAW ENFORCEMENT.

09:44AM  19           MS. FLOYD:  OKAY.  OKAY.  THANK YOU.

09:44AM  20       IS THERE ANYBODY -- YOU CAN GO AHEAD.  I APPRECIATE YOU.

09:44AM  21       CAN ANYBODY -- DOES ANYBODY ELSE SHARE ANY OF THOSE

09:44AM  22   FEELINGS WHERE THEY JUST LIKE SIMPLY DO NOT TRUST LAW

09:44AM  23   ENFORCEMENT AT ALL?

09:44AM  24       WE HAVE TWO OVER THERE.  CAN YOU GIVE ME YOUR JURY NUMBER.

09:44AM  25           PROSPECTIVE JUROR:  37.

| | | |
|---|---|---|
| 09:44AM | 1 | MS. FLOYD:  I'M SORRY? |
| 09:44AM | 2 | PROSPECTIVE JUROR:  37. |
| 09:44AM | 3 | MS. FLOYD:  CAN YOU COME UP FOR ME, MR. LANE. |
| 09:45AM | 4 | PROSPECTIVE JUROR:  YES.  HELLO. |
| 09:45AM | 5 | MS. FLOYD:  HI.  YOU RAISED YOUR HAND.  CAN YOU TELL |
| 09:45AM | 6 | ME JUST A LITTLE BIT WHY YOU RAISED YOUR HAND? |
| 09:45AM | 7 | PROSPECTIVE JUROR:  WELL, SO, I KIND OF FEEL LIKE A |
| 09:45AM | 8 | LOT OF THE RELATIONSHIP WITH THE POLICE LATELY HAS BECOME |
| 09:45AM | 9 | FAIRLY ADVERSARIAL, AND THEN, YOU KNOW, JUST KIND OF A LOT OF |
| 09:45AM | 10 | THINGS YOU CAN ASSUME ONLINE KIND OF IMPACT THAT RELATIONSHIP. |
| 09:45AM | 11 | I FEEL LIKE THAT COULD BE POTENTIALLY IMPACT MY ABILITY TO BE |
| 09:45AM | 12 | IMPARTIAL. |
| 09:45AM | 13 | MS. FLOYD:  BECAUSE OF THE -- JUST THE RELATIONSHIP |
| 09:45AM | 14 | WITH LAW ENFORCEMENT? |
| 09:45AM | 15 | PROSPECTIVE JUROR:  YEAH, SPECIFICALLY I THINK LAW |
| 09:45AM | 16 | ENFORCEMENT ARE REALLY VIOLENT AND OVERLY INCLINED TO BRUTALIZE |
| 09:45AM | 17 | THE POPULOUS. |
| 09:45AM | 18 | MS. FLOYD:  YES.  BUT IF YOU HEAR NO EVIDENCE |
| 09:45AM | 19 | RELATING TO VIOLENCE OR ANYTHING OF THAT NATURE, ARE YOU ABLE |
| 09:45AM | 20 | TO SET ASIDE THOSE VIEWPOINT? |
| 09:45AM | 21 | PROSPECTIVE JUROR:  I THINK SO.  BUT, YOU KNOW, |
| 09:45AM | 22 | THERE ARE CERTAIN MITIGATING CIRCUMSTANCES, YOU KNOW, VIDEO OF |
| 09:46AM | 23 | THINGS THAT MIGHT CAUSE HAIR TO RISE AND BE DIFFICULT TO BE |
| 09:46AM | 24 | IMPARTIAL. |
| 09:46AM | 25 | MS. FLOYD:  ARE YOU SAYING YOU CAN'T BE IMPARTIAL IN |

09:46AM 1    A SITUATION THAT INVOLVES UNDERCOVER OFFICERS?

09:46AM 2              PROSPECTIVE JUROR:  I THINK IT DEPENDS.  IT'S NOT

09:46AM 3    NECESSARILY THE UNDERCOVER NATURE OF IT BUT POTENTIALLY THE

09:46AM 4    ARREST OR THINGS LIKE THAT.  IT'S HARD TO SAY WITHOUT HEARING

09:46AM 5    THE EVIDENCE.

09:46AM 6              MS. FLOYD:  OKAY.  THANK YOU.

09:46AM 7         I THINK WE HAVE ONE MORE HAND OVER THERE.  IS THAT --

09:46AM 8              PROSPECTIVE JUROR:  36.

09:46AM 9              MS. FLOYD:  YES, 36.  CAN YOU COME UP FOR ME PLEASE.

09:46AM 10   MR. -- JUST CHECKING NAMES, SORRY.

09:46AM 11             PROSPECTIVE JUROR:  SILVA.

09:46AM 12             MS. FLOYD:  SILVA, YES.

09:46AM 13             PROSPECTIVE JUROR:  REALLY, HE TOOK THE WORDS OUT OF

09:46AM 14   MY MOUTH ON THAT.

09:46AM 15        WHILE MY FEELINGS DON'T PARTICULARLY EXTEND TOWARD THE

09:46AM 16   FEDERAL DIVISION OF LAW ENFORCEMENT.  LOCAL LAW ENFORCEMENT

09:46AM 17   DOES HAVE THAT -- I DREAD THAT LENS WHILE LOOKING AT LOCAL LAW

09:46AM 18   ENFORCEMENT.  I'VE HAD EXPERIENCES WHERE LOCAL LAW ENFORCEMENT,

09:47AM 19   I'VE NEEDED ASSISTANCE AND THEY WERE NOT THERE TO PROVIDE AND

09:47AM 20   ALSO THEN WITH THE CURRENT CLIMATE OF POLICE BRUTALITY AND

09:47AM 21   EVERYTHING ELSE THAT WE CONSUME MULTIPLE TIMES EVERY YEAR

09:47AM 22   THROUGH THE MEDIA THAT DOES PAINT A PICTURE THAT IS UNFAVORABLE

09:47AM 23   TOWARDS LAW ENFORCEMENT.

09:47AM 24             MS. FLOYD:  SO IF YOU WERE TO HAVE A LAW ENFORCEMENT

09:47AM 25   OFFICER, SAY A LOCAL LAW ENFORCEMENT, I DON'T KNOW, SAY LIKE

09:47AM 1    SACRAMENTO PD, I DON'T KNOW, OR DALLAS PD OR SOMEONE STAND UP

09:47AM 2    ON THE STAND, ARE YOU ABLE TO LISTEN TO THEM AND HEAR THEM WITH

09:47AM 3    AN OPEN MIND OR DO YOU THINK THAT YOUR VIEWPOINTS ABOUT LAW

09:47AM 4    ENFORCEMENT WOULD SKEW THE WAY THAT YOU WOULD PERCEIVE WHAT

09:47AM 5    THAT PERSON IS SAYING?

09:47AM 6          PROSPECTIVE JUROR:  I WOULD TRY MY BEST, HOWEVER,

09:47AM 7    WITH MY PERSONAL EXPERIENCES WHERE I'VE ACTUALLY NEEDED

09:47AM 8    ASSISTANCE AND COULDN'T HAVE THAT, IT REALLY PAINTS THAT

09:47AM 9    PICTURE FOR ME THAT, YOU KNOW, I HAD THAT DISTRUST AT THE

09:48AM 10    FOREFRONT.  IT'S JUST MY BIAS TOWARDS THAT.

09:48AM 11          MS. FLOYD:  OKAY.

09:48AM 12    SO I'LL JUST ASK GENERALLY AGAIN, DOES ANYONE ELSE SHARE

09:48AM 13    THAT VIEWPOINT AT ALL?

09:48AM 14    YES, MA'AM.

09:48AM 15    YOU CAN GO AHEAD AND GET SEATED.  THANK YOU.

09:48AM 16    CAN YOU TELL ME WHAT YOUR JURY NUMBER IS, PLEASE?

09:48AM 17          PROSPECTIVE JUROR:  40.

09:48AM 18          MS. FLOYD:  40.  THANK YOU.  MS. GUTIERREZ.

09:48AM 19          PROSPECTIVE JUROR:  UH-HUH.

09:48AM 20          MS. FLOYD:  YES.  CAN YOU EXPLAIN WHY YOU RAISED

09:48AM 21    YOUR HAND?

09:48AM 22          PROSPECTIVE JUROR:  I'VE HAD SIMILAR EXPERIENCES

09:48AM 23    WITH LAW ENFORCEMENT WHERE THEY JUST WEREN'T THERE WHEN I

09:48AM 24    NEEDED THEM OR THEY'RE KIND OF LIKE, KIND OF IMPLYING THAT

09:48AM 25    WHATEVER I'M -- WHATEVER WE WERE DEALING WITH AT THE TIME JUST

09:48AM 1   WASN'T AS IMPORTANT AS OTHER THINGS THAT THEY HAD TO GO THROUGH

09:48AM 2   AND STUFF.

09:48AM 3           MS. FLOYD:  SO IF YOU WERE TO JUST HEAR TESTIMONY OR

09:49AM 4   EVIDENCE JUST INVOLVING LAW ENFORCEMENT, WOULD THAT -- YOUR

09:49AM 5   EXPERIENCE OF THEM NOT BEING THERE SORT OF TAKING YOU

09:49AM 6   SERIOUSLY, WOULD THAT IMPACT YOUR ABILITY TO JUST HEAR THEM OUT

09:49AM 7   AND HEAR WHAT THEY SAY AND LOOK AT THE EVIDENCE AND MAKE YOUR

09:49AM 8   OWN INDEPENDENT DECISION?

09:49AM 9           PROSPECTIVE JUROR:  I HAVE A VERY STRONG OPINION

09:49AM 10  TOWARDS THEM, SO I FEEL LIKE I WOULDN'T BE ABLE TO.  I'M NOT

09:49AM 11  REALLY SURE.

09:49AM 12          MS. FLOYD:  YOU'RE JUST NOT SURE ABOUT IT?

09:49AM 13          PROSPECTIVE JUROR:  YEAH.

09:49AM 14          MS. FLOYD:  AND IF YOU GOT REALLY SPECIFIC

09:49AM 15  INSTRUCTIONS ABOUT WHAT YOU COULD AND COULD NOT LOOK AT AND

09:49AM 16  EVALUATE AND YOU CAN'T BRING IN YOUR OUTSIDE, YOU KNOW,

09:49AM 17  PERSPECTIVE, ON LAW ENFORCEMENT, YOU DON'T THINK THAT YOU'RE

09:49AM 18  ABLE TO SORT OF SET THAT ASIDE?

09:49AM 19          PROSPECTIVE JUROR:  NO.

09:49AM 20          MS. FLOYD:  NO.  OKAY.  THANK YOU.

09:49AM 21      I THINK A FEW PEOPLE -- RAISE YOUR HAND BECAUSE I DON'T

09:50AM 22  HAVE YOUR JURY QUESTIONNAIRES IN FRONT OF ME.

09:50AM 23      HAS ANYONE HERE SERVED ON A JURY BEFORE?  YEAH, QUITE A

09:50AM 24  FEW.

09:50AM 25      HOW MANY -- KEEP YOUR HANDS UP IF IT WAS A TRIAL THAT IT

09:50AM   1    WAS A JURY THAT YOU SAT ON.  SO YOU'VE GONE THROUGH THIS

09:50AM   2    PROCESS BEFORE ESSENTIALLY?

09:50AM   3         YEAH.  AND COULD YOU KEEP YOUR HANDS UP IF THE RESULT OF

09:50AM   4    THAT EXPERIENCE THERE WAS A HUNG JURY?

09:50AM   5         RIGHT HERE.  YOU HAD A HUNG JURY, JUROR NUMBER 2?

09:50AM   6              PROSPECTIVE JUROR:  (INDICATING).

09:50AM   7              MS. FLOYD:  YES.  AND BECAUSE YOU'VE BEEN IN THE

09:50AM   8    JURY BEFORE -- OH, SORRY.  COULD YOU COME UP?  I APOLOGIZE.

09:51AM   9         THANK YOU.  MS. -- OH, I SHOULD HAVE CHECKED WHAT YOUR

09:51AM  10    NAME WAS.

09:51AM  11              PROSPECTIVE JUROR:  DONNA SCHULZ.

09:51AM  12              MS. FLOYD:  MS. SCHULZ.  GOT YOU.  THANK YOU FOR

09:51AM  13    COMING UP.

09:51AM  14         YOU SAID THAT YOU WERE IN A HUNG JURY.  WAS THAT LIKE A

09:51AM  15    CRIMINAL OR CIVIL CASE?  WAS IT MORE ABOUT MONEY OR CRIMINAL?

09:51AM  16              PROSPECTIVE JUROR:  CRIMINAL.

09:51AM  17              MS. FLOYD:  OKAY.  AND COULD YOU JUST GIVE ME THE

09:51AM  18    HIGH LEVEL SUBJECT MATTER?

09:51AM  19              PROSPECTIVE JUROR:  IT WAS A HIT AND RUN DRUNK

09:51AM  20    DRIVER.

09:51AM  21              MS. FLOYD:  OKAY.  AND HOW WAS YOUR EXPERIENCE SORT

09:51AM  22    OF ON THE JURY?  DID YOU FEEL LIKE EVERYONE -- YOU WERE ABLE TO

09:51AM  23    ABSORB ALL OF THE INFORMATION AND COME TO A CONCRETE DECISION

09:51AM  24    FOR YOURSELF?

09:51AM  25              PROSPECTIVE JUROR:  YES.

09:51AM   1          MS. FLOYD:  AND DO YOU THINK THAT WOULD BE ANY ISSUE

09:51AM   2    AT ALL FOR YOU HERE?

09:51AM   3          PROSPECTIVE JUROR:  NO.

09:51AM   4          MS. FLOYD:  OKAY.  THAT'S ALL.  THANK YOU.

09:52AM   5      I THINK THE LAST TOPIC I WANT TO SORT OF TALK TO YOU ALL

09:52AM   6    ABOUT IS JUST IF ANYONE HERE IS -- UNFORTUNATELY EXPERIENCES

09:52AM   7    PAIN A LOT, MAYBE LIKE CHRONIC PAIN, IF YOU HAVE ANY KIND OF --

09:52AM   8    THIS MAY BE SOMETHING THAT YOU WANT TO JUST, YOU KNOW, TALK

09:52AM   9    ABOUT LATER WITH THE JUDGE, BUT IF THERE'S ANYONE WHO HAS I

09:52AM  10    WOULD SAY DAILY EXPERIENCES WITH PAIN?  I JUST WANTED TO SEE IF

09:52AM  11    THERE WAS KIND OF A RAISE YOUR HAND IF THIS IS SOMETHING WE

09:52AM  12    SHOULD TALK ABOUT.

09:52AM  13      IS THIS SOMETHING THAT YOU'RE WILLING TO TALK ABOUT HERE

09:52AM  14    OR DO YOU WANT TO DO IT ON THE SIDE?

09:52AM  15      LET'S START WITH YOU, JUROR NUMBER 12?  YES.

09:52AM  16      CAN YOU TELL US WHY -- I SHOULD CHECK YOUR NAME, SORRY,

09:52AM  17    BECAUSE I DON'T GO BY NUMBERS.

09:52AM  18          PROSPECTIVE JUROR:  JACOBS.

09:52AM  19          MS. FLOYD:  JACOBS, YES.  COULD YOU TELL US WHY YOU

09:53AM  20    RAISED YOUR HAND?

09:53AM  21          PROSPECTIVE JUROR:  YEAH.  I HAVE TMJ, WHICH IS JAW

09:53AM  22    PAIN, BUT I WEAR A NIGHTGUARD FOR THAT, BUT IF I DIDN'T, IT

09:53AM  23    WOULD BE FAIRLY EXCRUCIATING ON A DAILY BASIS AND I HAVE.

09:53AM  24          MS. FLOYD:  AND DO YOU TAKE ANY STRONG MEDICATIONS

09:53AM  25    TO DEAL WITH IT?

09:53AM 1          PROSPECTIVE JUROR:  NO, JUST THE NIGHTGUARD.

09:53AM 2          MS. FLOYD:  JUST THE NIGHTGUARD.

09:53AM 3          PROSPECTIVE JUROR:  YEP, SAVING GRACE.

09:53AM 4          MS. FLOYD:  ALL RIGHT.  THAT'S ALL.  THANK YOU.

09:53AM 5      THERE WERE TWO OTHER HANDS.  MR. PIERCE, NUMBER 3.  CAN

09:53AM 6  YOU COME UP FOR US, PLEASE.

09:53AM 7      IF YOU DON'T MIND, SINCE YOU'RE WILLING TO SHARE, WHY DID

09:53AM 8  YOU RAISE YOUR HAND?

09:53AM 9          PROSPECTIVE JUROR:  WELL, BECAUSE I HAVE PRETTY MUCH

09:54AM 10  DAILY PAIN IN MY -- IT'S MOSTLY IN MY LOWER BODY FROM -- I HAVE

09:54AM 11  ARTHRITIS, AND I GO TO PHYSICAL THERAPY YOU KNOW, AS OFTEN AS I

09:54AM 12  CAN, AS OFTEN AS THE PHYSICAL THERAPY IS AVAILABLE.

09:54AM 13          MS. FLOYD:  OKAY.  AND ARE YOU ON ANY MEDICATIONS

09:54AM 14  FOR THAT?

09:54AM 15          PROSPECTIVE JUROR:  I TAKE ADVIL IN THE MORNING.

09:54AM 16          MS. FLOYD:  OKAY.  GREAT.  THANK YOU.

09:54AM 17      DO WE HAVE ONE MORE -- WE HAVE A COUPLE MORE.  THANK YOU.

09:54AM 18  NUMBER 30.  THANK YOU FOR HOLDING IT UP SO I COULD SEE.

09:54AM 19  MR. LOPEZ; CORRECT?

09:54AM 20          PROSPECTIVE JUROR:  YES.  I WAS IN THE MILITARY, AND

09:54AM 21  I'M 80 PERCENT DISABLED, AND I HAVE BACK PAIN, KNEE, FOOT,

09:54AM 22  WRIST, ALMOST EVERYTHING.

09:54AM 23          MS. FLOYD:  AND ARE YOU ON ANY TYPE OF MEDICATION?

09:54AM 24          PROSPECTIVE JUROR:  NO.

09:55AM 25          MS. FLOYD:  NO.  THANK YOU.

09:55AM  1       ONE WAY WE CAN SPEED THIS UP IS IF YOU RAISED YOUR HAND

09:55AM  2   AND YOU ARE ON SOME SORT OF MEDICATION FOR YOUR PAIN, MAYBE IF

09:55AM  3   YOU'RE WILLING TO SHARE THEN MAYBE YOU CAN RAISE YOUR HAND.

09:55AM  4       OKAY.  AND FOR THOSE DEALING WITH PAIN EVERY SINGLE DAY

09:55AM  5   AND MAYBE YOU HAVE A CLOSE FAMILY OR FRIEND MEMBER, IF YOU ARE

09:55AM  6   HEARING THINGS ABOUT PAIN AND HOW IT SHOULD BE TREATED, ARE YOU

09:55AM  7   ABLE TO SET ASIDE ANY YOUR OWN EXPERIENCES WITH PAIN IN ORDER

09:55AM  8   TO HEAR THIS CASE OBJECTIVELY AND HEAR WHAT WAS HAPPENING HERE

09:55AM  9   WITH THE DEFENDANT?  ANYONE WHO THINKS THAT THEY WOULD STRUGGLE

09:55AM 10   WITH THAT BECAUSE OF THEIR OWN PERSONAL ISSUES WITH PAIN OR

09:55AM 11   THAT OF A FAMILY MEMBER?

09:55AM 12       WE HAVE TWO OVER HERE.

09:55AM 13       MA'AM WITH THE MASK, WHAT NUMBER ARE YOU?  SORRY.

09:55AM 14           PROSPECTIVE JUROR:  33.

09:55AM 15           MS. FLOYD:  33.

09:55AM 16           PROSPECTIVE JUROR:  YES.

09:56AM 17           MS. FLOYD:  CAN YOU TELL US WHY YOU'VE RAISED YOUR

09:56AM 18   HAND.

09:56AM 19           PROSPECTIVE JUROR:  I'VE HAD A SHOULDER INJURY AND A

09:56AM 20   KNEE INJURY AND I'M IN CONDITION -- I'M SORRY.  I HAVE HAD A

09:56AM 21   KNEE REPLACEMENT ON BOTH KNEES AND BROKEN WRISTS TWICE, AND I

09:56AM 22   HAVE DOCTORS WHO ARE STILL AT MY BECK AND CALL NOW, WE CAN PUT

09:56AM 23   YOU ON MEDICATION, WE CAN PUT YOU ON PAIN MEDICATIONS.  THEY

09:56AM 24   WANT ME TO TAKE IT, AND I STEADFAST REFUSE.

09:56AM 25           MS. FLOYD:  OKAY.

09:56AM 1     PROSPECTIVE JUROR:  YOU KNOW, IT'S SOMETHING THAT I

09:56AM 2 DON'T NEED.

09:56AM 3     MS. FLOYD:  OKAY.  SO SOMETHING THAT YOU DON'T NEED?

09:56AM 4     PROSPECTIVE JUROR:  I DON'T NEED, BUT YET THEY WANT

09:56AM 5 ME TO TAKE IT BECAUSE THEY THINK I NEED IT AND SO THEREFORE --

09:56AM 6     MS. FLOYD:  OKAY.  AND ARE YOU ABLE TO -- YOUR

09:56AM 7 EXPERIENCE, YOU SAID YOUR DOCTORS ARE TELLING YOU THAT YOU --

09:56AM 8 ARE THEY TELLING YOU THAT YOU NEED IT?

09:56AM 9     PROSPECTIVE JUROR:  THEY ARE TELLING ME BASICALLY

09:56AM 10 YOU WOULD BE MORE COMFORTABLE IF YOU TAKE IT AND THEY WON'T

09:56AM 11 RECOGNIZE MY COMFORT LEVEL IS NOT WHAT THEY THINK THAT I AM

09:57AM 12 ABLE TO RATE IT AND GO ON WITH MY LIFE.

09:57AM 13     MS. FLOYD:  DO YOU THINK YOUR EXPERIENCES WITH YOUR

09:57AM 14 DOCTOR, DO YOU THINK THAT WOULD PUSH YOU ONE WAY OR ANOTHER IN

09:57AM 15 THIS PARTICULAR CASE?

09:57AM 16     PROSPECTIVE JUROR:  I THINK I WOULD HAVE DIFFICULTY

09:57AM 17 NOT BRINGING IT TO MIND.

09:57AM 18     MS. FLOYD:  OKAY.  THANK YOU.

09:57AM 19     PROSPECTIVE JUROR:  YOU'RE WELCOME.

09:57AM 20     MS. FLOYD:  IS THERE ANYONE ELSE WHO HAS ANY

09:57AM 21 PARTICULAR EXPERIENCES WITH DOCTORS, BOTH POSITIVE OR NEGATIVE,

09:57AM 22 THAT MAY PUSH YOU ONE WAY OR THE OTHER?  YES.

09:57AM 23   WE SPOKE.  36, MR. SILVA.

09:57AM 24     PROSPECTIVE JUROR:  YES.

09:57AM 25     MS. FLOYD:  CAN YOU EXPLAIN YOUR ANSWER, PLEASE.

09:57AM 1          PROSPECTIVE JUROR:  YEAH.  I HAVE A PARTICULARLY

09:57AM 2   HARD TIME BELIEVING MEDICAL PROFESSIONALS WHEN IT COMES TIME TO

09:57AM 3   BE SEEN FOR ISSUES THAT I HAVE REGARDING MY OWN HEALTH, AND I

09:57AM 4   OFTEN SEEK THE GUIDANCE OF MULTIPLE MEDICAL PROFESSIONALS TO

09:57AM 5   COME UP WITH A MORE INFORMED CONCLUSION FOR MYSELF.

09:58AM 6          BACK WHEN I WAS IN THE UNIVERSITY WHEN I WAS STUDYING TO

09:58AM 7   BE A PILOT AND WHILE I WAS IN FLIGHT TRAINING, I HAD

09:58AM 8   EXCRUCIATING SINUS PRESSURE.  FROM THAT EXPERIENCE, I WENT TO

09:58AM 9   MULTIPLE SPECIALISTS TO TRY AND FIGURE OUT WHAT WAS GOING ON

09:58AM 10  REGARDING THE EAR, NOSE, AND THROAT.  AND I WENT THROUGH TWO

09:58AM 11  SPECIALISTS AND ALL THEY COULD SAY TO ME IS THIS IS ALLERGIES.

09:58AM 12  THEY DIDN'T WANT TO LOOK INTO IT ANY FURTHER.  THEY JUST

09:58AM 13  DISCOUNTED MY FEELINGS THAT I WAS HAVING, AND BASICALLY BRUSHED

09:58AM 14  ME OFF.  AND I JUST FELT LIKE I WAS A PAYCHECK TO THEM, AND

09:58AM 15  THIS REALLY MAKES MY VIEW OF MEDICAL -- QUESTIONS MY VIEW OF

09:58AM 16  MEDICAL PROFESSIONALS IN ALL CIRCUMSTANCES, INCLUDING UNTIL

09:58AM 17  TODAY, THAT IT ACTUALLY CHANGED MY CAREER PATH AND HAD TO

09:58AM 18  CHANGE WHAT I DID IN THE UNIVERSITY TO CONTINUE MY EDUCATION.

09:58AM 19  SO IT'S DIFFICULT FOR ME TO CREATE INFORMED MEDICAL DECISIONS.

09:59AM 20          MS. FLOYD:  OKAY.  THANK YOU.

09:59AM 21      SO -- JUST REAL QUICK FOLLOW UP.  SO YOU SPOKE ABOUT

09:59AM 22  POLICE AS WELL AND YOU'VE SPOKEN ABOUT DOCTORS.  I JUST WANT TO

09:59AM 23  MAKE SURE THAT IF YOU WERE TO BECOME -- BE ON -- HEAR THIS

09:59AM 24  CASE, I JUST WANT TO CONFIRM, YOU DON'T THINK THAT YOU WOULD BE

09:59AM 25  ABLE TO SET ASIDE YOUR FEELINGS ABOUT THOSE TWO TOPICS IN ORDER

09:59AM  1        TO HEAR THIS CASE WITH A CLEAR AND OPEN AND UNFAIR MIND?

09:59AM  2                   PROSPECTIVE JUROR:  THAT IS AS IT SOUNDS.  HONESTLY,

09:59AM  3        THE DOCTOR SIDE OF IT IS MORE STRONG IN MY OPINION AS I HAD TO

09:59AM  4        CHANGE MY WHOLE CAREER PATH AND MY LIFE TRAJECTORY.  BUT, YES,

09:59AM  5        I DO FIND IT DIFFICULT.

09:59AM  6                   MS. FLOYD:  OKAY.  THANK YOU.

09:59AM  7                   PROSPECTIVE JUROR:  COULD I SAY SOMETHING?

09:59AM  8                   THE COURT:  NUMBER 23.

09:59AM  9                   MS. FLOYD:  NUMBER 23.  SURE.  COME ON UP.

10:00AM 10                   PROSPECTIVE JUROR:  SO I ACTUALLY HAVE DIRECT FAMILY

10:00AM 11        MEMBERS WHO ARE PHYSICIANS, INCLUDING MY KIDS, THEIR SPOUSES,

10:00AM 12        THEIR OTHER FAMILY MEMBERS, AND I'VE SEEN THEM GONE THROUGH 5

10:00AM 13        YEARS, 10 YEARS, 12 YEARS OF TRAINING, TAKE OUT LOANS OF

10:00AM 14        HUNDREDS OF THOUSANDS OF DOLLARS.  THEY DON'T DO THAT TO COMMIT

10:00AM 15        CRIMINAL ACTS, THEY DO IT BECAUSE THEY WANT TO DO SOMETHING

10:00AM 16        GOOD IN SOCIETY.

10:00AM 17            AND FORTUNATELY WHAT I HEAR FROM THEM WHEN THEY WENT INTO

10:00AM 18        THE PROFESSION IS THAT IT'S DRIVEN BY MONEY.  THEY ARE

10:00AM 19        COMPENSATED ON RVU'S, RELATIVE VALUE UNITS.  THEY'RE

10:00AM 20        COMPENSATED ON WHAT THEY BRING IN AS -- IT'S A GREED MONEY

10:00AM 21        DRIVEN SYSTEM.  THEY'RE NOT THE ONES AT FAULT HERE, AND GREED

10:00AM 22        IS NOT A CRIME.

10:00AM 23                   MS. FLOYD:  YEAH, OKAY.  SO YOU'RE SAYING GREED IS

10:01AM 24        NOT A CRIME, BUT DO YOU THINK THAT YOU WOULD BRING THAT

10:01AM 25        VIEWPOINT INTO THIS CASE?

10:01AM  1          PROSPECTIVE JUROR:  ABSOLUTELY, I HAVE TO BECAUSE

10:01AM  2   THEY ARE WORKING IN A SYSTEM WHERE THEY'RE NOT ABLE TO DELIVER

10:01AM  3   THE BEST TO THE PATIENTS.

10:01AM  4          MS. FLOYD:  OKAY.

10:01AM  5          PROSPECTIVE JUROR:  THEY'RE DRIVEN BY MONEY.

10:01AM  6          MS. FLOYD:  OKAY.  THANK YOU.

10:01AM  7       CAN I JUST HAVE ONE MOMENT, YOUR HONOR?

10:01AM  8          THE COURT:  YES.

10:01AM  9       (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

10:01AM  10         MS. FLOYD:  YOUR HONOR, I THINK THE GOVERNMENT IS

10:01AM  11  DONE ASKING ITS QUESTIONS RIGHT NOW.

10:02AM  12         THE COURT:  THANK YOU VERY MUCH.  WELL, THIS IS THE

10:02AM  13  END FOR RIGHT NOW.

10:02AM  14         MS. FLOYD:  WELL, TODAY I GUESS I SHOULD SAY.

10:02AM  15         THE COURT:  IT'S THE END OF YOUR VOIR DIRE?

10:02AM  16         MS. FLOYD:  YES, YOUR HONOR.

10:02AM  17         THE COURT:  OKAY.  THANK YOU.

10:02AM  18      MR. FURSTMAN, YOU'RE WELCOME TO ASK QUESTIONS FROM THERE

10:02AM  19  AS LONG AS YOU PULL YOUR MICROPHONE UP.

10:02AM  20         MR. FURSTMAN:  YOUR HONOR, I THINK I CAN MAKE IT UP.

10:02AM  21         THE COURT:  OKAY.

10:02AM  22         MR. FURSTMAN:  THANK YOU.  I MADE IT.

10:02AM  23      GOOD MORNING, LADIES AND GENTLEMEN.  THANK YOU FOR BEING

10:02AM  24  HERE, ALTHOUGH YOU DON'T HAVE A LOT OF CHOICE, BUT WE

10:02AM  25  APPRECIATE YOUR ATTENTION.

10:02AM  1      THIS PROCEDURE HER HONOR HAS REFERRED TO IT IS CALLED

10:02AM  2  VOIR DIRE, WHICH I AM TOLD, HAD BEEN TOLD FOR MANY YEARS IS

10:02AM  3  FRENCH FOR TO SEEK THE TRUTH.  SO WE'LL BE ASKING OR I WILL BE

10:02AM  4  ASKING VARIOUS QUESTIONS, SOME INDIVIDUAL, SOME TO THE PANEL,

10:02AM  5  TO ATTEMPT TO DETERMINE WHAT YOUR QUALIFICATIONS ARE AND WHAT

10:03AM  6  MY OPINION, FOR LACK OF A BETTER WORD, IS IN TERMS OF LOOKING

10:03AM  7  FOR A PROSPECTIVE JUROR TO SERVE ON THIS CASE.

10:03AM  8      YOU HAVE PREVIOUSLY HEARD FROM A NEUTRAL STATEMENT WHAT

10:03AM  9  THIS CASE IS ABOUT, FROM THE QUESTIONS THAT MS. FLOYD HAS

10:03AM 10  PLACED TO YOU, AND I JOIN IN THAT NEUTRAL STATEMENT THAT HAS

10:03AM 11  BEEN PREVIOUSLY READ TO YOU BY HER HONOR.

10:03AM 12      WHAT I'D LIKE TO DO IS SPEND A LITTLE BIT OF TIME MAKING A

10:03AM 13  GENERAL INQUIRY TO -- MOST OF THE QUESTIONS WILL BE JUST

10:03AM 14  BECAUSE OF THE SHEER SIZE AND NUMBER OF PROSPECTIVE JURORS WE

10:03AM 15  HAVE, PLACE OF THE PANEL, AND THEN I WILL BREAK IT DOWN INTO

10:03AM 16  SOME INDIVIDUAL.

10:03AM 17      BUT ONE AREA OF QUESTIONING WILL DEAL WITH THE NEUTRAL

10:03AM 18  STATEMENT AND THE NATURE OF THIS CASE, AND THE OTHER PORTION

10:03AM 19  WILL HAVE TO DO WITH THE NATURE OF THE LEGAL SYSTEM AND HOW IT

10:04AM 20  WORKS HERE AND IN THE UNITED STATES DISTRICT COURT FOR THE

10:04AM 21  NORTHERN DISTRICT OF CALIFORNIA.

10:04AM 22      THE DOCTOR, DR. SIAO, HAS BEEN CHARGED AND IS BEFORE THE

10:04AM 23  COURT ON WHAT IS CALLED AN INDICTMENT OR IN THIS CASE THERE'S

10:04AM 24  BEEN A CHANGE TO THE INDICTMENT, THE ORIGINAL INDICTMENT, SO

10:04AM 25  IT'S CALLED A SUPERSEDING DOCUMENT.  IT'S A CHARGING DOCUMENT,

10:04AM 1    AND IT'S A CHARGING DOCUMENT ONLY.  NOT TO BELITTLE IT, BUT

10:04AM 2    LIKE WHEN YOU GET A SPEEDING TICKET, IF ANY OF YOU DO, AND YOU

10:04AM 3    SIGN A PROMISE TO APPEAR, YOU'RE GOING TO APPEAR BUT THERE'S NO

10:04AM 4    ADMISSION TO WRONGDOING.

10:04AM 5        SO DOES ANYONE HAVE ANY DIFFICULTY WITH THE PREMISE THAT

10:04AM 6    DR. SIAO IS PRESUMED INNOCENT AND IS CLOTHED SO TO SPEAK IN

10:04AM 7    THAT PRESUMPTION UNTIL, IF AT ALL, THE PROSECUTION CAN PROVE

10:05AM 8    THEIR CASE BEYOND A REASONABLE DOUBT?  IS THERE ANYONE WHO HAS

10:05AM 9    A PROBLEM OR A QUESTION WITH THE FACT THAT BECAUSE DR. SIAO HAS

10:05AM 10   BEEN CHARGED THAT IT'S MORE LIKELY THAN NOT THAT PERHAPS HE HAS

10:05AM 11   DONE SOMETHING WRONG OR, IN OTHER WORDS, HE'S GUILTY?  DOES

10:05AM 12   ANYBODY THINK THAT?

10:05AM 13       I SEE NO HANDS SO I'LL MOVE ON FOR A MOMENT.

10:05AM 14       DOES ANYBODY IN THE PROSPECTIVE JURY POOL HAVE AN ISSUE OR

10:05AM 15   A PROBLEM WITH THE IDEA THAT THE PROSECUTION, MS. FLOYD AND HER

10:05AM 16   PROSECUTION TEAM, ARE REQUIRED TO PROVE EACH AND EVERY ELEMENT

10:05AM 17   BEYOND A REASONABLE DOUBT, AND THAT IS NOT JUST EACH AND EVERY

10:05AM 18   CHARGE, BUT THE CHARGES IN THIS CASE ARE BROKEN DOWN INTO

10:05AM 19   CERTAIN ELEMENTS WHICH THE JUDGE WILL INSTRUCT YOU ON WHEN AND

10:05AM 20   IF YOU DELIBERATE AS A TRIAL JUROR?

10:06AM 21       DOES THE FACT THAT NOT ONLY DOES THE PROSECUTION CARRY THE

10:06AM 22   BURDEN OF PROOF BUT THE BURDEN OF PROOF INCLUDES THAT THEY MUST

10:06AM 23   PROVE EACH AND EVERY ELEMENT OF A GIVEN CHARGE BEYOND A

10:06AM 24   REASONABLE DOUBT?  IS THERE ANYBODY IN THE PROSPECTIVE PANEL

10:06AM 25   THAT THINKS, WELL, THAT'S JUST NOT FAIR, THAT'S TOO STRONG A

10:06AM  1    BURDEN TO PLACE ON THE PROSECUTION?  IT SHOULD BE A LOWER

10:06AM  2    STANDARD?

10:06AM  3        DOES ANYBODY HAVE THAT SENSE OF THOUGHT?

10:06AM  4        AGAIN, SEEING NO HANDS OR NODS UP AND DOWN FOR THE MOMENT,

10:06AM  5    I'LL MOVE ON, TOO.

10:06AM  6        THE INDICTMENT READS -- I'M NOT GOING TO READ THE

10:06AM  7    INDICTMENT ITSELF, BUT IT'S CAPTIONED IN THE UNITED STATES

10:06AM  8    DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND

10:06AM  9    IT'S THE UNITED STATES OF AMERICA VERSUS DONALD SIAO IN THIS

10:06AM  10   CASE THAT WE'RE DEALING WITH.

10:07AM  11       THAT IS NOT IMPRESSIVE BUT A VERY STRONG DOCUMENT BECAUSE

10:07AM  12   WE'RE HERE IN THE UNITED STATES OF AMERICA, THOUGHT TO BE ONE

10:07AM  13   OF THE STRONGEST COUNTRIES IN THE WORLD, AND THIS IS THE

10:07AM  14   UNITED STATES OF AMERICA AGAINST DONALD SIAO.

10:07AM  15       DOES THE FACT THAT DONALD SIAO HAS BEEN CHARGED IMPACT ON

10:07AM  16   YOUR SANCTITY THAT YOU WOULD GIVE TO ADDRESSING OR CONSIDERING

10:07AM  17   THE INDICTMENT, THE SUPERSEDING INDICTMENT AS A CHARGING

10:07AM  18   DOCUMENT ONLY AND THAT NO PRESUMPTION COULD BE DRAWN AS TO HIS

10:07AM  19   GUILT OR INNOCENCE?

10:07AM  20       NO HANDS?  OKAY.

10:07AM  21       LET ME ASK SOME QUESTIONS REGARDING THE -- WE'LL TOUCH A

10:08AM  22   LITTLE BIT MORE ON THE FACTS OF THIS CASE.  AS IT'S CLEAR AND

10:08AM  23   THERE'S NO SECRET, DR. SIAO IS A MEDICAL PROFESSIONAL.  IS

10:08AM  24   THERE ANYBODY THAT HAS AND WILL, OTHER THAN PERHAPS MR. SILVA

10:08AM  25   AND ANOTHER ONE OR TWO THAT WE'VE QUESTIONED SO FAR, THAT HAS

10:08AM 1    ANY PROBLEM WITH MEDICAL DOCTORS, A BAD EXPERIENCE OR ANY

10:08AM 2    REASON TO THINK THAT I WON'T BE ABLE TO APPLY THE EVIDENCE

10:08AM 3    FAIRLY AND IMPARTIALLY AS TO DR. SIAO?

10:08AM 4         ANY HANDS WITH ANYONE WHO HAS HAD AN EXPERIENCE OR WOULD

10:08AM 5    QUESTION WHETHER OR NOT AS A DOCTOR OR MEDICAL PROFESSIONAL

10:08AM 6    THAT WOULD IMPACT YOUR ABILITY TO BE FAIR AND IMPARTIAL?

10:08AM 7         YES.  YOU CAN STAND AND COME TO THE MICROPHONE, PLEASE.

10:09AM 8              THE COURT:  AND CAN WE GET THAT JUROR NUMBER,

10:09AM 9    PLEASE.

10:09AM 10             MR. FURSTMAN:  YES, AS SOON AS I CAN SEE IT.

10:09AM 11             PROSPECTIVE JUROR:  38.

10:09AM 12             MR. FURSTMAN:  YOUR JUROR NUMBER?

10:09AM 13             MS. FLOYD:  38.  THANK YOU.

10:09AM 14             PROSPECTIVE JUROR:  I DON'T KNOW IF IT WOULD MAKE ME

10:09AM 15   IMPARTIAL OR NOT, BUT I HAD A BAD EXPERIENCE.  I WENT IN FOR A

10:09AM 16   HERNIA, AND I WAS HEALING AND I WAS IN PAIN.  AND I WENT BACK

10:09AM 17   TO THE DOCTOR AND TOLD THEM I WAS IN PAIN.  THEY TOLD ME TO GO

10:09AM 18   HOME AND RELAX FOR A WHILE, BUT I WAS IN EXCRUCIATING PAIN.  SO

10:09AM 19   WHEN I WENT BACK THE SECOND TIME I WAS A LITTLE LOUD, AND THEY

10:09AM 20   TOOK ME INTO THE ROOM AND TOLD ME IF I CONTINUED TO ACT THIS

10:09AM 21   WAY, THEY WOULD TAKE MY INSURANCE FROM ME AND THEY WOULD BAN ME

10:09AM 22   FROM COMING INTO THE KAISER HOSPITAL.

10:09AM 23        THEY TOOK ME DOWN FOR AN ULTRASOUND, AND I HAD A PINCHED

10:09AM 24   INTESTINE.  SO I WAS ANGRY WITH THE DOCTORS BECAUSE I WENT A

10:09AM 25   LONG TIME WITH PAIN.

10:09AM 1           IT MAKES ME THINK THAT THEY'RE NOT ALL SO FOR THE PATIENT

10:10AM 2     AND THAT THEY'RE A LITTLE OBSCURE, I GUESS.  THAT'S ALL I

10:10AM 3     WANTED TO SAY.

10:10AM 4              MR. FURSTMAN:  ALL RIGHT.  DO YOU THINK THAT THAT

10:10AM 5     EXPERIENCE WOULD AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL?

10:10AM 6              PROSPECTIVE JUROR:  WELL, I MEAN, IT'S NOT GOING TO

10:10AM 7     MAKE ME BELIEVE STRONGLY THE OTHER WAY.  I MEAN, I THINK THERE

10:10AM 8     ARE A LOT OF DOCTORS OUT THERE WHO DON'T TAKE THE TIME FOR

10:10AM 9     THEIR PATIENTS.

10:10AM 10             MR. FURSTMAN:  ALL RIGHT.  THANK YOU.

10:10AM 11             PROSPECTIVE JUROR:  THAT'S MY FIRSTHAND EXPERIENCE.

10:10AM 12             MR. FURSTMAN:  IN WHAT REGARD WERE THEY NOT

10:10AM 13    LISTENING TO THEIR PATIENTS?  WERE THEY NOT LISTENING OR

10:10AM 14    HEARING APPROPRIATELY?

10:10AM 15             PROSPECTIVE JUROR:  THEY WERE NOT LISTENING AND DID

10:10AM 16    NOT BOTHER GIVING ME AN ULTRASOUND THE FIRST TIME.  THEY JUST

10:10AM 17    SENT ME BACK HOME.  YOU KNOW, A PINCHED INTESTINE WAS VERY

10:10AM 18    PAINFUL.  I COULD HAVE DIED.  THEY HAD TO TAKE ME IN FOR

10:10AM 19    EMERGENCY SURGERY, AND I WENT TWO DAYS LIKE THAT.

10:10AM 20             MR. FURSTMAN:  BUT YOU BELIEVE YOU COULD BE FAIR AND

10:10AM 21    IMPARTIAL IF YOU WERE CHOSEN AS A TRIAL JUROR IN THIS CASE?

10:10AM 22             PROSPECTIVE JUROR:  I BELIEVE I COULD BE FAIR AND

10:10AM 23    IMPARTIAL.  I JUST DON'T THINK THAT, I DON'T THINK THAT THE

10:11AM 24    DOCTORS ARE ALL IN FOR THEIR PATIENTS, I REALLY DON'T.

10:11AM 25             MR. FURSTMAN:  WOULD YOU AGREE THAT THAT APPLIES TO

10:11AM   1    ANY POTENTIAL PROFESSIONAL; CORRECT?

10:11AM   2            PROSPECTIVE JUROR:  YES.

10:11AM   3            MR. FURSTMAN:  NOT JUST A MEDICAL PROFESSIONAL.

10:11AM   4            PROSPECTIVE JUROR:  YOU'RE ABSOLUTELY RIGHT.

10:11AM   5            MR. FURSTMAN:  BUT WHEN YOU GO TO THE MECHANIC AND

10:11AM   6    GET YOUR CAR FIXED AND THERE ARE SOME WHO ARE GOOD AND SOME WHO

10:11AM   7    ARE NOT AND AS OPPOSED TO SATISFYING THE CUSTOMER; IS THAT

10:11AM   8    CORRECT?

10:11AM   9            PROSPECTIVE JUROR:  YES.

10:11AM   10           MR. FURSTMAN:  THANK YOU VERY MUCH FOR YOUR CANDOR.

10:11AM   11   I APPRECIATE IT.

10:11AM   12       I BELIEVE THE NEXT ONE IS MR. SILVA.

10:11AM   13           THE COURT:  CAN WE HAVE A JUROR NUMBER, PLEASE.

10:11AM   14           MS. FLOYD:  YES.

10:11AM   15           THE COURT:  WHAT WAS THAT NUMBER, MR. SILVA?

10:11AM   16           PROSPECTIVE JUROR:  36.

10:11AM   17           THE COURT:  THANK YOU, SIR.

10:11AM   18           MR. FURSTMAN:  MR. SILVA, YOU'VE HAD AN EXPERIENCE

10:11AM   19   THAT WAS PERHAPS NOT PLEASANT WITH THE MEDICAL PROFESSIONALS,

10:12AM   20   CORRECT?

10:12AM   21           PROSPECTIVE JUROR:  CORRECT.

10:12AM   22           MR. FURSTMAN:  ALL RIGHT.  COULD YOU REHASH THAT

10:12AM   23   BRIEFLY.

10:12AM   24           PROSPECTIVE JUROR:  YES.  WHILE I WAS IN THE

10:12AM   25   UNIVERSITY I WAS STUDYING TO BE A PILOT, AND DURING MY FLIGHT I

10:12AM  1    WAS EXPERIENCING SEVERE SINUS PRESSURE THAT WOULD PERSIST FOR

10:12AM  2    WEEKS ON END BEFORE REGULATING.

10:12AM  3        THE CAUSE OF IT WAS EXCESS TISSUE UP IN MY NOSE BLOCKING

10:12AM  4    MY ESTUARINE TUBES THAT WOULD NOT ALLOW THE PRESSURE TO

10:12AM  5    REGULATE ITSELF.

10:12AM  6        I SEEKED REGULAR ADVICE FROM PCP'S, AND THEY HAD REFERRED

10:12AM  7    ME TO MULTIPLE ENT'S AFTER NO RELIEF FOR NEARLY A YEAR UNTIL I

10:12AM  8    FINALLY ACTUALLY WENT OUT OF STATE TO TRY TO FIND AN ENT THAT

10:12AM  9    COULD ASSIST AND IT TOOK THAT ENT WHO ACTUALLY TOOK THE TIME

10:12AM  10   AND WANTED TO SPEAK WITH ME AND GO INTO DETAIL ABOUT IT TO

10:13AM  11   STICK A CAMERA UP MY NOSE TO FIGURE OUT WHAT WAS WRONG.

10:13AM  12       HOWEVER, THAT EXPERIENCE, AGAIN, AND REASON FOR MY

10:13AM  13   FEELINGS TOWARDS MEDICAL PROFESSIONALS AT THIS POINT STEMS FROM

10:13AM  14   THE FACT THAT I BASICALLY GAVE UP MY CHILDHOOD DREAM AND WAS

10:13AM  15   PURSUING AN EDUCATION TO GET THIS RESOLVED.

10:13AM  16           MR. FURSTMAN:  SO IT SOUNDS LIKE YOUR DIFFICULTY IS,

10:13AM  17   ONE, YOU LOST YOUR CHILDHOOD DREAM AND YOUR ANTICIPATED

10:13AM  18   PROFESSION AS A RESULT OF A MEDICAL CONDITION; CORRECT?

10:13AM  19           PROSPECTIVE JUROR:  CORRECT.

10:13AM  20           MR. FURSTMAN:  ALL RIGHT.  SO DO YOU PUT FAULT AT

10:13AM  21   DOCTORS OR DO YOU PUT FAULT AT NATURE FOR CAUSING YOU TO HAVE A

10:13AM  22   MEDICAL ISSUE?

10:13AM  23           PROSPECTIVE JUROR:  FOR HOW QUICKLY IT TOOK THE

10:13AM  24   THIRD DOCTOR, NOT QUICKLY BUT THE CARE I RECEIVED FROM THE

10:13AM  25   THIRD DOCTOR, FROM THE THIRD DOCTOR WHO ACTUALLY FIXED THE

10:13AM  1    PROBLEM AND TO NOT HAVE RECEIVED THAT CARE FROM MULTIPLE OTHER

10:14AM  2    ENT'S PRIOR TO THAT WITH MULTIPLE VISITS WITH THEM JUST TELLING

10:14AM  3    ME IT'S ALLERGIES, YEAH, I PUT IT ON THE DOCTORS.

10:14AM  4         MR. FURSTMAN:  ALL RIGHT.  WOULD YOU AGREE WITH ME

10:14AM  5    THAT IN YOUR EXPERIENCE YOU FOUND A DOCTOR THAT WAS GOOD IN

10:14AM  6    TERMS OF COMMUNICATING AND FINDING WHAT THE PROBLEM WAS CAUSED

10:14AM  7    BY AND TREATING IT; CORRECT?

10:14AM  8         PROSPECTIVE JUROR:  CORRECT.  AGAIN, THAT'S JUST WHY

10:14AM  9    AT THIS POINT I HAVE THE -- I TAKE IT UPON MYSELF TO RECEIVE

10:14AM 10    ADVICE FROM MULTIPLE MEDICAL PROFESSIONALS TO CREATE A MORE

10:14AM 11    INFORMED DECISION DUE TO THAT DISTRUST THAT I HAVE STARTING OUT

10:14AM 12    WITH JUST ONE DOCTOR.

10:14AM 13         MR. FURSTMAN:  ALL RIGHT.  YOU AGREE -- AND YOU CAN

10:14AM 14    BE SEATED IN A MOMENT.  BUT WOULD YOU AGREE THEN THAT THERE ARE

10:14AM 15    MEDICAL DOCTORS THAT ARE GOOD AND TREAT THEIR PATIENTS

10:14AM 16    APPROPRIATELY AND OTHERS LIKE ANY PROFESSION THAT YOU MIGHT

10:14AM 17    HAVE FOUND FAULT WITH; CORRECT?

10:14AM 18         PROSPECTIVE JUROR:  I CAN AGREE WITH THAT STATEMENT,

10:14AM 19    YES.

10:14AM 20         MR. FURSTMAN:  OKAY.  THANK YOU VERY MUCH,

10:14AM 21    MR. SILVA.  I APPRECIATE YOUR ATTENTION AND TIME.

10:15AM 22         LET ME PUT ANOTHER QUESTION TO THE GENERAL POOL AS WELL.

10:15AM 23    IS THERE ANYBODY SEATED IN THE PROSPECTIVE JURY POOL WHO

10:15AM 24    BELIEVES, LIKE MR. SILVA, THAT ANY PROFESSIONAL, THERE ARE GOOD

10:15AM 25    ONES, GOOD PROFESSIONALS, AND ONES THAT ARE NOT SO GOOD, YOU

10:15AM  1      EITHER HAVE A BEDSIDE MANNER YOU'RE NOT COMFORTABLE WITH, OR

10:15AM  2      DIFFICULTY IN COMMUNICATION?  IS THERE ANYBODY THAT FEELS

10:15AM  3      STRONGLY ONE WAY OR THE OTHER IN TERMS OF THE IDEA THAT DOCTORS

10:15AM  4      ARE -- THERE ARE GOOD ONES AND THERE ARE BAD ONES LIKE ANY

10:15AM  5      OTHER PROFESSION?

10:15AM  6              PROSPECTIVE JUROR:  (NODS HEAD UP AND DOWN.)

10:15AM  7              MR. FURSTMAN:  YES, JUROR NUMBER 3.

10:15AM  8              PROSPECTIVE JUROR:  NO, I AGREE WITH THAT, WITH WHAT

10:15AM  9      YOU'RE SAYING.

10:15AM  10             MR. FURSTMAN:  YOU AGREE WITH THAT?

10:15AM  11             PROSPECTIVE JUROR:  UH-HUH.

10:16AM  12             MR. FURSTMAN:  JUROR NUMBER 2?

10:16AM  13             PROSPECTIVE JUROR:  YES.

10:16AM  14             MR. FURSTMAN:  AND JUROR NUMBER 8?

10:16AM  15             PROSPECTIVE JUROR:  YES.

10:16AM  16             MR. FURSTMAN:  JUROR NUMBER 8, I JUST WANTED TO

10:16AM  17     FOLLOW UP WITH YOU FOR A MOMENT ON QUESTIONS THAT YOU ANSWERED

10:16AM  18     IN RESPONSE TO HER HONOR.

10:16AM  19         WOULD YOU LIKE ME TO HAVE --

10:16AM  20             THE COURT:  YES, SHE NEEDS TO GO OVER TO THE

10:16AM  21     MICROPHONE.  IT'S HARD TO HEAR.  THANK YOU.

10:16AM  22             MR. FURSTMAN:  THANK YOU.  I'VE REFER TO YOU AS

10:16AM  23     JUROR NUMBER 8, PROSPECTIVE JUROR NUMBER 8.

10:16AM  24         WHEN THE COURT WAS QUESTIONING YOU, YOU SEEMED LIKE -- IT

10:16AM  25     SEEMED LIKE MY DIAGNOSIS COULD BE RIGHT OR DISAGREED WITH, BUT

10:16AM 1      YOU SEEMED TO HAVE A LITTLE BIT OF HESITATION OR TREPIDATION

10:16AM 2      WHEN YOU WERE ASKED IF YOU COULD SIT AS A FAIR AND IMPARTIAL

10:16AM 3      JUROR.

10:16AM 4          AM I CORRECT IN SENSING THAT?

10:17AM 5              PROSPECTIVE JUROR:  I MEAN, I DO HAVE A BIAS AGAINST

10:17AM 6      DOCTORS, BUT I ACKNOWLEDGE THAT I CAN PUT THAT ASIDE FOR COURT

10:17AM 7      BASED ON THE LAWS THAT THE JUDGE SAYS.

10:17AM 8              MR. FURSTMAN:  WOULD YOU AGREE, ALTHOUGH I BELIEVE

10:17AM 9      YOU HAVE ANSWERED IT ALREADY, THAT THERE ARE GOOD DOCTORS AND

10:17AM 10     PERHAPS ONES THAT YOU WOULD CONSIDER FOR BAD DOCTORS; CORRECT?

10:17AM 11             PROSPECTIVE JUROR:  I AGREE THERE'S GOOD DOCTORS AND

10:17AM 12     BAD DOCTORS.

10:17AM 13             MR. FURSTMAN:  ALL RIGHT.  AND THE GOOD DOCTORS DO

10:17AM 14     SERVICE; CORRECT?  THEY PROVIDE A SERVICE TO THE GENERAL

10:17AM 15     PUBLIC?

10:17AM 16             PROSPECTIVE JUROR:  THAT'S CORRECT.

10:17AM 17             MR. FURSTMAN:  AND THAT'S BASED UPON, IF YOU KNOW,

10:17AM 18     THEIR TRAINING AND SCHOOL; CORRECT?

10:17AM 19             PROSPECTIVE JUROR:  CORRECT.

10:17AM 20             MR. FURSTMAN:  ALL RIGHT.  THANK YOU VERY MUCH,

10:17AM 21     JUROR NUMBER 8.  I APPRECIATE YOUR ANSWERS AND YOUR TIME.

10:17AM 22             THE COURT:  YOU CAN GO BACK TO YOUR SEAT.

10:18AM 23             MR. FURSTMAN:  WE'VE HAD SOME DISCUSSION EARLIER IN

10:18AM 24     THE MORNING HAVING TO DO WITH THIS DIAGNOSIS AND APPLICATION OF

10:18AM 25     THE DECISION MADE BY A PHYSICIAN.  SOME ARE HAPPY WITH

10:18AM  1    PHYSICIANS, SOME ARE NOT.

10:18AM  2        BUT SOME OF YOU HAVE TESTIFIED THAT YOU BELIEVE THE SYSTEM

10:18AM  3    HAS BEEN ABUSED OR THAT THERE'S NOT SUFFICIENT REGULATION FOR

10:18AM  4    VARIOUS ITEMS SUCH AS OPIOIDS.

10:18AM  5        WHO IN THE PANEL FEELS THAT THERE IS PERHAPS SOME LAPSE IN

10:18AM  6    REGULATION HAVING TO DO WITH THE ENFORCEMENT OF THE

10:18AM  7    PRESCRIPTION OF OPIOIDS?  ANYBODY HAVE AN OPINION?

10:19AM  8        YES.

10:19AM  9            PROSPECTIVE JUROR:  THIS IS THE SAME ONE I SHARED

10:19AM  10   BEFORE.  WOULD YOU LIKE ME TO --

10:19AM  11           MR. FURSTMAN:  YES, IF YOU WOULD, PLEASE.

10:19AM  12       AND THIS IS JUROR NUMBER?

10:19AM  13           PROSPECTIVE JUROR:  12.

10:19AM  14           MR. FURSTMAN:  12.  THANK YOU.

10:19AM  15           PROSPECTIVE JUROR:  ESSENTIALLY WHAT I SAID BEFORE,

10:19AM  16   IT'S MY BELIEF THAT THERE SHOULD BE MORE REGULATION FOR

10:19AM  17   OPIOIDS.

10:19AM  18           MR. FURSTMAN:  ALL RIGHT.

10:19AM  19       WOULD YOU AGREE WITH ME OR DO YOU HAVE AN OPINION AS TO

10:19AM  20   WHETHER PAIN MANAGEMENT IS A LEGITIMATE AND REASONABLE GOAL FOR

10:19AM  21   DOCTORS TO MEET?

10:19AM  22           PROSPECTIVE JUROR:  CERTAINLY.

10:19AM  23           MR. FURSTMAN:  OKAY.  AND PART OF THAT TREATMENT MAY

10:19AM  24   INCLUDE A DOCTOR'S DECISION TO RECOMMEND A PRESCRIPTION DRUG,

10:19AM  25   SUCH AS OPIOIDS; IS THAT CORRECT?

10:19AM   1            PROSPECTIVE JUROR:  IT COULD BE.

10:19AM   2            MR. FURSTMAN:  ALL RIGHT.  BUT YOU ALSO BELIEVE THAT

10:19AM   3    THE SYSTEM ITSELF CAN HAVE FAULTS; IS THAT RIGHT?

10:20AM   4            PROSPECTIVE JUROR:  YES.

10:20AM   5            MR. FURSTMAN:  ALL RIGHT.  WOULD YOU AGREE WITH ME

10:20AM   6    THAT THAT FEELING AND THAT ANALYSIS APPLIES TO OTHER

10:20AM   7    PROFESSIONS AS WELL?

10:20AM   8        IN OTHER WORDS, JUST AS DRUGS CAN BE ABUSED OR MISUSED, AN

10:20AM   9    AUTOMOBILE HAS POTENTIAL FOR DAMAGE OR HARM, SOMEBODY CAN DRIVE

10:20AM   10   IT IN A RECKLESS MANNER.  WOULD YOU AGREE THAT IT IS NOT

10:20AM   11   NECESSARILY THE CAR SALESMAN OR IN THIS CASE BY ANALOGY THE

10:20AM   12   PHYSICIAN THAT IS AT FAULT BUT THE INDIVIDUAL PURCHASER, THE

10:20AM   13   BUYER, THE CUSTOMER THAT PURCHASES AND MISUSES THE CAR?  WOULD

10:20AM   14   YOU AGREE WITH ME ON THAT?

10:20AM   15           PROSPECTIVE JUROR:  I DON'T KNOW THAT I TOTALLY DO.

10:20AM   16           MR. FURSTMAN:  ALL RIGHT.  COULD YOU EXPLAIN?

10:20AM   17           PROSPECTIVE JUROR:  I MEAN, THERE COULD BE

10:21AM   18   CIRCUMSTANCES WHERE THIS CASE, OBVIOUSLY I DON'T KNOW THE

10:21AM   19   DETAILS AT ALL AND I CAN CERTAINLY PUT EVERYTHING ASIDE, BUT IF

10:21AM   20   SOMEONE WAS PRESCRIBING SOMETHING THAT SHOULDN'T NECESSARILY BE

10:21AM   21   PRESCRIBED, THEN I THINK THERE'S FAULT ELSEWHERE.  I THINK IT

10:21AM   22   COULD BE ON THE PERSON THAT WAS PRESCRIBING THE MEDICATION,

10:21AM   23   TOO, FOR WHATEVER REASON THAT OCCURRED.

10:21AM   24       BUT ONCE AGAIN, I UNDERSTAND THAT EVERY SITUATION COULD BE

10:21AM   25   DIFFERENT.  I'M ABLE TO PUT THAT ASIDE.  BUT I DON'T THINK THAT

10:21AM  1    IT ALWAYS APPLIES TO THE PERSON WHO RECEIVED THE GOOD.

10:21AM  2           MR. FURSTMAN:  ALL RIGHT.  BUT YOU WOULD AGREE THAT

10:21AM  3    THE OPIOID, FOR EXAMPLE, COULD BE ABUSED, BUT THAT THE

10:21AM  4    PHYSICIAN MAY NOT BE AT FAULT?

10:21AM  5           PROSPECTIVE JUROR:  CERTAINLY.  IT DEPENDS ON EACH

10:21AM  6    INDIVIDUAL SITUATION.

10:21AM  7           MR. FURSTMAN:  AND IT DEPENDS ON THE DIAGNOSIS;

10:21AM  8    ISN'T THAT CORRECT?

10:21AM  9           PROSPECTIVE JUROR:  I'M NOT A DOCTOR MYSELF SO I

10:21AM 10    DON'T KNOW WHAT GOES INTO PRESCRIBING MEDICATION, BUT I IMAGINE

10:22AM 11    DIAGNOSIS MAY BE AMONGST SOME OTHER CIRCUMSTANCES AS WELL, THE

10:22AM 12    MEDICAL HISTORY AND THINGS LIKE THAT.

10:22AM 13           MR. FURSTMAN:  AND IF YOU HAD A DIAGNOSIS THAT WAS

10:22AM 14    BASED UPON TRAINING AND SCHOOL AND MEDICINE, THE PRESCRIPTION

10:22AM 15    IN TERMS OF THE TREATMENT DEVICE MAY BE REASONABLE IN ANY GIVEN

10:22AM 16    CIRCUMSTANCE; CORRECT?

10:22AM 17           PROSPECTIVE JUROR:  IT MAY BE.

10:22AM 18           MR. FURSTMAN:  ALL RIGHT.  I GUESS THE BOTTOM LINE

10:22AM 19    AND COMING TO A CONCLUSION IN THIS DISCUSSION, IT WOULD BE FAIR

10:22AM 20    TO SAY OR I WOULD INTERPRET THAT BY MEANING THAT YOU WOULD HAVE

10:22AM 21    TO LOOK AT EACH AND EVERY SITUATION TO DETERMINE WHETHER OR NOT

10:22AM 22    IT WAS APPROPRIATE OR WHETHER OR NOT IT WAS AN ABUSE OF THE

10:22AM 23    PHYSICIAN SUCH AS THE MEDICAL DOCTOR?

10:22AM 24           PROSPECTIVE JUROR:  YES.

10:22AM 25           MR. FURSTMAN:  ALL RIGHT.  THANK YOU VERY MUCH.  AS

10:22AM  1    WITH THE OTHER PROSPECTIVE JURORS, WE APPRECIATE, AND I THINK I

10:23AM  2    SPEAK FOR ALL OF US, WE APPRECIATE YOUR ATTENTION AND HONOR AND

10:23AM  3    CANDOR.

10:23AM  4         WHEN I REVIEWED THE JUROR QUESTIONNAIRES, THERE WERE A FEW

10:23AM  5    OF THE PROSPECTIVE JURORS THAT TALKED ABOUT WHERE THEY HAD A

10:23AM  6    BELIEF THAT THE MEDICAL PROFESSION WAS DRIVEN BY, FOR LACK OF A

10:23AM  7    BETTER WORD, GREED OR MONEY.

10:23AM  8         DOES ANYBODY HAVE THAT FEELING OR OPINION?

10:23AM  9         YES, I SEE SEVERAL HANDS GO UP.

10:23AM  10        WOULD THE JURORS WHO HAVE THAT FEELING, JUROR NUMBER 31,

10:23AM  11   APPROACH THE MICROPHONE AND ANSWER THAT.

10:23AM  12            PROSPECTIVE JUROR:  YEAH.  I JUST FEEL THAT DOCTORS

10:23AM  13   ARE PAID A LOT OF MONEY, AND SOMETIMES I'VE HEARD THAT THE MORE

10:24AM  14   PATIENTS THEY SEE, THE MORE MONEY THEY MAKE.

10:24AM  15        SO WHAT I'M TRYING TO GET AT IS MONEY IS A BIG FACTOR.

10:24AM  16            MR. FURSTMAN:  AND YOU WOULD EXPECT THAT DOCTORS

10:24AM  17   WOULD BE PAID FOR THEIR SERVICES, WOULDN'T YOU?

10:24AM  18            PROSPECTIVE JUROR:  SAY THAT AGAIN.

10:24AM  19            MR. FURSTMAN:  YOU WOULD EXPECT THAT A MEDICAL

10:24AM  20   PROFESSIONAL WOULD BE PAID FOR THEIR SERVICES; CORRECT?

10:24AM  21            PROSPECTIVE JUROR:  YES.

10:24AM  22            MR. FURSTMAN:  BUT YOU'RE INDICATING THAT PERHAPS

10:24AM  23   THE MOTIVATION TO SEE PATIENTS IS MONEY DRIVEN; IS THAT

10:24AM  24   CORRECT?

10:24AM  25            PROSPECTIVE JUROR:  YES.  MAYBE IF THEY SEE TOO MANY

10:24AM 1      PATIENTS, THEY DON'T TAKE THE TIME, THEY COULD MAKE A MISTAKE,

10:24AM 2      MEANING THEY HURRY, HURRY THROUGH THEIR APPOINTMENTS.

10:24AM 3              MR. FURSTMAN:  ALL RIGHT.  BUT WOULD YOU AGREE WITH

10:24AM 4      THE PREMISE THAT A WELL TRAINED PHYSICIAN COULD MAKE A

10:24AM 5      DIAGNOSIS IN ANY GIVEN CASE RELATIVELY QUICKLY BASED UPON THEIR

10:25AM 6      TRAINING AND EXPERIENCE?

10:25AM 7              PROSPECTIVE JUROR:  THAT'S SOMETIMES YES AND

10:25AM 8      SOMETIMES NO.  I DON'T KNOW.

10:25AM 9              MR. FURSTMAN:  IT'S LIKE THE IDEA OF TRIAGE OR

10:25AM 10     MAKING A QUICK DIAGNOSIS TO DETERMINE WHO NEEDS TREATMENT

10:25AM 11     IMMEDIATELY AND WHO CAN WAIT.

10:25AM 12         SO IF SOMEBODY COMES IN WITH A GUNSHOT WOUND, IT'S NOT

10:25AM 13     GOING TO TAKE A TRAINED PHYSICIAN A LONG TIME TO DETERMINE

10:25AM 14     WHETHER OR NOT THE INJURY IS FROM A GUNSHOT; CORRECT?

10:25AM 15             PROSPECTIVE JUROR:  TRUE.

10:25AM 16             MR. FURSTMAN:  ALL RIGHT.  AND THEN THEY MAY HAVE TO

10:25AM 17     MOVE ON TO THE NEXT PATIENT WHO MIGHT HAVE BEEN INJURED BY A

10:25AM 18     MOTOR VEHICLE; CORRECT?

10:25AM 19             PROSPECTIVE JUROR:  TRUE.  OKAY.

10:25AM 20             MR. FURSTMAN:  AND YOU WOULD AGREE WITH ME, WOULD

10:25AM 21     YOU NOT, THAT NOT ALL PROFESSIONS, JUST LIKE ANY GIVEN

10:25AM 22     PROFESSION, ARE IN IT FOR GREED OR FOR CHEERING PATIENTS?

10:25AM 23             PROSPECTIVE JUROR:  I KIND OF AGREE, BUT THERE'S A

10:25AM 24     DIFFERENCE HERE.  FOR PHYSICIAN, THEY'RE TREATING A HUMAN

10:25AM 25     BEING, IT'S NOT LIKE AN AUTOMOBILE OR A MECHANIC.  SO WHAT I'M

10:26AM 1    TRYING TO GET AT IS WHEN YOU'RE TRYING TO CURE A HUMAN BEING OR

10:26AM 2    FIND OUT WHAT THE PROBLEM IS, YOU'VE GOT TO SPEND SOME MORE

10:26AM 3    TIME.

10:26AM 4         MR. FURSTMAN:  ALL RIGHT.  WELL, IF THAT HUMAN BEING

10:26AM 5    COMES IN WITH A SEVERED ARM, TREATMENT MAY TAKE A LONG TIME,

10:26AM 6    BUT THE DIAGNOSIS IS IMMEDIATE; ISN'T THAT RIGHT?

10:26AM 7         PROSPECTIVE JUROR:  TRUE.

10:26AM 8         MR. FURSTMAN:  ALL RIGHT.  THANK YOU VERY MUCH.

10:26AM 9    YES, IF YOU COULD APPROACH THE MICROPHONE, PLEASE.

10:26AM 10        PROSPECTIVE JUROR:  I HAVE A PROBLEM WITH DOCTORS

10:26AM 11   WHO OVERPRESCRIBE MEDICATIONS.  LIKE, I HAD A FRIEND WHO HAD A

10:26AM 12   DAUGHTER FIVE YEARS OLD AND SHE TOOK HER TO THE DOCTOR BECAUSE

10:26AM 13   SHE HAD A SORE THROAT.  AND THE DOCTOR FINALLY WENT AHEAD TO

10:26AM 14   SEE HER AND CHARGED HER $2,500 FOR AN ASPIRIN FOR THE LITTLE

10:27AM 15   GIRL AND SHE WAS RELEASED AT 12:01.  SHE WAS CHARGED FOR TWO

10:27AM 16   DAYS OF BEING AT THE HOSPITAL BECAUSE IT WAS 12:01.

10:27AM 17   SO IT DOES SAY TO ME GREED.

10:27AM 18        MR. FURSTMAN:  WELL, BUT DOES THAT SAY TO YOU IT

10:27AM 19   MUST HAVE BEEN PERPETRATED BY THE PHYSICIAN HIMSELF OR THE

10:27AM 20   BILLING COMPONENT?

10:27AM 21        PROSPECTIVE JUROR:  WELL, HE DID GO SEE THE DOCTOR.

10:27AM 22   ISN'T HE RESPONSIBLE FOR MAKING SURE FOR HOW WE'RE BILLED?

10:27AM 23        MR. FURSTMAN:  WELL, I DON'T KNOW.  THAT'S GOING TO

10:27AM 24   BE AN ISSUE THAT MAY BE DETERMINED HERE.

10:27AM 25        PROSPECTIVE JUROR:  I DON'T KNOW EITHER, BUT I JUST

10:27AM 1    WANTED TO LET YOU KNOW THAT.

10:27AM 2          MR. FURSTMAN:  ALL RIGHT.  THANK YOU VERY MUCH.

10:27AM 3       IN RESPONSE TO SOME OF THE JURY QUESTIONNAIRES THERE WERE

10:27AM 4    PEOPLE THAT REFERRED TO THE OPIOID BUSINESS, FOR LACK OF A

10:27AM 5    BETTER WORD, AS CONTROLLED OR RUN BY BIG PHARMA, P-H-A-R-M-A.

10:28AM 6          DOES ANYBODY RECALL -- YES.  YES, JUROR NUMBER 36.

10:28AM 7          THE COURT:  26.

10:28AM 8          MR. FURSTMAN:  26.  MY EYEBALLS ARE -- AS YOU GET

10:28AM 9    OLDER, YOU GET A LITTLE MORE FRAIL.  BUT, YES, SIR, 26.

10:28AM 10         PROSPECTIVE JUROR:  YES.

10:28AM 11         MR. FURSTMAN:  AND WHAT DO YOU MEAN OR WHAT DO YOU

10:28AM 12   INTERPRET WHEN WE USE THE WORD "BIG PHARMA"?

10:28AM 13         PROSPECTIVE JUROR:  JUST PHARMACEUTICAL COMPANIES

10:28AM 14   THAT INCENTIVIZE DOCTORS TO PRESCRIBE MEDICATION.

10:28AM 15      I MEAN, IT'S BEEN A PROBLEM FOR A LONG TIME.  LOOK HOW

10:28AM 16   LONG IT TOOK STATES LIKE FLORIDA TO GET LIKE PAIN MANAGEMENT

10:28AM 17   PLACES WHERE YOU CAN GO GET PILLS TO EVEN HAVE A SYSTEM TO

10:29AM 18   FOLLOW WHO IS GETTING THOSE PILLS.  SO, YEAH, I THINK THAT'S A

10:29AM 19   PROBLEM.

10:29AM 20         MR. FURSTMAN:  SO WOULD YOU PUT THAT PROBLEM

10:29AM 21   PRIMARILY ON THE MANUFACTURER?

10:29AM 22         PROSPECTIVE JUROR:  YES.

10:29AM 23         MR. FURSTMAN:  ALL RIGHT.  AND WE'VE ALL HEARD THAT

10:29AM 24   THERE'S BEEN LITIGATION ISSUES WITH BIG PHARMA AND PURDUE, SOME

10:29AM 25   OF THE MANUFACTURERS OF OPIOIDS.

10:29AM   1         HAVE YOU HEARD ABOUT THAT?

10:29AM   2               PROSPECTIVE JUROR:  YEAH, I'VE HEARD ABOUT IT.

10:29AM   3               MR. FURSTMAN:  ALL RIGHT.  AND IS THERE ANYBODY AND

10:29AM   4     ANY OTHER INDIVIDUALS, INCLUDING YOU, SIR, THAT FEEL THAT YOU

10:29AM   5     HAVE AN OPINION AS TO THE IDEA OF THE MANUFACTURER SHOULD BE

10:29AM   6     UNDER GREATER SCRUTINY IN THE MANUFACTURE OF OPIOIDS?

10:29AM   7               PROSPECTIVE JUROR:  YEAH.

10:29AM   8               MR. FURSTMAN:  ALL RIGHT.  I SEE.  THANK YOU VERY

10:29AM   9     MUCH.  I SEE -- WOULD YOU TAKE THE MICROPHONE OR APPROACH THE

10:29AM  10     MIKE, PLEASE.

10:30AM  11         JUROR NUMBER 13.

10:30AM  12               PROSPECTIVE JUROR:  15.

10:30AM  13               MR. FURSTMAN:  15.

10:30AM  14               PROSPECTIVE JUROR:  YES.

10:30AM  15               MR. FURSTMAN:  ALL RIGHT.  PLEASE EXPLAIN.

10:30AM  16               PROSPECTIVE JUROR:  SO MY WIFE IS A PHARMACIST, AND

10:30AM  17     I DO UNDERSTAND AND I ACTUALLY LOOK THROUGH THE CASES WHERE BIG

10:30AM  18     PHARMA, JUST TO HIT THE REVENUE, HELP TREAT THE PROTOCOLS, THE

10:30AM  19     PROTOCOLS THAT DOCTORS LOOK UP TO.  THIS IS ALL IN ORDER TO

10:30AM  20     SELL MORE DRUGS OR -- IT'S NOT JUST OPIOIDS, IT'S RELATED TO

10:30AM  21     LIPID DRUGS OR ANYTHING ELSE.

10:30AM  22         SO I DO BELIEVE THAT BIG PHARMA HAS INFLUENCE OVER THE

10:30AM  23     MEDICAL PROFESSION IN A SENSE THAT THEY HAVE AN INFLUENCE ON

10:31AM  24     THE PROTOCOLS WHICH DOCTORS FOLLOW.  FOR EXAMPLE, IF I HAVE

10:31AM  25     CERTAIN LIPID OR BLOOD PRESSURE, I SHOULD BE PRESCRIBED CERTAIN

10:31AM 1    MEDICATIONS.  THOSE PROTOCOLS ARE INFLUENCED BY BIG PHARMA TO

10:31AM 2    BE CHANGED SO THAT MORE DRUGS COULD BE PRESCRIBED TO

10:31AM 3    INDIVIDUALS AND EVENTUALLY THAT LEADS TO MORE REVENUE.

10:31AM 4           MR. FURSTMAN:  ALL RIGHT.  BUT THAT DOESN'T

10:31AM 5    NECESSARILY FALL AT THE FEET SO TO SPEAK OF THE PHYSICIAN;

10:31AM 6    CORRECT?

10:31AM 7           PROSPECTIVE JUROR:  CORRECT.

10:31AM 8           MR. FURSTMAN:  THAT'S THE MANUFACTURER TRYING TO

10:31AM 9    INCENTIVIZE THE PHYSICIAN TO ISSUE MORE PRESCRIPTIONS TO MAKE

10:31AM 10   IT NECESSARY FOR THE PHARMACIST TO FILL FOR PRESCRIPTIONS AND

10:31AM 11   MONEY FOR THE MANUFACTURER; CORRECT?

10:31AM 12          PROSPECTIVE JUROR:  CORRECT.

10:31AM 13          MR. FURSTMAN:  ALL RIGHT.  ANYTHING ABOUT THAT

10:31AM 14   LITIGATION OR OUR DISCUSSION RIGHT NOW THAT YOU BELIEVE WOULD

10:31AM 15   AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL IN THIS CASE?

10:31AM 16          PROSPECTIVE JUROR:  NO.

10:31AM 17          MR. FURSTMAN:  ALL RIGHT.

10:31AM 18          THE COURT:  THAT WOULD BE THE END OF YOUR TIME.

10:32AM 19       ONE MORE QUESTION?

10:32AM 20       SIR, YOU MAY SIT DOWN.

10:32AM 21          MR. FURSTMAN:  THANK YOU.  LET ME ASK MY LAST

10:32AM 22   QUESTION TO THE PANEL IN ITS ENTIRETY, AND THIS HAS TO DO WITH

10:32AM 23   THE PROCESS ITSELF AS OPPOSED TO ANY PLACE SPECIFIC.

10:32AM 24       BUT DOES EVERYBODY BELIEVE THAT THEY HAVE THE ABILITY TO

10:32AM 25   WAIT AND HEAR ALL OF THE EVIDENCE AND WAIT UNTIL THE EVIDENCE

10:32AM   1   IS PLACED BEFORE YOU THAT WOULD AFFECT YOUR ABILITY TO SIT AS A

10:32AM   2   TRIAL JUROR, AS A TRIAL JUROR?

10:32AM   3       NO.  AND IF I COULD JUST --

10:32AM   4           THE COURT:  YOU'RE OVER TIME.

10:32AM   5           MR. FURSTMAN:  THANK YOU, YOUR HONOR.

10:32AM   6       THANK YOU, LADIES AND GENTLEMEN, FOR YOUR ATTENTION.  I

10:33AM   7   APPRECIATE IT.

10:33AM   8           THE COURT:  ALL RIGHT.  THANK YOU ALL.  I KNOW THIS

10:33AM   9   PART OF THE JURY SELECTION ISN'T THAT COMFORTABLE WHEN YOU'RE

10:33AM  10   PUT AT THAT MICROPHONE AND ASKED QUESTIONS.  I WANT TO THANK

10:33AM  11   ALL OF YOU HANDLING IT SO RESPECTFULLY.

10:33AM  12       LET ME TELL YOU WHAT WE ARE GOING TO DO NEXT.  WE'RE

10:33AM  13   ACTUALLY DONE ASKING YOU QUESTIONS, SO I'M SURE YOU'RE GLAD

10:33AM  14   ABOUT THAT.  WE HAVE ALL OF THE INFORMATION FROM YOUR

10:33AM  15   QUESTIONNAIRES.

10:33AM  16       SO WE'RE GOING TO TAKE A BREAK, AND IT'S GOING TO BE A

10:33AM  17   LITTLE BIT OF A LONG BREAK BECAUSE I HAVE TO SPEND SOME TIME

10:33AM  18   TALKING TO THE ATTORNEYS ABOUT WHAT YOU TOLD US IN YOUR

10:33AM  19   QUESTIONNAIRES AND WHAT WE HEARD FROM YOU TODAY, AND THAT TAKES

10:33AM  20   SOME TIME.

10:33AM  21       SO I'M NOT GOING TO MAKE YOU SIT HERE IN THE COURTROOM,

10:33AM  22   BUT IT'S NOT ENOUGH TIME FOR YOU TO LEAVE THE COURTHOUSE.  THIS

10:33AM  23   IS NOT OUR LUNCH BREAK, IT'S ONLY 10:30, BUT WE'RE MOVING ALONG

10:33AM  24   RIGHT ON SCHEDULE, SO I'M VERY HAPPY WITH THAT.

10:33AM  25       SO I'M GOING TO MAKE THIS A 45 MINUTE BREAK.

| | | |
|---|---|---|
| 10:34AM | 1 | WHERE SHOULD THEY GATHER? |
| 10:34AM | 2 | THE CLERK:  IF THEY COULD GATHER IN THE JURY |
| 10:34AM | 3 | ASSEMBLY ROOM ON THE SECOND FLOOR. |
| 10:34AM | 4 | THE COURT:  SO YOU COULD GO BACK TO THE SECOND FLOOR |
| 10:34AM | 5 | TO THE JURY ASSEMBLY ROOM WHERE YOU'VE BEEN, AND WE'LL COME |
| 10:34AM | 6 | BACK AND GET YOU WHEN IT'S TIME TO COME BACK TO THE COURTROOM. |
| 10:34AM | 7 | THANK YOU FOR UNDERSTANDING ABOUT THE LONG BREAK.  WE'RE GOING |
| 10:34AM | 8 | TO BE WORKING. |
| 10:34AM | 9 | SHOULD THEY TAKE THEIR NUMBERS WITH THEM OR LEAVE THEM |
| 10:34AM | 10 | HERE? |
| 10:34AM | 11 | THE CLERK:  LEAVE THEM HERE. |
| 10:34AM | 12 | THE COURT:  YOU CAN LEAVE THEM ON THE CHAIR.  ALL |
| 10:34AM | 13 | RIGHT.  THANK YOU ALL. |
| 10:34AM | 14 | (JURY OUT AT 10:34 A.M.) |
| 10:35AM | 15 | THE COURT:  I BELIEVE ALL OF THE JURORS LEFT THE |
| 10:35AM | 16 | COURTROOM.  COUNSEL, WE'RE GOING TO MEET IN THE JURY ROOM HERE. |
| 10:35AM | 17 | DR. SIAO IS WELCOME. |
| 10:35AM | 18 | WE'RE GOING TO DISCUSS FOR CAUSE CHALLENGES.  I'M SURE YOU |
| 10:35AM | 19 | WOULD LIKE A LITTLE BIT OF A BREAK AND YOU WOULD LIKE TO LOOK |
| 10:35AM | 20 | AT YOUR NOTES, SO WHY DON'T WE CONVENE AT 10:45. |
| 10:35AM | 21 | THE CLERK:  YOUR HONOR, I'M SORRY, I HAVE A JUROR |
| 10:35AM | 22 | WHO WANTED TO ANSWER A QUESTION BUT DIDN'T WANT TO DO IT IN |
| 10:35AM | 23 | FRONT OF EVERYONE. |
| 10:35AM | 24 | THE COURT:  OKAY.  LET'S DO THAT BEFORE WE TAKE A |
| 10:35AM | 25 | BREAK. |

10:35AM 1          THE CLERK:  IT'S JUROR NUMBER 28.  I'LL SEND HIM IN.

10:36AM 2              (JURY IN AT 10:36 A.M.)

10:36AM 3          THE COURT:  WE'RE BACK ON THE RECORD.  MR. ANSTETT,

10:36AM 4      YOU'RE JUROR 28?

10:36AM 5          PROSPECTIVE JUROR:  I AM.

10:36AM 6          THE COURT:  YOU INDICATED TO MY COURTROOM DEPUTY

10:36AM 7      THAT YOU INDICATED SOMETHING YOU WANTED ME TO KNOW?

10:36AM 8          PROSPECTIVE JUROR:  I --

10:36AM 9          THE COURT:  YOU'RE TALL AND THE MICROPHONE IS LOW,

10:36AM 10     AND IT'S HARD TO HERE YOU.

10:36AM 11         PROSPECTIVE JUROR:  I THINK I ROSE MY HAND AT THE

10:36AM 12     END.  I DON'T KNOW IF IT QUITE RELATED TO THE QUESTION OR NOT,

10:36AM 13     BUT I WAS A LITTLE BIT NERVOUS.  IT HAS TO DO WITH THE PASSING

10:36AM 14     JUDGMENT QUESTION.  YOU SAID SOMETHING AT THE END IS THERE

10:36AM 15     ANYTHING ELSE THAT WOULD CLOUD MY JUDGMENT.

10:36AM 16         THE COURT:  UH-HUH.

10:36AM 17         PROSPECTIVE JUROR:  I JUST HAVE A REALLY HARD TIME

10:36AM 18     WITH THIS CONCEPT THAT I HAVE THE ABILITY TO DESTROY SOMEONE'S

10:36AM 19     LIFE, YOU KNOW, AND I JUST WANTED TO GET THAT OUT THERE I

10:37AM 20     GUESS.

10:37AM 21         THE COURT:  SO BEING A JUROR IS A HEAVY

10:37AM 22     RESPONSIBILITY.

10:37AM 23         PROSPECTIVE JUROR:  YEAH.

10:37AM 24         THE COURT:  IT CERTAINLY IS.  THESE ARE IMPORTANT

10:37AM 25     ISSUES.  SO I SAID TO YOU ON FRIDAY THAT THE JURY IS THE JUDGE

10:37AM 1    OF THE FACTS, AND I AM THE JUDGE OF THE LAW.

10:37AM 2         DID YOU UNDERSTAND THAT DISTINCTION?

10:37AM 3              PROSPECTIVE JUROR:  SO --

10:37AM 4              THE COURT:  I THINK NOT.  SO THE JURY LISTENS TO THE

10:37AM 5    EVIDENCE AND DECIDES WHAT HAPPENED.

10:37AM 6         DO YOU THINK YOU COULD DO THAT?

10:37AM 7              PROSPECTIVE JUROR:  IT'S JUST WHAT IS THAT

10:37AM 8    REASONABLE DOUBT OF EVIDENCE?

10:37AM 9              THE COURT:  IT'S A HIGH STANDARD.  IN ORDER TO FIND

10:37AM 10   SOMEONE GUILTY, YOU HAVE TO DETERMINE THAT THE GOVERNMENT HAS

10:37AM 11   PROVED EACH ELEMENT TO YOU BEYOND A REASONABLE DOUBT.

10:37AM 12        I'LL READ THAT INSTRUCTION TO YOU IF YOU'RE SEATED AS A

10:37AM 13   JUROR.

10:37AM 14        SO IS THAT WHERE YOU'RE HAVING DIFFICULTY?

10:38AM 15             PROSPECTIVE JUROR:  YEAH.  I THINK IN GENERAL THE --

10:38AM 16   HAVING TO LIVE WITH IT FOR THE REST OF YOUR LIFE, JUST, AGAIN,

10:38AM 17   I WANTED TO SHARE IT BECAUSE I THOUGHT IT WOULD CLOUD IT IN

10:38AM 18   SOME WAY.  I HAVE OTHER ANXIETIES, BUT I'LL LEAVE THOSE BE.

10:38AM 19   BUT THAT'S FINE.  THAT'S MY BIG ONE.

10:38AM 20             THE COURT:  SO IT'S REALLY IMPORTANT, AND I REALLY

10:38AM 21   APPRECIATE YOU COMING FORWARD.

10:38AM 22        IF IT WEIGHS ON YOU PERSONALLY, DO YOU THINK THAT IT WOULD

10:38AM 23   CAUSE YOU TO BE UNABLE TO RENDER A VERDICT?

10:38AM 24             PROSPECTIVE JUROR:  IT COULD.

10:38AM 25             THE COURT:  OKAY.  MS. FLOYD, WOULD YOU LIKE TO

```
10:38AM   1    FOLLOW UP?

10:38AM   2              MS. FLOYD:  NO, YOUR HONOR.

10:38AM   3              THE COURT:  MR. FURSTMAN.

10:38AM   4              MR. FURSTMAN:  JUST ONE QUESTION.

10:38AM   5         SIR, THANK FOR YOUR CANDOR.  WITHOUT ATTEMPTING TO PRY, IS

10:38AM   6    YOUR BELIEF AND YOUR FEELINGS THAT I JUST EXPRESSED RESULT IN A

10:39AM   7    RELIGIOUS CONVICTION OR IS THIS MORE A MORAL CONVICTION?

10:39AM   8              PROSPECTIVE JUROR:  NOT RELIGIOUS.

10:39AM   9              MR. FURSTMAN:  ALL RIGHT.  THANK YOU.

10:39AM  10              THE COURT:  ALL RIGHT.  THANK YOU, SIR.  AND WHY

10:39AM  11    DON'T YOU GO AHEAD AND TAKE YOUR BREAK.  I REALLY APPRECIATE

10:39AM  12    YOU COMING FORWARD.  THANK YOU.

10:39AM  13              PROSPECTIVE JUROR:  THANKS.

10:39AM  14              THE COURT:  OKAY.  LET'S TAKE THAT SHORT BREAK, AND

10:39AM  15    I'LL SEE YOU IN THE JURY ROOM.

10:39AM  16              MS. FLOYD:  YOUR HONOR, DID YOU SAY 10:45?

10:39AM  17              THE COURT:  LET'S MAKE IT 10:47.

10:39AM  18              MS. FLOYD:  OKAY.  THANK YOU.

10:39AM  19              THE CLERK:  COURT IS IN RECESS.

10:39AM  20         (RECESS FROM 10:39 A.M. UNTIL 11:27 A.M.)

11:27AM  21         (JURY IN AT 11:27 A.M.)

11:27AM  22              THE COURT:  PLEASE BE SEATED EVERYONE.  THANK YOU

11:27AM  23    ALL FOR YOUR PATIENCE.  I'M SURE IT WAS NICE TO GET A LITTLE

11:27AM  24    BREAK.

11:27AM  25         LET ME TELL YOU WHAT WE'RE GOING TO DO NEXT.  WHILE YOU
```

11:27AM 1    WERE ON YOUR BREAK, THE ATTORNEYS AND I MET AND WE DISCUSSED

11:27AM 2    WHAT WE LEARNED FROM YOU BASED ON YOUR QUESTIONNAIRES AND HERE

11:27AM 3    IN COURT.  BASED ON THAT, SOME OF YOU WE HAVE DETERMINED WOULD

11:27AM 4    NOT BE -- WOULD NOT SERVE ON THE JURY, AND I'M NOT GOING TO

11:27AM 5    IDENTIFY ANY OF YOU NOW, IT DOESN'T MATTER, BUT WE DID THAT

11:27AM 6    FIRST BECAUSE NOW WE MOVE INTO THE FINAL STAGE OF JURY

11:27AM 7    SELECTION, AND THAT'S A LITTLE BIT UNUSUAL BECAUSE IT'S NOT A

11:27AM 8    SITUATION WHERE THE LAWYERS HAVE TO TELL ME WHY THEY MAKE THEIR

11:27AM 9    DECISIONS.

11:27AM 10        EACH SIDE HAS A CERTAIN NUMBER OF WHAT WE CALL PEREMPTORY

11:28AM 11   CHALLENGES.  THAT MEANS THAT THEY ARE ALLOWED TO EXCUSE A

11:28AM 12   CERTAIN NUMBER OF YOU, IT'S WRITTEN DOWN IN A FEDERAL STATUTE,

11:28AM 13   FOR NO REASON GIVEN.  THEY, OF COURSE, HAVE THEIR OWN REASONS,

11:28AM 14   BUT THEY DON'T HAVE TO TELL ME, THEY DON'T HAVE TO JUSTIFY IT,

11:28AM 15   AND IT'S JUST THE WAY THAT THEY SEE THEIR CASE AND HOW THEY

11:28AM 16   WANT THEIR JURY COMPOSED.

11:28AM 17        SO THIS IS HOW WE DO IT, AND ALL OF US, INCLUDING ME, WILL

11:28AM 18   BE SITTING HERE NOW PATIENTLY WHILE THE ATTORNEYS ARE

11:28AM 19   FRANTICALLY WORKING ON THIS NEXT PHASE.

11:28AM 20        THEY WILL BE PASSING A SHEET OF PAPER BACK AND FORTH WHERE

11:28AM 21   THEY WILL WRITE DOWN THE NAMES OF JURORS THAT THEY WISH TO

11:28AM 22   EXERCISE THEIR PEREMPTORY CHALLENGE.  THOSE PEOPLE WILL NOT BE

11:28AM 23   JURORS.

11:28AM 24        AND WHEN THEY ARE DONE, THEY WILL GIVE IT TO ME, AND I

11:28AM 25   WILL SORT IT OUT SO THAT I KNOW THE 12 WHO WILL BE SWORN AS

11:28AM  1      JURORS.

11:28AM  2          AND THEN ONCE -- AND I HAVE TO GO OUT IN THE HALL WITH

11:28AM  3      THEM.  AS YOU CAN IMAGINE, I HAVE TO CHECK IT AND DOUBLE CHECK

11:29AM  4      IT TO MAKE SURE THAT I KEEP THE RIGHT 12 AND EXCUSE THE OTHERS.

11:29AM  5          ONCE THAT'S DONE, THEN THEY'RE GOING TO GO IMMEDIATELY

11:29AM  6      INTO SELECTING THE TWO ALTERNATE JURORS WHO WILL ALSO SIT WITH

11:29AM  7      THE JURY.  AND THAT JUST TAKES ANOTHER COUPLE OF MINUTES TO GET

11:29AM  8      THAT DONE.  IT'S FROM THIS GROUP HERE.

11:29AM  9          WHEN ALL OF THAT IS DONE, WE'LL SWEAR IN THE ALTERNATE

11:29AM  10     JURORS AND THEN THE REST OF YOU WILL BE EXCUSED FROM JURY

11:29AM  11     SERVICE.

11:29AM  12         SO IF -- MOST OF WHAT YOU DO ON JURY SERVICE IS DRAWING

11:29AM  13     ALL OF YOUR PATIENCE AND SKILLS AND FOR SOME OF US IT'S EASIER

11:29AM  14     SAID THAN DONE, BUT I REALLY THANK YOU FOR LETTING THE

11:29AM  15     ATTORNEYS DO THEIR WORK.  THEY NEED TO THINK ABOUT EVERYTHING

11:29AM  16     THAT THEY KNOW ABOUT YOU AND WRITE THINGS DOWN AND THEY KNOW

11:29AM  17     THEY'RE UNDER A TIME PRESSURE BECAUSE I'M STARING AT THEM AND

11:29AM  18     YOU ARE STARING AT THEM, BUT IT REALLY HELPS THEM TO BE ABLE TO

11:29AM  19     LOOK AT YOU TO REMIND THEM OF WHAT YOU SAID TO THEM.

11:29AM  20         AND, YOU KNOW, WE ALL KNOW THERE'S THE VISUAL AND THERE

11:30AM  21     ARE THE NOTES AND YOU CAN IMAGINE HOW HARD IT WAS FOR THEM TO

11:30AM  22     TAKE NOTES WHILE YOU WERE TALKING.

11:30AM  23         SO WITH THAT, WE'RE ALL GOING TO SIT.  MS. SALINAS-HARWELL

11:30AM  24     WILL START WITH THE GOVERNMENT, AND THEY WILL LITERALLY PASS

11:30AM  25     THIS SHEET BACK AND FORTH AND YOU AND I CAN SIT AND THINK ABOUT

11:30AM  1    OTHER THINGS FOR A FEW MINUTES.

11:30AM  2            (PAUSE IN PROCEEDINGS.)

11:41AM  3                MS. FLOYD:  I THINK WE'RE DONE.

11:41AM  4                THE COURT:  OKAY.

11:41AM  5                THE CLERK:  (HANDING.)

11:41AM  6            (PAUSE IN PROCEEDINGS.)

11:42AM  7                THE COURT:  OKAY.  SO I'M GOING TO STEP OUTSIDE WITH

11:42AM  8    THE ATTORNEYS JUST SO I CAN BE SURE THAT MY LIST IS CORRECT,

11:42AM  9    AND THEN WE'LL BE RIGHT BACK.

11:42AM  10       SO, COUNSEL, IF YOU WOULD JOIN ME.  WE'RE GOING TO GO OUT

11:42AM  11   THIS DOOR HERE (INDICATING).

11:44AM  12            (DISCUSSION AMONGST COUNSEL AND THE COURT OFF THE RECORD.)

11:46AM  13                THE COURT:  ALL RIGHT.  THANK YOU.

11:46AM  14       SO LET ME TELL YOU WHAT WE'RE GOING TO DO NEXT.

11:46AM  15       I'M GOING TO SEAT THE 12 JURORS SELECTED FOR THE CASE AND

11:46AM  16   HAVE YOU SWORN IN.

11:46AM  17       AND THEN I'LL IDENTIFY THOSE WHO MAY BE SELECTED AS OUR

11:46AM  18   ALTERNATE JURORS.

11:46AM  19       SO I'M GOING TO DO THIS IN TWO STEPS.  I'M GOING TO READ

11:46AM  20   THE 12 NAMES.  AND THOSE IN THE JURY BOX, IF I DON'T READ YOUR

11:46AM  21   NAME, WHEN I'M DONE WITH THE LIST, YOU'LL BE GETTING UP SO

11:46AM  22   SOMEONE CAN TAKE YOUR CHAIR, BUT IT GETS TOO CROWDED IF WE

11:46AM  23   START MOVING EVERYONE AT ONCE.

11:46AM  24       SO THESE WILL BE THE JURORS WHO WILL BE SEATED, AND I'LL

11:46AM  25   READ YOUR NAME AND NUMBER.

11:46AM   1          NUMBER 1, MR. SOLANOMORA;

11:46AM   2          NUMBER 2, MS. SCHULZ;

11:46AM   3          NUMBER 3, MR. FARRIS;

11:47AM   4          NUMBER 6, MR. PAGANO;

11:47AM   5          NUMBER 7, MR. TOMER;

11:47AM   6          NUMBER 8, MS. CAIN;

11:47AM   7          NUMBER 9, MR. TREBAOL;

11:47AM   8          NUMBER 10, MR. MONGER; AND,

11:47AM   9          NUMBER 11, MS. VILLAGOMEZ;

11:47AM  10          NUMBER 12, MR. JACOBS;

11:47AM  11          NUMBER 14, MR. VANHORN; AND,

11:47AM  12          NUMBER 15, MR. DAVE.

11:47AM  13      SO IF YOUR NAME WAS NOT CALLED AND YOU'RE SITTING HERE,

11:47AM  14  YOU MAY GET UP.  DON'T LEAVE THE COURTROOM YET.  BUT IF YOUR

11:47AM  15  NAME WAS CALLED AND YOU'RE IN THE BOX, I'LL HAVE YOU COME

11:47AM  16  FORWARD, AND THEN I'LL MAKE SURE I HAVE ALL OF THE RIGHT

11:47AM  17  PEOPLE.

11:47AM  18      YOU CAN SIT ANYWHERE FOR NOW.  I'M GOING TO READ YOUR

11:47AM  19  NAMES OUT AGAIN.  IF YOU'D GIVE ME A WAVE THAT YOU'RE HERE.

11:46AM  20          NUMBER 1, MR. SOLANOMORA;

11:46AM  21          NUMBER 2, MS. SCHULZ;

11:46AM  22          NUMBER 3, MR. FARRIS;

11:47AM  23          NUMBER 6, MR. PAGANO;

11:47AM  24          NUMBER 7, MR. TOMER;

11:47AM  25          NUMBER 8, MS. CAIN;

11:47AM  1          NUMBER 9, MR. TREBAOL;

11:47AM  2          NUMBER 10, MR. MONGER; AND,

11:47AM  3          NUMBER 11, MS. VILLAGOMEZ;

11:47AM  4          NUMBER 12, MR. JACOBS;

11:47AM  5          NUMBER 14, MR. VANHORN; AND,

11:47AM  6          NUMBER 15, MR. DAVE.

11:48AM  7          ALL RIGHT.  COUNSEL, HAVE I SEATED THE CORRECT JURORS?

11:48AM  8              MS. FLOYD:  YES, YOUR HONOR.

11:48AM  9              MR. FURSTMAN:  YES, YOUR HONOR.

11:48AM 10          THE COURT:  ALL RIGHT.  SO IF THE 12 OF YOU WOULD

11:48AM 11   STAND TO TAKE THE JUROR'S OATH.

11:48AM 12          THE CLERK:  PLEASE RAISE YOUR RIGHT HANDS.

11:48AM 13        (SELECTED JURORS WERE GIVEN THE OATH.)

11:48AM 14              JURORS:  YES.

11:48AM 15          THE COURT:  ALL RIGHT.  YOU CAN ALL BE SEATED.

11:48AM 16          ALL RIGHT.  NOW, I WOULD JUST LIKE YOU TO RAISE YOUR HANDS

11:48AM 17   SO THAT WE CAN SEE YOU.

11:48AM 18          JUROR NUMBER 16, MR. NGUYEN.  ALL RIGHT.

11:49AM 19          AND JUROR NUMBER 18, MR. LORTA.

11:49AM 20          OKAY.  SO, COUNSEL, YOU CAN SEE THOSE TWO?  YOU ARE JUST

11:49AM 21   IN OUR RANDOM ORDER, THE NEXT TWO, AND COUNSEL, IF YOU WOULD --

11:49AM 22   AND THEN I'LL JUST HAVE YOU RAISE YOUR HANDS.  WOULD JUROR

11:49AM 23   NUMBER 19, MR. YANG, RAISE YOUR HAND, AND JUROR NUMBER 20,

11:49AM 24   MR. CARRERA.

11:49AM 25          THERE YOU ARE IN THE NEXT ROW HERE.

| | | |
|---|---|---|
| 11:49AM | 1 | THANK YOU.  JUST SO YOU CAN SEE THEM, IT'S GOOD TO SEE |
| 11:49AM | 2 | THEIR FACES. |
| 11:49AM | 3 | ALL RIGHT.  AND WE WILL JUST DO -- THERE IT IS.  SORRY. |
| 11:52AM | 4 | (PAUSE IN PROCEEDINGS.) |
| 11:52AM | 5 | THE COURT:  ALL RIGHT.  WOULD JUROR NUMBER 16, |
| 11:52AM | 6 | MR. NGUYEN, WOULD YOU STAND AND JUROR NUMBER 18, MR. LORTA, |
| 11:52AM | 7 | WOULD YOU STAND? |
| 11:52AM | 8 | YOU HAVE BEEN SELECTED AS ALTERNATE JURORS IN THE CASE AND |
| 11:52AM | 9 | YOU WILL SIT WITH THE JURY THROUGHOUT THE TRIAL, AND IF ANY OF |
| 11:52AM | 10 | THE JURORS ARE EXCUSED FOR ANY REASON, YOU WILL TAKE THEIR |
| 11:52AM | 11 | PLACE AND SERVE WITH THE JURY. |
| 11:52AM | 12 | I'M GOING TO HAVE YOU TAKE YOUR OATH NOW. |
| 11:52AM | 13 | THE CLERK:  PLEASE RAISE YOUR RIGHT HANDS. |
| 11:52AM | 14 | (ALTERNATE JURORS WERE GIVEN THE OATH.) |
| 11:52AM | 15 | ALTERNATE JURORS:  YES. |
| 11:52AM | 16 | THE COURT:  ALL RIGHT.  WOULD THE TWO OF YOU COME UP |
| 11:53AM | 17 | AND TAKE -- WELL, THERE ARE SOME EMPTY CHAIRS THERE IN THE JURY |
| 11:53AM | 18 | BOX. |
| 11:53AM | 19 | COUNSEL, FOR THE LAST TIME, I'VE SEATED THE CORRECT |
| 11:53AM | 20 | PEOPLE? |
| 11:53AM | 21 | MS. FLOYD:  YES, YOUR HONOR. |
| 11:53AM | 22 | MR. FURSTMAN:  YES, YOUR HONOR. |
| 11:53AM | 23 | THE COURT:  ALL RIGHT.  AND IS THERE ANY REASON I |
| 11:53AM | 24 | SHOULD NOT EXCUSE THE REMAINDER OF THE JURY PANEL? |
| 11:53AM | 25 | MS. FLOYD:  NO, YOUR HONOR. |

11:53AM  1          MR. FURSTMAN:  NO, YOUR HONOR.

11:53AM  2          THE COURT:  ALL RIGHT.  FOR THOSE OF YOU SEATED IN

11:53AM  3  THE AUDIENCE, I WANT TO THANK YOU FOR YOUR JURY SERVICE.  I'M

11:53AM  4  SORRY THAT YOU WERE NOT SELECTED TO SERVE IN THIS CASE.  I'M

11:53AM  5  SURE THAT'S A DISAPPOINTMENT TO MANY OF YOU AND A GREAT RELIEF

11:53AM  6  TO OTHERS OF YOU.  I'M NOT ASKING FOR A POLL ON THAT.

11:53AM  7          I WANT TO TELL YOU A COUPLE OF THINGS.  FIRST OF ALL,

11:53AM  8  YOU'RE RELIEVED FROM MY ADMONITIONS ABOUT TALKING ABOUT THE

11:53AM  9  CASE OR DOING RESEARCH OR INVESTIGATION OR ANYTHING YOU WANT TO

11:53AM  10 DO.  YOU'RE NOW FREE TO DO WHATEVER YOU WANT, EXCEPT YOU CAN'T

11:53AM  11 TALK TO OUR SEATED JURORS, BECAUSE THEY STILL HAVE TO LIVE

11:54AM  12 UNDER THOSE RULES.

11:54AM  13         THE OTHER THING I WANT YOU TO KNOW IS THAT BY SERVING ON A

11:54AM  14 JURY HERE IN FEDERAL COURT, YOU HAVE NOT FULFILLED YOUR

11:54AM  15 OBLIGATION TO SERVE IN COURT, BOTH FEDERAL AND STATE COURT.  IF

11:54AM  16 YOU GET A SUMMONS FROM SUPERIOR COURT OVER THE NEXT 12 MONTHS,

11:54AM  17 YOUR SUMMONS HERE WILL EXCUSE YOU FROM JURY DUTY, SO THAT IS

11:54AM  18 SOMETHING YOU WANT TO KEEP IN MIND.  YOU CAN ALWAYS GET A COPY

11:54AM  19 OF YOUR SUMMONS FROM OUR COURT OR IF YOU'VE KEPT WHAT YOU HAD,

11:54AM  20 BUT IT'S EASY TO GET A COPY OF IT SHOULD YOU BE CALLED.

11:54AM  21         I GET CALLED EVERY YEAR TO MY COUNTY AND SO IF I HAD A

11:54AM  22 FEDERAL SUMMONS, I'D BE USING THAT, TOO.  SO PLEASE KNOW THAT

11:54AM  23 YOU HAVE THAT.

11:54AM  24         I WANT TO THANK YOU NOT FROM ME BUT FROM OUR COMMUNITY AND

11:54AM  25 FOR OUR JUSTICE SYSTEM FOR BEING HERE ON OUR JURY PANEL, AND I

11:54AM 1    CERTAINLY HOPE YOU GET AN OPPORTUNITY TO SERVE ON A JURY IN THE

11:54AM 2    FUTURE.  YOU ARE ALL EXCUSED.  THANK YOU.

11:55AM 3              THE CLERK:  PLEASE STAND FOR THE JURY.

11:55AM 4         (JURY OUT AT 11:55 A.M.)

11:55AM 5              THE COURT:  ALL RIGHT.  PLEASE BE SEATED EVERYONE.

11:55AM 6         WELL, AS I TOLD YOU, IT WAS MY HOPE THAT WE WOULD HAVE THE

11:55AM 7    JURY SELECTED BY LUNCH TIME TODAY, AND WE HAVE ACHIEVED THAT.

11:55AM 8         WE ARE GOING TO TAKE OUR LUNCH BREAK NOW.  WE WILL TAKE AN

11:55AM 9    HOUR AS WE DO EVERY DAY.

11:55AM 10        AND WHEN YOU COME BACK AT 1:00 O'CLOCK, WE WILL BEGIN WITH

11:55AM 11   THE INITIAL JURY INSTRUCTIONS, THE OPENING STATEMENTS OF THE

11:55AM 12   ATTORNEYS, AND WE'RE GOING TO BEGIN PRESENTATION OF EVIDENCE

11:55AM 13   TODAY.

11:55AM 14        AS I TOLD YOU, I MOVE MY CASES ALONG OUT OF RESPECT FOR

11:56AM 15   YOUR TIME, AND SO WE'RE GOING TO GET STARTED RIGHT AWAY.

11:56AM 16        PLEASE REMEMBER YOU'RE NOT TO DISCUSS THIS CASE WITH

11:56AM 17   ANYONE OR DO ANY RESEARCH OR INVESTIGATION OF ANY KIND, EVEN

11:56AM 18   THE MOST MUNDANE THING IS OFF LIMITS FOR YOU.  AND I WILL HAVE

11:56AM 19   A MORE THOROUGH INSTRUCTION FOR YOU AFTER LUNCH.

11:56AM 20        YOU ARE WELCOME TO GET TO KNOW EACH OTHER IN ANY WAY, BUT

11:56AM 21   YOU EVEN CAN'T TALK ABOUT THE CASE AMONGST YOURSELVES UNTIL

11:56AM 22   YOU'RE IN THE JURY ROOM DELIBERATING AFTER ALL OF THE EVIDENCE

11:56AM 23   HAS BEEN PROVIDED.

11:56AM 24        SO AS I SAID ON FRIDAY, IT'S NOT THE MOST INTERESTING

11:56AM 25   THING IN YOUR LIFE.  TALK ABOUT EVERYTHING ELSE THAT IS

11:56AM 1    IMPORTANT TO YOU OR WHATEVER, GET TO KNOW THE PEOPLE YOU'LL BE

11:56AM 2    SPENDING THE NEXT WEEK OR SO WITH.  AND SO WE WILL --

11:56AM 3         AND WHERE SHOULD THEY GATHER?

11:56AM 4              THE CLERK:  IN THE JURY ASSEMBLY ROOM, YOUR HONOR.

11:56AM 5              THE COURT:  ALL RIGHT.  IF YOU WOULD GATHER IN THE

11:56AM 6    JURY ASSEMBLY ROOM ON THE SECOND FLOOR SO WE CAN START AT

11:56AM 7    1:00 O'CLOCK, THAT WOULD BE GREAT.  OF COURSE YOU HAVE ENOUGH

11:56AM 8    TIME NOW TO GO OUTSIDE AND STRETCH AND GET YOUR LUNCH.  AND I

11:57AM 9    WILL SEE YOU AT 1:00 O'CLOCK.

11:57AM 10        (LUNCH RECESS TAKEN AT 11:57 A.M.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 11:57AM  | 1  | **AFTERNOON SESSION**                                        |
| 01:06PM  | 2  |                                                              |
| 01:06PM  | 3  | (COURT CONVENED AT 1:06 P.M.)                                |
| 01:06PM  | 4  | (JURY IN AT 1:06 P.M.)                                       |
| 01:06PM  | 5  | THE COURT:  WE'RE BACK ON THE RECORD IN THE                  |
| 01:06PM  | 6  | UNITED STATES VERSUS DONALD SIAO.                            |
| 01:06PM  | 7  | ALL COUNSEL AND THE PARTIES ARE PRESENT AND ALL OF OUR       |
| 01:06PM  | 8  | JURORS ARE HERE.                                             |
| 01:06PM  | 9  | ALL RIGHT.  AS I SAID, WE ARE READY NOW TO BEGIN THE         |
| 01:06PM  | 10 | TRIAL.  THIS AFTERNOON WE'RE GOING TO ACCOMPLISH QUITE A LOT.|
| 01:07PM  | 11 | I'M GOING TO READ TO YOU THE INTRODUCTORY JURY INSTRUCTIONS. |
| 01:07PM  | 12 | THOSE INSTRUCTIONS ARE DESIGNED TO HELP YOU UNDERSTAND YOUR JOB |
| 01:07PM  | 13 | AS JURORS, BUT I'M NOT GOING TO GIVE YOU THE INSTRUCTIONS ON |
| 01:07PM  | 14 | THE ACTUAL LAW THAT YOU'RE APPLYING.                         |
| 01:07PM  | 15 | I THINK IT'S BEST TO HEAR THE EVIDENCE FIRST AND THEN TO     |
| 01:07PM  | 16 | HEAR THE INSTRUCTION.  YOU'LL GET AN OVERVIEW OF WHAT THAT IS.|
| 01:07PM  | 17 | AT THE END OF THE CASE, YOU'LL GET THE JURY INSTRUCTIONS     |
| 01:07PM  | 18 | IN WRITING, AND SO ALTHOUGH I TAKE NOTES FOR EVERYTHING AND  |
| 01:07PM  | 19 | SOME OF YOU MAY, IT HELPS ME LISTEN FRANKLY.  BUT YOU SHOULD |
| 01:07PM  | 20 | TAKE NOTES AS YOU WISH.  IT'S COMPLETELY UP TO YOU.          |
| 01:07PM  | 21 | BUT THE JURY INSTRUCTIONS WILL GO TO YOU IN WRITING, SO      |
| 01:07PM  | 22 | YOU DON'T NEED TO WORRY ABOUT SOME FLYING PAST YOU ONE TIME AND |
| 01:07PM  | 23 | NEVER COMING BACK.                                           |
| 01:07PM  | 24 | I AM REQUIRED TO READ THE INSTRUCTIONS, SO I DO BURY MY      |
| 01:07PM  | 25 | FACE IN THEM.  AND FROM TIME TO TIME, I WILL SPEAK TO YOU MORE |

01:07PM  1      INFORMALLY ABOUT YOUR JOB AS JURORS.

01:07PM  2          THIS SET OF INSTRUCTIONS IS FAIRLY SHORT.

01:07PM  3          WHEN I'M DONE WITH THESE INSTRUCTIONS, I'LL THEN TURN TO

01:08PM  4      THE ATTORNEYS TO MAKE THEIR OPENING STATEMENTS IF THEY WISH.

01:08PM  5          AND WHEN THAT IS DONE, THE UNITED STATES WILL START

01:08PM  6      CALLING THEIR FIRST WITNESSES.  SO WE'RE GOING TO MOVE RIGHT

01:08PM  7      ALONG WITH THE PRESENTATION OF THE EVIDENCE.

01:08PM  8          YOU ARE NOW THE JURY IN THE CASE, AND I WANT TO TAKE A FEW

01:08PM  9      MINUTES TO TELL YOU SOMETHING ABOUT YOUR DUTIES AS JURORS AND

01:08PM 10      TO GIVE YOU SOME PRELIMINARY INSTRUCTIONS.  AT THE END OF THE

01:08PM 11      TRIAL, I WILL GIVE YOU MORE DETAILED WRITTEN INSTRUCTIONS THAT

01:08PM 12      WILL CONTROL YOUR DELIBERATIONS.

01:08PM 13          WHEN YOU DELIBERATE, IT WILL BE YOUR DUTY TO WEIGH AND TO

01:08PM 14      EVALUATE ALL OF THE EVIDENCE RECEIVED IN THE CASE AND IN THAT

01:08PM 15      PROCESS TO DECIDE THE FACTS.  TO THE FACTS AS YOU FIND THEM YOU

01:08PM 16      WILL APPLY THE LAW AS I GIVE IT TO YOU WHETHER YOU AGREE WITH

01:08PM 17      THE LAW OR NOT.  YOU MUST DECIDE THE CASE SOLELY ON THE LAW

01:09PM 18      BEFORE YOU.

01:09PM 19          PERFORM THESE DUTIES FAIRLY AND IMPARTIALLY.  YOU SHOULD

01:09PM 20      NOT BE INFLUENCED BY ANY PERSON'S RACE, COLOR, RELIGIOUS

01:09PM 21      BELIEFS, NATIONAL ANCESTRY, SEXUAL ORIENTATION, GENDER

01:09PM 22      IDENTITY, GENDER OR ECONOMIC CIRCUMSTANCES.  ALSO, DO NOT ALLOW

01:09PM 23      YOURSELF TO BE INFLUENCED BY PERSONAL LIKES OR DISLIKES,

01:09PM 24      SYMPATHY, PREJUDICE, FEAR, PUBLIC OPINION, OR BIASES, INCLUDING

01:09PM 25      UNCONSCIOUS BIASES.  UNCONSCIOUS BIASES ARE STEREOTYPES,

01:09PM 1    ATTITUDES OR PREFERENCES THAT PEOPLE MAY CONSCIOUSLY REJECT BUT

01:09PM 2    MAY BE EXPRESSED WITHOUT CONSCIOUS AWARENESS, CONTROL, OR

01:09PM 3    INTENTION.  LIKE CONSCIOUS BIAS, UNCONSCIOUS BIAS CAN AFFECT

01:09PM 4    HOW WE EVALUATE INFORMATION AND MAKE DECISIONS.

01:09PM 5        THIS IS A CRIMINAL CASE BROUGHT BY THE UNITED STATES

01:09PM 6    GOVERNMENT.  THE GOVERNMENT CHARGES DONALD SIAO WITH UNLAWFUL

01:09PM 7    DISTRIBUTION OF FEDERALLY CONTROLLED SUBSTANCES, SPECIFICALLY

01:10PM 8    HYDROCODONE AND OXYCODONE.  THE CHARGES AGAINST DONALD SIAO ARE

01:10PM 9    CONTAINED IN THE SUPERSEDING INDICTMENT.

01:10PM 10       THE SUPERSEDING INDICTMENT SIMPLY DESCRIBES THE CHARGES

01:10PM 11   THE GOVERNMENT BRINGS AGAINST DONALD SIAO.  THE SUPERSEDING

01:10PM 12   INDICTMENT IS NOT EVIDENCE AND DOES NOT PROVE ANYTHING.

01:10PM 13       DONALD SIAO HAS PLEADED NOT GUILTY TO THE CHARGES AND IS

01:10PM 14   PRESUMED INNOCENT AND UNLESS AND UNTIL THE GOVERNMENT PROVES

01:10PM 15   DONALD SIAO GUILTY BEYOND A REASONABLE DOUBT.

01:10PM 16       IN ADDITION, DONALD SIAO HAS THE RIGHT TO REMAIN SILENT

01:10PM 17   AND NEVER HAS TO PROVE INNOCENCE OR PRESENT ANY EVIDENCE.

01:10PM 18       TO HELP YOU FOLLOW THE EVIDENCE, I WILL NOW GIVE YOU A

01:10PM 19   BRIEF SUMMARY OF THE ELEMENTS OF THE CRIMES THAT THE GOVERNMENT

01:10PM 20   MUST PROVE TO MAKE ITS CASE.

01:10PM 21       THE GOVERNMENT HAS CHARGED DONALD SIAO WITH TWELVE COUNTS

01:10PM 22   OF ILLEGAL DISTRIBUTION OF FEDERALLY CONTROLLED SUBSTANCES.  AS

01:10PM 23   TO EACH COUNT, THE GOVERNMENT MUST PROVE DONALD SIAO KNOWINGLY

01:11PM 24   OR INTENTIONALLY DISTRIBUTED THE CONTROLLED SUBSTANCE WITHOUT

01:11PM 25   AUTHORIZATION.

01:11PM 1        A MEDICAL PROFESSIONAL DISTRIBUTES A CONTROLLED SUBSTANCE

01:11PM 2   BY THE ACT OF WRITING A PRESCRIPTION FOR THE CONTROLLED

01:11PM 3   SUBSTANCE.

01:11PM 4        A DISTRIBUTION OF A CONTROLLED SUBSTANCE IS WITHOUT

01:11PM 5   AUTHORIZATION WHEN IT IS NOT ISSUED FOR A LEGITIMATE MEDICAL

01:11PM 6   PURPOSE BY AN INDIVIDUAL PRACTITIONER ACTING IN THE USUAL

01:11PM 7   COURSE OF HIS PROFESSIONAL PRACTICE.

01:11PM 8        THE SUPERSEDING INDICTMENT IS NOT EVIDENCE.  DONALD SIAO

01:11PM 9   HAS PLEADED NOT GUILTY TO THE CHARGES.  DONALD SIAO IS PRESUMED

01:11PM 10  TO BE INNOCENT UNLESS AND UNTIL THE GOVERNMENT PROVES

01:11PM 11  DONALD SIAO GUILTY BEYOND A REASONABLE DOUBT.

01:11PM 12       IN ADDITION, DONALD SIAO DOES NOT HAVE TO TESTIFY OR

01:11PM 13  PRESENT ANY EVIDENCE TO PROVE INNOCENCE.  THE GOVERNMENT HAS

01:11PM 14  THE BURDEN OF PROVING EVERY ELEMENT OF THE CHARGES BEYOND A

01:11PM 15  REASONABLE DOUBT.

01:11PM 16       PROOF BEYOND A REASONABLE DOUBT IS PROOF THAT LEAVES YOU

01:12PM 17  FIRMLY CONVINCED THE DEFENDANT IS GUILTY.  IT IS NOT REQUIRED

01:12PM 18  THAT THE GOVERNMENT PROVE GUILT BEYOND ALL POSSIBLE DOUBT.

01:12PM 19       A REASONABLE DOUBT IS A DOUBT BASED UPON REASON AND COMMON

01:12PM 20  SENSE THAT IS NOT BASED PURELY ON SPECULATION.  IT MAY ARISE

01:12PM 21  FROM A CAREFUL AND IMPARTIAL CONSIDERATION OF ALL OF THE

01:12PM 22  EVIDENCE OR FROM LACK OF EVIDENCE.

01:12PM 23       IF AFTER A CAREFUL AND IMPARTIAL CONSIDERATION OF ALL OF

01:12PM 24  THE EVIDENCE YOU ARE NOT CONVINCED BEYOND A REASONABLE DOUBT

01:12PM 25  THAT DONALD SIAO IS GUILTY, IT IS YOUR DUTY TO FIND DONALD SIAO

01:12PM  1    NOT GUILTY.  ON THE OTHER HAND, IF AFTER A CAREFUL AND

01:12PM  2    IMPARTIAL CONSIDERATION OF ALL OF THE EVIDENCE YOU ARE

01:12PM  3    CONVINCED BEYOND A REASONABLE DOUBT THAT DONALD SIAO IS GUILTY,

01:12PM  4    IT IS YOUR DUTY TO FIND DONALD SIAO GUILTY.

01:12PM  5        THE EVIDENCE YOU ARE TO CONSIDER IN DECIDING WHAT THE

01:12PM  6    FACTS ARE CONSIST OF, OF WHAT THE FACTS ARE CONSISTS OF:

01:13PM  7        ONE, THE SWORN TESTIMONY OF ANY WITNESS;

01:13PM  8        TWO, THE EXHIBITS THAT ARE RECEIVED IN EVIDENCE; AND,

01:13PM  9        THREE, ANY FACTS TO WHICH THE PARTIES AGREE.

01:13PM 10        THE FOLLOWING THINGS ARE NOT EVIDENCE, AND YOU MUST NOT

01:13PM 11    CONSIDER THEM AS EVIDENCE IN DECIDING THE FACTS OF THE CASE:

01:13PM 12        ONE, STATEMENTS AND ARGUMENTS OF THE ATTORNEYS;

01:13PM 13        TWO, QUESTIONS AND OBJECTIONS OF THE ATTORNEYS;

01:13PM 14        THREE, TESTIMONY THAT I INSTRUCT YOU TO DISREGARD; AND,

01:13PM 15        FOUR, ANYTHING YOU MAY SEE OR HEAR WHEN THE COURT IS NOT

01:13PM 16    IN SESSION EVEN IF WHAT YOU SEE OR HEAR IS DONE OR SAID BY ONE

01:13PM 17    OF THE PARTIES OR BY ONE OF THE WITNESSES.

01:13PM 18        EVIDENCE MAY BE DIRECT OR CIRCUMSTANTIAL.  DIRECT EVIDENCE

01:13PM 19    IS DIRECT PROOF OF A FACT SUCH AS TESTIMONY BY A WITNESS ABOUT

01:13PM 20    WHAT THE WITNESS PERSONALLY SAW OR HEARD OR DID.

01:14PM 21    CIRCUMSTANTIAL EVIDENCE IS INDIRECT EVIDENCE; THAT IS, IT IS

01:14PM 22    PROOF OF ONE OR MORE FACTS FROM WHICH ONE CAN FIND ANOTHER

01:14PM 23    FACT.

01:14PM 24        YOU ARE TO CONSIDER BOTH DIRECT AND CIRCUMSTANTIAL

01:14PM 25    EVIDENCE.  EITHER CAN BE USED TO PROVE ANY FACT.  THE LAW MAKES

01:14PM  1     NO DISTINCTION BETWEEN THE WEIGHT TO BE GIVEN TO EITHER DIRECT

01:14PM  2     OR CIRCUMSTANTIAL EVIDENCE.  IT IS FOR YOU TO DECIDE HOW MUCH

01:14PM  3     WEIGHT TO GIVE TO ANY EVIDENCE.

01:14PM  4         THERE ARE RULES OF EVIDENCE THAT CONTROL WHAT CAN BE

01:14PM  5     RECEIVED IN EVIDENCE.  WHEN A LAWYER ASKS A QUESTION OR OFFERS

01:14PM  6     AN EXHIBIT IN EVIDENCE AND A LAWYER ON THE OTHER SIDE THINKS

01:14PM  7     THAT IT IS NOT PERMITTED BY THE RULES OF EVIDENCE, THE LAWYER

01:14PM  8     MAY OBJECT.  IF I OVERRULE THE OBJECTION, THE QUESTION MAY BE

01:14PM  9     ANSWERED OR THE EXHIBIT RECEIVED.  IF I SUSTAIN THE OBJECTION,

01:14PM  10    THE QUESTION CANNOT BE ANSWERED OR THE EXHIBIT CANNOT BE

01:14PM  11    RECEIVED.  WHENEVER I SUSTAIN AN OBJECTION TO A QUESTION, YOU

01:15PM  12    MUST IGNORE THE QUESTION AND MUST NOT GUESS WHAT THE ANSWER

01:15PM  13    WOULD HAVE BEEN.

01:15PM  14        SOMETIMES I MAY ORDER THAT EVIDENCE BE STRICKEN FROM THE

01:15PM  15    RECORD AND YOU ARE TO DISREGARD OR IGNORE THE EVIDENCE.  THAT

01:15PM  16    MEANS THAT WHEN YOU'RE DECIDING THE CASE, YOU MUST NOT CONSIDER

01:15PM  17    THE EVIDENCE THAT I TOLD YOU TO DISREGARD.

01:15PM  18        IN DECIDING THE FACTS IN THE CASE, YOU MAY HAVE TO DECIDE

01:15PM  19    WHICH TESTIMONY TO BELIEVE AND WHICH TESTIMONY NOT TO BELIEVE.

01:15PM  20    YOU MAY BELIEVE EVERYTHING A WITNESS SAYS OR PART OF IT OR NONE

01:15PM  21    OF IT.

01:15PM  22        IN CONSIDERING THE TESTIMONY OF ANY WITNESS, YOU MAY TAKE

01:15PM  23    INTO ACCOUNT:

01:15PM  24        ONE, THE WITNESS'S OPPORTUNITY AND ABILITY TO SEE OR HEAR

01:15PM  25    OR KNOW THE THINGS TESTIFIED TO;

01:15PM  1      TWO, THE WITNESS'S MEMORY;

01:15PM  2      THREE, THE WITNESS'S MANNER WHILE TESTIFYING;

01:15PM  3      FOUR, THE WITNESS'S INTEREST IN THE OUTCOME OF THE CASE,

01:15PM  4    IF ANY;

01:15PM  5      FIVE, THE WITNESS'S BIAS OR PREJUDICE, IF ANY;

01:16PM  6      SIX, WHETHER OTHER EVIDENCE CONTRADICTED THE WITNESS'S

01:16PM  7    TESTIMONY;

01:16PM  8      SEVEN, THE REASONABLENESS OF THE WITNESS'S TESTIMONY IN

01:16PM  9    LIGHT OF ALL OF THE EVIDENCE; AND,

01:16PM  10      EIGHT, ANY OTHER FACTS THAT BEAR ON BELIEVABILITY.

01:16PM  11      YOU MUST AVOID BIAS, CONSCIOUS OR UNCONSCIOUS, BASED ON

01:16PM  12    THE WITNESS'S RACE, COLOR, RELIGIOUS BELIEFS, NATIONAL

01:16PM  13    ANCESTRY, SEXUAL ORIENTATION, GENDER IDENTITY, GENDER OR

01:16PM  14    ECONOMIC CIRCUMSTANCES IN YOUR DETERMINATION OF CREDIBILITY.

01:16PM  15      THE WEIGHT OF THE EVIDENCE AS TO A FACT DOES NOT

01:16PM  16    NECESSARILY DEPEND ON THE NUMBER OF WITNESSES WHO TESTIFY ABOUT

01:16PM  17    IT.  WHAT IS IMPORTANT IS HOW BELIEVABLE THE WITNESSES ARE AND

01:16PM  18    HOW MUCH WEIGHT YOU THINK THEIR TESTIMONY DESERVES.

01:16PM  19      YOU WILL HEAR TESTIMONY FROM EXPERTS WHO WILL TESTIFY TO

01:16PM  20    OPINIONS AND THE REASONS FOR THEIR OPINIONS.  THIS OPINION

01:16PM  21    TESTIMONY IS ALLOWED BECAUSE OF THE EDUCATION OR EXPERIENCE OF

01:17PM  22    THE WITNESS.

01:17PM  23      SUCH OPINION TESTIMONY SHOULD BE JUDGED LIKE ANY OTHER

01:17PM  24    TESTIMONY.  YOU MAY ACCEPT IT OR REJECT IT AND GIVE IT AS MUCH

01:17PM  25    WEIGHT AS YOU THINK IT DESERVES, CONSIDERING THE WITNESS'S

01:17PM 1    EDUCATION AND EXPERIENCE, THE REASONS GIVEN FOR THE OPINION AND

01:17PM 2    ALL OF THE OTHER EVIDENCE IN THE CASE.

01:17PM 3        I WILL NOW SAY A FEW WORDS ABOUT YOUR CONDUCT AS JURORS.

01:17PM 4        FIRST, KEEP AN OPEN MIND THROUGHOUT THE TRIAL AND DO NOT

01:17PM 5    DECIDE WHAT THE VERDICT SHOULD BE UNTIL YOU AND YOUR FELLOW

01:17PM 6    JURORS HAVE COMPLETED YOUR DELIBERATIONS AT THE END OF THE

01:17PM 7    CASE.

01:17PM 8        SECOND, BECAUSE YOU MUST DECIDE THIS CASE BASED ONLY ON

01:17PM 9    THE EVIDENCE RECEIVED IN THE CASE AND ON MY INSTRUCTIONS AS TO

01:17PM 10   THE LAW THAT APPLIES, YOU MUST NOT BE EXPOSED TO ANY OTHER

01:17PM 11   INFORMATION ABOUT THE CASE OR TO THE ISSUES IT INVOLVES DURING

01:17PM 12   THE COURSE OF YOUR JURY DUTY.  THUS, UNTIL THE END OF THE CASE

01:17PM 13   OR UNLESS I TELL YOU OTHERWISE:

01:18PM 14       DO NOT COMMUNICATE WITH ANYONE IN ANY WAY AND DO NOT LET

01:18PM 15   ANYONE ELSE COMMUNICATE WITH YOU IN ANY WAY ABOUT THE MERITS OF

01:18PM 16   THE CASE OR ANYTHING TO DO WITH IT.  THIS RESTRICTION INCLUDES

01:18PM 17   DISCUSSING THE CASE IN PERSON, IN WRITING, BY PHONE, TABLET, OR

01:18PM 18   COMPUTER OR ANY OTHER MEANS VIA EMAIL, TEXT MESSAGING, OR ANY

01:18PM 19   INTERNET CHAT ROOM, BLOG, WEBSITE, OR APP, INCLUDING BUT NOT

01:18PM 20   LIMITED TO FACEBOOK, YOUTUBE, TWITTER, INSTAGRAM, SNAPCHAT,

01:18PM 21   TIKTOK OR ANY OTHER FORMS OF SOCIAL MEDIA.

01:18PM 22       THIS RESTRICTION ALSO APPLIES TO YOU COMMUNICATING WITH

01:18PM 23   YOUR FELLOW JURORS UNTIL I GIVE YOU THE CASE FOR YOUR

01:18PM 24   DELIBERATION, AND IT APPLIES TO COMMUNICATING WITH EVERYONE

01:18PM 25   ELSE INCLUDING YOUR FAMILY MEMBERS, YOUR EMPLOYER, THE MEDIA OR

01:18PM 1    PRESS, AND THE PEOPLE INVOLVED IN THE TRIAL.  ALTHOUGH YOU MAY

01:18PM 2    NOTIFY YOUR FAMILY AND YOUR EMPLOYER THAT YOU HAVE BEEN

01:18PM 3    SELECTED AS A JUROR IN THE CASE AND HOW LONG YOU EXPECT THE

01:19PM 4    TRIAL TO LAST, BUT IF YOU ARE ASKED OR APPROACHED IN ANY WAY

01:19PM 5    ABOUT YOUR JURY SERVICE OR ANYTHING ABOUT THE CASE, YOU MUST

01:19PM 6    RESPOND THAT YOU HAVE BEEN ORDERED NOT TO DISCUSS THE MATTER.

01:19PM 7    IN ADDITION, YOU MUST REPORT THE CONTACT TO THE COURT.

01:19PM 8        BECAUSE YOU WILL RECEIVE ALL OF THE EVIDENCE AND LEGAL

01:19PM 9    INSTRUCTION YOU PROPERLY MAY CONSIDER TO RETURN YOUR VERDICT,

01:19PM 10   DO NOT READ, WATCH, OR LISTEN TO ANY NEWS OR MEDIA ACCOUNT OR

01:19PM 11   COMMENTARY ABOUT THE CASE OR ANYTHING TO DO WITH IT.  DO NOT DO

01:19PM 12   ANY RESEARCH SUCH AS CONSULTING DICTIONARIES, SEARCHING THE

01:19PM 13   INTERNET, OR USING OTHER REFERENCE MATERIALS, AND DO NOT MAKE

01:19PM 14   ANY INVESTIGATION OR IN ANY OTHER WAY TRY TO LEARN ABOUT THE

01:19PM 15   CASE ON YOUR OWN.  DO NOT VISIT OR REVIEW ANY PLACE DISCUSSED

01:19PM 16   IN THIS CASE AND DO NOT USE THE INTERNET OR ANY OTHER RESOURCE

01:20PM 17   TO SEARCH FOR OR REVIEW ANY PLACE DISCUSSED DURING THE TRIAL.

01:20PM 18   ALSO, DO NOT DO ANY RESEARCH ABOUT THE CASE, THE LAW, OR THE

01:20PM 19   PEOPLE INVOLVED INCLUDING THE PARTIES, THE WITNESSES, AND THE

01:20PM 20   LAWYERS UNTIL YOU HAVE BEEN EXCUSED AS JURORS.

01:20PM 21       IF YOU HAPPEN TO READ OR HEAR ANYTHING TOUCHING ON THIS

01:20PM 22   CASE IN THE MEDIA, TURN AWAY AND REPORT IT TO ME AS SOON AS

01:20PM 23   POSSIBLE.

01:20PM 24       THESE RULES PROTECT EACH PARTY'S RIGHT TO HAVE THE CASE

01:20PM 25   DECIDED ONLY ON THE EVIDENCE THAT HAS BEEN PRESENTED HERE IN

01:20PM   1      COURT.

01:20PM   2          WITNESSES HERE IN COURT TAKE AN OATH TO TELL THE TRUTH AND

01:20PM   3      THE ACCURACY OF THEIR TESTIMONY IS TESTED THROUGH THE TRIAL

01:20PM   4      PROCESS.  IF YOU DO ANY RESEARCH OR INVESTIGATION OUTSIDE OF

01:20PM   5      THE COURTROOM, OR GAIN ANY INFORMATION THROUGH IMPROPER

01:20PM   6      COMMUNICATIONS, THEN YOUR VERDICT MAY BE INFLUENCED BY

01:20PM   7      INACCURATE, INCOMPLETE, OR MISLEADING INFORMATION THAT HAS NOT

01:20PM   8      BEEN TESTED BY THE TRIAL PROCESS.  EACH OF THE PARTIES IS

01:20PM   9      ENTITLED TO A FAIR TRIAL BY AN IMPARTIAL JURY AND IF YOU DECIDE

01:21PM  10      THE CASE BASED ON INFORMATION NOT PRESENTED IN COURT, YOU WILL

01:21PM  11      HAVE DENIED THE PARTIES A FAIR TRIAL.  REMEMBER, YOU HAVE TAKEN

01:21PM  12      AN OATH TO FOLLOW THE RULES, AND IT IS VERY IMPORTANT THAT YOU

01:21PM  13      FOLLOW THESE RULES.

01:21PM  14          A JUROR WHO VIOLATES THESE RESTRICTIONS JEOPARDIZES THE

01:21PM  15      FAIRNESS OF THESE PROCEEDINGS AND A MISTRIAL COULD RESULT THAT

01:21PM  16      WOULD REQUIRE THE ENTIRE TRIAL PROCESS TO START OVER.  IF ANY

01:21PM  17      JUROR IS EXPOSED TO ANY OUTSIDE INFORMATION, PLEASE NOTIFY THE

01:21PM  18      COURT IMMEDIATELY.

01:21PM  19          AT THE END OF THE TRIAL YOU WILL HAVE TO MAKE YOUR

01:21PM  20      DECISION BASED ON WHAT YOU RECALL OF THE EVIDENCE.  YOU WILL

01:21PM  21      NOT HAVE A WRITTEN TRANSCRIPT OF THE TRIAL.  I URGE YOU TO PAY

01:21PM  22      CLOSE ATTENTION TO THE TESTIMONY AS IT IS GIVEN.

01:21PM  23          IF YOU WISH, YOU MAY TAKE NOTES TO HELP YOU REMEMBER THE

01:21PM  24      EVIDENCE.  IF YOU DO TAKE NOTES, PLEASE KEEP THEM TO YOURSELF

01:21PM  25      UNTIL YOU AND YOUR FELLOW JURORS GO TO THE JURY ROOM TO DECIDE

01:21PM 1    THE CASE.  DO NOT LET NOTE-TAKING DISTRACT YOU FROM BEING

01:22PM 2    ATTENTIVE.

01:22PM 3         WHEN YOU LEAVE THE COURT FOR RECESSES, YOUR NOTES SHOULD

01:22PM 4    BE LEFT IN THE COURTROOM.  NO ONE WILL READ YOUR NOTES.

01:22PM 5         WHETHER OR NOT YOU TAKE NOTES, YOU SHOULD RELY ON YOUR OWN

01:22PM 6    MEMORY OF THE EVIDENCE.  NOTES ARE ONLY TO ASSIST YOUR MEMORY.

01:22PM 7    YOU SHOULD NOT BE OVERLY INFLUENCED BY YOUR NOTES OR THOSE OF

01:22PM 8    YOUR FELLOW JURORS.

01:22PM 9         THE NEXT PHASE OF THE TRIAL WILL NOW BEGIN.  FIRST, EACH

01:22PM 10   SIDE MAY MAKE AN OPENING STATEMENT.  AN OPENING STATEMENT IS

01:22PM 11   NOT EVIDENCE.  IT IS SIMPLY AN OUTLINE TO HELP YOU UNDERSTAND

01:22PM 12   WHAT THE PARTY EXPECTS THE EVIDENCE WILL SHOW.  A PARTY IS NOT

01:22PM 13   REQUIRED TO MAKE AN OPENING STATEMENT.

01:22PM 14        THE GOVERNMENT WILL THEN PRESENT EVIDENCE AND COUNSEL FOR

01:22PM 15   DONALD SIAO MAY CROSS-EXAMINE.  THEN, IF DONALD SIAO CHOOSES TO

01:22PM 16   OFFER EVIDENCE, COUNSEL FOR THE GOVERNMENT MAY CROSS-EXAMINE.

01:22PM 17        AFTER THE EVIDENCE HAS BEEN PRESENTED, I WILL INSTRUCT YOU

01:22PM 18   ON THE LAW THAT APPLIES TO THE CASE AND THE ATTORNEYS WILL MAKE

01:23PM 19   CLOSING ARGUMENTS.

01:23PM 20        AFTER THAT, YOU WILL GO TO THE JURY ROOM TO DELIBERATE ON

01:23PM 21   YOUR VERDICT.

01:23PM 22        DURING THE TRIAL, I MAY NEED TO TAKE UP LEGAL MATTERS WITH

01:23PM 23   THE ATTORNEYS PRIVATELY EITHER BY HAVING A CONFERENCE AT THE

01:23PM 24   BENCH WHEN THE JURY IS PRESENT IN THE COURTROOM OR BY CALLING A

01:23PM 25   RECESS.

GOVERNMENT'S OPENING STATEMENT

01:23PM  1          PLEASE UNDERSTAND THAT WHILE YOU'RE WAITING, WE ARE

01:23PM  2     WORKING.

01:23PM  3          THE PURPOSE OF THESE CONFERENCES IS NOT TO KEEP RELEVANT

01:23PM  4     INFORMATION FROM YOU, BUT TO DECIDE HOW CERTAIN EVIDENCE IS TO

01:23PM  5     BE TREATED UNDER THE RULES OF EVIDENCE AND TO AVOID CONFUSION

01:23PM  6     OR ERROR.

01:23PM  7          OF COURSE, WE WILL DO WHAT WE CAN TO KEEP THE NUMBER AND

01:23PM  8     LENGTH OF THESE CONFERENCES TO A MINIMUM.  I MAY NOT ALWAYS

01:23PM  9     GRANT AN ATTORNEY'S REQUEST FOR A CONFERENCE.  DO NOT CONSIDER

01:23PM  10    MY GRANTING OR DENYING A REQUEST FOR A CONFERENCE AS ANY

01:23PM  11    INDICATION OF MY OPINION OF THE CASE OR WHAT YOUR VERDICT

01:23PM  12    SHOULD BE.

01:23PM  13         ALL RIGHT.  THAT CONCLUDES THE INTRODUCTORY INSTRUCTIONS.

01:24PM  14    AS I SAID, YOU'LL GET SOME OF THESE AND A NUMBER OF OTHER

01:24PM  15    INSTRUCTIONS AT THE END OF THE CASE.

01:24PM  16         SO NOW I'M GOING TO TURN TO THE UNITED STATES.

01:24PM  17         WOULD YOU LIKE TO MAKE AN OPENING STATEMENT, MR. KARMEL?

01:24PM  18              MR. KARMEL:  YES, YOUR HONOR.  THANK YOU.

01:24PM  19         **(COUNSEL FOR GOVERNMENT GAVE THEIR OPENING STATEMENT.)**

01:24PM  20              MR. KARMEL:  THIS IS A CASE ABOUT A DOCTOR WHO

01:24PM  21    BECAME A DRUG DEALER.  YOU WILL HEAR EVIDENCE THAT DOCTORS ARE

01:24PM  22    ONLY PERMITTED TO PRESCRIBE CONTROLLED SUBSTANCES FOR A

01:24PM  23    LEGITIMATE MEDICAL PURPOSE IN THE USUAL COURSE OF THEIR

01:24PM  24    PROFESSIONAL PRACTICE.  AND YOU WILL HEAR EVIDENCE THAT THERE

01:25PM  25    WAS NOTHING USUAL ABOUT THE WAY THAT THE DEFENDANT,

01:25PM 1    DONALD SIAO, PRESCRIBED CONTROLLED SUBSTANCES.

01:25PM 2        THE EVIDENCE WILL SHOW THAT IN EARLY 2017 LAW ENFORCEMENT

01:25PM 3    FLAGGED THE DEFENDANT FOR SUSPICIOUS PRESCRIBING ACTIVITY.  AS

01:25PM 4    THEY BEGAN TO INVESTIGATE, THEY SAW THAT IN THE COURSE OF ABOUT

01:25PM 5    A YEAR HE HAD WRITTEN OVER 8,000 PRESCRIPTIONS FOR CONTROLLED

01:25PM 6    SUBSTANCES MEDICATION, INCLUDING LARGE QUANTITIES OF OPIOIDS

01:25PM 7    SUCH AS OXYCODONE AND HYDROCODONE.

01:25PM 8        THE EVIDENCE WILL SHOW THAT THERE'S NOTHING UNUSUAL ABOUT

01:25PM 9    THAT FOR A FAMILY MEDICINE DOCTOR.  THE INVESTIGATION WILL

01:25PM 10   LATER SHOW THAT HE WAS ONE OF THE HIGHEST PRESCRIBERS OF

01:25PM 11   OPIOIDS IN SANTA CLARA COUNTY FOR MULTIPLE YEARS IN A ROW.

01:25PM 12       THE EVIDENCE WILL SHOW THAT THE CALIFORNIA DEPARTMENT OF

01:25PM 13   JUSTICE THEREFORE DECIDED TO SEND AN UNDERCOVER OFFICER,

01:25PM 14   OFTENTIMES REFERRED TO AS A UC, TO THE DEFENDANT'S OFFICE

01:26PM 15   POSING AS A PATIENT SEEKING OPIOIDS.

01:26PM 16       ON SEPTEMBER 19TH, 2017 LOTTIE BLOXSOM ARRIVED FOR AN

01:26PM 17   APPOINTMENT WITH THE DEFENDANT.  THE EVIDENCE WILL SHOW THAT

01:26PM 18   SHE TOLD THE DEFENDANT SHE WAS ON HER FEET ALL DAY AND IT'S

01:26PM 19   JUST KIND OF A LOT OF STRESS ON THE BODY OR WHATEVER, SO SHE

01:26PM 20   WAS HOPING TO GET A PRESCRIPTION FOR NORCO, A POWERFUL OPIOID

01:26PM 21   PAIN KILLER AND A FAIRLY CONTROLLED SUBSTANCE.

01:26PM 22       THE EVIDENCE WILL SHOW THAT WHEN ASKED TO DESCRIBE WHERE

01:26PM 23   SHE FELT THE PAIN SHE RESPONDED, WELL, I WOULDN'T SAY IT'S

01:26PM 24   ANYTHING SUPER SPECIFIC.

01:26PM 25       AND THEN WHEN ASKED AGAIN SHE SAID SOMETIMES, IF AT ALL,

GOVERNMENT'S OPENING STATEMENT

01:26PM  1    IT'S IN MY KNEE OR WHATEVER, BUT IT'S ONE OF THOSE THINGS IT'S

01:26PM  2    NOT LIKE I HAVE PAIN THERE, YOU KNOW?

01:26PM  3         AT THE END OF THE VISIT THE DEFENDANT WROTE HER A

01:26PM  4    PRESCRIPTION FOR 45 TABLETS OF NORCO.

01:26PM  5         THE EVIDENCE WILL ALSO SHOW THAT THIS WAS NOT AN ISOLATED

01:26PM  6    INCIDENT.  AGENT BLOXSOM DIDN'T JUST CATCH THE DEFENDANT ON A

01:27PM  7    BAD DAY.  THE EVIDENCE WILL SHOW THAT AGENT BLOXSOM VISITED THE

01:27PM  8    DEFENDANT FIVE TIMES IN TOTAL.  DURING THE SECOND AND THIRD

01:27PM  9    VISITS, THE DEFENDANT INCREASED THE NUMBER OF NORCO PILLS IN

01:27PM  10   HER PRESCRIPTION FROM 45 TO 60 AND THEN 65 TO 70.  EXCUSE ME,

01:27PM  11   45 TO 60 AND 60 TO 75.

01:27PM  12        DURING THE FOURTH VISIT SHE ASKED FOR ANOTHER INCREASE,

01:27PM  13   THIS TIME TO 90 TABLETS OF NORCO.  SHE EXPLAINED THAT SHE RAN

01:27PM  14   OUT OF A FEW AND HAD TO BORROW A COUPLE SO I WANTED TO GIVE

01:27PM  15   THAT PERSON THEIR PILLS BACK.

01:27PM  16        THE EVIDENCE WILL SHOW THAT THERE'S NOTHING USUAL ABOUT

01:27PM  17   WRITING PRESCRIPTIONS TO SOMEONE WHO TELLS YOU THAT THEY'RE

01:27PM  18   PLANNING TO GIVE AWAY THEIR PILLS.

01:27PM  19        THE EVIDENCE WILL SHOW THAT AGENT BLOXSOM DID NOT SAY A

01:27PM  20   WORD ABOUT PAIN OR ANY PAIN SHE WAS EXPERIENCING DURING THIS

01:27PM  21   VISIT.  SO THE DEFENDANT SAID I'M JUST GOING TO SAY YOU'RE

01:27PM  22   HAVING MORE PAIN IN THE KNEE; IS THAT RIGHT?  AND THAT YOU'RE

01:28PM  23   REQUIRING MORE, OKAY?

01:28PM  24        AGENT BLOXSOM RESPONDED, OKAY, YEAH, WHATEVER YOU NEED TO

01:28PM  25   WRITE.  THE EVIDENCE WILL SHOW YET AGAIN THAT THE DEFENDANT DID

01:28PM 1    NOT CONDUCT A PHYSICAL EXAM.  IN FACT, HE WAS IN THE ROOM WITH

01:28PM 2    AGENT BLOXSOM FOR LESS THAN TWO MINUTES.

01:28PM 3         THE EVIDENCE WILL SHOW THAT THERE'S NOTHING USUAL ABOUT

01:28PM 4    THAT.

01:28PM 5         THE EVIDENCE WILL ALSO SHOW THAT OVER THE COURSE OF THE

01:28PM 6    INVESTIGATION AGENT BLOXSOM AND THREE OTHER UNDERCOVER OFFICERS

01:28PM 7    SOUGHT OPIOIDS FROM THE DEFENDANT ON 17 SEPARATE OCCASIONS.

01:28PM 8         DURING THESE VISITS THEY PROVIDED VAGUE AND INCONSISTENT

01:28PM 9    COMPLAINTS OF PAIN, IF AT ALL.  YOU'LL HEAR THAT ONE OF THE

01:28PM 10   HALLMARKS OF DIAGNOSING PAIN IS TO DRILL DOWN, FIND OUT WHAT IS

01:28PM 11   CAUSING THE PAIN, FIND OUT IF THERE'S A SERIOUS CONDITION, TRY

01:28PM 12   TO FIX IT.

01:28PM 13        BUT DURING THESE VISITS, THE UC'S OFTEN DID NOT EVEN SAY

01:28PM 14   THE WORD PAIN.  DURING THE VAST MAJORITY OF THESE VISITS THE

01:28PM 15   DEFENDANT CONDUCTED NO PHYSICAL EXAM.

01:29PM 16        THE EVIDENCE WILL SHOW THAT THE DEFENDANT NEVER REQUIRED

01:29PM 17   THE UC'S PROVIDE PRIOR MEDICAL RECORDS, AND THE EVIDENCE WILL

01:29PM 18   SHOW THAT THERE'S NOTHING USUAL ABOUT THAT.

01:29PM 19        AT TIMES THE UNDERCOVER OFFICERS RAISED DELIBERATE RED

01:29PM 20   FLAGS.  THE 17 DIFFERENT VISITS ALL ENDED THE SAME WAY, WITH

01:29PM 21   THE DEFENDANT WRITING DOWN A PRESCRIPTION FOR OPIOIDS.

01:29PM 22        THE EVIDENCE WILL SHOW THAT ULTIMATELY IN PART BASED ON

01:29PM 23   THIS LAW ENFORCEMENT DECIDED TO EXECUTE A SEARCH WARRANT AT THE

01:29PM 24   DEFENDANT'S OFFICE.

01:29PM 25        AT THE TIME THE DEFENDANT AGREED TO SPEAK WITH AGENTS IN A

01:29PM 1   RECORDED INTERVIEW.  THE AGENTS TOLD THE DEFENDANT THAT THEY

01:29PM 2   HAD BEEN SENDING UNDERCOVER OFFICERS TO HIS PRACTICE.  THEY

01:29PM 3   ALSO TOLD HIM THE PRESCRIPTIONS HE HAD WRITTEN FOR THEM WERE

01:29PM 4   IMPROPER.

01:29PM 5       YOU WILL BE ABLE TO HEAR PORTIONS OF HIS INTERVIEW FOR

01:29PM 6   YOURSELF.  AND THE EVIDENCE WILL SHOW THAT DESPITE ALL OF THAT,

01:29PM 7   THE DEFENDANT CONTINUED PRESCRIBING OPIOIDS IN AN UNAUTHORIZED

01:30PM 8   MANNER.

01:30PM 9       THE DEFENDANT'S INTERVIEW WITH LAW ENFORCEMENT WAS IN

01:30PM 10  NOVEMBER OF 2018.  THE EVIDENCE WILL SHOW THAT AT THE TIME --

01:30PM 11  EXCUSE ME, THE EVIDENCE WILL SHOW THAT AT THAT TIME THE

01:30PM 12  DEFENDANT HAD BEEN PRESCRIBING OPIOIDS TO A PATIENT NAMED

01:30PM 13  ERIKA JIMENEZ FOR THE TREATMENT OF RHEUMATOID ARTHRITIS, BUT

01:30PM 14  THE TREATMENT FILES CONTAINED NO INFORMATION THAT HE ORDERED

01:30PM 15  TESTS OR PRESCRIBED ARTHRITIS MEDICATION FOR THAT CONDITION.

01:30PM 16      THE EVIDENCE WILL SHOW THAT HE CONTINUED TO PRESCRIBE HER

01:30PM 17  OPIOIDS UNTIL FEBRUARY OF 2019, DESPITE SIGNIFICANT WARNING

01:30PM 18  SIGNS, INCLUDING MULTIPLE INSTANCES WHERE SHE LOST OR HAD HER

01:30PM 19  MEDICATION STOLEN AS WELL AS A REPORT THAT SHE HAD BEEN

01:30PM 20  ARRESTED FOR SELLING PILLS.  AT ONE POINT SHE EVEN REPORTS TO

01:30PM 21  THE DEFENDANT'S OFFICE THAT HER SON, AARON, ANOTHER OF THE

01:30PM 22  DEFENDANT'S PATIENTS, HAD STOLEN HER MEDICATION.

01:30PM 23      IN FEBRUARY OF 2019, ERIKA JIMENEZ DIED.  NOW, YOU WILL

01:31PM 24  NOT HEAR EVIDENCE THAT SHE DIED FROM DRUGS PRESCRIBED BY THE

01:31PM 25  DEFENDANT, BUT YOU WILL HEAR EVIDENCE THAT THE DEFENDANT'S

01:31PM  1    OFFICE WAS INFORMED THAT SHE HAD DIED AFTER AN OVERDOSE.  AND

01:31PM  2    THE EVIDENCE WILL SHOW THAT EVEN AFTER THAT THE DEFENDANT

01:31PM  3    CONTINUED TO PRESCRIBE OPIOIDS TO ERIKA'S SON, AARON JIMENEZ.

01:31PM  4        AS WITH ERIKA, YOU WILL HEAR THAT THE DEFENDANT CONTINUED

01:31PM  5    TO PRESCRIBE OPIOIDS TO AARON EVEN IN THE FACE OF CONTINUED

01:31PM  6    WARNING SIGNS, SUCH AS A PRIOR HOSPITALIZATION FOR AN OVERDOSE

01:31PM  7    AND A URINE DRUG SCREEN SHOWING THE PRESENCE OF

01:31PM  8    METHAMPHETAMINE.

01:31PM  9        BASED IN PART ON THE FOREGOING, THE GOVERNMENT HAS CHARGED

01:31PM  10   THE DEFENDANT WITH 12 COUNTS OF UNAUTHORIZED DISTRIBUTION OF

01:31PM  11   FEDERALLY CONTROLLED SUBSTANCES, SPECIFICALLY THE PRESCRIPTION

01:31PM  12   OF OPIOIDS:  OXYCODONE AND HYDROCODONE.

01:31PM  13       THE 12 COUNTS FALL INTO TWO BUCKETS.  THE FIRST FOUR

01:31PM  14   COUNTS CHARGE ONE DISTRIBUTION EACH TO EACH OF THE UNDERCOVER

01:31PM  15   OFFICERS, AND THE REMAINING EIGHT COUNTS CHARGE FOUR

01:31PM  16   DISTRIBUTIONS EACH TO ERIKA JIMENEZ AND AARON JIMENEZ.

01:32PM  17       AT THE END OF THIS TRIAL, IT WILL BE YOUR JOB TO DECIDE

01:32PM  18   WHETHER THESE PRESCRIPTIONS WERE WRITTEN KNOWINGLY OR

01:32PM  19   INTENTIONALLY WITHOUT AUTHORIZATION OR, IN OTHER WORDS,

01:32PM  20   KNOWINGLY OR INTENTIONALLY NOT FOR A LEGITIMATE MEDICAL PURPOSE

01:32PM  21   BY THE DEFENDANT ACTING IN THE USUAL COURSE OF HIS PROFESSIONAL

01:32PM  22   PRACTICE.

01:32PM  23       TO HELP YOU ANSWER THAT QUESTION, YOU WILL HEAR FROM

01:32PM  24   DR. CHARLES SZABO, A CERTIFIED PAIN SPECIALIST.  HE WILL

01:32PM  25   TESTIFY ABOUT WHAT IT MEANS TO TREAT PAIN IN THE USUAL COURSE

01:32PM  1    OF PROFESSIONAL PRACTICE.  HE WILL TELL YOU THAT YOU ALWAYS TRY

01:32PM  2    TO OBTAIN A PATIENT'S PRIOR MEDICAL RECORDS; YOU ALWAYS CONDUCT

01:32PM  3    A PHYSICAL EXAMINATION; THAT YOU ACTUALLY HAVE TO TRY TO

01:32PM  4    DIAGNOSE THE PAIN AND TREAT THE CONDITION CAUSING THE PAIN.

01:32PM  5         HE WILL ALSO TELL YOU THINGS THAT THE DOCTOR IS NOT

01:32PM  6    SUPPOSED TO DO.  FOR ONE, DOCTORS ARE NOT SUPPOSED TO PRESCRIBE

01:32PM  7    MEDICATIONS TO PEOPLE WHO TELL THEM THEY'RE PLANNING TO GIVE

01:32PM  8    THEIR PILLS TO OTHER PEOPLE.

01:33PM  9         BUT YOU WON'T HAVE TO TAKE DR. SZABO'S WORD FOR IT.  YOU

01:33PM 10    WILL ALSO BE ABLE TO LISTEN BACK TO THE DEFENDANT'S OWN WORDS.

01:33PM 11    THE EVIDENCE WILL SHOW THAT DURING THE INTERVIEW WITH LAW

01:33PM 12    ENFORCEMENT IN NOVEMBER OF 2018, AGENTS DIDN'T JUST TELL HIM

01:33PM 13    THAT HIS PRESCRIPTIONS TO THE UNDERCOVER OFFICERS WERE WRONG,

01:33PM 14    THEY ALSO ASKED HIM QUESTIONS ABOUT PROPER MEDICAL TREATMENT.

01:33PM 15         THE EVIDENCE WILL SHOW THAT THE DEFENDANT TOLD OFFICERS HE

01:33PM 16    ALWAYS CONDUCTS A PHYSICAL EXAM.  PRESCRIBING OPIOIDS TO

01:33PM 17    SOMEONE WHO TELLS YOU THEY'RE GOING TO SHARE THEM, THE

01:33PM 18    DEFENDANT SAID THAT'S A NO-NO.

01:33PM 19         AND THEN AT THE END YOU'LL BE ABLE TO COMPARE THE

01:33PM 20    DEFENDANT'S WORDS WITH THE DEFENDANT'S ACTIONS.  BUT BEFORE ALL

01:33PM 21    OF THAT, YOU WILL HEAR FROM A NUMBER OF WITNESSES FOR THE

01:33PM 22    GOVERNMENT, INCLUDING THE UC'S.  NOT ONLY WILL YOU SEE AND HEAR

01:33PM 23    RECORDINGS OF THE UNDERCOVER VISITS, BUT THEY WILL BE HERE TO

01:33PM 24    TESTIFY FIRSTHAND AND TELL YOU WHAT THEY SAW.  THEY WILL TELL

01:34PM 25    YOU THAT ASIDE FROM THE 2 OF THE 17 VISITS, THE DEFENDANT NEVER

01:34PM  1    CONDUCTED A PHYSICAL EXAM.

01:34PM  2         THEY WILL TELL YOU THAT NOW MATTER HOW VAGUE OR

01:34PM  3    INCONSISTENT THEIR COMPLAINTS, THE DEFENDANT ALWAYS PRESCRIBED

01:34PM  4    THEM OPIOIDS.  INDEED THE EVIDENCE WILL SHOW THAT AT TIMES THE

01:34PM  5    UNDERCOVER OFFICERS SAID NOTHING OF PAIN AT ALL.  INSTEAD, THEY

01:34PM  6    TOLD THE DEFENDANT THEY FELT ALL RIGHT.

01:34PM  7         NO MATTER WHAT THEY SAID, THE RESULT WAS ALWAYS THE SAME:

01:34PM  8    THE DEFENDANT WROTE THEM A PRESCRIPTION FOR WHATEVER MEDICATION

01:34PM  9    THEY ASKED FOR.

01:34PM  10        LADIES AND GENTLEMEN OF THE JURY, MY NAME IS DAN KARMEL.

01:34PM  11   I'M AN ASSISTANT U.S. ATTORNEY WITH THE U.S. ATTORNEY'S OFFICE

01:34PM  12   FOR THE NORTHERN DISTRICT OF CALIFORNIA.

01:34PM  13        SEATED AT THE PROSECUTION TABLE WITH ME ARE MY COLLEAGUES,

01:34PM  14   ASSISTANT U.S. ATTORNEY AMANI FLOYD, PARALEGAL MIMI LAM, AND

01:34PM  15   SPECIAL AGENT TONY GUZMAN FOR THE DRUG ENFORCEMENT

01:34PM  16   ADMINISTRATION.

01:34PM  17        I JUST TOLD YOU A BIT ABOUT WHAT WE EXPECT THIS CASE TO BE

01:34PM  18   ABOUT.  SO NOW A WORD ABOUT WHAT THIS CASE IS NOT ABOUT.

01:35PM  19        THIS IS NOT A CASE ABOUT WHETHER THE DEFENDANT IS A GOOD

01:35PM  20   OR BAD DOCTOR.  IT'S NOT A CASE ABOUT WHETHER HE'S A GOOD OR

01:35PM  21   BAD GUY.

01:35PM  22        THIS IS A CASE ABOUT WHAT THE DEFENDANT DID AND WHAT HE

01:35PM  23   KNEW AT THE TIME THAT HE DID IT.

01:35PM  24        AT THE END OF THIS TRIAL, WE WILL ASK YOU TO RETURN THE

01:35PM  25   ONLY VERDICT CONSISTENT WITH THE EVIDENCE THAT YOU WILL SOON

01:35PM   1    SEE AND HEAR:  GUILTY ON ALL COUNTS.

01:35PM   2         THANK YOU.

01:35PM   3             THE COURT:  THANK YOU, MR. KARMEL.

01:35PM   4         MR. FURSTMAN, WOULD YOU LIKE TO GIVE AN OPENING STATEMENT?

01:35PM   5             MR. FURSTMAN:  YES, YOUR HONOR.

01:36PM   6         **(COUNSEL FOR DEFENDANT GAVE THEIR OPENING STATEMENT.)**

01:36PM   7             MR. FURSTMAN:  THANK YOU, YOUR HONOR.

01:36PM   8         IF IT PLEASE THE COURT AND COUNSEL, AND GOOD AFTERNOON,

01:36PM   9    LADIES AND GENTLEMEN.  I'M BACK.  THIS IS MY OPENING STATEMENT.

01:36PM  10    IT IS NOT EVIDENCE.  IT IS WHAT WE ANTICIPATE, WE BEING THE

01:36PM  11    DEFENSE, ANTICIPATE THE EVIDENCE WILL DEMONSTRATE AND AT THE

01:36PM  12    CONCLUSION OF THE PRESENTATION OF ALL OF THE EVIDENCE AND

01:36PM  13    ARGUMENTS BY COUNSEL, THAT YOU WILL RETURN APPROPRIATE

01:36PM  14    VERDICTS, WHICH WE SUBMIT BY WAY OF SNEAK PREVIEW TO BE NOT

01:36PM  15    GUILTY ON ALL COUNTS.

01:36PM  16         THE OPENING STATEMENT IS NOT EVIDENCE.  WHAT I SAY IS NOT

01:36PM  17    EVIDENCE.  WHAT MR. KARMEL SAID IS NOT EVIDENCE, BUT IT'S WHAT

01:36PM  18    WE ANTICIPATE THE EVIDENCE WILL DEMONSTRATE OR SHOW.

01:36PM  19         AND YOU, LADIES AND GENTLEMEN, ARE NOW THE TRIERS OF FACT,

01:36PM  20    NOT ME, NOT MR. KARMEL, NOT HER HONOR.  IT IS YOU WHO WILL BE

01:36PM  21    THE TRIERS OF FACT AND YOU ALONE ARE THE TRIERS OF FACT.

01:36PM  22         WHAT I REQUEST IS THAT YOU KEEP AN OPEN MIND AND THAT YOU

01:37PM  23    DO NOT MAKE ANY DETERMINATION OR DECISION UNTIL SUCH TIME THAT

01:37PM  24    ALL OF THE EVIDENCE IS PRESENTED AND THEN YOU AS THE COLLECTIVE

01:37PM  25    BODY WILL GO IN AND DELIBERATE AND COME BACK WITH AN

DEFENDANT'S OPENING STATEMENT

01:37PM  1    APPROPRIATE VERDICT THAT YOU BELIEVE MEETS THE EVIDENCE.

01:37PM  2         NOW, AN OPENING STATEMENT SOMETIMES IS LIKE A ROADMAP,

01:37PM  3    IT'S HOW YOU GET FROM POINT A TO POINT B, HOW YOU GET FROM ONE

01:37PM  4    PLACE TO THE OTHER.

01:37PM  5         MUCH OF WHAT MR. KARMEL SAID IS NOT IN DISPUTE BY THE

01:37PM  6    DEFENSE, BUT THE QUESTION IS WHEN YOU START AT POINT ONE AND

01:37PM  7    YOU'RE GOING TO THE END OF THIS CASE, WHAT DO YOU SEE ON THE

01:37PM  8    WAY THERE?  WHAT ROAD SIGNS?  WHAT ROADMAPS?  WHAT DO YOU DO TO

01:37PM  9    PUT TOGETHER THE ENTIRE JOURNEY?

01:37PM  10        AND I HOPE THAT MY OPENING STATEMENT HAS SOME EFFECT AND

01:37PM  11   SOME HELP IN TERMS OF YOUR ABILITY TO MAKE AN APPROPRIATE

01:38PM  12   DECISION IN THIS CASE.

01:38PM  13        NOW, YOU HAVE BEEN INTRODUCED TO DR. SIAO, AND BY WAY OF

01:38PM  14   BACKGROUND, DR. SIAO, AND THE EVIDENCE WILL SHOW AND THE

01:38PM  15   EVIDENCE WILL SHOW THAT HE IS A MEDICAL DOCTOR DULY LICENSED TO

01:38PM  16   PRACTICE MEDICINE WITHIN THE STATE OF CALIFORNIA.  HE HAS BEEN

01:38PM  17   A MEDICAL DOCTOR FOR APPROXIMATELY 30 YEARS.  HE OBTAINED HIS

01:38PM  18   MEDICAL DEGREE FROM STANFORD UNIVERSITY, AND HE OBTAINED AN

01:38PM  19   UNDERGRADUATE DEGREE FROM STANFORD UNIVERSITY AS WELL.  HE DID

01:38PM  20   HIS POST RESIDENCY WORK AT STANFORD AND HAD AN AREA OF

01:38PM  21   INTEREST, WHICH WAS MANAGEMENT OF PAIN.

01:38PM  22        NOW, DR. SIAO HAS PRACTICED IN THE SANTA CLARA AREA, IN

01:38PM  23   THE SANTA CLARA COUNTY AREA FOR, AS I'VE INDICATED TO YOU, FOR

01:39PM  24   OVER 30 YEARS.

01:39PM  25        NOW, DR. SIAO WROTE OR CAUSED TO BE WRITTEN A SERIES OF

DEFENDANT'S OPENING STATEMENT

01:39PM 1    PRESCRIPTIONS FOR THE VARIOUS OPIOIDS THAT HAVE BEEN ADDRESSED

01:39PM 2    AND DISCUSSED IN THIS CASE.

01:39PM 3        DR. SIAO MONITORED THE PRESCRIPTIONS THAT WERE WRITTEN FOR

01:39PM 4    THE OPIOIDS THAT WERE DISTRIBUTED IN THIS CASE.  THERE WAS, AS

01:39PM 5    IN ALL SITUATIONS THE EVIDENCE WILL DEMONSTRATE, A HISTORY OF

01:39PM 6    THE WRITING OF THE PRESCRIPTIONS.  IT WAS EASY TO ASCERTAIN

01:39PM 7    THROUGH THE STATE OF CALIFORNIA AND THE DEA SOURCES WHO WAS

01:39PM 8    WRITING PRESCRIPTIONS AND HOW MANY AND FOR WHAT.  A TRACK

01:40PM 9    RECORD WAS KEPT AT THE PHARMACY WHERE PRESCRIPTIONS WERE

01:40PM 10   FILLED.

01:40PM 11       SO AT ALL TIMES THERE WAS A RECORD OR A PAPER TRAIL OF THE

01:40PM 12   PRESCRIPTIONS THAT WERE ISSUED.  THAT, I WOULD SUBMIT, THE

01:40PM 13   EVIDENCE WILL SHOW, IS NOT CONSISTENT WITH A DRUG DEALER.  THE

01:40PM 14   DRUG DEALER DOES NOT CREATE A PAPER TRAIL, DOES NOT CREATE A

01:40PM 15   HISTORY THAT IS EASILY TRACED, DOES NOT BEGIN A TRAIL THAT IS

01:40PM 16   EASILY ACCESSED BY A KEYSTROKE ON A COMPUTER OR A DATABASE.

01:40PM 17       NOW, THE NUMBER OF PRESCRIPTIONS THAT WERE WRITTEN BY

01:40PM 18   DR. SIAO WERE NUMEROUS, BUT THEY WERE WITH ALL INSTANCES

01:40PM 19   WRITTEN WITH APPROPRIATE EXAMINATION, APPROPRIATE DETERMINATION

01:40PM 20   BASED UPON DR. SIAO'S LONG HISTORY OF MEDICINE AND IN

01:41PM 21   PARTICULAR PAIN MANAGEMENT AND THAT IT WAS UPON THAT

01:41PM 22   UNDERSTANDING AND KNOWLEDGE THAT DR. SIAO HAD THAT HE WOULD

01:41PM 23   WRITE AN APPROPRIATE PRESCRIPTION IN AN APPROPRIATE QUANTITY

01:41PM 24   AND APPROPRIATE DOSE, AND APPROPRIATE AMOUNT.

01:41PM 25       UNLIKE, AS MR. KARMEL SAID, IS THIS ABOUT A DRUG DEALER?

DEFENDANT'S OPENING STATEMENT

01:41PM 1   WELL, UNLIKE DRUG DEALERS, YOU WILL FIND, AS I'VE INDICATED, A

01:41PM 2   PAPER TRAIL, BUT YOU WILL ALSO NOT FIND THE MOST CRITICAL

01:41PM 3   FACTOR, A MOTIVE.

01:41PM 4       WHY WOULD DR. SIAO WRITE THESE PRESCRIPTIONS?

01:41PM 5       MOST OF THE TIME AKIN TO A DRUG DEALER THEY'RE WRITTEN OR

01:41PM 6   A PILL -- WHAT IS KNOWN AS A PILL MILL FOR THE PURPOSE OF

01:42PM 7   OBTAINING MONEY IN EXCHANGE FOR PRESCRIPTIONS, WHETHER THE

01:42PM 8   PATIENT NEEDED PAIN MEDICATION OR NOT.

01:42PM 9       YOU WILL NOT HEAR ANY EVIDENCE IN THE PRESENTATION OF THIS

01:42PM 10  CASE BY THE GOVERNMENT THAT THERE WAS ANY PAPER TRAIL

01:42PM 11  INDICATING THAT DR. SIAO WAS RECEIVING EXCESSIVE MONETARY

01:42PM 12  BENEFITS FOR THE WRITING OF THE PRESCRIPTIONS.

01:42PM 13      QUITE TO THE CONTRARY.  THE WRITING OF THE PRESCRIPTIONS

01:42PM 14  AND THE CAUSING OF THE PRESCRIPTIONS TO BE FILLED WAS MORE

01:42PM 15  COSTLY THAN NOT MANAGING THE PATIENT'S PAIN BECAUSE WHEN YOU

01:42PM 16  WRITE A PRESCRIPTION, YOU HAVE TO WRITE THE PRESCRIPTION, YOU

01:42PM 17  HAVE TO ENSURE THAT THERE'S A PHARMACY FOR THE PATIENT TO USE,

01:42PM 18  YOU HAVE KNOWLEDGE THAT THE PHARMACY IS GOING TO KEEP TRACK OF

01:42PM 19  THE RECORD OF THE PRESCRIPTION, YOUR OFFICE, DR. SIAO'S OFFICE

01:42PM 20  IS GOING TO KEEP TRACK OF THE PRESCRIPTION, AND THERE'S A PAPER

01:42PM 21  TRAIL, AS I'VE INDICATED, THAT GOES WITH WRITING AND

01:42PM 22  MAINTAINING AND FILLING THE PRESCRIPTION.

01:42PM 23      AND BY THE TIME STAFF IN DR. SIAO'S OFFICE, INCLUDING

01:43PM 24  PROCESSORS FOR THE INSURANCE CLAIMS, CONDUCT THEIR WORK AND PUT

01:43PM 25  IN AND SUBMIT A CLAIM, IT COSTS MORE TO PROCESS THOSE PATIENT'S

DEFENDANT'S OPENING STATEMENT

01:43PM 1    RECORDS THAN IT DOES TO NOT WRITE A PRESCRIPTION.

01:43PM 2        SO PRESCRIPTIONS IN EACH AND EVERY CASE, YES.  THIS WAS

01:43PM 3    NOT LET ME GIVE YOU SOME PILLS, THIS WAS NOT LET ME WRITE YOU A

01:43PM 4    PHONY PRESCRIPTION IN SOMEBODY ELSE'S NAME, OR THIS WAS NOT

01:43PM 5    LET'S MEET IN AN ALLEY AND I'LL GIVE YOU THE DRUGS OR THE

01:43PM 6    PRESCRIPTION BUT I WANT CASH, I WANT BUCKS, I WANT $200.  THERE

01:43PM 7    HAS GOT TO BE SOME MOTIVE AND INCENTIVE.  THERE WASN'T.

01:43PM 8        IT'S NOT LIKE PEOPLE WOULD COME TO DONALD SIAO AND

01:43PM 9    DONALD SIAO WOULD SAY, OH, BY THE WAY, YOU KNOW, HOW DO YOU

01:43PM 10   THINK THE 9ER'S DID THE OTHER DAY?  AND BY THE WAY, WHILE I'M

01:44PM 11   AT IT, HOW WOULD YOU LIKE SOME PAIN MEDICATION?  THAT IS NOT

01:44PM 12   THE CASE.

01:44PM 13       NOW, DR. SIAO ENDED UP, BECAUSE HE WAS ZEALOUS AND HE KEPT

01:44PM 14   ALL OF THE RECORDS THAT WERE REQUIRED BY CALIFORNIA BNE, STATE

01:44PM 15   OF CALIFORNIA, THE STATE AUTHORITIES AS WELL, AND HE KEPT ALL

01:44PM 16   OF THE RECORDS OF THE PRESCRIPTIONS THAT WERE WRITTEN, AND THEY

01:44PM 17   WERE NUMEROUS.

01:44PM 18       BUT WITH REGARD TO THE WRITING OF THOSE PRESCRIPTIONS,

01:44PM 19   THERE WAS A PAPER TRAIL KEPT AND THERE WAS A DIAGNOSIS MADE IN

01:44PM 20   EACH AND EVERY CASE.  THERE WAS NO MONETARY INCENTIVE FOR

01:44PM 21   DR. SIAO TO WRITE AND FILL THESE PRESCRIPTIONS.

01:44PM 22       NOW, DR. SIAO IN THE VERNACULAR GOT ON THE RADAR.  HE GOT

01:44PM 23   ON THE RADAR BECAUSE THE STATE AUTHORITIES MONITORED, AND THE

01:44PM 24   DEA CAN DO IT AS WELL, MONITORED THE PRESCRIPTIONS THAT WERE

01:45PM 25   WRITTEN.  SO DR. SIAO KNEW THAT THEY WOULD BE SUBJECT TO

01:45PM    1    SCRUTINY, BUT HE WROTE THE PRESCRIPTIONS AS HE DEEMED

01:45PM    2    APPROPRIATE AND WITHIN APPROPRIATE MEDICAL PROTOCOL.

01:45PM    3        NOW, THE BN -- THE STATE AUTHORITIES DISPATCHED UNDERCOVER

01:45PM    4    OFFICERS AND AGENTS TO GO TO DR. SIAO'S.  THERE WERE FOUR AS

01:45PM    5    REFERENCED BY MR. KARMEL.  DR. SIAO MET WITH THE FOUR

01:45PM    6    INDIVIDUALS ON SOMETIMES MORE THAN ONE OCCASION.

01:45PM    7        THE ISSUE BECOMES DURING THOSE MEETINGS NOT HOW LONG THE

01:45PM    8    MEETING TOOK BUT HOW LONG IT TOOK FOR DR. SIAO TO MAKE THE

01:45PM    9    DIAGNOSIS TO TREAT THE PATIENT.  THIS IS LIKE I WAS MAKING AN

01:45PM   10    ANALOGY TO WHEN I WAS CONDUCTING VOIR DIRE THIS MORNING, IT'S A

01:45PM   11    QUESTION OF WHAT IS THE PHYSICIAN'S ABILITY TO DIAGNOSE WHEN

01:46PM   12    YOU LOSE A LIMB OR YOU'RE IN THE EMERGENCY ROOM OR IN THE

01:46PM   13    TRAUMA CENTER, A TRAINED PHYSICIAN CAN MAKE A DIAGNOSIS?  IT

01:46PM   14    DOESN'T TAKE HIM 10 MINUTES, 30 MINUTES TO DIAGNOSE IF YOU'RE

01:46PM   15    ARM IS BLOWN OFF, YOU'RE IN A HORRIBLE ACCIDENT, YOU HAVE A

01:46PM   16    BRAIN HEMORRHAGE.  IT'S LIKE TRIAGE, LOOK AT THE PATIENT, MAKE

01:46PM   17    AN EVALUATION.  AND IT'S NOT A QUESTION OF HOW MUCH TIME.

01:46PM   18    THERE'S NOTHING THAT SAID THAT YOU MUST SPEND X NUMBER OF

01:46PM   19    MINUTES, HOURS, MINUTES OF TIME WITH A PARTICULAR PATIENT TO

01:46PM   20    JUSTIFY OR MAKE YOUR ASSESSMENT AND DIAGNOSIS.

01:46PM   21        SO DR. SIAO WITH 30 YEARS BEHIND HIM MADE A GOOD

01:47PM   22    DIAGNOSIS.  HE WAS A GOOD DIAGNOSTICIAN AND MADE THE DIAGNOSIS

01:47PM   23    QUICKLY.

01:47PM   24        AND DR. SIAO, A MAJOR PART OF HIS PRACTICE IS FAMILY

01:47PM   25    PRACTICE, WHICH IS LIKE THE OLD CHEAPEST GENERAL PRACTITIONER,

DEFENDANT'S OPENING STATEMENT

01:47PM  1    IS PAIN MANAGEMENT.  MANY PHYSICIANS ARE RELUCTANT TO TREAT

01:47PM  2    PAIN MANAGEMENT.  THEY'RE RELUCTANT TO TREAT PAIN MANAGEMENT

01:47PM  3    BECAUSE THEY DON'T WANT TO GET ON THE RADAR.  BUT DR. SIAO'S

01:47PM  4    PAPERWORK WAS IN ORDER.  YOU WILL NOT FIND ANY DIFFERENTIAL OR

01:47PM  5    INCREASE IN TERMS OF MONETARY BENEFIT FOR THE PRESCRIPTIONS FOR

01:47PM  6    PAIN MEDICATION THAT DR. SIAO WROTE AND FOR PRESCRIPTIONS

01:47PM  7    WRITTEN FOR OTHER EVERY DAY COMMON MALADIES.

01:47PM  8        NOW, THEU C'S, THE UNDERCOVER AGENTS, THAT WENT TO

01:47PM  9    DR. SIAO'S, THEY'RE TRAINED.  THEY'RE LAW ENFORCEMENT

01:48PM 10    PERSONNEL.  THEY KNOW HOW TO SET UP AN INTERVIEW.  THEY KNOW

01:48PM 11    HOW TO ATTEMPT TO GET COMPROMISING INFORMATION.

01:48PM 12        THEY WENT TO DR. SIAO'S.  AND WE SUBMIT THE EVIDENCE WILL

01:48PM 13    DEMONSTRATE THAT THE EVIDENCE WAS NOT JUST A SITUATION THAT

01:48PM 14    THEY WALKED IN AND IT WAS ALMOST HAVING LIKE THE BUCKET OF

01:48PM 15    CANDY FROM THE PEDIATRICIAN FOR THE KIDS TO HAVE A LOLLIPOP

01:48PM 16    WHEN THEY FINISH THEIR APPOINTMENT.  THIS WAS NOT, OH, BY THE

01:48PM 17    WAY, WOULD YOU LIKE SOME OPIOIDS?  THAT NEVER HAPPENED.

01:48PM 18        THE EVIDENCE WILL DEMONSTRATE THAT NEVER HAPPENED, AND

01:48PM 19    THERE'S NO REASON FOR IT TO HAPPEN.  THERE'S NO FINANCIAL

01:48PM 20    BENEFIT.  THERE'S NO FINANCIAL INCENTIVE.  THERE'S A PAPER

01:48PM 21    TRAIL KEPT, A PAPER TRAIL WRITTEN ON BOTH THE PHARMACEUTICAL

01:48PM 22    END AS WELL AS THE OFFICE END FOR DR. SIAO.

01:48PM 23        SO I ASK THAT YOU EVALUATE THE EVIDENCE AND LOOK VERY

01:49PM 24    CLOSELY AT IT AND TO MAKE A DETERMINATION AS TO WHETHER OR NOT

01:49PM 25    THE PROSECUTION'S THEORY MADE SENSE AND WHETHER OR NOT THE

01:49PM 1    EVIDENCE SUPPORTED THE THEORY PUT FORTH BY THE PROSECUTION AND

01:49PM 2    THE STANDARD BY WHICH THEY MUST MEET.  THE STANDARD IS BEYOND A

01:49PM 3    REASONABLE DOUBT, AND THAT HAS BEEN DESCRIBED SOMETIMES AS

01:49PM 4    BEYOND A MORAL CERTAINTY.  THIS IS NOT A STANDARD THAT IS WE

01:49PM 5    WOULD LIKE TO BUY A NEW CAR, DO YOU WANT THE RED ONE OR THE

01:49PM 6    BLUE ONE?  THIS HAS ALSO BEEN TALKED ABOUT IN -- AND IS AKIN TO

01:49PM 7    A STATE OF MIND THAT YOU WOULDN'T ATTEMPT TO ACT IN THE MOST

01:49PM 8    IMPORTANT DECISIONS OF YOUR LIFE OR YOUR FAMILY'S LIFE.  SO

01:49PM 9    IT'S A HIGH STANDARD.

01:49PM 10        AND NOT ONLY DOES THE GOVERNMENT HAVE TO PROVE TO THAT

01:49PM 11   HIGH STANDARD BEYOND A REASONABLE DOUBT, THE UNDERLYING

01:50PM 12   OFFENSE, BUT EACH AND EVERY ELEMENT THAT ESTABLISHES OR MAKES

01:50PM 13   OR CREATES THAT OFFENSE, EACH ONE OF THE OFFENSES IS MADE UP OF

01:50PM 14   AT LEAST FOUR ELEMENTS.  THOSE ELEMENTS MUST BE DEMONSTRATED

01:50PM 15   BEYOND A REASONABLE DOUBT BEFORE YOU CAN REACH THE CONCLUSION

01:50PM 16   THAT THE PROSECUTION HAS SUSTAINED THEIR BURDEN OF PROOF BEYOND

01:50PM 17   A REASONABLE DOUBT.

01:50PM 18        SO YOUR JOB IS DIFFICULT, YOUR JOB IS APPRECIATED, AND WE

01:50PM 19   WISH YOU WOULD MAINTAIN AN OPEN MIND AND DISCUSS THE CASE.  USE

01:50PM 20   YOUR REASONABLE SENSES.

01:50PM 21        IN ORDER TO CONVICT, YOU DON'T HAVE TO FIND GUILT BEYOND

01:50PM 22   ANY POSSIBLE OPPORTUNITY, BUT YOU HAVE TO FIND THAT THE ACTION

01:50PM 23   WAS REASONABLE AND MEETS THE STANDARD OF BEYOND A REASONABLE

01:51PM 24   DOUBT.

01:51PM 25        NOW, YOU WILL HEAR DURING THE COURSE OF THE TRIAL

DEFENDANT'S OPENING STATEMENT

01:51PM 1    ADDITIONAL EVIDENCE WHICH WILL BE PRESENTED BY BOTH THE

01:51PM 2    GOVERNMENT AND WE ANTICIPATE BY THE DEFENSE.  DR. SIAO HAS A

01:51PM 3    CONSTITUTIONAL RIGHT TO SUBMIT TOTALLY ON THE EVIDENCE PUT

01:51PM 4    FORTH BY THE PROSECUTION.  HE DOES NOT HAVE TO TESTIFY, HE DOES

01:51PM 5    NOT HAVE TO SAY A WORD, HE DOES NOT HAVE TO AUTHORIZE ME AS HIS

01:51PM 6    COUNSEL TO ASK A SINGLE QUESTION.  HE CAN STAND SILENT AND RISE

01:51PM 7    SIMPLY ON THE WEIGHT OF THE GOVERNMENT'S OR THE LACK THEREOF OF

01:51PM 8    THE GOVERNMENT'S CASE IN CHIEF.

01:51PM 9        I NORMALLY WOULD THINK I'M GOING OUT ON A LIMB, BUT I

01:52PM 10   WOULD SAY YOU WILL PROBABLY HEAR FROM DR. SIAO IN THE COURSE OF

01:52PM 11   THIS TRIAL.

01:52PM 12       DR. SIAO WILL TAKE THE OPPORTUNITY TO EXPLAIN THROUGH

01:52PM 13   EXAMINATION AND CERTAINLY CROSS-EXAMINATION ISSUES THAT

01:52PM 14   HOPEFULLY WILL BE OF ASSISTANCE TO YOU AS A COLLECTIVE TRIER OF

01:52PM 15   FACT.

01:52PM 16       YOU WILL HEAR FROM OTHER PATIENTS OF DR. SIAO THAT TRUST

01:52PM 17   THE GENTLEMAN, STAND BY HIM.

01:52PM 18       YOU WILL HEAR FROM OTHER PEOPLE THAT WORKED IN DR. SIAO'S

01:52PM 19   OFFICE THAT DIDN'T SEE ANYTHING UNUSUAL, BELIEVED DR. SIAO MADE

01:52PM 20   APPROPRIATE DIAGNOSES AND WROTE PRESCRIPTIONS APPROPRIATELY.

01:52PM 21       SO SIMPLY PUT, LADIES AND GENTLEMEN, WHEN ALL OF THE

01:52PM 22   EVIDENCE IS IN AND YOU RETURN TO THE JURY ROOM TO BEGIN YOUR

01:53PM 23   DELIBERATIONS, I NOT ONLY ASK, BUT I SUBMIT THAT THE ONLY, THE

01:53PM 24   ONLY REASONABLE VERDICT TO BE RETURNED AT THE CONCLUSION OF THE

01:53PM 25   PRESENTATION OF ALL OF THE EVIDENCE IN THIS CASE IS NOT GUILTY

01:53PM 1    ON ALL COUNTS.

01:53PM 2         THANK YOU IN ADVANCE FOR YOUR ATTENTIVENESS, YOUR

01:53PM 3    COURTESY, AND YOUR PATIENCE BECAUSE ONE OF THE OTHER FACTORS

01:53PM 4    ABOUT THE CRIMINAL JUSTICE SYSTEM IS THE GOVERNMENT GOES FIRST,

01:53PM 5    THE DEFENSE COMES LAST, AND SO BY THE TIME IT GETS TO THE

01:53PM 6    DEFENSE CASE, SOMETIMES YOU'VE HEARD A LOT OF EVIDENCE AND

01:53PM 7    YOU'RE TIRED AND YOU WANT THE CASE TO BE OVER.  DON'T RUSH.  DO

01:53PM 8    YOUR DUTY.  YOU HAVE BEEN SELECTED BASED UPON CRITERIA THAT YOU

01:53PM 9    FIND ACCEPTABLE, BOTH MYSELF AND THE GOVERNMENT.

01:54PM 10        SO ON BEHALF OF DR. SIAO, ON BEHALF OF ME, THANK YOU FOR

01:54PM 11   YOUR TIME, THANK YOU FOR YOUR PATIENCE, THANK YOU FOR YOUR

01:54PM 12   ATTENTIVENESS, AND THANK YOU IN ADVANCE FOR RETURNING THE ONLY

01:54PM 13   APPROPRIATE VERDICT IN THIS CASE:  NOT GUILTY.

01:54PM 14        THANK YOU.

01:54PM 15        THE COURT:  THANK YOU, MR. FURSTMAN.

01:54PM 16   I THINK WE SHOULD TAKE A SHORT BREAK SO THAT WE CAN --

01:54PM 17   WE'RE GOING TO SWITCH NOW TO THE PRESENTATION OF EVIDENCE.

01:54PM 18   WE'LL MAKE THIS A SHORT ONE.  WE'LL TAKE A SECOND BREAK.  IT

01:54PM 19   GETS TO BE A LONG AFTERNOON WHEN WE START AT 1:00 O'CLOCK.

01:54PM 20   LET'S MAKE THIS A TEN MINUTE BREAK.  WE'LL COME BACK AT FIVE

01:54PM 21   MINUTES PAST 2:00.

01:54PM 22        (RECESS FROM 1:54 P.M. UNTIL 2:10 P.M.)

02:10PM 23        THE COURT:  PLEASE BE SEATED EVERYONE.  WE'RE BACK

02:11PM 24   ON THE RECORD IN UNITED STATES VERSUS DONALD SIAO.

02:11PM 25        ALL COUNSEL AND THE PARTIES ARE PRESENT AND ALL OF OUR

02:11PM  1        JURORS ARE HERE.

02:11PM  2            ALL RIGHT.  WE ARE NOW GOING TO TURN TO THE PRESENTATION

02:11PM  3        OF THE UNITED STATES CASE IN CHIEF.

02:11PM  4            MS. FLOYD, ARE YOU READY TO CALL YOUR FIRST WITNESS?

02:11PM  5                MS. FLOYD:  YES, YOUR HONOR.

02:11PM  6            THE UNITED STATES CALLED VING-HANG HO.

02:11PM  7                THE COURT:  MS. HO, COME FORWARD TO THE WITNESS

02:11PM  8        STAND, PLEASE, AND STAND TO BE SWORN.

02:11PM  9            (DISCUSSION OFF THE RECORD.)

02:12PM 10                THE CLERK:  GO AHEAD AND RAISE YOUR RIGHT HAND.

02:12PM 11            **(GOVERNMENT'S WITNESS, VING-HANG HO, WAS SWORN.)**

02:12PM 12                THE WITNESS:  YES.

02:12PM 13                THE CLERK:  THANK YOU.

02:12PM 14        PLEASE BE SEATED.  I'M GOING TO ASK YOU TO PULL THAT

02:12PM 15        MICROPHONE UP TO YOU.

02:12PM 16        IF YOU WOULD PLEASE STATE YOUR NAME AND SPELL YOUR LAST

02:12PM 17        NAME FOR THE REPORT.

02:12PM 18                THE WITNESS:  YEAH.  MY NAME IS VING-HANG HO.  H-O.

02:13PM 19                THE COURT:  MR. KARMEL.

02:13PM 20                MR. KARMEL:  THANK YOU, YOUR HONOR.

02:13PM 21                          **DIRECT EXAMINATION**

02:13PM 22        BY MR. KARMEL:

02:13PM 23        Q.   MS. HO, GOOD AFTERNOON.

02:13PM 24        A.   GOOD AFTERNOON.

02:13PM 25        Q.   COULD YOU PLEASE TELL THE JURY WHERE YOU WORK?

02:13PM   1      A.   I'M CURRENTLY WORKING AT WALMART PHARMACY.

02:13PM   2      Q.   AND HOW LONG HAVE YOU BEEN AT WALMART?

02:13PM   3      A.   FOR SEVEN YEARS NOW.

02:13PM   4      Q.   WHAT IS YOUR POSITION THERE?

02:13PM   5      A.   STAFF PHARMACIST.

02:13PM   6      Q.   BEFORE WORKING AT WALMART, DID YOU WORK AT ANY OTHER

02:13PM   7      PHARMACIES?

02:13PM   8      A.   YES.  I WORKED AT ANOTHER RETAIL PHARMACY.  I WORKED AT

02:13PM   9      RITE AID PHARMACY.

02:13PM   10     Q.   WHAT ARE YOUR RESPONSIBILITIES IN YOUR CURRENT ROLE AT

02:13PM   11     WALMART?

02:13PM   12     A.   SO BASICALLY MY DAILY TASKS INCLUDING VERIFY AND DISPENSE

02:13PM   13     MEDICATION.  I DO GIVE OUT IMMUNIZATION TO PATIENTS, COUNSEL

02:13PM   14     PATIENTS ON HOW TO USE, WHEN TO TAKE THE MEDICATION, INFORM

02:13PM   15     THEM ON POTENTIAL SIDE EFFECTS, WHAT TO MONITOR WHILE THEY'RE

02:14PM   16     ON THIS MEDICATION, AND ALSO I ADVISE CUSTOMER COMING INTO

02:14PM   17     PHARMACY ON A NON-PRESCRIPTION MEDICATION, SUCH AS

02:14PM   18     OVER-THE-COUNTER MEDICATION DRUG.

02:14PM   19     Q.   HAVE THOSE RESPONSIBILITIES BEEN CONSISTENT SINCE YOU

02:14PM   20     FIRST JOINED WALMART?

02:14PM   21     A.   YES.

02:14PM   22     Q.   CAN YOU PLEASE TELL THE JURY ABOUT YOUR TRAINING AND

02:14PM   23     EXPERIENCE?  EXCUSE ME, ABOUT YOUR TRAINING AND EDUCATION IN

02:14PM   24     PHARMACIES?

02:14PM   25     A.   YEAH, I HAVE FOUR YEARS IN PHARMACY SCHOOL.  WHILE IN

02:14PM 1    PHARMACY SCHOOL WE DO CLASSROOM AND ALSO I DO VARIOUS ROTATION

02:14PM 2    WITH DIFFERENT HOSPITALS, A DIFFERENT AMOUNT OF RETAIL

02:14PM 3    PHARMACY.  I WENT TO SAFEWAY, WALGREENS TO DO AN INTERN THERE,

02:14PM 4    AND WHEN I GRADUATE, I ALSO GET TRAINED AS WHEN I WORK AT

02:15PM 5    RETAIL PHARMACY RITE AID AND FOR WALMART FOR MY JOB.

02:15PM 6    Q.   AND WHEN YOU SAY TRAINING FOR YOUR JOB, WHAT DO YOU MEAN

02:15PM 7    BY THAT?

02:15PM 8    A.   YEAH.  WE GET TRAINED FOR IDENTIFY AND RED FLAG WHAT TO

02:15PM 9    LOOK FOR WHEN WE FILL THE PRESCRIPTION.

02:15PM 10   Q.   WHAT DO YOU MEAN BY "RED FLAGS"?

02:15PM 11   A.   RED FLAGS ARE POTENTIAL ONCE INSIDE THAT THE PHARMACIST

02:15PM 12   WATCH OUT TO MAKE SURE THE PRESCRIPTION IS VALID AND THEN IT'S

02:15PM 13   USED FOR TRUE MEDICAL CONDITION.

02:15PM 14   Q.   AND WHAT TYPES OF TRAINING DO YOU HAVE IN IDENTIFYING RED

02:15PM 15   FLAGS?

02:15PM 16   A.   SO BASICALLY AT THE COMPANY LEVEL, THEY DO HAVE THE POLICY

02:15PM 17   TO HELP US.  THE POLICY IS LIKE A GUIDANCE TO HELP ALL OF THE

02:16PM 18   PHARMACISTS IDENTIFY THE RED FLAG PROBLEM AND BASED ON OUR

02:16PM 19   JUDGMENT WE CAN DECIDE WHEN OR IF WE DECIDE TO FILL THAT

02:16PM 20   PRESCRIPTION OR NOT.

02:16PM 21   Q.   AND WHEN YOU SAY DECIDE WHETHER TO FILL THE PRESCRIPTION

02:16PM 22   OR NOT, IS THAT TERM CALLED A REFUSAL TO FILL?

02:16PM 23   A.   YES.

02:16PM 24   Q.   IS THAT TERM ALSO REFERRED TO AS AN RTF?

02:16PM 25   A.   YES.

HO DIRECT BY MR. KARMEL

02:16PM 1    Q.   AND COULD YOU PLEASE EXPLAIN WHAT A REFUSAL TO FILL IS?

02:16PM 2    A.   A REFUSAL TO FILL IS A PROCEDURE THAT FOR PHARMACISTS,

02:16PM 3    WHEN WE FEEL UNCOMFORTABLE TO FILL THE PRESCRIPTION, WHEN WE'RE

02:16PM 4    NOT ABLE TO RESOLVE THE RED FLAG, WE HAVE TO SUBMIT THE FORM AT

02:16PM 5    LEAST WITH MY COMPANY THAT I HAVE TO SUBMIT THE FORM AND LET

02:16PM 6    THEM KNOW THAT I REFUSE THAT MEDICATION AND I INFORM THE

02:16PM 7    PATIENT THAT I CANNOT FILL THAT PARTICULAR MEDICATION FOR THEM.

02:17PM 8    Q.   WHAT ARE SOME REASONS WHY YOU MIGHT REFUSE TO FILL A

02:17PM 9    MEDICATION?

02:17PM 10   A.   UM, JUST A LOT OF REASONS.  IT WILL DEPEND.  IF THE

02:17PM 11   PRESCRIPTION HAS MISSING INFORMATION, IF -- WHEN YOU SEE THE

02:17PM 12   PRESCRIPTION WITH DIFFERENT INK NUMBER, DIFFERENT NUMBER INK

02:17PM 13   COLOR, MULTIPLE HANDWRITTEN, WHEN YOU SEE THE QUANTITY IS LARGE

02:17PM 14   OR THE DOSAGE IS TOO HIGH, WHEN THE WORDS DESCRIBE MIGHT

02:17PM 15   REPRESENT DUPLICATION OR WHEN USED WITH OTHER MEDICATIONS THAT

02:17PM 16   CAUSE COMBINATION THERAPY THAT MIGHT CAUSE POTENTIAL SIDE

02:17PM 17   EFFECT OR RISK TO PATIENT.

02:17PM 18       AND ALSO FOR OTHER REASONS LIKE IF THE DISTANCE BETWEEN

02:17PM 19   THE PHARMACY, DOCTOR OFFICE AND PATIENT IS UNUSUAL.  LIKE IF

02:18PM 20   THEY ALL HAVE DIFFERENT LOCATIONS, DIFFERENT CITY, FOR EXAMPLE,

02:18PM 21   OR WHEN THE -- ANY SUGGESTION LIKE ANY VERBAL OR ACTION OF THE

02:18PM 22   PERSON WHO DROPPED THE PRESCRIPTION THAT YOU MIGHT THINK THAT A

02:18PM 23   PATIENT MIGHT BE USING MORE OR MISUSING THE MEDICATION THAT WE

02:18PM 24   CAN PROCESS WITH THE REFILLS.

02:18PM 25   Q.   YOU MENTIONED COMBINATION THERAPY?

02:18PM 1    A.   YES.

02:18PM 2    Q.   CAN YOU EXPLAIN WHAT YOU MEAN BY THAT?

02:18PM 3    A.   COMBINATION THERAPY IS SOME OF THE MEDICATION, A DIFFERENT

02:18PM 4    CLASS OF DRUG BUT IT'S WHEN YOU COMBINE OR ARE TAKEN TOGETHER

02:18PM 5    IT CAN CAUSE SEVERE OR INCREASED SIDE EFFECTS AND INCREASE THE

02:18PM 6    RISK OF HARM WHEN THEY TAKE THOSE MEDICATIONS TOGETHER.

02:19PM 7    Q.   AND WHAT KINDS OF HARMS WOULD THAT BE?

02:19PM 8    A.   WELL, IT WOULD DEPEND ON THE MEDICATION, BUT USUALLY IF WE

02:19PM 9    TAKING SOME MEDICATION COMBINED TOGETHER COULD CAUSE SEDATION,

02:19PM 10   SEVERE DROWSY OR SOME MEDICATION CAN CAUSE BLEEDING PROBLEMS,

02:19PM 11   SOME COMBINED TOGETHER CAN EVEN CAUSE A SLOWER THEIR BREATHING,

02:19PM 12   IT CAN CAUSE DEPRESSION, IT CAN CAUSE COMA.

02:19PM 13   Q.   HOW OFTEN DO YOU REFUSE TO FILL PRESCRIPTIONS?

02:19PM 14   A.   NOT TOO MUCH.  I USUALLY -- SOMETIMES I DO IT ONCE OR

02:20PM 15   TWICE A YEAR.  IN SOME YEARS I DON'T DO -- I DON'T HAVE ANY.

02:20PM 16   SO IT DEPENDS.  BUT MOST USUALLY IT'S AT MOST IT'S ONCE OR

02:20PM 17   TWICE A YEAR.

02:20PM 18   Q.   DO YOU RECALL EVER REFUSING TO FILL PRESCRIPTIONS FROM A

02:20PM 19   DR. DONALD SIAO?

02:20PM 20   A.   YES.

02:20PM 21   Q.   DO YOU RECALL HOW MANY TIMES YOU REFUSED TO FILL

02:20PM 22   PRESCRIPTIONS FROM HIM?

02:20PM 23   A.   I REFUSED TWO PRESCRIPTIONS.

02:20PM 24   Q.   AND WHAT DATES WERE THOSE?

02:20PM 25   A.   IT'S ON SEPTEMBER 5TH OF 2019 AND JULY 27TH OF 2019 -- I'M

02:20PM  1    SORRY, SEPTEMBER 5TH OF 2018 AND JULY 27TH OF 2019.

02:20PM  2    Q.   TURNING TO THE PRESCRIPTION THAT YOU REFUSED TO FILL ON

02:20PM  3    SEPTEMBER 5TH OF 2018, CAN YOU TELL US WHAT YOU RECALL ABOUT

02:20PM  4    THAT?

02:20PM  5    A.   THE REASON I REFUSED THAT PRESCRIPTION WAS BECAUSE THE

02:21PM  6    PATIENT WAS LOOKING FOR AN EARLY REFILL AND THAT USUALLY WITH

02:21PM  7    THE CONTROLLED MEDICATION, PHARMACISTS OR MYSELF, WE TRY NOT TO

02:21PM  8    FILL THE PRESCRIPTION TOO EARLY.

02:21PM  9         SO IF THE PRESCRIPTION IS TOO EARLY, WE WILL NICELY

02:21PM 10    EXPLAIN TO THEM THAT IT'S NOT TIME TO BE FILLED YET, AND WE

02:21PM 11    WILL TELL THEM WHAT DATE IT WILL BE AVAILABLE TO BE DUE.

02:21PM 12         BUT WITH THAT PARTICULAR PATIENT, SHE KEPT PUSHING THAT

02:21PM 13    SHE NEED THE MEDICATION RIGHT AWAY.  SHE RAN OUT OF THE

02:21PM 14    PRESCRIPTION A DAY BEFORE ALREADY.

02:21PM 15         BUT ACCORDING TO MY RECORD, HER PRESCRIPTION WON'T BE DUE

02:21PM 16    UNTIL FOUR DAYS LATER FROM THE DAY THAT WE SPEAK.  SO WITH THAT

02:21PM 17    REASON I REFUSE TO FILL HER MEDICATION, AND I DID A FILE ERROR

02:21PM 18    RECORD BECAUSE THIS IS NOT THE FIRST TIME THAT SHE DO THAT.

02:22PM 19    SHE'S TRYING TO GET THE PRESCRIPTION REFILLED A FEW TIMES IN A

02:22PM 20    ROW ALREADY.

02:22PM 21    Q.   AND WHAT KIND OF MEDICATION WAS SHE TRYING TO FILL?

02:22PM 22    A.   THIS WAS LORAZEPAM, 2 MILLIGRAM.

02:22PM 23    Q.   AND WHAT KIND OF MEDICATION IS THAT?

02:22PM 24    A.   IT'S BENZODIAZEPINES.

02:22PM 25    Q.   NOW, TURNING TO THE SECOND REFUSAL TO FILL ON JULY 27TH,

02:22PM  1    2019.  DO YOU RECALL WHAT TYPE OF MEDICATION THAT WAS FOR?

02:22PM  2    A.   IT'S AN OPIOID, A C2 MEDICATION.

02:22PM  3    Q.   WHAT DO YOU MEAN BY THAT?

02:22PM  4    A.   THAT'S A PAIN MEDICATION.

02:22PM  5    Q.   AND DO YOU RECALL WHAT KIND OF OPIOID IT WAS?

02:22PM  6    A.   THE NAME IS OXYCONTIN, WHICH IS GENERIC FOR OXYCODONE, AN

02:22PM  7    EXTENDED RELEASE.

02:23PM  8    Q.   MS. HO, DID YOU SAY EXTENDED RELEASE?

02:23PM  9    A.   YEAH, EXTENDED RELEASE.

02:23PM  10   Q.   DO YOU RECALL WHY YOU REFUSED TO FILL THAT PRESCRIPTION?

02:23PM  11   A.   I REFUSED TO FILL THAT PRESCRIPTION BECAUSE PATIENT COME

02:23PM  12   IN LATE AT NIGHT.  WHEN I LOOK AT HIS BILLING RECORD, WHICH IS

02:23PM  13   A KEY RECORD, I SEE THAT THE PATIENT ALREADY PICKED UP

02:23PM  14   OXYCODONE, LORAZEPAM AND SOMA WITHIN ONE PERIOD ALREADY.  THEY

02:23PM  15   PICKED UP AT A DIFFERENT PHARMACY ALREADY.

02:23PM  16       SO ADDING ON THE OXYCONTIN, 80 MILLIGRAMS TOGETHER WILL

02:23PM  17   CONSIDER A HIGH DOSE, AND THEN IT'S CONSIDERED A COMBINATION

02:23PM  18   THERAPY, SO THAT'S WHY I CANNOT FILL IT.

02:23PM  19       I HAVE TO -- BEFORE FILLING THE PRESCRIPTION, I WILL NEED

02:23PM  20   TO CONTACT THE DOCTOR, BUT IT'S ALREADY 8:45 P.M. ALREADY.  THE

02:24PM  21   DOCTOR OFFICE WON'T BE OPEN AND THE PATIENT WANT THE

02:24PM  22   PRESCRIPTION BACK, SO I HAVE TO GIVE IT BACK TO THEM.

02:24PM  23   Q.   AND DO YOU RECALL WHICH DOCTOR IT WAS THAT HAD WRITTEN THE

02:24PM  24   PRESCRIPTION?

02:24PM  25   A.   DR. DONALD SIAO.

02:24PM 1      Q.   THANK YOU, MS. HO.

02:24PM 2           NO FURTHER QUESTIONS FOR THIS WITNESS.

02:24PM 3                THE COURT:  MR. FURSTMAN, CROSS-EXAMINATION?

02:24PM 4                MR. FURSTMAN:  YES, PLEASE.

02:24PM 5                          **CROSS-EXAMINATION**

02:24PM 6      BY MR. FURSTMAN:

02:24PM 7      Q.   GOOD AFTERNOON.

02:24PM 8      A.   GOOD AFTERNOON.

02:24PM 9      Q.   JUST BY WAY OF BACKGROUND, YOU INDICATED THAT YOU HAVE

02:24PM 10     SOME TRAINING AS A PHARMACIST; CORRECT?

02:24PM 11     A.   YES.

02:24PM 12     Q.   AND YOU SPENT FOUR YEARS IN PHARMACY SCHOOL?

02:24PM 13     A.   YES.

02:24PM 14     Q.   AND WHAT SCHOOL WAS THAT?

02:25PM 15     A.   I WENT TO THE SCHOOL IN SACRAMENTO.  IT'S CALLED

02:25PM 16     NORTH STATE UNIVERSITY.

02:25PM 17     Q.   NORTH STATE?

02:25PM 18     A.   YES.

02:25PM 19     Q.   AND THAT'S -- TO YOUR KNOWLEDGE, THAT'S NOT AFFILIATED

02:25PM 20     WITH ONE OF THE UC SYSTEMS, IS IT?

02:25PM 21     A.   ACTUALLY, I WENT TO A FOUR YEAR PROGRAM BEFORE THAT.  I

02:25PM 22     WENT TO U.C. DAVIS FIRST FOR MY UNDERGRAD, AND AFTER GRADUATION

02:25PM 23     THE PHARMACY SCHOOL, IT'S LIKE A POST GRADUATE PROGRAM.

02:25PM 24     Q.   OKAY.  DID YOU ATTEND A POST GRADUATE PROGRAM AT DAVIS?

02:25PM 25     A.   YES.  NO.  AT U.C. DAVIS I WENT ON FOR A GRADUATE PROGRAM,

02:25PM  1    AND THEN AFTER THAT -- THEY DON'T OFFER PHARMACY SCHOOL, SO I

02:25PM  2    GO TO THE NORTH STATE UNIVERSITY.  THAT SCHOOL OFFER A PHARMACY

02:25PM  3    DOCTORATE PROGRAM.

02:25PM  4    Q.   OKAY.  THAT'S A PRIVATE SCHOOL, ISN'T IT?

02:25PM  5    A.   THAT'S A PRIVATE SCHOOL.

02:25PM  6    Q.   IS THAT LIKE A VOCATIONAL COLLEGE TO TRAIN YOU HOW TO DO A

02:26PM  7    PARTICULAR JOB?

02:26PM  8    A.   YES.

02:26PM  9    Q.   OKAY.  AND ARE YOU LICENSED?

02:26PM  10   A.   YES.

02:26PM  11   Q.   AND WHAT LICENSES DO YOU HOLD?

02:26PM  12   A.   CURRENTLY I HAVE A RETAIL PHARMACY LICENSE.

02:26PM  13   Q.   A RETAIL PHARMACIST LICENSE?

02:26PM  14   A.   YES.

02:26PM  15   Q.   IS THERE ANY OTHER LICENSE WITH BEING A PHARMACIST?

02:26PM  16   A.   WE ALSO NEED TO GET A CPR LICENSE AS WELL.

02:26PM  17   Q.   WHAT IS A CPR LICENSE?

02:26PM  18   A.   THAT'S BASIC LIFE SUPPORT SO IN CASE YOUR PATIENT HAVE

02:26PM  19   PROBLEMS IN IMMUNIZATION AND PATIENT HAVE PROBLEMS, WE CAN GIVE

02:26PM  20   OUT CPR AND ALL OF THE SUPPORT RIGHT AWAY.

02:26PM  21   Q.   OKAY.  AND YOU HAVE BOTH OF THE NECESSARY LICENSES;

02:26PM  22   CORRECT?

02:26PM  23   A.   YES.

02:26PM  24   Q.   ALL RIGHT.  NOW, YOU INDICATE THAT YOU'RE FAMILIAR WITH DO

02:26PM  25   NOT REFILL?

02:26PM 1    A.   YES.

02:26PM 2    Q.   NOW, YOU TESTIFIED TO TWO INSTANCES WHERE TWO DIFFERENT

02:26PM 3    PATIENTS BROUGHT IN PRESCRIPTIONS SEEKING A REFILL; CORRECT?

02:27PM 4    A.   YES.

02:27PM 5    Q.   AND DO YOU HAVE THOSE PRESCRIPTIONS WITH YOU?

02:27PM 6    A.   NO, I DON'T HAVE THE PRESCRIPTION WITH ME.

02:27PM 7    Q.   OKAY.  WHAT DID YOU REVIEW TO REFRESH YOUR RECOLLECTION IN

02:27PM 8    ANTICIPATION OF TESTIMONY TODAY?

02:27PM 9    A.   SO BASICALLY THE PRESCRIPTION, ONE OF THE PRESCRIPTION WAS

02:27PM 10   SENT INTO THE COMPUTER SYSTEM.  SO WALMART SYSTEM STILL HAVE

02:27PM 11   IT.  AND THEN WHEN WE REFUSE ANY PRESCRIPTION, WE DO KEEP A

02:27PM 12   NOTE IN THE COMPUTER SYSTEM AS WELL.  SO WHEN YOU GO BACK TO

02:27PM 13   THE MEDICATION OR THE PRESCRIPTION OF THAT DAY, YOU HAVE ALL OF

02:27PM 14   THE RECORDS.

02:27PM 15        AND ALSO FOR THE SECOND PRESCRIPTION, A PATIENT BROUGHT IN

02:27PM 16   THE COPY.  SO I MAKE A COPY OF THAT, AND I HAVE THAT

02:28PM 17   HANDWRITTEN AND STORED ON MY PHARMACY.

02:28PM 18   Q.   SO YOU LOOKED THEM UP AND THERE WAS SOME NOTATION ON THE

02:28PM 19   COMPUTER; CORRECT?

02:28PM 20   A.   YES.

02:28PM 21   Q.   AND WHO ASKED YOU TO DO IT?

02:28PM 22   A.   ACTUALLY IT'S THE PHARMACIST JOB.  AS PART OF OUR JOB WE

02:28PM 23   HAVE TO DOCUMENT EVERYTHING.

02:28PM 24   Q.   ALL RIGHT.  BUT SOMEBODY ASKED YOU TO REVIEW THE

02:28PM 25   DOCUMENTS; CORRECT?

02:28PM  1    A.   YES.

02:28PM  2    Q.   AND WHO ASKED YOU?

02:28PM  3    A.   I THINK WALMART CALLED ME TO REVIEW THE MEDICATION.

02:28PM  4    Q.   YOU THINK?  YOU'RE NOT SURE?

02:28PM  5         THE COURT:  I THINK YOU NEED TO CLARIFY AS TO WHAT

02:28PM  6    TIME YOU'RE TALKING ABOUT.

02:28PM  7         MR. FURSTMAN:  OH, OKAY.  VERY WELL.  THANK YOU,

02:28PM  8    YOUR HONOR.

02:28PM  9    Q.   THE PRESCRIPTIONS WERE WRITTEN BACK IN 200 -- WAS IT 2018?

02:28PM  10   A.   2018.

02:28PM  11   Q.   OKAY.  YOU DON'T HAVE AN INDEPENDENT RECOLLECTION OF WHAT

02:28PM  12   PRESCRIPTIONS YOU REFUSED TO WRITE OR FILL IN 2018, DO YOU, IN

02:29PM  13   OTHER WORDS, JUST FROM MEMORY?

02:29PM  14   A.   CAN YOU SAY ONE MORE TIME?

02:29PM  15   Q.   SURE.  YOU DON'T HAVE AN INDEPENDENT MEMORY OF THESE

02:29PM  16   PRESCRIPTIONS BACK IN 2018, DO YOU?

02:29PM  17   A.   NO.  THIS IS ALL OF MY DOCUMENTATION.

02:29PM  18   Q.   AND WALMART ASKED YOU TO LOOK AT THOSE?

02:29PM  19   A.   YES.

02:29PM  20   Q.   AND WHEN DID THAT REQUEST COME?

02:29PM  21   A.   I THINK THIS HAS COME RECENTLY IN JUNE.

02:29PM  22   Q.   ALL RIGHT.  AND YOU TOOK A LOOK AND YOU FOUND TWO DO NOT

02:29PM  23   REFILLS; RIGHT?

02:29PM  24   A.   YES.

02:29PM  25   Q.   AND ARE YOU FAMILIAR WITH DR. SIAO?

02:29PM  1    A.   NOT AT ALL.  I ONLY KNOW HIM THAT HE'S THE PHARMACY --

02:29PM  2    HE'S A FAMILY DOCTOR THAT HAS AN OFFICE IN SAN JOSE.

02:29PM  3         BUT PERSONALLY I DON'T KNOW HIM OR I DON'T HAVE A LOT OF

02:29PM  4    EXPERIENCE TALKING WITH HIM OR WORKING WITH HIS DOCTOR OFFICE.

02:30PM  5    Q.   OKAY.  BUT YOU JUST UNDERSTAND HIM TO BE IN THE FAMILY

02:30PM  6    PRACTICE OF MEDICINE?

02:30PM  7    A.   YES.

02:30PM  8    Q.   IN THE SAN JOSE AREA?

02:30PM  9    A.   YES.

02:30PM  10   Q.   OKAY.  NOW, IF YOU WOULD LOOK OVER MY SHOULDER, THERE'S A

02:30PM  11   GENTLEMAN SEATED AT THAT TABLE THERE.

02:30PM  12        DO YOU RECOGNIZE THAT MAN?

02:30PM  13   A.   NO.

02:30PM  14   Q.   ALL RIGHT.  LET'S TALK ABOUT THE FIRST DO NOT REFILL

02:30PM  15   REQUEST THAT CAME IN.  THAT WAS REFUSED BECAUSE IT WAS A LITTLE

02:30PM  16   EARLY FOR THE PRESCRIPTION TO BE REFILLED?

02:30PM  17   A.   YES.

02:30PM  18   Q.   AND THAT WAS FOR AN OPIOID, WASN'T IT?

02:30PM  19   A.   NO.

02:30PM  20   Q.   IT WASN'T?  WHAT WAS THE SECOND -- I'M SORRY, WHAT WAS THE

02:30PM  21   FIRST ONE FOR?

02:30PM  22   A.   THE FIRST ONE IS FOR BENZODIAZEPINES.

02:30PM  23   Q.   OH, OKAY.  IS THAT THE -- LIKE A LORAZEPAM?

02:30PM  24   A.   YES.

02:30PM  25   Q.   AND WHO SIGNED THE PRESCRIPTION THAT WAS FOR THE

02:30PM  1      LORAZEPAM?

02:30PM  2      A.    DR. DONALD SIAO.

02:30PM  3      Q.    AND HOW DO YOU KNOW?

02:30PM  4      A.    BECAUSE IT WAS ON THE RECORD OF THE E-SCRIPT PRESCRIPTION.

02:31PM  5      Q.    OKAY.  AND -- BUT YOU NEVER TALKED TO DR. SIAO, DID YOU?

02:31PM  6      A.    NO.

02:31PM  7      Q.    AND SO THE ONLY REASON YOU REFUSED TO REFILL THE

02:31PM  8      PRESCRIPTION WAS BECAUSE IT WAS PREMATURE, IT NEEDED ANOTHER

02:31PM  9      FOUR DAYS BEFORE IT WAS DUE FOR REFILL; ISN'T THAT RIGHT?

02:31PM  10     A.    YES.

02:31PM  11     Q.    AND THAT'S BECAUSE SOME OF THE PATIENTS, THE PEOPLE WHO

02:31PM  12     ARE SEEKING REFILLS, ABUSE THE DRUG; CORRECT?

02:31PM  13     A.    YES.

02:31PM  14     Q.    OKAY.  AND, IN OTHER WORDS, IF THEY -- IF IT NEEDS TO BE

02:31PM  15     REFILLED FOUR DAYS EARLY, MAYBE THEY'RE USING MORE THAN THE

02:31PM  16     PRESCRIPTION SAYS THAT THEY'RE SUPPOSED TO USE; CORRECT?

02:31PM  17     A.    YES.

02:31PM  18     Q.    AND THAT'S ON THE PATIENT, ISN'T IT?

02:31PM  19     A.    YES.

02:31PM  20     Q.    THAT'S THE PATIENT'S DECISION?

02:31PM  21              MR. KARMEL:  OBJECTION.

02:31PM  22              THE COURT:  ARE YOU GOING TO GIVE ME A WORD FOR THE

02:31PM  23     GROUND?

02:31PM  24              MR. KARMEL:  ARGUMENTATIVE.

02:31PM  25              THE COURT:  OVERRULED.  IT'S SPECULATIVE.

02:31PM  1    SUSTAINED.

02:32PM  2    BY MR. FURSTMAN:

02:32PM  3    Q.   NOW, WHEN YOU GET A -- WHEN YOU DECIDE NOT TO REFILL A

02:32PM  4    PRESCRIPTION, WHAT STEPS DO YOU TAKE AFTER YOU TELL THE

02:32PM  5    CUSTOMER THAT YOU'RE NOT GOING TO REFILL THE PRESCRIPTION?  IN

02:32PM  6    OTHER WORDS, DO YOU CALL THE DOCTOR?

02:32PM  7    A.   IT WOULD DEPEND ON THE CASE.  MOST OF THEM I WOULD HAVE TO

02:32PM  8    CALL THE DOCTOR, BUT IN THE FIRST CASE, I DIDN'T CALL THE

02:32PM  9    DOCTOR BECAUSE IT WAS ON THE PATIENT AND IN MY OPINION BECAUSE

02:32PM 10    THE PATIENT WAS TRYING TO FILL THE PRESCRIPTION EARLY, SO I

02:32PM 11    DIDN'T FEEL THAT I NEEDED TO CALL THE DOCTOR FOR THAT PURPOSE.

02:32PM 12    Q.   ALL RIGHT.  SO YOU SAW A PRESCRIPTION WRITTEN BY SOMEBODY

02:32PM 13    THAT YOU INDICATE WAS DR. SIAO, BUT YOU DIDN'T SEEK TO CONSULT

02:32PM 14    WITH A PHYSICIAN, CORRECT, THE DOCTOR WHO WROTE THE

02:32PM 15    PRESCRIPTION?

02:32PM 16    A.   CORRECT.

02:32PM 17    Q.   OKAY.  AND THAT WAS YOUR DECISION; CORRECT?

02:32PM 18    A.   YES.

02:32PM 19    Q.   NOW, WHAT DID THE PERSON SAY, THE PRESCRIPTION HOLDER?

02:33PM 20    DID THEY JUST TAKE IT AND LEAVE?

02:33PM 21    A.   NO.  THAT WOULD STAY WITH OUR RECORD BECAUSE THE

02:33PM 22    PRESCRIPTION WAS SENT IN TO US THROUGH THE E PRESCRIPTION.

02:33PM 23    THEY CANNOT LET THE -- THEY CANNOT GET THE PRESCRIPTION BECAUSE

02:33PM 24    BY STATE LAW WHEN THE CONTROL MEDICATION IS FIRST FILLED, THEY

02:33PM 25    HAVE TO STAY WITH THAT PHARMACY.

HO CROSS BY MR. FURSTMAN

02:33PM  1    Q.   OKAY.  NOW -- BUT YOU NEVER TALKED TO THE DOCTOR ABOUT THE

02:33PM  2    REFUSAL?

02:33PM  3    A.   NO, I DID NOT TALK TO THE DOCTOR ABOUT THAT.

02:33PM  4    Q.   OKAY.

02:33PM  5    A.   JUST BECAUSE A PATIENT WAS TRYING TO GET IT EARLY.

02:33PM  6    Q.   AND TALKING TO THE DOCTOR WOULDN'T HAVE MADE ANY

02:33PM  7    DIFFERENCE, YOU WEREN'T GOING TO REFILL IT; CORRECT?

02:33PM  8    A.   YES.

02:33PM  9    Q.   OKAY.  NOW, IT SOUNDS LIKE WHEN THERE'S AN IRREGULARITY

02:33PM  10   WITH A PRESCRIPTION, THAT THERE'S A COMPUTER RECORD THAT IS

02:33PM  11   KEPT OF THE PRESCRIPTION; IS THAT RIGHT?

02:34PM  12   A.   YES.

02:34PM  13   Q.   SO THERE BECOMES LIKE A PAPER TRAIL WHERE YOU CAN FIND OUT

02:34PM  14   WHEN YOU WERE REQUESTED TO REFILL THE PRESCRIPTION AND WHAT

02:34PM  15   ACTION YOU TOOK; ISN'T THAT RIGHT?

02:34PM  16   A.   YES.

02:34PM  17   Q.   OKAY.  NOW, LET'S TALK FOR A MINUTE ABOUT THE SECOND

02:34PM  18   PRESCRIPTION THAT WOULD REFUSE TO BE REFILLED.

02:34PM  19        WHAT MEDICATION WAS THAT?

02:34PM  20   A.   IT WAS OXYCONTIN, 80 MILLIGRAM.

02:34PM  21   Q.   AND WHY DID YOU REFUSE TO FILL THAT ONE, REFILL IT?

02:34PM  22   A.   BECAUSE THE PATIENT ALREADY PICKED UP THE OXYCONTIN,

02:34PM  23   30 MILLIGRAM; HE'S ALSO PICKED UP THE SOMA, 350 MILLIGRAM; AND

02:34PM  24   THE LORAZEPAM, 1 MILLIGRAM.

02:34PM  25   Q.   SO THAT MIGHT HAVE PRESENTED A CONFLICT BETWEEN THE

02:35PM  1      MEDICATIONS?

02:35PM  2      A.   YES.

02:35PM  3      Q.   OKAY.  AND WHO WROTE THE OXYCONTIN PRESCRIPTION?

02:35PM  4      A.   OH, WHICH OXYCONTIN?

02:35PM  5      Q.   THE SECOND PRESCRIPTION THAT YOU DIDN'T REFILL?

02:35PM  6      A.   THAT I DON'T REMEMBER.

02:35PM  7      Q.   OKAY.  AND THEN YOU SAW THAT THERE WERE SOME OTHER

02:35PM  8      PRESCRIPTIONS THAT THE PERSON HAD PICKED UP A WEEK BEFORE;

02:35PM  9      RIGHT?

02:35PM  10     A.   YES.

02:35PM  11     Q.   AND WHO WROTE THOSE PRESCRIPTIONS?

02:35PM  12     A.   I DON'T RECALL BECAUSE THE PATIENT DID NOT PICK UP THE

02:35PM  13     MEDICATION FROM US.  IT WAS A DIFFERENT PHARMACY.

02:35PM  14     Q.   OKAY.  SO YOU HAVE NO PERSONAL KNOWLEDGE OF WHO WROTE OR

02:35PM  15     ANY OF THE DETAILS REGARDING THE SECOND PRESCRIPTION; CORRECT?

02:35PM  16     A.   YEAH, I DON'T, I DON'T REMEMBER, THAT'S CORRECT.

02:35PM  17     Q.   OKAY.  AND YOU DON'T REMEMBER TALKING TO A DOCTOR OR

02:35PM  18     ANYBODY ABOUT THAT PRESCRIPTION, DO YOU?

02:35PM  19     A.   NO.  LIKE I SAY, IT WAS NIGHT ALREADY AND IT WAS 8:45, AND

02:35PM  20     I DID NOT HAVE A CHANCE TO CONTACT THE DOCTOR OFFICE.

02:36PM  21     Q.   OKAY.  NOW, DID YOU EVER HAVE ANOTHER ATTEMPT TO REFILL

02:36PM  22     THE TWO PRESCRIPTIONS THAT YOU'VE JUST TESTIFIED TO?

02:36PM  23     A.   I'M SORRY, SAY IT ONE MORE TIME.

02:36PM  24     Q.   DID YOU EVER ATTEMPT TO REFILL AT A LATER TIME THE TWO

02:36PM  25     PRESCRIPTIONS THAT YOU JUST WERE TESTIFYING ABOUT?

02:36PM   1    A.   YEAH.  FOR THE PRESCRIPTION, THE FIRST ONE, LORAZEPAM,

02:36PM   2    2 MILLIGRAM, WE DID FILL IT ON THE DAY THAT THE PRESCRIPTION

02:36PM   3    WAS DUE.

02:36PM   4    Q.   OKAY.  IS LORAZEPAM AN OPIOID?

02:36PM   5    A.   NO.

02:36PM   6    Q.   ALL RIGHT.

02:36PM   7         MAY I JUST HAVE A MOMENT, YOUR HONOR, PLEASE.

02:36PM   8         THANK YOU.  I HAVE NOTHING FURTHER.

02:36PM   9              THE COURT:  ALL RIGHT.  THANK YOU.

02:36PM   10        MR. KARMEL, ANY REDIRECT FOR THIS WITNESS?

02:36PM   11             MR. KARMEL:  YES, PLEASE.  THANK YOU, YOUR HONOR.

02:37PM   12                      **REDIRECT EXAMINATION**

02:37PM   13   BY MR. KARMEL:

02:37PM   14   Q.   MS. HO, TURN TO THE FIRST REFUSAL TO FILL.  YOU SAID THAT

02:37PM   15   THE DRUG WAS A BENZODIAZEPINE; IS THAT CORRECT?

02:37PM   16   A.   YES.

02:37PM   17   Q.   CAN YOU EXPLAIN WHAT KIND OF MEDICATION THAT IS?

02:37PM   18   A.   BENZODIAZEPINE IS A MEDICATION THAT YOU USUALLY USE FOR A

02:37PM   19   DIFFERENT PURPOSE.  IT CAN BE USED FOR ANXIETY DISORDER,

02:37PM   20   APPENDIX DISORDER, FOR SLEEPY, FOR SEIZURE.

02:37PM   21   Q.   IS IT PRONE TO ABUSE?

02:37PM   22   A.   YES.

02:37PM   23             MR. FURSTMAN:  OBJECTION, YOUR HONOR.  CALLS FOR

02:38PM   24   SPECULATION BY THIS WITNESS.

02:38PM   25             THE COURT:  WHY DON'T YOU ASK IT A DIFFERENT WAY.

02:38PM   1    BY MR. KARMEL:

02:38PM   2    Q.   MS. HO, IN YOUR TRAINING AND EXPERIENCE ARE YOU ABLE TO

02:38PM   3    IDENTIFY MEDICATIONS THAT ARE PRONE TO ABUSE?

02:38PM   4    A.   YES.

02:38PM   5    Q.   AND DO YOU KNOW IF BENZODIAZEPINES IS ONE SUCH MEDICATION?

02:38PM   6    A.   YES.

02:38PM   7    Q.   AND CAN YOU EXPLAIN WHY THAT IS?

02:38PM   8    A.   BECAUSE THAT MEDICATION HAVE -- WHAT IT DOES IS THE BOTTOM

02:38PM   9    LINE IS THAT IT RELAXES THE MUSCLE.  IT DOES HAVE A SEDATIVE

02:38PM  10    PROPERTY WHICH MAKE A PATIENT SEEM CALM AND RELAXED, AND IT'S

02:38PM  11    WELL-KNOWN THAT THE MEDICATIONS CAN BE USED OR ONCE THEY USE IT

02:38PM  12    FOR A WHILE, THEY ACTUALLY BECOME TOLERANT, THEY NEED TO

02:38PM  13    INCREASE THE DOSE TO GET THE SAME EFFECT LATER ON AND FOR SOME

02:38PM  14    PEOPLE THEY MIGHT ACTUALLY BE DEPENDENT ON IT.

02:38PM  15    Q.   AND SO IN THIS CASE YOU REFUSED TO FILL BASED ON THE

02:39PM  16    PATIENT'S BEHAVIOR; IS THAT CORRECT?

02:39PM  17    A.   YES.

02:39PM  18    Q.   AND HOW -- AND SO YOU WERE ABLE TO IDENTIFY THAT BEHAVIOR

02:39PM  19    YOURSELF?

02:39PM  20    A.   YES.

02:39PM  21    Q.   AND SO YOU REFUSED TO FILL THAT PRESCRIPTION EVEN THOUGH

02:39PM  22    THE PATIENT WANTED IT?

02:39PM  23    A.   YES.

02:39PM  24    Q.   TURN TO THE SECOND REFUSAL TO FILL.

02:39PM  25         COULD YOU EXPLAIN THE DATABASE THAT YOU USED TO IDENTIFY

02:39PM  1    THE OTHER PRESCRIPTIONS?

02:39PM  2    A.   I USE THE CURES PDMP WEBSITE.  THAT'S THE DATABASE THAT

02:39PM  3    USUALLY FOR ALL OF THE PRESCRIBERS AND DISPENSARY TO HELP US

02:39PM  4    SEE THE HISTORY LIKE THE PATIENT FILLING HISTORY IN THE PAST

02:39PM  5    MONTH OR YOU CAN GO UP TO THE PAST 12 MONTHS FOR ALL OF THE

02:39PM  6    CONTROLLED MEDICATION.

02:40PM  7    Q.   AND HOW OFTEN DO YOU CHECK CURES DATA WHEN FILLING AN

02:40PM  8    OPIOID?

02:40PM  9    A.   I CHECK FOR ALL OF THE CONTROL, I CHECK CURES BEFORE I

02:40PM  10   FILL THE PRESCRIPTION.

02:40PM  11   Q.   AND SO IT WAS BASED ON THAT REVIEW THAT YOU IDENTIFIED THE

02:40PM  12   COMBINATION THERAPY?

02:40PM  13   A.   YES.

02:40PM  14   Q.   COULD DR. SIAO HAVE CHECKED CURES BEFORE HE WROTE THAT

02:40PM  15   PRESCRIPTION?

02:40PM  16   A.   YES.

02:40PM  17          MR. KARMEL:  NO FURTHER QUESTIONS.  THANK YOU,

02:40PM  18   YOUR HONOR.

02:40PM  19          THE COURT:  ANYTHING ELSE FOR THIS WITNESS?

02:40PM  20          MR. FURSTMAN:  VERY BRIEFLY.

02:40PM  21                    **RECROSS-EXAMINATION**

02:40PM  22   BY MR. FURSTMAN:

02:40PM  23   Q.   IS IT UNUSUAL FOR PRESCRIPTIONS TO NOT BE REFILLED BECAUSE

02:40PM  24   THEY WERE -- THEY SOUGHT REFILL EARLY?

02:41PM  25   A.   ACTUALLY REFILL TOO EARLY -- MOST OF THE PHARMACISTS I

02:41PM  1    KNOW TRY NOT TO REFILL TOO EARLY BECAUSE AS A CONTROL

02:41PM  2    MEDICATION WE TRY TO BE CONSISTENT WITH THE REFILL EARLY

02:41PM  3    BECAUSE IF EVERYONE, ALL OF THE CUSTOMERS COME IN AND KEEP

02:41PM  4    ASKING TO GET THE REFILL EARLY, WE CAN GET INTO NOT A PROBLEM

02:41PM  5    BUT LIKE LET'S SAY IF I GIVE OUT TWO DAY EARLY REFILL, IF YOU

02:41PM  6    ACCUMULATE IT UP EVERY YEAR THEY'RE GOING TO GET ONE MONTH

02:41PM  7    EXTRA ALREADY.

02:41PM  8         SO IF I FILL MORE THAN FOUR DAYS OR THREE DAYS OR FIVE

02:41PM  9    DAYS OF THE PRESCRIPTION EARLY, THEY ACCUMULATE OVER THE YEAR

02:41PM  10   THEY SHOULD HAVE A LOT MORE THAN THEY PRESCRIBE.

02:41PM  11   Q.   SO YOUR CONCERN ABOUT THE EARLY REFILL IS MORE IN TERMS OF

02:42PM  12   ACCOUNT OF HOW MUCH MEDICATION THEY'RE GOING TO GET AS OPPOSED

02:42PM  13   TO ANY IRREGULARITY WITH THE REFILL PRESCRIPTION; CORRECT?

02:42PM  14   A.   NO.  ACTUALLY WHAT I MEANT IS THAT I TRY TO KEEP THE

02:42PM  15   REFILL EARLY IN CONTROL IS BECAUSE WHEN -- IF THE PATIENT TAKES

02:42PM  16   THE MEDICATION AS DIRECTED, THEY SHOULD STILL HAVE THE

02:42PM  17   MEDICATION, BUT IF THEY KEEP CHECK IN TO GET THE EARLY REFILL,

02:42PM  18   WE MIGHT WORRY ABOUT THE RISK THAT THEY USE IT MORE THAN THEY

02:42PM  19   NEED IT OR USE IT MORE FREQUENT THAN WHAT THE DOCTOR

02:42PM  20   PRESCRIBED.

02:42PM  21   Q.   OKAY.  SO THE DOCTOR IS NOT INVOLVED IN THE REFILL;

02:42PM  22   CORRECT?

02:42PM  23   A.   NO.

02:42PM  24   Q.   OKAY.  SO YOUR CONCERN IS THE CHOICE THAT THE PATIENT

02:42PM  25   MAKES, NOT A CHOICE THAT THE DOCTOR MAKES; CORRECT?

02:43PM   1        A.   YES.

02:43PM   2                  THE COURT:  ANYTHING ELSE FOR THIS WITNESS?

02:43PM   3                  MR. KARMEL:  NO, YOUR HONOR.

02:43PM   4                  THE COURT:  MS. HO, YOU'VE COMPLETED YOUR TESTIMONY.

02:43PM   5        YOU'RE FREE TO GO.

02:43PM   6                  THE WITNESS:  THANK YOU.

02:43PM   7                  THE COURT:  THE GOVERNMENT'S NEXT WITNESS.

02:43PM   8                  MS. FLOYD:  YES, YOUR HONOR.

02:43PM   9             THE GOVERNMENT CALLS MR. TERRYL FENTON.

02:43PM  10                  THE COURT:  MR. FENTON, IF YOU WOULD COME FORWARD TO

02:43PM  11       THE WITNESS STAND, PLEASE, AND STAND TO BE SWORN.

02:43PM  12                  THE CLERK:  PLEASE RAISE YOUR RIGHT HAND.

02:43PM  13            **(GOVERNMENT'S WITNESS, TERRYL FENTON, WAS SWORN.)**

02:43PM  14                  THE WITNESS:  YES.

02:44PM  15                  THE CLERK:  THANK YOU, SIR.  PLEASE BE SEATED.

02:44PM  16            I'M GOING TO ASK YOU TO PULL THAT MICROPHONE UP CLOSE TO

02:44PM  17       YOU.

02:44PM  18                  THE WITNESS:  SURE.

02:44PM  19                  THE CLERK:  IF YOU WOULD PLEASE STATE YOUR NAME AND

02:44PM  20       SPELL YOUR LAST NAME FOR THE RECORD.

02:44PM  21                  THE WITNESS:  MY NAME IS TERRYL FENTON.  IT IS

02:44PM  22       SPELLED F-E-N-T-O-N.

02:44PM  23       ///

02:44PM  24       ///

02:44PM  25       ///

**DIRECT EXAMINATION**

BY MS. FLOYD:

Q.   GOOD AFTERNOON, MR. FENTON.  COULD YOU PLEASE TELL THE

JURY WHO YOU WORK FOR?

A.   I WORK FOR THE DRUG ENFORCEMENT ADMINISTRATION, ALSO KNOWN

AS THE DEA.

Q.   AND WHAT DO YOU DO FOR THE DEA?

A.   I AM A DIVERSION INVESTIGATOR.

Q.   AND HOW LONG HAVE YOU WORKED FOR THE DEA?

A.   I'VE WORKED FOR THE DEA FOR NINE YEARS.

Q.   AND CAN YOU TELL US A LITTLE BIT ABOUT YOUR EDUCATION?

WHERE DID YOU GO TO COLLEGE?

A.   UNDERGRAD I WENT TO UNIVERSITY OF LOUISIANA AT LAFAYETTE

WHERE I EARNED A BACHELOR'S IN BUSINESS ADMINISTRATION.

     I ALSO WENT TO GRADUATE SCHOOL AT WILMINGTON UNIVERSITY

WHERE I EARNED A MASTER'S DEGREE IN HOMELAND SECURITY WITH A

CONCENTRATION IN SAFETY AND SECURITY.

Q.   AND BEFORE JOINING THE DEA, WHAT DID YOU DO FOR A LIVING?

A.   I SERVED IN THE UNITED STATES AIR FORCE.

Q.   FOR HOW LONG?

A.   FOUR YEARS ACTIVE DUTY.

Q.   AND AFTER JOINING THE DEA, DID YOU GO THROUGH ANY

TRAININGS?

A.   YES.  I RECEIVED 500 HOURS OF BASIC DIVERSION TRAINING AT

THE DEA TRAINING ACADEMY AT QUANTICO VIRGINIA.

FENTON DIRECT BY MS. FLOYD                                    125

02:45PM  1    Q.   AND DID THAT TRAINING INCLUDE THE TOPIC OF CONTROLLED

02:45PM  2    SUBSTANCES?

02:45PM  3    A.   YES, I RECEIVED TRAINING IN CONTROLLED SUBSTANCE

02:45PM  4    IDENTIFICATION AND CONTROLLED SUBSTANCE COMPLIANCE.

02:46PM  5    Q.   AND YOU SAID COMPLIANCE.  CAN YOU TELL US WHAT YOU WERE

02:46PM  6    TRAINED TO COMPLY -- WHAT YOU WERE TRAINED TO COMPLY IN OR

02:46PM  7    IDENTIFY WHAT YOU WERE -- I'M SORRY, I DON'T KNOW WHY I'M

02:46PM  8    GETTING SO TONGUE TIED, EXCUSE ME.  IT'S BEEN A DAY.

02:46PM  9         YOU SAID THAT YOU WERE TRAINED IN CONTROLLED SUBSTANCES

02:46PM 10    AND TRAINED IN COMPLIANCE?

02:46PM 11    A.   CORRECT.

02:46PM 12    Q.   AND CAN YOU BE MORE SPECIFIC AS TO WHAT TOPIC OF

02:46PM 13    COMPLIANCE YOU WERE TRAINED IN?

02:46PM 14    A.   SURE.  THE AUTHORITY WOULD BE THE CONTROLLED SUBSTANCES

02:46PM 15    ACT.

02:46PM 16    Q.   THANK YOU.

02:46PM 17    A.   SURE.

02:46PM 18    Q.   HAVE YOU TAKEN ANY ADVANCE TRAINING IN THE SUBJECT OF

02:46PM 19    DIVERSION?

02:46PM 20    A.   YES.  I RECEIVED 40 HOURS OF ADVANCED SPECIALIZED

02:46PM 21    DIVERSION TRAINING IN THE AREA OF PHARMACEUTICAL OVERDOSE

02:46PM 22    DEATHS.

02:46PM 23    Q.   AND DO YOU EDUCATE OTHERS IN THE DEA OR OTHERWISE ON THE

02:47PM 24    ISSUES OF DIVERSION IN THE CONTROLLED SUBSTANCES ACT?

02:47PM 25    A.   YES.

FENTON DIRECT BY MS. FLOYD                                      126

02:47PM   1      Q.   OKAY.  AND WHAT IS THE CONTROLLED SUBSTANCES ACT?

02:47PM   2      A.   THE CONTROLLED SUBSTANCES ACT IS A COLLECTION OF FEDERAL

02:47PM   3      LAWS THAT REGULATE THE HANDLING AND MOVEMENT OF CONTROLLED

02:47PM   4      SUBSTANCES.

02:47PM   5      Q.   AND YOU'VE ALSO MENTIONED THE WORD "DIVERSION."

02:47PM   6      A.   UH-HUH.

02:47PM   7      Q.   AND WHAT AT A HIGH LEVEL DOES THAT MEAN?

02:47PM   8      A.   DIVERSION IS THE MOVEMENT OF CONTROLLED SUBSTANCES OUTSIDE

02:47PM   9      OF A CLOSED SYSTEM OF DISTRIBUTION.

02:47PM  10      Q.   OKAY.  AND HOW LONG HAVE YOU BEEN A DIVERSION

02:47PM  11      INVESTIGATOR?

02:47PM  12      A.   SIX YEARS.

02:47PM  13      Q.   AND WHAT ARE SOME OF THE RESPONSIBILITIES THAT YOU HAVE AS

02:47PM  14      A DIVERSION INVESTIGATOR?

02:47PM  15      A.   MY MAIN RESPONSIBILITY IS TO CONDUCT INVESTIGATIONS THAT

02:47PM  16      FOCUS ON THE DIVERSION OF CONTROLLED SUBSTANCES.

02:48PM  17      Q.   AND HOW MANY OF THOSE INVESTIGATIONS HAVE YOU DONE

02:48PM  18      THROUGHOUT YOUR CAREER WITH THE DEA?

02:48PM  19      A.   SO 20-PLUS INVESTIGATIONS.

02:48PM  20      Q.   OKAY.

02:48PM  21           YOUR HONOR, AT THIS TIME, THE GOVERNMENT MOVES TO HAVE

02:48PM  22      MR. FENTON ADMITTED AS AN EXPERT ON THE TOPIC OF CONTROLLED

02:48PM  23      SUBSTANCES ACT DIVERSION?

02:48PM  24                THE COURT:  MR. FURSTMAN, WOULD YOU LIKE TO VOIR

02:48PM  25      DIRE THE WITNESS ON HIS QUALIFICATIONS?

02:48PM   1            MR. FURSTMAN:  NOT ON HIS QUALIFICATIONS, NO.  THANK

02:48PM   2    YOU.

02:48PM   3            THE COURT:  ALL RIGHT.  ANY OBJECTION TO HIS

02:48PM   4    TESTIFYING AS AN EXPERT?

02:48PM   5            MR. FURSTMAN:  NO.

02:48PM   6            THE COURT:  ALL RIGHT.  MR. FENTON MAY TESTIFY AS

02:48PM   7    DESIGNATED.

02:48PM   8            MS. FLOYD:  THANK YOU, YOUR HONOR.

02:48PM   9    Q.   SO WE'VE TALKED ABOUT THE CONTROLLED SUBSTANCES ACT.  CAN

02:48PM  10    YOU TELL US WHAT THE CONTROLLED SUBSTANCES ACT COVERS?

02:48PM  11    A.   THE CONTROLLED SUBSTANCES ACT IS A COLLECTION OF FEDERAL

02:49PM  12    LAWS THAT REGULATE THE HANDLING AND MOVEMENT OF CONTROLLED

02:49PM  13    SUBSTANCES INSIDE OF A CLOSED SYSTEM OF DISTRIBUTION THAT IS

02:49PM  14    REGULATED BY THE DEA.

02:49PM  15    Q.   MS. LAM, CAN YOU PLEASE JUST SHOW TO THE DEFENDANT WHAT

02:49PM  16    HAS BEEN PREMARKED AS TRIAL EXHIBIT --

02:49PM  17            THE COURT:  DO YOU WANT TO SHOW THEM TO THE WITNESS.

02:49PM  18    YOU SAID THE DEFENDANT.

02:49PM  19            MS. FLOYD:  SORRY.  MY APOLOGIES.  PLEASE DON'T DO

02:49PM  20    THAT.  PLEASE SHOW TO THE WITNESS -- ALTHOUGH DEFENSE COUNSEL

02:49PM  21    HAS SEEN THIS BEFORE -- TO THE WITNESS EXHIBIT 121.

02:49PM  22        IT SHOULD BE UP ON YOUR SCREEN.

02:49PM  23            THE WITNESS:  OKAY.

02:49PM  24    BY MS. FLOYD:

02:49PM  25    Q.   DO YOU SEE THIS CHART?

02:49PM  1    A.   I DO NOT.  THE SCREEN IS OFF.  SHOULD I PRESS POWER?

02:49PM  2              THE CLERK:  IT MAY HAVE GOTTEN TURNED OFF.  YOU CAN

02:49PM  3    TOUCH IT.

02:49PM  4              THE WITNESS:  OKAY.

02:50PM  5              THE CLERK:  GIVE IT A MINUTE.

02:50PM  6              THE WITNESS:  SURE.

02:50PM  7              THE CLERK:  NOTHING?

02:50PM  8              THE WITNESS:  THERE IT IS.  IT JUST NEEDED SOME

02:50PM  9    TIME.

02:50PM  10   BY MS. FLOYD:

02:50PM  11   Q.   DO YOU RECOGNIZE THIS CHART?

02:50PM  12   A.   I DO.

02:50PM  13   Q.   OKAY.  WOULD THE ASSISTANCE OF THIS CHART HELP YOU EXPLAIN

02:50PM  14   THE SUBJECT OF CONTROLLED SUBSTANCES TO THE JURY?

02:50PM  15   A.   YES, IT WOULD.

02:50PM  16              MS. FLOYD:  YOUR HONOR, THE GOVERNMENT WOULD JUST

02:50PM  17   LIKE TO USE 120, MARKED FOR IDENTIFICATION AS 121 JUST AS A

02:50PM  18   DEMONSTRATIVE.  WE WON'T BE MOVING IT INTO EVIDENCE.

02:50PM  19              THE COURT:  SO AS A DEMONSTRATIVE WE'LL SHOW IT TO

02:50PM  20   THE JURY.  GO AHEAD.

02:50PM  21              MS. FLOYD:  WE'RE ALLOWED TO SHOW IT TO THE JURY

02:50PM  22   NOW?

02:50PM  23              THE COURT:  YES.

02:50PM  24              MS. FLOYD:  MS. LAM, CAN YOU PLEASE PUBLISH.  GOOD

02:51PM  25   TO GO.  OKAY.  AWESOME.

02:51PM  1    Q.   SO, MR. FENTON, YOU'VE BEEN TALKING ABOUT THE CONTROLLED

02:51PM  2    SUBSTANCES ACT.  CAN YOU JUST EXPLAIN TO THE JURY WHAT WE'RE

02:51PM  3    SEEING ON THIS CHART AS FAR AS CONTROLLED SUBSTANCES?

02:51PM  4    A.   SURE.  SO EVERY CONTROLLED SUBSTANCE IS ASSIGNED A

02:51PM  5    SCHEDULE, IT'S ASSIGNED ONE OUT OF FIVE SCHEDULES.

02:51PM  6         SO WHAT YOU'RE SEEING HERE IS THE CONTROLLED SUBSTANCE IS

02:51PM  7    ASSIGNED ONE OF THE SCHEDULES BASED UPON ITS MEDICAL USE,

02:51PM  8    POTENTIAL FOR ABUSE, AND POTENTIAL FOR ADDICTION.

02:51PM  9    Q.   OKAY.  AND IF WE LOOK AT SCHEDULE I, WHAT DOES IT MEAN TO

02:51PM  10   BE A SCHEDULE I DRUG?

02:51PM  11   A.   A SCHEDULE I DRUG HAS NO MEDICAL USE.  THE POTENTIAL FOR

02:51PM  12   ABUSE AND THE POTENTIAL FOR ADDICTION ARE HIGH.

02:52PM  13   Q.   AND CAN YOU PROVIDE JUST A FEW EXAMPLES OF WHAT A

02:52PM  14   SCHEDULE I DRUG WOULD BE?

02:52PM  15   A.   SURE.  SOME EXAMPLES WOULD BE ECSTASY, HEROIN, AND LSD.

02:52PM  16   Q.   AND HOW ABOUT WITH SCHEDULE II, WHAT IS A SCHEDULE II

02:52PM  17   DRUG?

02:52PM  18   A.   A SCHEDULE II DRUG DOES HAVE A MEDICALLY ACCEPTED USE,

02:52PM  19   HOWEVER, THE DRUG IS STRICTLY REGULATED.

02:52PM  20        THE POTENTIAL FOR ABUSE IS HIGH.  THE POTENTIAL FOR

02:52PM  21   ADDICTION IS MODERATE.

02:52PM  22   Q.   OKAY.  AND IS OXYCODONE A SCHEDULE II DRUG?

02:52PM  23   A.   OXYCODONE IS A SCHEDULE II DRUG.  IT'S ALSO KNOWN AS

02:52PM  24   PERCOCET.

02:52PM  25   Q.   HAVE YOU HEARD OF THE DRUG HYDROCODONE?

FENTON DIRECT BY MS. FLOYD

02:52PM 1    A.   YES, I HAVE.  IT'S ALSO KNOWN AS NORCO.

02:52PM 2    Q.   AND WHAT SCHEDULE DRUG IS THAT?

02:52PM 3    A.   THOSE ARE BOTH SCHEDULE II.

02:52PM 4    Q.   OKAY.  HOW ABOUT THE DRUG OR THE BRAND ADDERALL?

02:53PM 5    A.   ADDERALL, MY APOLOGIES, I'M NOT FAMILIAR WITH THE BRAND,

02:53PM 6    NO.

02:53PM 7    Q.   THAT'S OKAY.  WE'LL COME BACK TO THAT.

02:53PM 8         HOW ABOUT XANAX, DO YOU KNOW WHAT SCHEDULE THAT IS?

02:53PM 9    A.   XANAX WOULD BE A SCHEDULE IV.  IT'S ALSO KNOWN AS

02:53PM 10   ALPRAZOLAM.

02:53PM 11   Q.   AND WHEN WE'RE TALKING ABOUT THESE DRUGS AND THE

02:53PM 12   SCHEDULES, WHAT DOES IT ACTUALLY MEAN FOR IT TO BE CONTROLLED?

02:53PM 13   A.   SO A CONTROLLED DRUG IS A DRUG THAT IS FEDERALLY REGULATED

02:53PM 14   AND RECEIVES ONE OUT OF THE FIVE SCHEDULES THAT YOU SEE ON THE

02:53PM 15   SCHEDULE HERE.

02:53PM 16   Q.   DOES THAT MEAN ANYTHING SPECIFIC TO HOW THEY'RE SUPPOSED

02:53PM 17   TO BE HANDLED?

02:53PM 18   A.   SO IN TERMS OF HOW THEY'RE HANDLED, CONTROLLED DRUGS MUST

02:54PM 19   BE HANDLED BY THOSE WHO ARE REGISTERED TO HANDLE THEM.

02:54PM 20        SO, IN OTHER WORDS, YOU HAVE TO REGISTER WITH THE DEA TO

02:54PM 21   HANDLE A CONTROLLED DRUG.

02:54PM 22   Q.   IS THERE A NAME FOR A PERSON WHO IS REGISTERED TO HANDLE A

02:54PM 23   CONTROLLED DRUG?

02:54PM 24   A.   SURE.  QUITE SIMPLY A REGISTRANT.  IF YOU ARE REGISTERED

02:54PM 25   WITH THE DEA, YOU ARE INHOUSE CALLED A REGISTRANT.

02:54PM  1    Q.   AND TYPICALLY CAN A DOCTOR BE A REGISTRANT?

02:54PM  2    A.   YES.

02:54PM  3    Q.   OKAY.  MS. LAM, CAN YOU JUST SHOW THE WITNESS EXHIBIT --

02:54PM  4    WHAT HAS BEEN MARKED AS EXHIBIT 122 FOR IDENTIFICATION.

02:54PM  5         CAN YOU SEE IT UP ON YOUR SCREEN?

02:54PM  6    A.   YES.

02:54PM  7    Q.   AND DO YOU RECOGNIZE THIS GRAPH?

02:54PM  8    A.   I DO.

02:54PM  9    Q.   WOULD THIS HELP YOU EXPLAIN THE TOPIC THAT WE'RE TALKING

02:55PM  10   ABOUT, CONTROLLED SUBSTANCES TO THE JURY?

02:55PM  11   A.   YES.

02:55PM  12        MS. FLOYD:  YOUR HONOR, WE WOULD LIKE TO USE THIS AS

02:55PM  13   A DEMONSTRATIVE TO HELP EXPLAIN THE TESTIMONY?

02:55PM  14        THE COURT:  GO AHEAD AND SHOW IT TO THE JURY.

02:55PM  15        MS. FLOYD:  OKAY.  MS. LAM, WOULD YOU PUBLISH.

02:55PM  16   THANK YOU.  OKAY.  I THINK WE CAN ALL SEE.

02:55PM  17   Q.   ALL RIGHT.  MR. FENTON, CAN YOU JUST SORT OF WALK US

02:55PM  18   THROUGH WHAT WE'RE SEEING ON THIS GRAPH?

02:55PM  19   A.   SURE.  SO THE CIRCLE ON THIS GRAPH REPRESENTS THE CLOSED

02:55PM  20   SYSTEM OF DISTRIBUTION.

02:55PM  21        THE CIRCLE IS SEPARATED INTO FOUR QUADRANTS WITH DIFFERENT

02:55PM  22   COLORS.  EACH QUADRANT REPRESENTS A DEA REGISTRANT.

02:55PM  23        A DEA REGISTRANT IS AUTHORIZED TO HANDLE AND MOVE

02:56PM  24   CONTROLLED SUBSTANCES.

02:56PM  25        SO STARTING WITH THE IMPORTER/EXPORTER, THE CONTROLLED

02:56PM  1    SUBSTANCE MOVES TO THE MANUFACTURER, THEN TO THE DISTRIBUTOR,

02:56PM  2    AND THEN TO THE HEALTH CARE PROFESSION, PHARMACY, AND

02:56PM  3    RESEARCHER.  THIS IS THE CLOSED SYSTEM OF DISTRIBUTION THAT IS

02:56PM  4    REGULATED BY THE DEA.

02:56PM  5        IF YOU LOOK OUTSIDE OF THE CIRCLE, YOU'LL NOTICE ON BOTH

02:56PM  6    SIDES THE WORD "DIVERSION."  DIVERSION IS THE MOVEMENT OF

02:56PM  7    CONTROLLED SUBSTANCES OUT OF A CLOSED SYSTEM.  THAT IS A

02:56PM  8    VIOLATION OF THE CONTROLLED SUBSTANCES ACT.

02:56PM  9    Q.  CAN YOU --

02:56PM  10   A.  SORRY.  IF YOU LOOK AT THE GREEN QUADRANT, YOU'LL NOTICE

02:56PM  11   AN ARROW IS POINTING TO THE ULTIMATE USER.

02:56PM  12       THE GREEN ARROW -- OR EXCUSE ME, THE ARROW REPRESENTS

02:57PM  13   CONTROLLED SUBSTANCES THAT ARE ISSUED TO THE ULTIMATE USER

02:57PM  14   UNDER THE AUTHORITY OF A VALID PRESCRIPTION.

02:57PM  15   Q.  OKAY.  AND ACCORDING TO THIS CLOSED SYSTEM, WHAT WOULD BE

02:57PM  16   A VALID PRESCRIPTION?

02:57PM  17   A.  PURSUANT TO THE CONTROLLED SUBSTANCES ACT, A VALID

02:57PM  18   PRESCRIPTION IS A PRESCRIPTION THAT IS ISSUED FOR A LEGITIMATE

02:57PM  19   MEDICAL PURPOSE WITHIN THE USUAL COURSE OF PROFESSIONAL

02:57PM  20   PRACTICE.

02:57PM  21   Q.  AND AS YOUR JOB AS A DIVERSION INVESTIGATOR, IS THAT

02:57PM  22   WHAT -- WHAT TYPES OF CASES ARE YOU INVESTIGATING?

02:57PM  23   A.  SO BASED ON MY TRAINING AND EXPERIENCE, THIS IS WHAT I DO,

02:57PM  24   YEAH.  SO I INVESTIGATE CASES THAT HAVE DIVERSION.  THAT'S MY

02:57PM  25   PRIMARY JOB.

02:58PM  1    Q.   OKAY.  AND ARE YOU -- WHICH REGISTRANT ARE YOU PRIMARILY

02:58PM  2    INVESTIGATING WHEN YOU'RE LOOKING FOR A DIVERSION?

02:58PM  3    A.   UNDERSTOOD.  SO I WOULD SAY BASED ON MY TRAINING AND

02:58PM  4    EXPERIENCE THE MOST COMMON CASES OF DIVERSION ARE BETWEEN A

02:58PM  5    PRESCRIBING PHYSICIAN AND THE PATIENT.

02:58PM  6    Q.   SO WHEN YOU'RE TALKING ABOUT THE CLOSED LOOP OR THE CLOSED

02:58PM  7    SYSTEM OF DISTRIBUTION, BASED ON YOUR TRAINING AND EXPERIENCE,

02:58PM  8    IS THE DOCTOR A CRITICAL PART OF STAYING WITHIN THAT CLOSED

02:58PM  9    SYSTEM?

02:58PM  10   A.   ABSOLUTELY.  ALSO, THE CONTROLLED SUBSTANCES ACT STATES

02:58PM  11   THAT THE PRESCRIBING PHYSICIAN HAS A RESPONSIBILITY TO PROPERLY

02:58PM  12   PRESCRIBE A CONTROLLED SUBSTANCE.

02:58PM  13          MS. FLOYD:  THAT'S ALL I HAVE FOR THIS WITNESS,

02:58PM  14   YOUR HONOR.

02:58PM  15          THE COURT:  ALL RIGHT.  MR. FURSTMAN,

02:59PM  16   CROSS-EXAMINATION?

02:59PM  17                       **CROSS-EXAMINATION**

02:59PM  18   BY MR. FURSTMAN:

02:59PM  19   Q.   GOOD AFTERNOON.

02:59PM  20   A.   GOOD AFTERNOON.

02:59PM  21   Q.   IS IT AGENT OR SPECIAL AGENT?

02:59PM  22   A.   IT'S JUST INVESTIGATOR.

02:59PM  23   Q.   INVESTIGATOR.  DID YOU PREPARE THESE TWO EXHIBITS, 121 AND

02:59PM  24   122?

02:59PM  25   A.   I DID NOT.

FENTON CROSS BY MR. FURSTMAN

02:59PM 1    Q.   ALL RIGHT.  DO YOU KNOW WHO DID?

02:59PM 2    A.   YES.

02:59PM 3    Q.   ALL RIGHT.  AND WHO WAS THAT?

02:59PM 4    A.   THE DEA OFFICE OF TRAINING.

02:59PM 5    Q.   SO IS THIS LIKE A TRAINING MATERIAL, 121 AND 122?

02:59PM 6    A.   IT'S A DEMONSTRATIVE.

02:59PM 7    Q.   OKAY.  IF YOU WOULD BEAR WITH ME FOR A MINUTE.  I'M A

02:59PM 8    LITTLE LOST.  WOULD YOU EXPLAIN DIVERSION AGAIN FOR ME?

03:00PM 9    A.   SURE.  DIVERSION IS THE MOVEMENT OF CONTROLLED DRUGS

03:00PM 10   OUTSIDE OF A CLOSED SYSTEM OF DISTRIBUTION.

03:00PM 11   Q.   OKAY.  AND WHAT IS A CLOSED SYSTEM OF DISTRIBUTION?

03:00PM 12   A.   A CLOSED SYSTEM OF DISTRIBUTION IS, AS YOU HAVE ON YOUR

03:00PM 13   SHEET OF PAPER THERE, IS A REGULATED, IS A REGULATED SYSTEM

03:00PM 14   WHEREBY REGISTRANTS ARE AUTHORIZED TO MOVE AND HANDLE

03:00PM 15   CONTROLLED DRUGS.

03:00PM 16   Q.   ALL RIGHT.  NOW, WITH REGARD TO THE CASE THAT YOU'RE

03:00PM 17   TESTIFYING ON TODAY --

03:00PM 18   A.   UH-HUH.

03:00PM 19   Q.   -- DID YOU HAVE ANYTHING TO DO WITH THE UNDERLYING

03:00PM 20   INVESTIGATION GIVING RISE TO THIS MATTER?

03:00PM 21   A.   CAN YOU CLARIFY?

03:00PM 22   Q.   YEAH.  HAVE YOU DONE ANYTHING OTHER THAN TESTIFY HERE

03:00PM 23   TODAY AS AN EXPERT WITH -- RELATIVE TO AN INVESTIGATION

03:01PM 24   INVOLVING DR. DONALD SIAO?

03:01PM 25   A.   YES.

03:01PM  1    Q.   OKAY.  WHAT DID YOU DO?

03:01PM  2    A.   I LOOKED AT THE PRESCRIPTION DRUG MONITORING PROGRAM ALSO

03:01PM  3    KNOWN AS CURES.

03:01PM  4    Q.   ALL RIGHT.  AND WHAT DID YOU FIND?

03:01PM  5    A.   I SAW THAT DR. SIAO WAS A TOP 50 PRESCRIBER.

03:01PM  6    Q.   THAT HE WAS REGISTERED OR ACCESSIBLE THROUGH CURES;

03:01PM  7    CORRECT?

03:01PM  8    A.   CORRECT.

03:01PM  9    Q.   AND CURES IS A DATABASE THAT THE DEA HAS ACCESS TO;

03:01PM  10   CORRECT?

03:01PM  11   A.   CORRECT.

03:01PM  12   Q.   AND WHAT ABOUT STATE AUTHORITIES, DO THEY HAVE ACCESS TO

03:01PM  13   CURES AS WELL?

03:01PM  14   A.   YES.

03:01PM  15   Q.   ALL RIGHT.  SO EVERY TIME SOMEBODY WRITES A PRESCRIPTION,

03:01PM  16   WHAT HAPPENS TO THE PRESCRIPTION?  IT GETS FILLED AT A

03:01PM  17   PHARMACY?

03:01PM  18         MS. FLOYD:  YOUR HONOR, OBJECTION.  LACKS

03:01PM  19   FOUNDATION.

03:01PM  20         THE COURT:  SUSTAINED.

03:02PM  21         MR. FURSTMAN:  ALL RIGHT.

03:02PM  22   Q.   WHAT DID YOU FIND WITH REGARD TO YOUR INVESTIGATION

03:02PM  23   RELATIVE TO DR. SIAO?

03:02PM  24   A.   WHAT SPECIFICALLY DO YOU WANT TO KNOW?

03:02PM  25   Q.   WELL, WHAT YOU FOUND.

03:02PM   1    A.   THERE'S A LOT.

03:02PM   2              THE COURT:   THAT WOULD BE -- CAN YOU BREAK THAT

03:02PM   3    DOWN.

03:02PM   4              MR. FURSTMAN:   SURE.

03:02PM   5    Q.   YOU FOUND OUT THAT HE WAS REGISTERED WITH CURES; CORRECT?

03:02PM   6    A.   YES.

03:02PM   7    Q.   AND HE WROTE A LOT OF PRESCRIPTIONS; CORRECT?

03:02PM   8    A.   HE WROTE PRESCRIPTIONS, YES.

03:02PM   9    Q.   ALL RIGHT.  SO IS HE CONSIDERED A REGISTRANT?

03:02PM  10    A.   YES, HE IS AUTHORIZED TO HANDLE CONTROLLED DRUGS.  HE DOES

03:02PM  11    HAVE A -- AT THE TIME OF THE INVESTIGATION, HE DID HAVE A DEA

03:02PM  12    REGISTRATION, AND HE WAS AUTHORIZED TO HANDLE CONTROLLED

03:02PM  13    SUBSTANCES.  HE WOULD BE CONSIDERED A REGISTRANT, YES.

03:02PM  14    Q.   OKAY.  THANK YOU VERY MUCH.

03:02PM  15         I HAVE NOTHING FURTHER.

03:02PM  16              THE COURT:   ANY REDIRECT FOR THIS WITNESS?

03:02PM  17              MS. FLOYD:   JUST REALLY BRIEFLY, YOUR HONOR.

03:03PM  18                       **REDIRECT EXAMINATION**

03:03PM  19    BY MS. FLOYD:

03:03PM  20    Q.   YOU JUST TESTIFIED THAT DR. SIAO WAS A REGISTRANT;

03:03PM  21    CORRECT?

03:03PM  22    A.   YES.

03:03PM  23    Q.   AND AS A REGISTRANT, DOES HE HAVE A RESPONSIBILITY TO

03:03PM  24    ENSURE THAT HIS PRESCRIPTIONS ARE LEGITIMATE?

03:03PM  25    A.   ABSOLUTELY.

```
03:03PM   1              MS. FLOYD:  NO FURTHER QUESTIONS, YOUR HONOR.

03:03PM   2              THE COURT:  ALL RIGHT.  ANYTHING ELSE FOR THIS

03:03PM   3    WITNESS?

03:03PM   4              MR. FURSTMAN:  NO, YOUR HONOR.

03:03PM   5              THE COURT:  ALL RIGHT.  AND MAY MR. FENTON BE

03:03PM   6    EXCUSED?

03:03PM   7              MS. FLOYD:  YES, YOUR HONOR.

03:03PM   8              THE COURT:  ALL RIGHT.  MR. FENTON, THANK YOU FOR

03:03PM   9    YOUR TESTIMONY.  YOU'RE FREE TO GO.

03:03PM  10              THE WITNESS:  THANK YOU.

03:04PM  11              THE COURT:  MR. KARMEL, YOUR NEXT WITNESS.

03:04PM  12              MR. KARMEL:  YOUR HONOR, THE GOVERNMENT CALLS

03:04PM  13    LAUREN MCNULTY.

03:04PM  14              THE COURT:  ALL RIGHT.  IF YOU WOULD COME FORWARD TO

03:04PM  15    THE WITNESS STAND, PLEASE, AND STAND TO BE SWORN.

03:04PM  16              THE CLERK:  PLEASE RAISE YOUR RIGHT HAND.

03:04PM  17         (GOVERNMENT'S WITNESS, LAUREN MCNULTY, WAS SWORN.)

03:04PM  18              THE WITNESS:  YES.

03:04PM  19              THE CLERK:  THANK YOU.

03:04PM  20         PLEASE BE SEATED.  AND IF YOU WOULD PLEASE STATE YOUR NAME

03:04PM  21    AND SPELL YOUR LAST NAME FOR THE RECORD.

03:04PM  22              THE WITNESS:  MY NAME IS LAUREN MCNULTY.

03:04PM  23    M-C-N-U-L-T-Y.

03:04PM  24    ///

03:04PM  25    ///
```

**DIRECT EXAMINATION**

BY MR. KARMEL:

Q.   GOOD AFTERNOON, MS. MCNULTY.

A.   GOOD AFTERNOON.

Q.   COULD YOU PLEASE TELL THE JURY A BIT ABOUT YOUR

EDUCATIONAL BACKGROUND?

A.   YES.  I HAVE A BACHELOR'S DEGREE IN PSYCHOLOGY FROM THE

UNIVERSITY OF PENNSYLVANIA AND A MASTER'S DEGREE IN

EXPERIMENTAL PSYCHOLOGY FROM THE UNIVERSITY OF CALIFORNIA

SAN DIEGO.

Q.   WHERE DO YOU CURRENTLY WORK?

A.   I CURRENTLY WORK FOR THE U.S. DEPARTMENT OF HEALTH AND

HUMAN SERVICES OFFICE OF INSPECTOR GENERAL.

Q.   AND IF I REFER TO HHSOIG, DO YOU UNDERSTAND THAT TO REFER

TO THE DEPARTMENT OF HEALTH AND HUMAN SERVICES OFFICE OF THE

INSPECTOR GENERAL?

A.   I DO.

Q.   AND WHAT IS HHSOIG?

A.   WE ARE AN INDEPENDENT GROUP WITHIN THE DEPARTMENT OF

HEALTH AND HUMAN SERVICES THAT PROVIDES OVERSIGHT TO

DEPARTMENTAL PROGRAMS LIKE MEDICARE BY FIGHTING WASTE FRAUD AND

ABUSE, BY IDENTIFYING OPPORTUNITIES TO IMPROVE EFFICIENCY AND

EFFECTIVENESS OF PROGRAMS, AND BY PROMOTING THE HEALTH OF

PATIENTS WHO ARE SERVED BY THOSE PROGRAMS.

Q.   AND WHAT IS YOUR TITLE AT HHSOIG?

MCNULTY DIRECT BY MR. KARMEL                                    139

03:05PM  1    A.   I'M A SENIOR PROGRAM ANALYST.

03:05PM  2    Q.   AND WHAT DIVISION ARE YOU?

03:06PM  3    A.   I'M IN OUR DIVISION OF DATA ANALYTICS.

03:06PM  4    Q.   WHAT ARE YOUR CURRENT RESPONSIBILITIES, EXCUSE ME, IN YOUR

03:06PM  5    CURRENT ROLE?

03:06PM  6    A.   I PROVIDE DATA ANALYSIS FOR EACH OF MY ORGANIZATION'S

03:06PM  7    THREE MAIN COMPONENTS.  I PROVIDE ANALYTICS TO OUR AUDIT

03:06PM  8    COMPONENTS WHICH CAN -- AUDIT COMPONENT WHICH IT CONDUCTS

03:06PM  9    AUDITS TO ASSESS THE PERFORMANCE OF PROGRAMS LIKE MEDICARE.

03:06PM  10          I ALSO PROVIDE ANALYTICS TO OUR OFFICE OF EVALUATION AND

03:06PM  11   INSPECTIONS.  THEY DO NATIONAL STUDIES THAT PROVIDE THE

03:06PM  12   DEPARTMENT AND THE PUBLIC AND LAWMAKERS WITH INFORMATION AND

03:06PM  13   RECOMMENDATIONS ABOUT IMPROVING PROGRAMS AND POLICIES.

03:06PM  14          THE COURT:  IF YOU WOULD SLOW DOWN A LITTLE BIT.

03:06PM  15   THANKS.

03:06PM  16          THE WITNESS:  OF COURSE.

03:06PM  17      AND THEN I ALSO PROVIDE DATA ANALYTICS TO OUR OFFICE OF

03:06PM  18   INVESTIGATIONS.  THEY CONDUCT CIVIL AND CRIMINAL AND

03:06PM  19   ADMINISTRATIVE INVESTIGATIONS INTO POTENTIAL MISCONDUCT OR

03:06PM  20   FRAUD.

03:06PM  21   BY MR. KARMEL:

03:06PM  22   Q.   HOW LONG HAVE YOU BEEN A -- IN THE DIVISION OF DATA

03:07PM  23   ANALYTICS?

03:07PM  24   A.   WITH THE DIVISION OF DATA ANALYTICS, I'VE BEEN WITH THEM

03:07PM  25   FOR EIGHT YEARS.

03:07PM   1    Q.   AND WHERE WERE YOU BEFORE THAT?

03:07PM   2    A.   PRIOR TO THAT I WORKED FOR OUR OFFICE OF EVALUATION AND

03:07PM   3    INSPECTIONS.

03:07PM   4    Q.   FOR ABOUT HOW LONG?

03:07PM   5    A.   ABOUT 18 YEARS.

03:07PM   6    Q.   DID YOUR RESPONSIBILITIES IN THE PRIOR ROLE INCLUDE DATA

03:07PM   7    ANALYTICS AS WELL?

03:07PM   8    A.   IT DID, YES.

03:07PM   9    Q.   AND HOW DO YOU CONDUCT DATA ANALYTICS?

03:07PM  10    A.   I'M TYPICALLY WRITING CODE THAT RUNS AGAINST VERY LARGE

03:07PM  11    DATA SETS.

03:07PM  12    Q.   AND WHAT SORT OF EXPERIENCE DO YOU HAVE WITH CODING?

03:07PM  13    A.   I CODE ON A REGULAR BASIS AS PART OF MY JOB.

03:07PM  14    Q.   CAN YOU TELL US A LITTLE BIT MORE ABOUT THE TYPES OF

03:07PM  15    PROGRAMMING LANGUAGES YOU USE?

03:07PM  16    A.   I TYPICALLY CODE IN EITHER SAS OR SQL.

03:07PM  17    Q.   AND WHAT IS SAS?

03:07PM  18    A.   SAS IT IS -- ORIGINALLY I THINK IT WAS DESIGNED AS A

03:07PM  19    STATISTICAL ANALYSIS PACKAGE, BUT IT IS BROADLY USED FOR

03:08PM  20    MANIPULATING DATA.

03:08PM  21    Q.   AND HOW ABOUT SQL?

03:08PM  22    A.   SAME THING, FOR QUERYING AND ANALYZING DATA.

03:08PM  23    Q.   AND HOW OFTEN DO YOU USE THOSE PROGRAMMING LANGUAGES?

03:08PM  24    A.   THAT'S SOMETHING THAT I USE EVERY DAY.

03:08PM  25    Q.   CAN YOU TELL US A BIT ABOUT THE TYPES OF DATA THAT YOU ARE

03:08PM 1    ANALYZING?

03:08PM 2    A.   I'M TYPICALLY ANALYZING MEDICARE AND MEDICAID DATA, CLAIMS

03:08PM 3    DATA, PROVIDER DATA, BENEFICIARY DATA.  IT'S TRILLIONS OF

03:08PM 4    RECORDS.

03:08PM 5    Q.   YOU SAID TRILLIONS OF RECORDS?

03:08PM 6    A.   THAT'S CORRECT.

03:08PM 7    Q.   IS IT FAIR TO SAY THAT IT'S NOT POSSIBLE -- LET ME

03:08PM 8    REPHRASE.  IS IT POSSIBLE TO CONDUCT THAT TYPE OF ANALYSIS

03:08PM 9    MANUALLY?

03:08PM 10   A.   NO.

03:08PM 11   Q.   ARE YOU FAMILIAR WITH AN AGENCY CALLED CMS?

03:08PM 12   A.   I AM.

03:08PM 13   Q.   DOES THAT STAND FOR THE CENTERS FOR MEDICARE AND MEDICAID

03:08PM 14   SERVICES?

03:08PM 15   A.   YES, THAT'S CORRECT.

03:08PM 16   Q.   AND WHAT IS CMS?

03:08PM 17   A.   CMS IS AN AGENCY THAT ADMINISTERS THE MEDICARE AND

03:08PM 18   MEDICAID PROGRAMS.

03:08PM 19   Q.   AND DOES CMS MAINTAIN DATA?

03:09PM 20   A.   IT DOES.

03:09PM 21   Q.   AND IS ONE OF THOSE TYPES OF DATA CALLED PDE?

03:09PM 22   A.   YES.

03:09PM 23   Q.   AND CAN YOU TELL US WHAT PDE IS?

03:09PM 24   A.   YES.  SO PDE, THEY ARE PRESCRIPTION DRUG EVENT RECORDS.

03:09PM 25   IT IS A SUMMARY OF INFORMATION ABOUT A PRESCRIPTION THAT IS

03:09PM 1    COVERED UNDER MEDICARE PART D, WHICH IS THE PART OF MEDICARE

03:09PM 2    THAT PROVIDES PRESCRIPTION DRUG COVERAGE TO PATIENTS WHO OPT TO

03:09PM 3    ENROLL.

03:09PM 4         AND THE PDE RECORDS ARE SPECIFICALLY GENERATED WHEN A

03:09PM 5    PATIENT GOES TO A PHARMACY TO FILL A PRESCRIPTION, THE PHARMACY

03:09PM 6    WILL VERIFY THEIR ENROLLMENT IN A PART D PLAN AND DISPENSE THE

03:09PM 7    MEDICATION, AND THEN THE PHARMACY SUBMITS A CLAIM TO THE

03:09PM 8    PATIENT'S PART D PLAN.

03:09PM 9         AND ONCE THAT CLAIM IS APPROVED, THEN THE PLAN WILL SUBMIT

03:09PM 10   A SUMMARY RECORD TO CMS OF THAT TRANSACTION.  AND THE SUMMARY

03:09PM 11   RECORD INCLUDES RELEVANT INFORMATION LIKE THE PATIENT'S NAME,

03:09PM 12   THE PROVIDER AND PHARMACY IDENTIFIERS, THE DRUG THAT WAS

03:10PM 13   DISPENSED, THE DATE ON WHICH IT IS DISPENSED, THE AMOUNT OF

03:10PM 14   DRUG, AND THE DAY SUPPLIED.

03:10PM 15   Q.   HOW OFTEN ARE YOU ANALYZING PDE DATA?

03:10PM 16   A.   I ANALYZE PDE DATA RELATIVELY FREQUENTLY.

03:10PM 17             MR. KARMEL:  YOUR HONOR, AT THIS TIME I WOULD OFFER

03:10PM 18   MS. MCNULTY AS AN EXPERT IN MEDICARE PDE DATA ANALYSIS.

03:10PM 19             THE COURT:  ALL RIGHT.  MR. FURSTMAN, WOULD YOU LIKE

03:10PM 20   TO VOIR DIRE THE WITNESS ON HER QUALIFICATIONS?

03:10PM 21             MR. FURSTMAN:  WELL, VERY BRIEFLY.

03:10PM 22             THE COURT:  SURE.

03:10PM 23             MR. KARMEL:  YOUR HONOR, SHOULD I BE SEATED FOR THE

03:10PM 24   VOIR DIRE?

03:10PM 25             THE COURT:  SURE.

**VOIR DIRE EXAMINATION**

BY MR. FURSTMAN:

Q.   GOOD AFTERNOON.

A.   GOOD AFTERNOON.

Q.   WHO DO YOU WORK FOR?

A.   I WORK FOR THE U.S. DEPARTMENT HEALTH AND HUMAN SERVICES

OFFICE OF INSPECTOR GENERAL.

Q.   AND WHAT IS THE RELATIONSHIP BETWEEN THAT OFFICE AND

MEDICARE?

A.   WE ARE BOTH CMS, WHICH IS THE AGENCY THAT ADMINISTERS THE

MEDICARE PROGRAM, AND OIG, WHICH IS THE ORGANIZATION THAT I

WORK FOR.

     WE ARE BOTH IN THE U.S. DEPARTMENT OF HEALTH AND HUMAN

SERVICES, BUT OIG IS AN INDEPENDENT ORGANIZATION WITHIN THE

DEPARTMENT THAT IS CHARGED WITH PROVIDING OVERSIGHT, SORT OF A

THIRD PARTY WATCH DOG TO AGENCIES LIKE CMS, WHICH ADMINISTERS

MEDICARE.

Q.   OKAY.  AND HOW DOES THAT RELATE TO WHAT YOU TESTIFIED TO

EARLIER, CODING?

A.   SO AS PART OF MY JOB TO HELP SUPPORT PROVIDING OVERSIGHT

OF THE PROGRAMS, WE DO DATA ANALYSIS TO IDENTIFY SERVICE

UTILIZATION, POTENTIAL OUTLIERS OR AREAS OF FRAUD OR MISCODING,

MANY DIFFERENT METRICS THAT WE LOOK INTO.

     SO I USE DATA ANALYSIS AS PART OF MY JOB TO HELP MY

ORGANIZATION PROVIDE OVERSIGHT TO THE AGENCY.

03:12PM  1    Q.   OKAY.  AND WHO ASKED YOU TO PROVIDE THE OVERSIGHT, FOR

03:12PM  2    EXAMPLE, TALKING ABOUT THE PDE?

03:12PM  3    A.   I AM -- SO --

03:12PM  4              MR. KARMEL:  OBJECTION.  AMBIGUOUS.

03:12PM  5              THE COURT:  YOU MEAN AN INDIVIDUAL OR AN AGENCY WHO

03:12PM  6    WOULD ASK?

03:12PM  7              MR. FURSTMAN:  THE AGENCY.

03:12PM  8              THE COURT:  OKAY.  THANK YOU.

03:12PM  9              THE WITNESS:  WELL, BROADLY SPEAKING, EACH

03:12PM 10    DEPARTMENT IN THE GOVERNMENT HAS ITS OWN INSPECTOR GENERAL'S

03:12PM 11    OFFICE, AND WE ARE ESTABLISHED IN LAW AS A MEASURE TO HELP

03:12PM 12    PROTECT TAXPAYER FUNDS AND HOW THEY'RE BEING SPENT.

03:12PM 13         SO WE ARE BROADLY TASKED WITH PROVIDING OVERSIGHT OF ALL

03:12PM 14    DEPARTMENTAL FUNCTIONS.

03:12PM 15    BY MR. FURSTMAN:

03:13PM 16    Q.   OKAY.  HAVE YOU BEEN QUALIFIED AS AN EXPERT BEFORE?

03:13PM 17    A.   I HAVE, YES.

03:13PM 18    Q.   ALL RIGHT.  AND IS THAT IN ANALYTICS?

03:13PM 19    A.   IT WAS A SIMILAR SITUATION, YES.

03:13PM 20    Q.   SO IT INVOLVED PDE'S?

03:13PM 21    A.   THAT'S CORRECT.

03:13PM 22    Q.   ALL RIGHT.  AND WHERE WAS THAT?

03:13PM 23    A.   THAT WAS IN A CASE ALSO IN THE NORTHERN DISTRICT OF

03:13PM 24    CALIFORNIA IN SAN FRANCISCO.

03:13PM 25    Q.   OKAY.  THANK YOU.  I APPRECIATE YOUR TIME.

03:13PM  1      A.   THANK YOU.

03:13PM  2              THE COURT:  ANY OBJECTION TO THE WITNESS TESTIFYING

03:13PM  3      AS AN EXPERT?

03:13PM  4              MR. FURSTMAN:  NO, YOUR HONOR.

03:13PM  5              THE COURT:  THANK YOU.

03:13PM  6          MS. MCNULTY, YOU MAY TESTIFY AS AN EXPERT IN MEDICARE AND

03:13PM  7      MEDICAID PDE DATA.

03:13PM  8                   **DIRECT EXAMINATION** (RESUMED)

03:13PM  9      BY MR. KARMEL:

03:14PM 10      Q.   MS. MCNULTY, ARE YOU FAMILIAR WITH THE INVESTIGATION OF

03:14PM 11      DONALD SIAO?

03:14PM 12      A.   YES.

03:14PM 13      Q.   AND WHAT INVOLVEMENT, IF ANY, DID YOU HAVE IN THE

03:14PM 14      INVESTIGATION?

03:14PM 15      A.   I WAS ASKED BY OUR OFFICE OF INVESTIGATIONS TO DETERMINE

03:14PM 16      HOW DR. SIAO'S MEDICARE PART D OPIOID PRESCRIBING COMPARED TO

03:14PM 17      OTHER PRESCRIBERS.

03:14PM 18      Q.   AND AS PART OF THAT ANALYSIS, DID YOU REVIEW PDE DATA?

03:14PM 19      A.   I DID.

03:14PM 20      Q.   AND CAN YOU PLEASE REMIND THE JURY WHAT THAT IS?

03:14PM 21      A.   SO THOSE ARE -- IT'S BASICALLY THE EQUIVALENT OF A

03:14PM 22      PRESCRIPTION.  IT'S A RECORD THAT REFLECTS A PRESCRIPTION THAT

03:14PM 23      WAS DISPENSED TO A MEDICARE PATIENT.

03:14PM 24      Q.   DID YOU ALSO REVIEW PROVIDER DATA?

03:14PM 25      A.   I DID.

03:14PM   1    Q.   AND CAN YOU PLEASE DESCRIBE WHAT THAT MEANS?

03:14PM   2    A.   YES.  SO I USED TWO SOURCES OF PROVIDER INFORMATION BOTH

03:14PM   3    OF WHICH ARE MAINTAINED BY CMS.  ONE SYSTEM IS USED BY CMS TO

03:14PM   4    ASSIGN UNIQUE IDENTIFIERS TO ANY HEALTH CARE PRACTITIONER IN

03:14PM   5    THE COUNTRY WHO WANTS TO BILL OR TRANSMIT HEALTH DATA

03:15PM   6    ELECTRONICALLY.  AND WHEN HEALTH CARE PROVIDERS APPLY FOR THOSE

03:15PM   7    UNIQUE IDENTIFIERS, THEY HAVE TO PROVIDE INFORMATION LIKE NAME,

03:15PM   8    TAX I.D., PRACTICE LOCATION, AND SPECIALTY.

03:15PM   9        AND THEN IF THE PROVIDERS WOULD LIKE TO TAKE THE

03:15PM  10    ADDITIONAL STEP OF PROVIDING SERVICES TO MEDICARE PATIENTS,

03:15PM  11    THEN THEY NEED TO ENROLL AS A MEDICARE PROVIDER.

03:15PM  12        SO ON THAT APPLICATION THEY SUBMIT SIMILAR SORTS OF

03:15PM  13    INFORMATION, NAME, TAX I.D., PRACTICE LOCATION, AND SPECIALTY.

03:15PM  14        CMS MAINTAINS BOTH OF THOSE DATA SETS.  PROVIDERS ARE

03:15PM  15    SUPPOSED TO KEEP THE INFORMATION IN BOTH OF THOSE DATA SETS UP

03:15PM  16    TO DATE.  THEY'RE BOTH CONSIDERED RELIABLE, AND I USED BOTH OF

03:15PM  17    THEM IN THE COURSE OF MY ANALYSIS.

03:15PM  18    Q.   AND FINALLY, DID YOU ALSO RELY ON INFORMATION FROM THE

03:15PM  19    CDC?

03:15PM  20    A.   I DID.

03:16PM  21    Q.   AND DO YOU UNDERSTAND CDC TO REFER TO THE CENTERS FOR

03:16PM  22    DISEASE CONTROL AND PREVENTION?

03:16PM  23    A.   YES.

03:16PM  24    Q.   AND WHAT TYPE OF DATA DID YOU ANALYZE?

03:16PM  25    A.   SO CDC PUBLISHES A FILE OF CONVERSION FACTORS THAT CAN BE

03:16PM  1     USED TO STANDARDIZE THE AMOUNT OF OPIOID THAT IS IN A

03:16PM  2     MEDICATION.

03:16PM  3          DIFFERENT OPIOID MEDICATIONS CAN HAVE DIFFERENT AMOUNTS OF

03:16PM  4     OPIOID IN THEM.  SOME ARE STRONGER OR MORE POTENT THAN OTHERS.

03:16PM  5     SO IF YOU WANT TO SEE HOW MUCH OPIOID A PATIENT IS GETTING OR

03:16PM  6     COMPARE OPIOID MEDICATIONS, YOU HAVE TO STANDARDIZE THE AMOUNT

03:16PM  7     OF OPIOID IN THEM SO YOU'RE COMPARING APPLES TO APPLES.  AND

03:16PM  8     THE WAY THAT WE DO THAT IS WE'RE USING SOMETHING CALLED WORKING

03:16PM  9     MILLIGRAM EQUIVALENT, OR MME.

03:16PM  10         AND THAT BASICALLY DESCRIBES THE POTENCY OF 1 MILLIGRAM OF

03:17PM  11    A DRUG RELATIVE TO MORPHINE.  SO 1 MILLIGRAM OF OXYCODONE IS

03:17PM  12    THE EQUIVALENT OF 1.5 MILLIGRAMS OF MORPHINE.  SO THE MME

03:17PM  13    CONVERSION FACTOR FOR OXYCODONE WOULD BE 1.5.

03:17PM  14         AND CDC PUBLISHED A FILE WITH OPIOID MEDICATIONS AND THEIR

03:17PM  15    CONVERSION FACTORS, AND I TOOK THAT FILE AND I APPLIED IT TO

03:17PM  16    THE PDE RECORDS SO I COULD STANDARDIZE THE AMOUNT OF OPIOID IN

03:17PM  17    EACH OF THE PART D PRESCRIPTIONS THAT WERE INCORPORATED IN MY

03:17PM  18    ANALYSIS.

03:17PM  19    Q.   DID YOU RELY ON PDE PROVIDERS AND CDC DATA FOR THE

03:17PM  20    ANALYSES THAT YOU CONDUCTED OF DR. SIAO?

03:17PM  21    A.   YES, THAT'S CORRECT.

03:17PM  22    Q.   DID YOU CONDUCT A COMPARISON OF DR. SIAO'S AVERAGE PER

03:18PM  23    PATIENT DAILY MORPHINE EQUIVALENT?

03:18PM  24    A.   YES, I DID.

03:18PM  25    Q.   AND CAN YOU EXPLAIN WHAT THAT METRIC IS?



03:18PM  1    A.    IT IS BASICALLY THE AMOUNT OF OPIOID THAT A PATIENT --

03:18PM  2    PATIENTS ARE GETTING ON AVERAGE PER DAY.

03:18PM  3    Q.    WHAT WAS THE TIME PERIOD OF THE ANALYSIS THAT YOU

03:18PM  4    CONDUCTED FOR THAT METRIC?

03:18PM  5    A.    I LOOKED AT OPIOID PRESCRIPTIONS FROM 2016 THROUGH 2019.

03:18PM  6    Q.    HOW DID YOU SCOPE THE ANALYSIS?

03:18PM  7    A.    I COMPARED DR. SIAO TO OTHER CALIFORNIA FAMILY MEDICINE

03:18PM  8    PRACTITIONERS WHO PRESCRIBED OPIOIDS TO AT LEAST 50 MEDICARE

03:18PM  9    PATIENTS.

03:18PM  10   Q.    AND SO TAKING EACH OF THOSE IN TURN -- ACTUALLY, I RETRACT

03:18PM  11   THAT QUESTION.

03:18PM  12        SO THAT MEANS THAT YOU LIMITED THE ANALYSIS TO THOSE THREE

03:18PM  13   CATEGORIES; IS THAT CORRECT?

03:18PM  14   A.    THAT'S CORRECT.

03:18PM  15   Q.    OR CRITERIA MAYBE?

03:18PM  16   A.    CRITERIA.

03:18PM  17   Q.    OKAY.  SO THEN TAKING THOSE IN TURN, WHY DID YOU ELIMINATE

03:19PM  18   THE ANALYSIS TO DOCTORS IN CALIFORNIA?

03:19PM  19   A.    WELL, GENERALLY SPEAKING, I OFTEN SCOPED THE ANALYSIS WITH

03:19PM  20   THE INTENTION OF MAKING IT THE MOST FAIR AND ACCURATE AS IT CAN

03:19PM  21   BE, THAT'S ALWAYS MY GOAL.  AND PATIENTS -- PATIENT POPULATIONS

03:19PM  22   AND PROVIDERS IN ONE PLACE CAN LOOK DIFFERENT THAN PATIENT

03:19PM  23   POPULATIONS AND PROVIDERS IN OTHER PLACES.  SO WHEN DOING THESE

03:19PM  24   TYPES OF ANALYSES, WE OFTEN LIMIT IT TO CERTAIN GEOGRAPHIC

03:19PM  25   LOCATIONS LIKE STATE.

03:19PM  1       SO IN THIS CASE I COMPARED DR. SIAO TO OTHER CALIFORNIA

03:19PM  2   PRESCRIBERS.

03:19PM  3   Q.   AND THEN A SIMILAR QUESTION.  WHY DID YOU RESTRICT IT TO

03:19PM  4   FAMILY MEDICINE PRACTITIONERS?

03:19PM  5   A.   DR. SIAO IS A FAMILY MEDICINE PRACTITIONERS, AND SO I

03:19PM  6   COMPARED HIM TO OTHER FAMILY MEDICINE PRACTITIONERS WITH THE

03:19PM  7   ASSUMPTION THAT FAMILY MEDICINE PRACTITIONERS ARE OFTEN

03:19PM  8   TREATING SORT OF THE SAME KIND OF BROADER PATIENT BASIS FOR A

03:20PM  9   BROADER RANGE OF CONDITIONS.

03:20PM  10  Q.   AND HOW DID YOU KNOW THAT HE WAS CLASSIFIED AS A FAMILY

03:20PM  11  MEDICINE DOCTOR?

03:20PM  12  A.   I USED THE PROVIDER DATA THAT I MENTIONED EARLIER THAT ARE

03:20PM  13  IN THOSE TWO CMS DATA SETS.

03:20PM  14  Q.   AND WHERE DOES THE PROVIDER DATA COME FROM?

03:20PM  15  A.   THE PROVIDER DATA IS SELF-REPORTED BY THE PROVIDERS.

03:20PM  16  Q.   FINALLY, WHY WAS YOUR ANALYSIS LIMITED TO DOCTORS WITH AT

03:20PM  17  LEAST 50 MEDICARE -- ACTUALLY, I'LL RETRACT THE QUESTION.

03:20PM  18       YOU MENTIONED THAT IT WAS RESTRICTED TO, YOU MENTIONED

03:20PM  19  YOUR ANALYSIS WAS RESTRICTED TO DOCTORS WITH AT LEAST 50

03:20PM  20  MEDICARE BENEFICIARY PATIENTS.

03:20PM  21       CAN YOU EXPLAIN WHAT THAT MEANS, FIRST?

03:20PM  22  A.   YES.  SO IN ORDER TO BE INCLUDED IN THE ANALYSIS, A

03:20PM  23  PRESCRIBER HAD TO HAVE PRESCRIBED OPIOIDS TO AT LEAST 50

03:20PM  24  MEDICARE PATIENTS IN A GIVEN YEAR.

03:21PM  25  Q.   AND WHY DID YOU LIMIT THE ANALYSIS BY THAT CRITERION?

03:21PM 1    A.   I DIDN'T WANT TO INCLUDE PRESCRIBERS WHO MAYBE ONLY HAD A

03:21PM 2    HANDFUL OF OPIOID PATIENTS.  SO, YOU KNOW, DOCTORS WHO ARE

03:21PM 3    PRESCRIBING TO MORE OPIOID PATIENTS MAY SEEM RATHER EGREGIOUS

03:21PM 4    BY COMPARISON.  SO WE WANTED TO ELIMINATE THOSE DOCTORS WHO

03:21PM 5    DON'T PRESCRIBE OPIOIDS NORMALLY IN THE COURSE OF THEIR

03:21PM 6    PRACTICE AND JUST FOCUS ON PROVIDERS WHO PRESCRIBE TO AT LEAST

03:21PM 7    50 MEDICARE PATIENTS.

03:21PM 8        AGAIN, IT'S ALL DESIGNED TO TRY TO MAKE IT AS FAIR AND

03:21PM 9    ACCURATE AS POSSIBLE.

03:21PM 10   Q.   BEFORE WE TURN TO THE CONCLUSIONS OF YOUR ANALYSIS, LET ME

03:21PM 11   ASK, DID YOU CREATE ANY SORT OF CHART BASED ON YOUR ANALYSIS?

03:21PM 12   A.   I DID.

03:21PM 13   Q.   AND BEFORE WE TURN TO THAT, ARE THE CONCLUSIONS -- EXCUSE

03:21PM 14   ME.  ARE ANY OF YOUR CONCLUSIONS, BASICALLY YOUR ANALYSIS, DO

03:22PM 15   ANY OF THEM PERTAIN TO WHETHER ANY OF THE PRESCRIPTIONS ARE

03:22PM 16   MEDICALLY NECESSARY?

03:22PM 17   A.   NO, THAT IS NOT PART OF MY ANALYSIS.

03:22PM 18   Q.   AND DID YOU ACCESS ANY PATIENT FILES AS PART OF YOUR

03:22PM 19   ANALYSIS?

03:22PM 20   A.   I DID NOT.

03:22PM 21   Q.   SO WHAT WAS THE CONCLUSION YOU DREW FROM YOUR ANALYSIS?

03:22PM 22   A.   ESSENTIALLY THAT DR. SIAO IS AN OUTLIER, THAT THE AMOUNT

03:22PM 23   OF OPIOID THAT HE WAS PRESCRIBING PER PATIENT PER DAY ON

03:22PM 24   AVERAGE WAS HIGHER THAN 99 PERCENT OF OTHER FAMILY MEDICINE

03:22PM 25   PRACTITIONERS IN CALIFORNIA.

03:22PM  1    Q.   MS. LAM, CAN YOU PLEASE SHOW THE WITNESS WHAT IS MARKED AS

03:22PM  2    GOVERNMENT'S EXHIBIT 58.

03:22PM  3         MS. MCNULTY, DO YOU SEE WHAT IS MARKED ON YOUR SCREEN AS

03:22PM  4    GOVERNMENT'S EXHIBIT 58?

03:22PM  5    A.   I DO.

03:22PM  6    Q.   AND DO YOU RECOGNIZE THIS?

03:22PM  7    A.   YES.

03:22PM  8    Q.   CAN YOU TELL US WHAT IT IS?

03:23PM  9    A.   THIS IS A CHART THAT WAS GENERATED FROM MY ANALYSIS.

03:23PM  10   Q.   AND DID YOU CREATE THIS CHART?

03:23PM  11   A.   I DID.

03:23PM  12   Q.   AND DOES IT REFLECT THE CONCLUSIONS OF YOUR ANALYSIS?

03:23PM  13   A.   IT DOES.

03:23PM  14        MR. KARMEL:  YOUR HONOR, THE GOVERNMENT WOULD MOVE

03:23PM  15   TO ADMIT EXHIBIT 58 INTO EVIDENCE.

03:23PM  16        THE COURT:  ANY OBJECTION?

03:23PM  17        MR. FURSTMAN:  NO, YOUR HONOR.

03:23PM  18        THE COURT:  IT WILL BE ADMITTED.

03:23PM  19   (GOVERNMENT'S EXHIBIT 58 WAS RECEIVED IN EVIDENCE.)

03:23PM  20        MR. KARMEL:  MS. LAM, CAN YOU PLEASE PUBLISH.

03:23PM  21   BY MR. KARMEL:

03:23PM  22   Q.   MS. MCNULTY, WHAT IS THE TITLE THIS CHART?

03:23PM  23   A.   AVERAGE PER PATIENT DAILY MORPHINE EQUIVALENT FOR

03:23PM  24   CALIFORNIA PRACTITIONERS IN FAMILY MEDICINE WHO PRESCRIBED

03:23PM  25   OPIOIDS TO AT LEAST 50 MEDICARE BENEFICIARIES.

03:23PM   1    Q.   AND MORPHINE EQUIVALENT IN THIS CONTEXT, IS THAT THE SAME

03:23PM   2    AS MORPHINE MILLIGRAM EQUIVALENT?

03:23PM   3    A.   YES, MORPHINE EQUIVALENT, MME, IT ALL REFERS TO THAT

03:24PM   4    STANDARDIZED LIED AMOUNT OF OPIOID.

03:24PM   5    Q.   AND SO TURNING TO YOUR CHART, CAN YOU PLEASE EXPLAIN WHAT

03:24PM   6    THE DARK GREY BARS MEAN?

03:24PM   7    A.   YES.  THE DARK GREY BAR, AS WELL AS THE LIGHT GREY BAR,

03:24PM   8    BOTH OF THOSE ARE DESCRIBING, PRESCRIBING PATTERNS FOR THE

03:24PM   9    FAMILY MEDICINE PRACTITIONERS AS A GROUP.

03:24PM  10        SO WHAT I DID WAS I BASICALLY TOOK THE AVERAGE PER PATIENT

03:24PM  11    DAILY MME AMOUNT FOR EACH PRESCRIBER AND LINED IT UP IN ORDER

03:24PM  12    FROM SMALLEST TO LARGEST.

03:24PM  13        AND THAT DARK GREY BAR IS THE MEDIAN OR THE MIDPOINT OF

03:24PM  14    THAT DATA.  IT'S ALSO CALLED THE 50TH PERCENTILE.  IT MEANS

03:24PM  15    THAT HALF OF THE PRESCRIBERS WERE PRESCRIBING LESS THAN THAT

03:24PM  16    AMOUNT AND HALF OF THE PRESCRIBERS WERE PRESCRIBING MORE THAN

03:24PM  17    THAT AMOUNT.

03:24PM  18        SO IN 2016 WE SEE THAT THE AVERAGE PER PATIENT -- IN 2016

03:25PM  19    WE SEE THAT THE AVERAGE PER PATIENT DAILY MME AMOUNT THAT

03:25PM  20    PRESCRIBERS WERE PRESCRIBING AT THE MEDIAN WAS 44 MME.

03:25PM  21    Q.   AND WHAT DOES THE LIGHT GREY BAR MEAN?

03:25PM  22    A.   THE LIGHT GREY BAR SHOWS THE 99 PERCENTILE.

03:25PM  23        SO AS I MENTIONED, THE MEDIAN CAN ALSO BE REFERRED TO AS

03:25PM  24    THE 50TH PERCENTILE.

03:25PM  25        THE LIGHT GREY IS THE 99TH PERCENTILE.  THAT MEANS THAT

03:25PM   1    99 PERCENT OF PRESCRIBERS WERE PRESCRIBING BELOW THAT AMOUNT

03:25PM   2    AND THE TOP 1 PERCENT WERE PRESCRIBING ABOVE THAT AMOUNT.

03:25PM   3    Q.   AND FINALLY, WHAT DOES THE BLUE BAR REPRESENT?

03:25PM   4    A.   THE BLUE BAR REPRESENTS DR. SIAO.

03:25PM   5    Q.   AND SO WHAT IS THE CONCLUSION THAT YOU DRAW FROM THIS DATA

03:25PM   6    TOGETHER?

03:25PM   7    A.   SO AS WE CAN SEE IN 2016, THE AMOUNT PRESCRIBED BY

03:25PM   8    DR. SIAO, WHICH WAS 177 MME ON AVERAGE PER PATIENT PER DAY,

03:25PM   9    THAT IS NOTICEABLY HIGHER THAN THE 99TH PERCENTILE.  SO HE'S UP

03:26PM   10   THERE IN THAT TOP 1 PERCENT.  HE'S PRESCRIBING AN UNUSUALLY

03:26PM   11   HIGH AMOUNT RELATIVE TO OTHER FAMILY MEDICINE PRACTITIONERS.

03:26PM   12   Q.   AND IS THAT THE SAME CONCLUSION THAT YOU DRAW FOR THE

03:26PM   13   OTHER YEARS ON THIS CHART, 2017 THROUGH 2019?

03:26PM   14   A.   YES.  AND EACH YEAR UNDER REVIEW HE WAS PRESCRIBING MORE

03:26PM   15   THAN 99 PERCENT OF OTHER FAMILY MEDICINE PRACTITIONERS.

03:26PM   16            MR. KARMEL:  NO FURTHER QUESTIONS, YOUR HONOR.

03:26PM   17            THE COURT:  THANK YOU.  CROSS-EXAMINATION?

03:26PM   18            MR. FURSTMAN:  SORRY.  I'M THINKING WHILE I'M

03:26PM   19   WALKING.

03:27PM   20                        **CROSS-EXAMINATION**

03:27PM   21   BY MR. FURSTMAN:

03:27PM   22   Q.   SO YOU COMPILE INFORMATION THAT'S PART OF YOUR ANALYTIC

03:27PM   23   SCREENING; CORRECT?

03:27PM   24   A.   THAT'S CORRECT.

03:27PM   25   Q.   AND IN THIS CASE RELATIVE TO DR. SIAO, YOU COMPARED DATA

03:27PM  1   REGARDING HIS PRACTICE TO OTHER FAMILY MEDICAL PRACTICES;

03:27PM  2   CORRECT?

03:27PM  3   A.   THAT'S CORRECT.  I DETERMINED THE AVERAGE AMOUNT

03:27PM  4   PRESCRIBED PER PATIENT PER DAY PER DR. SIAO AS WELL AS FOR

03:27PM  5   OTHER CALIFORNIA MEDICINE PRACTITIONERS AND COMPARED THEM.

03:27PM  6   Q.   ALL RIGHT.  SO THE FACTORS THAT WOULD AFFECT THE BOTTOM

03:27PM  7   LINE NUMBER THAT YOU ARRIVED AT, INCLUDING THE NUMBER THAT YOU

03:27PM  8   ARRIVED AT WITH REGARD TO DR. SIAO'S PATIENTS, THAT WOULD BE

03:27PM  9   AFFECTED BY THE NUMBER OF PATIENTS THAT DR. SIAO HAS; ISN'T

03:27PM  10  THAT CORRECT?

03:27PM  11  A.   WELL, IT TAKES INTO ACCOUNT THE NUMBER OF PATIENTS THAT HE

03:28PM  12  HAS, BUT IT'S AN AVERAGE OVER PATIENTS.  SO IT SORT OF CONTROLS

03:28PM  13  FOR THE NUMBER OF PATIENTS.  SO EVEN IF DOCTORS HAVE SLIGHTLY

03:28PM  14  DIFFERENT NUMBERS OF OPIOID PATIENTS THAT THEY'RE TREATING

03:28PM  15  BECAUSE IT'S AN AVERAGE PER PATIENT THAT IS KIND OF CONTROLLING

03:28PM  16  FOR THE NUMBER OF PATIENTS.

03:28PM  17  Q.   WELL, WHAT IF THEY HAVE SUBSTANTIALLY HIGHER NUMBERS?  IN

03:28PM  18  OTHER WORDS, A SUBSTANTIALLY HIGHER CLIENT BASE OR PATIENT

03:28PM  19  BASE?

03:28PM  20  A.   IT STILL, IT STILL IS AN AVERAGE.  YOU'RE TAKING THE TOTAL

03:28PM  21  AMOUNT OF OPIOID THAT THE PRESCRIBER PRESCRIBED ALL OF HIS OR

03:28PM  22  HER OPIOID PATIENTS AND DIVIDING IT BY THE NUMBER OF OPIOID

03:28PM  23  PATIENTS THAT THEY HAVE TO ARRIVE AT THE AVERAGE PER PATIENT.

03:28PM  24  SO WHEN YOU ARE COMPARING, YOU ARE COMPARING SIMILAR METRICS

03:28PM  25  ACROSS PROVIDERS.

03:28PM   1      Q.   ALL RIGHT.  AND DID YOU DETERMINE THE AMOUNT OF PATIENTS

03:28PM   2      THAT DR. SIAO HAD?

03:28PM   3      A.   I BELIEVE THAT WAS PART OF MY ANALYSIS, YES.

03:28PM   4      Q.   AND WHAT WAS THAT?

03:28PM   5      A.   IF I RECALL CORRECTLY, I THINK HE HAD BETWEEN 100 AND 150

03:29PM   6      OPIOID PATIENTS IN EACH OF THE YEARS UNDER REVIEW.

03:29PM   7      Q.   ALL RIGHT.  AND WHAT WAS THE AVERAGE?

03:29PM   8      A.   I DIDN'T, DIDN'T -- OH, I'M SORRY?  AN AVERAGE?  WHAT WAS

03:29PM   9      THE AVERAGE OF WHAT?

03:29PM  10      Q.   WHAT WAS THE -- OTHER THAN -- WELL, YOU TALKED ABOUT

03:29PM  11      DR. SIAO'S PRACTICE AND THEN YOU COMPARED IT, I THOUGHT YOU

03:29PM  12      SAID, WITH THE AVERAGE NUMBER OF PATIENTS THAT OTHERS SIMILARLY

03:29PM  13      SITUATED PRACTICES HAD?

03:29PM  14      A.   I DIDN'T COMPARE THE NUMBER OF PATIENTS.  I COMPARED THE

03:29PM  15      AVERAGE AMOUNT OF OPIOID THAT EACH PATIENT WAS RECEIVING FROM

03:29PM  16      EACH PRESCRIBER.

03:29PM  17      Q.   ALL RIGHT.  SO YOU DON'T ACTUALLY KNOW HOW MUCH PATIENTS

03:29PM  18      DR. SIAO HAD IN HIS CLINIC; CORRECT?

03:29PM  19      A.   I KNOW THE NUMBER OF MEDICARE PART D OPIOID PATIENTS THAT

03:29PM  20      HE HAD.  THAT IS REFLECTED IN MY ANALYSIS AND WAS INCLUDED IN

03:29PM  21      THE ANALYSIS FOR CALCULATING THE AVERAGE.

03:29PM  22           I AM NOT AWARE OF HIS CLINIC PATIENTS IN GENERAL.

03:30PM  23      Q.   ALL RIGHT.  SO PATIENTS -- PATIENTS GO TO DOCTORS WHEN

03:30PM  24      THEY DON'T HAVE PART D COVERAGE; CORRECT?

03:30PM  25      A.   YES.

MCNULTY CROSS BY MR. FURSTMAN                                        156

03:30PM  1    Q.   AND SO YOU DON'T KNOW WHAT PERCENTAGE OF DR. SIAO'S

03:30PM  2    PRACTICE INVOLVED PATIENTS THAT DIDN'T HAVE MEDICARE BENEFITS;

03:30PM  3    CORRECT?

03:30PM  4    A.   YEAH, I DO NOT KNOW THAT.

03:30PM  5    Q.   ALL RIGHT.  SO THAT NUMBER COULD SWAY OR AFFECT YOUR

03:30PM  6    OPINION IN TERMS OF WHAT THE AVERAGE NUMBER OF PATIENTS

03:30PM  7    RECEIVING OPIOIDS IS; CORRECT?

03:30PM  8    A.   WELL, I LOOKED AT THE AVERAGE AMOUNT OF OPIOID THAT

03:30PM  9    MEDICARE PATIENTS RECEIVED EACH DAY.  SO I LOOKED AT MEDICARE

03:30PM  10   PRESCRIPTIONS PROVIDED TO MEDICARE PATIENTS.

03:30PM  11   Q.   ALL RIGHT.  BUT THERE COULD BE A WHOLE OTHER SECTOR OUT

03:30PM  12   THERE INVOLVING NON-MEDICARE PATIENTS THAT ARE RECEIVING

03:30PM  13   OPIOIDS?

03:30PM  14   A.   YES, THEY WOULD NOT HAVE BEEN INCLUDED IN MY ANALYSIS.

03:30PM  15   Q.   ALL RIGHT.  SO DO YOU -- YOU DON'T KNOW WHAT NUMBER THAT

03:31PM  16   IS, DO YOU?

03:31PM  17   A.   NO.  I ONLY ANALYZED THE MEDICARE DATA.

03:31PM  18   Q.   ALL RIGHT.  AND DO YOU KNOW WHAT PERCENTAGE OF PATIENT

03:31PM  19   BASED MEDICARE PATIENTS ARE IN DR. SIAO'S PRACTICE?

03:31PM  20   A.   I DO NOT.

03:31PM  21   Q.   ALL RIGHT.  AND YOU DIDN'T KNOW FOR ANY OF THE YEARS THAT

03:31PM  22   YOU DID YOUR ANALYSIS FOR; CORRECT?

03:31PM  23   A.   THAT'S CORRECT.

03:31PM  24   Q.   ALL RIGHT.  AND THE DATA THAT YOU, THAT YOU RECOVERED OR

03:31PM  25   THAT YOU REVIEWED FOR YOUR ANALYSIS, THAT WAS -- CAME OFF OF A

03:31PM   1     COMPUTER GENERATED PROGRAM, DIDN'T IT?

03:31PM   2          AND FORGIVE ME, MY KNOWLEDGE OF COMPUTERS AND THINGS OF

03:31PM   3     THAT NATURE IS -- WE ALMOST HAD A PHONE THAT YOU COULD REALLY

03:31PM   4     DIAL WHEN I WAS A KID.

03:31PM   5     A.   I HAD THAT AS WELL.

03:31PM   6     Q.   NO, YOU'RE NOT THAT OLD.

03:31PM   7     A.   I USED A PROGRAM THAT I RAN AGAINST A VERY LARGE DATABASE

03:32PM   8     THAT CONTAINED THE RECORDS.

03:32PM   9     Q.   AS PART OF THE DATA THAT YOU RECEIVED DURING YOUR

03:32PM  10     INVESTIGATION WAS BASED UPON, I THINK YOU SAID, SELF-REPORTING;

03:32PM  11     CORRECT?

03:32PM  12     A.   THE PROVIDER DATA, WHETHER OR NOT SOMEONE WAS LOCATED IN

03:32PM  13     CALIFORNIA OR WHETHER OR NOT SOMEONE WAS A FAMILY MEDICINE

03:32PM  14     PRACTITIONER, THAT IS BASED ON THAT PROVIDER DATA THAT IS

03:32PM  15     SELF-REPORTED BY PROVIDERS.

03:32PM  16          THE PRESCRIPTION DATA IS ALL GENERATED FROM THE PART D

03:32PM  17     PHARMACY CLAIMS.  SO EVERY TIME -- SO WHEN A PATIENT FILLS A

03:32PM  18     PRESCRIPTION AT A PHARMACY, A RECORD OF THAT PRESCRIPTION IS

03:32PM  19     SENT TO CMS, WHICH IS THE AGENCY THAT ADMINISTRATORS MEDICARE

03:32PM  20     AS PART OF A RECORD, AND THAT DATA IS VERY ROBUST AND VERY

03:32PM  21     RELIABLE.  IT IS NOT SELF-REPORTED AS GENERATED AS PART OF THE

03:32PM  22     PHARMACY FILLING A PRESCRIPTION.

03:32PM  23     Q.   ALL RIGHT.  BUT AS FAR AS YOU KNOW DR. SIAO WAS, FOR LACK

03:32PM  24     OF A BETTER WORD, IN COMPLIANCE WITH HIS SELF-REPORTING

03:33PM  25     REQUIREMENTS; CORRECT?

03:33PM 1      A.   IN TERMS OF THE?

03:33PM 2      Q.   THE MEDICARE.

03:33PM 3      A.   THE PROVIDER DATA?

03:33PM 4      Q.   YES.

03:33PM 5      A.   I ASSUME THAT HIS DATA IS IN THERE SO HE WOULD HAVE HAD TO

03:33PM 6      SELF-REPORT IT.

03:33PM 7      Q.   ALL RIGHT.  AND THAT CREATES A RECORD OR A PAPER TRAIL,

03:33PM 8      DOESN'T IT?

03:33PM 9      A.   IN THOSE TWO PROVIDER DATABASES I DESCRIBED, YES.

03:33PM 10     Q.   ALL RIGHT.  THANK YOU VERY MUCH.

03:33PM 11          I HAVE NOTHING FURTHER.

03:33PM 12     A.   THANK YOU.

03:33PM 13          THE COURT:  REDIRECT FOR THIS WITNESS?

03:33PM 14          MR. KARMEL:  JUST BRIEFLY, YOUR HONOR.

03:33PM 15          THE COURT:  OKAY.

03:33PM 16                    **REDIRECT EXAMINATION**

03:33PM 17     BY MR. KARMEL:

03:33PM 18     Q.   MS. MCNULTY, SO, AGAIN, YOUR TESTIMONY TODAY IS JUST

03:33PM 19     LIMITED TO THE CONCLUSIONS REFLECTED IN THE GOVERNMENT'S

03:33PM 20     EXHIBIT; IS THAT CORRECT?

03:33PM 21     A.   THAT IS CORRECT.

03:33PM 22     Q.   APOLOGIES.  I SHOULD -- TO BE CLEAR, THAT'S EXHIBIT 58,

03:34PM 23     WHICH IS THE BAR CHART THAT YOU CREATED?

03:34PM 24     A.   THAT'S CORRECT.

03:34PM 25     Q.   AND JUST TURNING QUICKLY TO THE SUBJECT OF AVERAGES.  DID

03:34PM 1    YOU DO ANYTHING TO CONTROL FOR AVERAGES IN THIS -- IN YOUR

03:34PM 2    ANALYSIS?

03:34PM 3         I'LL ASK A BETTER QUESTION.  CAN YOU EXPLAIN AGAIN WHY YOU

03:34PM 4    USED THE AT LEAST 50 MEDICARE BENEFICIARY PATIENTS CRITERIA AS

03:34PM 5    ONE OF THE SCOPING CRITERIA?

03:34PM 6    A.   YES.  IN AN ATTEMPT TO CREATE A MORE FAIR COMPARISON, WE

03:34PM 7    WANTED TO ELIMINATE PRESCRIBERS WHO HAD JUST A SMALL NUMBER OF

03:34PM 8    MEDICARE OPIOID PATIENTS.  WE WANTED TO LIMIT IT TO PROVIDERS

03:34PM 9    WHO HAD AT LEAST 50 OPIOID MEDICARE PATIENTS.

03:34PM 10   Q.   AND ON THE SUBJECT OF AVERAGES, DOES THE GROSS NUMBER OF

03:35PM 11   PATIENTS DETERMINE AN AVERAGE AMOUNT OF MME?

03:35PM 12   A.   IT FACTORS INTO THE CALCULATION BECAUSE WE ARE TAKING THE

03:35PM 13   TOTAL AMOUNT OF OPIOID PRESCRIBED AND DIVIDING IT BY THE NUMBER

03:35PM 14   OF OPIOID PATIENTS TO COME UP WITH AN AVERAGE AMOUNT PER

03:35PM 15   PATIENT.

03:35PM 16        WHEN YOU DO THAT, THE AMOUNT OF OPIOID PATIENTS THE

03:35PM 17   PRESCRIBER HAS IS IN A SENSE CONTROLLED FOR, SO IT'S NOT

03:35PM 18   INFLUENCING THE OUTCOME, WHETHER OR NOT THEY HAVE MORE OR LESS.

03:35PM 19   IT'S ALL DONE ON A PER PATIENT BASIS AND THEREFORE IS

03:35PM 20   COMPARABLE ACROSS PRESCRIBERS.

03:35PM 21   Q.   AND SO WOULD A DOCTOR WITH A HIGHER NUMBER OF PATIENTS

03:35PM 22   NECESSARILY HAVE A HIGHER AVERAGE IN THIS ANALYSIS?

03:35PM 23   A.   NO.

03:35PM 24            MR. KARMEL:  NO FURTHER QUESTIONS.

03:35PM 25            THE COURT:  THANK YOU.  ANYTHING ELSE FOR THIS

03:35PM  1    WITNESS?

03:35PM  2              MR. FURSTMAN:  VERY BRIEFLY.

03:35PM  3                    **RECROSS-EXAMINATION**

03:35PM  4    BY MR. FURSTMAN:

03:36PM  5    Q.   DID YOUR ANALYSIS OR YOUR PROCESS OF ANALYSIS FACTOR IN

03:36PM  6    THE SEVERITY OF THE MALADIES, FOR LACK OF A BETTER WORD, OF

03:36PM  7    DR. SIAO'S PATIENTS?

03:36PM  8    A.   I DID NOT FACTOR THAT INTO MY ANALYSIS.  I DID NOT HAVE

03:36PM  9    ACCESS TO THAT INFORMATION.

03:36PM 10    Q.   ALL RIGHT.  SO IF -- WOULD YOU AGREE WITH ME THEN, IF A

03:36PM 11    PATIENT NEEDED MORE MEDICATION THAN THE AVERAGE, THAT WOULD

03:36PM 12    AFFECT YOUR OPINION, WOULDN'T IT?

03:36PM 13    A.   IT -- I CAN ONLY DRAW CONCLUSIONS ABOUT THE ANALYSIS THAT

03:36PM 14    I DID, AND I'M NOT AWARE OF, YOU KNOW, THE PATIENT CONDITIONS.

03:36PM 15    THAT WAS NOT PART OF MY ANALYSIS.

03:36PM 16    Q.   ALL RIGHT.  BUT THE PATIENT CONDITION COULD AFFECT THE

03:36PM 17    AMOUNT OF OPIOIDS PROVIDED; CORRECT?

03:36PM 18    A.   I WOULD ASSUME, YES.

03:37PM 19              MR. KARMEL:  OBJECTION.  FOUNDATION.

03:37PM 20              THE COURT:  SUSTAINED.

03:37PM 21              MR. FURSTMAN:  I BELIEVE I HAD ONE OTHER AREA OF

03:37PM 22    INQUIRY, BUT LET ME THINK.

03:37PM 23         NO, I THINK I'VE COVERED IT.

03:37PM 24         THANK YOU VERY MUCH FOR YOUR ATTENTION AND TIME.  I

03:37PM 25    APPRECIATE IT.

03:37PM  1          THE COURT:  MR. KARMEL, ANYTHING ELSE FOR THIS

03:37PM  2     WITNESS.

03:37PM  3          MR. KARMEL:  NO.  I APPRECIATE IT.

03:37PM  4          THE COURT:  AND MAY MS. MCNULTY BE EXCUSED?

03:37PM  5          MR. KARMEL:  YES.  THANK YOU, YOUR HONOR.

03:37PM  6          THE COURT:  MS. MCNULTY, THANK YOU FOR YOUR

03:37PM  7     TESTIMONY.  YOU'RE FREE TO GO.

03:37PM  8        ALL RIGHT.  WE'RE GOING TO TAKE THAT SECOND BREAK I'VE

03:37PM  9     PROMISED YOU.  LET'S COME BACK AT TEN MINUTES TO 4:00.

03:37PM  10        (RECESS FROM 3:37 P.M. UNTIL 3:52 P.M.)

03:52PM  11          THE COURT:  WE'RE BACK ON THE RECORD.  ALL COUNSEL

03:52PM  12     AND THE PARTIES ARE HERE, ALL OF OUR JURORS.

03:52PM  13        WOULD THE UNITED STATES LIKE TO CALL YOUR NEXT WITNESS?

03:52PM  14          MR. KARMEL:  YES, YOUR HONOR.  THANK YOU,

03:52PM  15     YOUR HONOR.

03:52PM  16        THE GOVERNMENT CALLS AGENT LOTTIE BLOXSOM.

03:52PM  17          THE COURT:  ALL RIGHT.  AGENT, IF YOU WOULD COME

03:52PM  18     FORWARD TO THE WITNESS STAND, PLEASE, AND STAND TO BE SWORN.

03:53PM  19          THE CLERK:  PLEASE RAISE YOUR RIGHT HAND.

03:53PM  20        **(GOVERNMENT'S WITNESS, LOTTIE BLOXSOM, WAS SWORN.)**

03:53PM  21          THE WITNESS:  YES.

03:53PM  22          THE CLERK:  THANK YOU.  PLEASE BE SEATED.

03:53PM  23        IF YOU WOULD PLEASE, STATE YOUR NAME AND SPELL YOUR LAST

03:53PM  24     NAME FOR THE RECORD.

03:53PM  25          THE WITNESS:  IT'S LOTTIE BLOXSOM.  B-L-O-X-S-O-M.

03:53PM   1            THE COURT:  I NEED YOU TO SPEAK A LITTLE LOUDER, AND

03:53PM   2    MAKE SURE THAT MICROPHONE IS WORKING.

03:53PM   3            THE WITNESS:  DO YOU WANT ME TO SAY IT AGAIN?

03:53PM   4            THE COURT:  PERFECT.

03:53PM   5                        **DIRECT EXAMINATION**

03:53PM   6    BY MR. KARMEL:

03:53PM   7    Q.   AGENT BLOXSOM, IF YOU COULD STATE YOUR NAME AGAIN FOR THE

03:53PM   8    RECORD?

03:53PM   9    A.   IT'S LOTTIE BLOXSOM.  B-L-O-X-S-O-M.

03:53PM  10    Q.   AGENT BLOXSOM, GOOD AFTERNOON.

03:53PM  11    A.   GOOD AFTERNOON.

03:53PM  12    Q.   WHERE ARE YOU CURRENTLY EMPLOYED?

03:53PM  13    A.   I WORK FOR THE CALIFORNIA DEPARTMENT OF JUSTICE.

03:54PM  14    Q.   WHAT DIVISION WITHIN THE CALIFORNIA DEPARTMENT OF JUSTICE

03:54PM  15    DO YOU WORK IN?

03:54PM  16    A.   I CURRENTLY WORK FOR THE DIVISION OF LAW ENFORCEMENT.

03:54PM  17    PRIOR TO THAT WITHIN THE DEPARTMENT I WORKED FOR THE DIVISION

03:54PM  18    OF MEDI-CAL FRAUD AND ELDER ABUSE.

03:54PM  19    Q.   AND WHAT IS YOUR CURRENT JOB TITLE?

03:54PM  20    A.   I'M CURRENTLY A SPECIAL AGENT SUPERVISOR.

03:54PM  21    Q.   HOW LONG HAVE YOU WORKED FOR THE CALIFORNIA DEPARTMENT OF

03:54PM  22    JUSTICE?

03:54PM  23    A.   I WAS HIRED IN JULY OF 2016, SO ALMOST SEVEN YEARS.

03:54PM  24    Q.   AND DO YOU HAVE ANY PRIOR LAW ENFORCEMENT EXPERIENCE?

03:54PM  25    A.   I DO.

03:54PM 1    Q.   COULD YOU TELL US WHAT IT IS?

03:54PM 2    A.   PRIOR TO THAT I USED TO WORK FOR THE DEPARTMENT OF HEALTH

03:54PM 3    CARE SERVICES AS AN INVESTIGATOR.

03:54PM 4        AND PRIOR TO THAT I WORKED FOR THE CALIFORNIA DEPARTMENT

03:54PM 5    OF PUBLIC HEALTH AS A FOOD AND DRUG INVESTIGATOR.

03:54PM 6    Q.   AND WHAT WERE YOUR RESPONSIBILITIES IN THOSE ROLES?

03:55PM 7    A.   AS A FOOD AND DRUG INVESTIGATOR I WORKED INVESTIGATIONS

03:55PM 8    RELATED TO FOOD-BORN OUTBREAKS AND FOOD RECALLS.

03:55PM 9        FOR THE DEPARTMENT OF HEALTH CARE SERVICES I WAS A

03:55PM 10   MEDI-CAL FRAUD INVESTIGATOR, AND I HAD RESPONSIBILITIES RELATED

03:55PM 11   TO DOCTOR SHOPPING, FRAUDULENT MEDI-CAL CLAIMS, THINGS LIKE

03:55PM 12   THAT.

03:55PM 13       AND CURRENTLY -- I WAS HIRED BY THE DEPARTMENT OF JUSTICE

03:55PM 14   IN JULY OF 2016 AND UNDER THE DIVISION OF MEDI-CAL FRAUD AND

03:55PM 15   ELDER ABUSE I WAS A SPECIAL AGENT ON THE DRUG DIVERSION TEAM.

03:55PM 16       AND THEN AFTER ABOUT FIVE YEARS I PROMOTED TO SPECIAL

03:55PM 17   AGENT SUPERVISOR, AND NOW I WORK FOR OUR PROFESSIONAL STANDARDS

03:55PM 18   GROUP AND DO INTERNAL AFFAIRS INVESTIGATIONS.

03:55PM 19   Q.   YOU MENTIONED DOCTOR SHOPPING.  WHAT DOES THAT MEAN?

03:55PM 20   A.   DOCTOR SHOPPING IN GENERAL IS WHEN PATIENTS SEEK OUT

03:56PM 21   CONTROLLED SUBSTANCE PRESCRIPTIONS FROM MULTIPLE DOCTORS AND

03:56PM 22   THEN TRY TO FILL THOSE PRESCRIPTIONS AT DIFFERENT PHARMACIES IN

03:56PM 23   ESSENCE.

03:56PM 24   Q.   AND YOU ALSO USE THE TERM "DIVERSION."  WHAT DOES

03:56PM 25   DIVERSION MEAN?



03:56PM 1    A.   DIVERSION IS BASICALLY THE ILLEGAL DISTRIBUTION OR

03:56PM 2    PRESCRIBING OF CONTROLLED SUBSTANCES OR THE ABUSE OF CONTROLLED

03:56PM 3    SUBSTANCES WHEN THEY'RE TAKEN OUT OF THEIR NORMAL COURSE THAT

03:56PM 4    WAS INTENDED BY A PRESCRIBER.

03:56PM 5    Q.   AND DOES DIVERSION -- WE'LL GET TO THIS A BIT LATER BUT

03:56PM 6    DOES DIVERSION INCLUDE PILL SHARING?

03:56PM 7    A.   IT CAN, YES.

03:56PM 8    Q.   SO TURNING BACK TO YOUR POSITION PRIOR TO YOUR CURRENT

03:56PM 9    ONE, YOU SAID YOU WERE A SPECIAL AGENT WITH THE BUREAU OF

03:56PM 10   MEDI-CAL FRAUD AND ELDER ABUSE; IS THAT CORRECT?

03:56PM 11   A.   CORRECT.

03:56PM 12   Q.   AND WHAT -- WERE YOU ON ANY PARTICULAR TEAM THERE?

03:56PM 13   A.   YEAH.  I WAS ASSIGNED TO THE DRUG DIVERSION TEAM.

03:56PM 14   Q.   AND WHAT DID THE DRUG DIVERSION TEAM DO?

03:56PM 15   A.   THE DRUG DIVERSION TEAM WAS PRIMARILY ASSIGNED TO WORK

03:57PM 16   CASES OR REFERRALS THAT WE WOULD RECEIVE FROM EITHER DOCTORS OR

03:57PM 17   OTHER MEDI-CAL -- EXCUSE ME, MEDICAL PROFESSIONALS, OTHER LAW

03:57PM 18   ENFORCEMENT, DEA, REFERRALS FROM FAMILY MEMBERS OR MEMBERS OF

03:57PM 19   THE COMMUNITY RELATED TO OVERPRESCRIBING OR DOCTOR SHOPPING.

03:57PM 20   Q.   SO WHAT WERE YOUR RESPONSIBILITIES ON THE DRUG DIVERSION

03:57PM 21   TEAM?

03:57PM 22   A.   SO ONCE WE RECEIVED REFERRALS, OUR RESPONSIBILITY WAS TO

03:57PM 23   INVESTIGATE THE INFORMATION OR THE ALLEGATIONS THAT CAME IN

03:57PM 24   POTENTIALLY THROUGH DATA MINING OR PERFORMING UNDERCOVER

03:57PM 25   OPERATIONS OR REVIEWING RECORDS OR OTHER NECESSARY THINGS TO

03:57PM  1      INVESTIGATE THAT REFERRAL.

03:57PM  2      Q.   AND DID THAT INCLUDE INVESTIGATIONS OF MEDICAL DOCTORS?

03:58PM  3      A.   CORRECT.

03:58PM  4      Q.   WHAT WAS THE PURPOSE OF INVESTIGATING MEDICAL DOCTORS?

03:58PM  5      A.   TYPICALLY -- I MEAN, IN MY EXPERIENCE DURING MY TIME ON

03:58PM  6      THAT TEAM, WE RECEIVED EITHER REFERRALS OR INFORMATION FROM

03:58PM  7      PHARMACIES THAT THOSE DOCTORS WERE POTENTIALLY PRESCRIBING OUT

03:58PM  8      OF THE NORMAL COURSE OF MEDICAL NECESSITY.

03:58PM  9      Q.   AND WHAT TYPES OF INVESTIGATIVE TOOLS DID YOU USE WHEN YOU

03:58PM  10     WERE IN THE DIVERSION TEAM?

03:58PM  11     A.   SO, LIKE I MENTIONED, WE WOULD EITHER -- WE HAD

03:58PM  12     INFORMATION RELATED TO DATABASES OR, YOU KNOW, GENERAL

03:58PM  13     DOCUMENTS OR WE WOULD CONDUCT UNDERCOVER VISITS IN THOSE

03:58PM  14     MEDICAL FACILITIES TO ASSESS WHAT WAS GOING ON.

03:58PM  15     Q.   AND WHAT DO YOU MEAN BY "UNDERCOVER VISITS"?

03:58PM  16     A.   MEANING WE WOULD POSE AS A FICTITIOUS PATIENT IN THAT

03:59PM  17     PRACTICE USING AN UNDERCOVER IDENTITY TO VISIT WITH THAT

03:59PM  18     MEDICAL PROFESSIONAL TO SEE IF THEIR CONDUCT IN ANY WAY ALIGNED

03:59PM  19     WITH WHAT THE ALLEGATION WAS.

03:59PM  20     Q.   AND WHAT WOULD -- WHAT WAS YOUR APPROACH TO OPERATING AS

03:59PM  21     AN UNDERCOVER PATIENT?

03:59PM  22     A.   UM, I WOULD SAY TYPICALLY WE HAD SOME SORT OF UNDERCOVER

03:59PM  23     IDENTITY, AND WE WOULD MAKE AN APPOINTMENT WITH THE PRACTICE

03:59PM  24     UNDER THAT IDENTITY.

03:59PM  25          AND IF WE WERE ABLE TO GET IN AND SEE THAT MEDICAL

03:59PM    1    PROFESSIONAL, WE WOULD JUST KIND OF PRESENT OURSELVES WITH SOME

03:59PM    2    INFORMATION BASED KIND OF ON THE ALLEGATION AND SEE HOW THAT

03:59PM    3    DOCTOR WOULD BASICALLY INTERACT WITH YOU OR RESPOND TO THAT

03:59PM    4    INFORMATION.

03:59PM    5    Q.   DO YOU RECALL APPROXIMATELY HOW MANY UNDERCOVER

03:59PM    6    INVESTIGATIONS YOU PARTICIPATED IN?

03:59PM    7    A.   INVESTIGATIONS OVER TIME I WOULD SAY 14 TO 15.

04:00PM    8    Q.   ARE YOU FAMILIAR WITH AN INDIVIDUAL OR A DOCTOR NAMED

04:00PM    9    DONALD SIAO?

04:00PM   10    A.   YES.

04:00PM   11    Q.   AND HOW ARE YOU FAMILIAR WITH HIM?

04:00PM   12    A.   I WAS ASKED TO BE AN UNDERCOVER PATIENT IN AN

04:00PM   13    INVESTIGATION RELATED TO HIM.

04:00PM   14    Q.   AND DID YOU, IN FACT, ACT AS AN UNDERCOVER IN THAT

04:00PM   15    INVESTIGATION?

04:00PM   16    A.   YES.

04:00PM   17    Q.   AND DO YOU RECALL HOW MANY TIMES YOU DID THAT?

04:00PM   18    A.   IT WAS FIVE TIMES TOTAL.

04:00PM   19    Q.   AND DO YOU SEE DR. DONALD SIAO IN THE COURTROOM TODAY?

04:00PM   20    A.   YES.

04:00PM   21    Q.   AND CAN YOU IDENTIFY HIM JUST BASED ON WHAT HE'S WEARING?

04:00PM   22    A.   HE'S WEARING WHAT APPEARS TO BE A GREY JACKET, A WHITE

04:00PM   23    SHIRT, AND A TIE WITH SOME STRIPES ON IT.

04:00PM   24          MR. KARMEL:  LET THE RECORD SHOW THAT THE WITNESS

04:00PM   25    HAS IDENTIFIED THE DEFENDANT, DONALD SIAO?

04:01PM  1            THE COURT:  THE RECORD WILL SHOW REFLECT.

04:01PM  2     BY MR. KARMEL:

04:01PM  3     Q.   SO LET'S TURN TO THE UNDERCOVER VISITS.

04:01PM  4          DO YOU RECALL THE DATES OF THOSE VISITS?

04:01PM  5     A.   I DO.

04:01PM  6     Q.   AND CAN YOU TELL ME WHAT WAS THE FIRST DATE?

04:01PM  7     A.   SEPTEMBER 19TH, 2017.

04:01PM  8     Q.   AND EXCUSE ME, WHAT, IF ANY, MEDICATION DID YOU RECEIVE ON

04:01PM  9     THAT DATE?

04:01PM  10    A.   AT THAT VISIT HE PRESCRIBED ME 45 TABLETS OF NORCO,

04:01PM  11    10 MILLIGRAM/325 MILLIGRAM.

04:01PM  12    Q.   AND WHEN YOU SAY, "HE PRESCRIBED YOU," WHO ARE YOU

04:01PM  13    REFERRING TO?

04:01PM  14    A.   THE DOCTOR.

04:01PM  15    Q.   AND WHAT IS THE MEDICATION THAT WAS 10/325, NORCO?

04:01PM  16    A.   CORRECT.

04:01PM  17    Q.   AND CAN YOU EXPLAIN WHAT NORCO IS?

04:01PM  18    A.   NORCO IS A SCHEDULE II CONTROLLED SUBSTANCE ALSO KNOWN AS

04:01PM  19    A NARCOTIC, AND IT IS A ACETAMINOPHEN AND HYDROCODONE.

04:02PM  20    Q.   AND TURNING TO THE NEXT VISIT, WHAT WAS THE DATE OF THAT?

04:02PM  21    A.   IT WAS OCTOBER 24TH, 2017.

04:02PM  22    Q.   AND DID YOU RECEIVE MEDICATION ON THAT DATE AS WELL?

04:02PM  23    A.   YES, I DID.

04:02PM  24    Q.   AND CAN YOU TELL US WHAT YOU RECEIVED?

04:02PM  25    A.   I RECEIVED A PRESCRIPTION FOR 60 TABLETS OF NORCO,

04:02PM   1        10 MILLIGRAM/325 MILLIGRAM.

04:02PM   2        Q.   AND WHO WROTE YOU THAT PRESCRIPTION?

04:02PM   3        A.   DR. SIAO.

04:02PM   4        Q.   NOW, RETURNING TO YOUR THIRD VISIT, DO YOU RECALL THE DATE

04:02PM   5        OF THAT VISIT?

04:02PM   6        A.   YES.

04:02PM   7        Q.   AND WHEN WAS IT?

04:02PM   8        A.   IT WAS NOVEMBER 21ST, 2017.

04:02PM   9        Q.   AND DID YOU RECEIVE ANY MEDICATION ON THAT DATE?

04:02PM   10       A.   I RECEIVED TWO PRESCRIPTIONS WRITTEN OUT EACH FOR

04:02PM   11       75 TABLETS OF NORCO, 10 MILLIGRAM/325 MILLIGRAM.

04:02PM   12       Q.   AND CAN YOU EXPLAIN WHY YOU RECEIVED TWO PRESCRIPTIONS?

04:03PM   13       A.   HE WROTE ME WHAT'S CALLED A POST-DATED PRESCRIPTION, THAT

04:03PM   14       IT WAS INTENDED THAT I FILL THAT AT A DIFFERENT DATE.

04:03PM   15       Q.   AND THE PERSON WHO WROTE THIS PRESCRIPTION FOR YOU, THAT

04:03PM   16       WAS DR. DONALD SIAO?

04:03PM   17       A.   YES.  YES.

04:03PM   18       Q.   AND TURNING TO THE FOURTH DATE, THE FOURTH VISIT RATHER.

04:03PM   19       DO YOU RECALL WHAT DATE THAT WAS?

04:03PM   20       A.   YES.

04:03PM   21       Q.   AND CAN YOU TELL US WHEN THAT WAS?

04:03PM   22       A.   IT WAS JANUARY 2ND, 2018.

04:03PM   23       Q.   AND DID DR. SIAO WRITE YOU A PRESCRIPTION ON THAT DATE AS

04:03PM   24       WELL?

04:03PM   25       A.   YES.

BLOXSOM DIRECT BY MR. KARMEL

04:03PM   1   Q.   AND DO YOU RECALL WHAT IT WAS FOR?

04:03PM   2   A.   IT WAS FOR 90 TABLETS OF NORCO,

04:03PM   3   10 MILLIGRAM/325 MILLIGRAM.

04:03PM   4   Q.   AND THEN FINALLY, WHAT WAS THE DATE OF YOUR FIFTH VISIT?

04:03PM   5   A.   IT WAS FEBRUARY 26TH, 2018.

04:03PM   6   Q.   AND DID DONALD SIAO WRITE YOU PRESCRIPTIONS -- EXCUSE ME.

04:03PM   7   AND WHAT, IF ANY, MEDICATION DID DR. SIAO PRESCRIBE TO YOU ON

04:04PM   8   THAT DATE?

04:04PM   9   A.   HE WROTE A PRESCRIPTION FOR 90 TABLETS OF NORCO,

04:04PM   10   10 MILLIGRAM/325 MILLIGRAM AND FOR 30 TABLETS OF XANAX,

04:04PM   11   1 MILLIGRAM.

04:04PM   12   Q.   ALL RIGHT.  SO BEFORE WE GET INTO THE INDIVIDUAL VISITS,

04:04PM   13   CAN YOU EXPLAIN FOR THE JURY WHAT YOUR BACK STORY WAS WHEN YOU

04:04PM   14   WENT TO VISIT DR. SIAO?

04:04PM   15   A.   I HAD AN UNDERCOVER NAME.  IT WAS LACY BLACKWELL.  AND I

04:04PM   16   TOLD HIM I WAS AN INDEPENDENT HAIR DRESSER.

04:04PM   17   Q.   OVER THE COURSE OF THE FIVE VISITS, DID DR. SIAO EVER

04:04PM   18   CONDUCT A PHYSICAL EXAMINATION OF YOU?

04:04PM   19   A.   NO.

04:04PM   20   Q.   OVER THE COURSE OF THE FIVE VISITS, DID DR. SIAO EVER

04:04PM   21   OBTAIN A WAIVER FORM FROM YOU SO HE COULD GET YOUR MEDICAL

04:04PM   22   RECORDS?

04:04PM   23   A.   ON THE FIRST VISIT THERE WAS A NEW PATIENT FORM, AND THERE

04:05PM   24   WAS SOME MEDICAL RELEASE INFORMATION I BELIEVE ON THAT FORM

04:05PM   25   THAT I SIGNED.  I DON'T REMEMBER -- I DON'T RECALL EXACTLY WHAT

04:05PM 1    IT WAS AUTHORIZING BUT --

04:05PM 2    Q.   DID HE EVER REQUEST INFORMATION ABOUT YOUR PRIOR DOCTORS?

04:05PM 3    A.   HE ASKED ME AT CERTAIN POINTS IF I HAD ANY PRIOR

04:05PM 4    HOSPITALIZATIONS OR SEEN ANY SPECIALISTS IN THE PAST.

04:05PM 5    Q.   AND DO YOU KNOW IF HE GOT -- OR IF HE GOT ANY RECORDS

04:05PM 6    ASSOCIATED WITHIN YOUR PRIOR MEDICAL HISTORY?

04:05PM 7    A.   NOT THAT I'M AWARE.

04:05PM 8    Q.   WHAT, IF ANYTHING, DO YOU RECALL THE DEFENDANT SAYING

04:05PM 9    ABOUT THE OPIOID CRISIS?

04:05PM 10   A.   HE MENTIONED SEVERAL TIMES THAT I SAW HIM THAT THE DEA WAS

04:05PM 11   CRACKING DOWN ON OPIOIDS AND THAT HE NEEDED TO JUSTIFY

04:05PM 12   PRESCRIPTIONS, AND TOLD ME TO BE CAREFUL WITH THE

04:06PM 13   PRESCRIPTIONS, AND MENTIONED HE NEEDED TO ASK QUESTIONS BECAUSE

04:06PM 14   OF THE GOVERNMENT OVERSIGHT OF OPIOIDS.

04:06PM 15   Q.   AGENT BLOXSOM, I WOULD LIKE YOU TO JUST TURN TO YOUR FIRST

04:06PM 16   VISIT ON SEPTEMBER 19TH, 2017.  DO YOU RECALL APPROXIMATELY

04:06PM 17   WHEN YOU ARRIVED FOR THAT VISIT?

04:06PM 18   A.   IT WAS MIDMORNING.  I DON'T REMEMBER THE EXACT TIME, BUT

04:06PM 19   IT WAS MIDMORNING.

04:06PM 20   Q.   AND WHEN YOU CONDUCTED THESE UNDERCOVER VISITS, WERE YOU

04:06PM 21   WEARING RECORDING EQUIPMENT?

04:06PM 22   A.   YES, IT WAS AUDIO AND VIDEO RECORDING.

04:06PM 23   Q.   AND THAT WAS EACH VISIT THAT WAS RECORDED?

04:06PM 24   A.   YES.

04:06PM 25   Q.   CAN YOU BRIEFLY DESCRIBE THE BUILDING WHERE DR. SIAO'S

04:07PM  1    OFFICE WAS LOCATED?

04:07PM  2    A.   IT WAS LOCATED WITHIN LIKE A SHOPPING CENTER, IF YOU WILL,

04:07PM  3    AN OUTDOOR SHOPPING CENTER WHERE THERE WAS OTHER BUSINESSES

04:07PM  4    CLOSE BY.  I DON'T RECALL EXACTLY WHAT THOSE BUSINESSES WERE.

04:07PM  5         AND YOU HAD TO GO UP A FEW STAIRS TO GET TO THE FRONT

04:07PM  6    DOORWAY, AND THEN ONCE YOU WALKED INTO THE SUITE, HIS OFFICE

04:07PM  7    WAS UPSTAIRS.

04:07PM  8    Q.   SO WHAT HAPPENED ONCE YOU ARRIVED TO HIS OFFICE?

04:07PM  9    A.   ON THE FIRST VISIT?

04:07PM 10    Q.   THAT'S RIGHT.

04:07PM 11    A.   OKAY.  ONCE I ARRIVED TO THE OFFICE ON THE FIRST VISIT, I

04:07PM 12    WALKED UP INTO THE SUITE, AND THERE WAS A PHARMACY LOCATED

04:07PM 13    WITHIN THE SUITE, EVERGREEN PHARMACY I BELIEVE, TO THE RIGHT.

04:07PM 14         THERE WERE A FEW OTHER WINDOWS WITH PROVIDER'S NAMES

04:07PM 15    LISTED, AND THEN HIS RECEPTION COUNTER.  HIS NAME WAS LISTED

04:07PM 16    OVER THE COUNTER MORE TO THE RIGHT.  AND I CHECKED IN WITH THE

04:07PM 17    RECEPTIONIST.

04:08PM 18    Q.   AND WHAT HAPPENED THEN?

04:08PM 19    A.   THE RECEPTION STAFF TOOK A COPY OF MY UNDERCOVER DRIVER'S

04:08PM 20    LICENSE AND ASKED ME TO FILL OUT SOME PAPERWORK.

04:08PM 21    Q.   DID YOU PAY FOR THE VISIT AT THIS TIME?

04:08PM 22    A.   I DON'T REMEMBER IF IT WAS BEFORE OR AFTER I FILLED OUT

04:08PM 23    THE PAPERWORK, BUT, YES, I PAID FOR THE VISIT.

04:08PM 24    Q.   DO YOU RECALL HOW MUCH YOU PAID?

04:08PM 25    A.   IT WAS $200 CASH.

BLOXSOM DIRECT BY MR. KARMEL

04:08PM 1    Q.    AND WHAT HAPPENED AFTER YOU PAID?

04:08PM 2    A.    THEY PROVIDED ME WITH A WRITTEN RECEIPT.

04:08PM 3    Q.    AND DID YOU THEREIN AFTER WAIT IN THE WAITING ROOM?

04:08PM 4    A.    YES.

04:08PM 5    Q.    AND CAN YOU BRIEFLY DESCRIBE THE WAITING ROOM FOR THE

04:08PM 6    JURY?

04:08PM 7    A.    IT WAS KIND OF AN OPEN AREA IN THE MIDDLE WITH ROWS OF

04:08PM 8    CHAIRS, AND THERE WERE A HANDFUL OF PEOPLE IN THERE, SOME OF

04:09PM 9    THEM POTENTIALLY PHARMACY CUSTOMERS.  AND I WOULD SAY THERE

04:09PM 10   WERE ROWS OF CHAIRS.

04:09PM 11   Q.    AND SO WHAT HAPPENED AFTER THAT?

04:09PM 12   A.    AT SOME POINT A MEDICAL ASSISTANT CALLED ME BACK TO THE

04:09PM 13   EXAM ROOM AREA, IF YOU WILL, AND WE DID STOP IN THE HALLWAY.

04:09PM 14   THERE WAS A SCALE, SO HE TOOK MY HEIGHT AND WEIGHT, AND THEN HE

04:09PM 15   PUT ME IN THE EXAM ROOM, AND IT WAS EXAM ROOM A.

04:09PM 16        AND HE TOOK MY BLOOD PRESSURE AND ASKED ME, I BELIEVE,

04:09PM 17   SOMETHING TO THE EFFECT OF IF I WAS ON ANY CURRENT MEDICATIONS

04:09PM 18   OR IF I WAS ALLERGIC TO ANY MEDICATIONS AND THEN TOLD ME TO

04:09PM 19   WAIT FOR THE DOCTOR TO COME.

04:09PM 20   Q.    SO WHAT HAPPENED AFTER YOU WAITED?

04:09PM 21   A.    HE EVENTUALLY CAME INTO THE EXAM ROOM.

04:09PM 22   Q.    AND WHAT DO YOU RECALL TELLING THE DOCTOR IN THE BEGINNING

04:09PM 23   OF THE CONVERSATION?

04:10PM 24   A.    WHAT I RECALL IS I INTRODUCED MYSELF AND I THINK HE

04:10PM 25   ACKNOWLEDGED THAT I WAS A NEW PATIENT TO HIS PRACTICE, AND I

04:10PM 1     TOLD HIM THAT I HAD HEARD ABOUT HIM THROUGH A CLIENT AND THAT I

04:10PM 2     THINK HER BOYFRIEND WENT TO HIS PRACTICE BEFORE, OR SOMETHING

04:10PM 3     TO THAT EFFECT, AND IT WAS JUST KIND OF SOME INTRODUCTORY KIND

04:10PM 4     OF CONVERSATION.

04:10PM 5     Q.   AND DID YOU EXPLAIN TO HIM THE REASON WHY YOU WERE THERE?

04:10PM 6     A.   YES.

04:10PM 7     Q.   AND WHAT REASON DID YOU GIVE HIM?

04:10PM 8     A.   I TOLD HIM SOMETHING TO THE EFFECT OF I HAD NOT SEEN A

04:10PM 9     DOCTOR IN A WHILE AND I USED TO GET A PRESCRIPTION FOR NORCO

04:10PM 10    AND SO I WAS WANTING TO GET A NORCO PRESCRIPTION.

04:10PM 11    Q.   WHAT DO YOU RECALL TELLING HIM ABOUT WHY YOU NEEDED THE

04:10PM 12    PRESCRIPTION?

04:10PM 13    A.   I TOLD HIM IN ESSENCE THAT I WAS ON MY FEET ALL DAY BEING

04:10PM 14    A HAIRDRESSER, LONG DAYS STANDING ON MY FEET, SO I WANTED A

04:11PM 15    PRESCRIPTION FOR THAT.

04:11PM 16    Q.   ALL RIGHT.  AND DO YOU RECALL ANY OTHER DISCUSSION ABOUT

04:11PM 17    YOUR PHYSICAL CONDITION?

04:11PM 18    A.   YES.

04:11PM 19    Q.   AND CAN YOU TELL US WHAT YOU RECALL?

04:11PM 20    A.   SO AFTER TELLING HIM I WAS ON MY FEET, I THINK HE

04:11PM 21    EXPLORED, OKAY, IS IT YOUR LEGS OR BACK THAT ARE HURTING YOU?

04:11PM 22         AND I SAID NO, NOT REALLY, SOMETHING TO THAT EFFECT.  AND

04:11PM 23    I BELIEVE I SAID, IF ANYTHING, MAYBE SOMETIMES A KNEE WILL

04:11PM 24    HURT.  I SAID THERE'S NO SPECIFIC PAIN, I JUST -- YOU KNOW, YOU

04:11PM 25    CAN MAYBE PUT DOWN MY KNEE.

BLOXSOM DIRECT BY MR. KARMEL

04:11PM 1                AND HE ASKED ME ABOUT MY BACK OR MY ANKLE, AND I SAID NO.

04:11PM 2     AND I THINK HE SAID SOMETHING TO THE EFFECT OF, I'LL JUST PUT

04:11PM 3     DOWN PAIN IN KNEE AND SCATTERED AREAS, OR SOMETHING TO THAT

04:11PM 4     EFFECT.

04:11PM 5     Q.   DID YOU EVER SPECIFY WHICH KNEE YOU WERE REFERRING TO?

04:11PM 6     A.   NO.

04:11PM 7     Q.   DID DR. SIAO EVER CONDUCT A PHYSICAL EXAMINATION?

04:12PM 8     A.   NO.

04:12PM 9     Q.   AND WHAT HAPPENED AT THE END OF THE VISIT?

04:12PM 10    A.   BY THE END OF THE VISIT HE WROTE ME A PRESCRIPTION FOR

04:12PM 11    45 TABLETS OF NORCO, 10 MILLIGRAM/325 MILLIGRAM.

04:12PM 12    Q.   MS. LAM, CAN YOU PLEASE SHOW THE WITNESS WHAT IS MARKED AS

04:12PM 13    GOVERNMENT'S EXHIBIT NUMBER 2.

04:12PM 14         ALL RIGHT.  AGENT BLOXSOM, DO YOU SEE WHAT IS MARKED ON

04:12PM 15    YOUR SCREEN AS GOVERNMENT'S EXHIBIT NUMBER 2?

04:12PM 16    A.   YES.

04:12PM 17    Q.   AND DO YOU RECOGNIZE THIS DOCUMENT?

04:12PM 18    A.   YES.

04:12PM 19    Q.   AND CAN YOU PLEASE TELL THE JURY WHAT IT IS?

04:12PM 20    A.   IT IS A PHOTOCOPY OF THE PRESCRIPTION ISSUED TO ME AT THE

04:13PM 21    FIRST VISIT ON SEPTEMBER 19TH, 2017.

04:13PM 22         MR. KARMEL:  YOUR HONOR, THE GOVERNMENT MOVES TO

04:13PM 23    ADMIT EXHIBIT NUMBER 2 OR GOVERNMENT'S EXHIBIT NUMBER 2 IN

04:13PM 24    EVIDENCE.

04:13PM 25         THE COURT:  ANY OBJECTION?

04:13PM 1      MR. FURSTMAN:  NONE.

04:13PM 2      THE COURT:  IT WILL BE ADMITTED.

04:13PM 3      (GOVERNMENT'S EXHIBIT 2 WAS RECEIVED IN EVIDENCE.)

04:13PM 4      MR. KARMEL:  YOUR HONOR, MAY WE PUBLISH TO THE JURY?

04:13PM 5      THE COURT:  YES.

04:13PM 6      MR. KARMEL:  THANK YOU.

04:13PM 7      MS. LAM, WILL YOU PLEASE SHOW THE WITNESS WHAT IS MARKED

04:13PM 8  AS GOVERNMENT'S EXHIBIT 100.

04:13PM 9      THE CLERK:  COUNSEL, CAN WE PUT --

04:13PM 10     THE COURT:  WHAT EXHIBIT NUMBER IS THIS?  YOU SAID

04:13PM 11 EXHIBIT NUMBER 2 WHEN YOU INTRODUCED IT.  WHAT EXHIBIT IS IT?

04:13PM 12     MR. KARMEL:  OH, I'M SORRY.

04:13PM 13     THE CLERK:  SO THERE'S TWO THINGS GOING ON.  SHE HAS

04:13PM 14 A QUESTION ABOUT WHAT EXHIBIT THAT IS.

04:13PM 15     THE COURT:  WHAT NUMBER?

04:13PM 16     MR. KARMEL:  THE ONE ENTERED NOW OR WHAT WAS JUST

04:14PM 17 ADMITTED.

04:14PM 18     THE COURT:  YOU DID 2.  AND NOW WE'RE MOVING ON TO

04:14PM 19 ANOTHER ONE?

04:14PM 20     THE CLERK:  I'M GOING TO ASK THAT NUMBER 2 BE PUT

04:14PM 21 BACK UP AND --

04:14PM 22     MR. KARMEL:  I'M SORRY, THAT WAS MY FAULT.

04:14PM 23     THE CLERK:  IT TAKES A SECOND TO POP UP.

04:14PM 24     THE COURT:  EXHIBIT 2 IS BEING SHOWN TO THE JURY

04:14PM 25 RIGHT NOW AND IT'S BEEN ADMITTED.

04:14PM   1              MR. KARMEL:  SORRY.

04:14PM   2              THE CLERK:  YES.

04:14PM   3     BY MR. KARMEL:

04:14PM   4     Q.   AGENT BLOXSOM, CAN YOU POINT OUT THE IDENTIFYING

04:14PM   5     INFORMATION ON THE PRESCRIPTION THAT YOU SEE?

04:14PM   6     A.   SO THE NAME IT'S ISSUED TO SAYS LACY BLACKWELL, AND THAT

04:14PM   7     WAS MY UNDERCOVER NAME, AND THE DATE IS LISTED THERE AS

04:14PM   8     SEPTEMBER 19TH, 2017.

04:14PM   9     Q.   PERFECT.  SO, MS. LAM, CAN YOU NOW SHOW THE WITNESS WHAT

04:15PM  10     IS MARKED AS GOVERNMENT'S EXHIBIT 100.

04:15PM  11              AGENT BLOXSOM, DO YOU SEE WHAT IS MARKED AS GOVERNMENT'S

04:15PM  12     EXHIBIT 100 ON YOUR SCREEN?

04:15PM  13     A.   YES, I DO.

04:15PM  14     Q.   AND DO YOU RECOGNIZE THIS DOCUMENT?

04:15PM  15     A.   YES.

04:15PM  16     Q.   AND CAN YOU TELL US WHAT IT IS?

04:15PM  17     A.   THIS WAS THE PRINTED RECEIPT I WAS GIVEN AT THE RECEPTION

04:15PM  18     DESK FOR THE VISIT.  THERE SEEMS TO BE A TYPO, BUT ISSUED TO MY

04:15PM  19     UNDERCOVER NAME FOR $200.

04:15PM  20     Q.   ALL RIGHT.

04:15PM  21              YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT EXHIBIT 100 INTO

04:15PM  22     EVIDENCE.

04:15PM  23              THE COURT:  ANY OBJECTION?

04:15PM  24              MR. FURSTMAN:  NO.

04:15PM  25              THE COURT:  IT WILL BE ADMITTED.

04:15PM    1            (GOVERNMENT'S EXHIBIT 100 WAS RECEIVED IN EVIDENCE.)

04:15PM    2                  MR. KARMEL:  AND, YOUR HONOR, MAY WE PUBLISH THIS TO

04:15PM    3    THE JURY?

04:15PM    4                  THE COURT:  YES.

04:15PM    5    BY MR. KARMEL:

04:15PM    6    Q.   AGENT BLOXSOM, CAN YOU BRIEFLY EXPLAIN WHAT THIS DOCUMENT

04:15PM    7    SHOWS?

04:15PM    8    A.   THE DOCUMENT HAS MY UNDERCOVER IDENTITY.  LIKE I SAID,

04:16PM    9    THERE'S A TYPO IN THE FIRST NAME.  AND THE DATE OF

04:16PM   10    SEPTEMBER 19TH, 2017 AND THE AMOUNT OF $200 CASH.

04:16PM   11    Q.   AGENT BLOXSOM, HAVE YOU PREVIOUSLY REVIEWED WHAT HAS BEEN

04:16PM   12    MARKED AS GOVERNMENT'S EXHIBIT 1A?

04:16PM   13    A.   YES.

04:16PM   14    Q.   AND CAN YOU TELL US WHAT THAT IS?

04:16PM   15    A.   1A IS THE PREAMBLE BEFORE I GO INTO THE APPOINTMENT.

04:16PM   16    Q.   AND JUST TO BACK UP, YOU'VE SAID THAT YOUR UNDERCOVER

04:16PM   17    VISITS WERE RECORDED; IS THAT CORRECT?

04:16PM   18    A.   YES.

04:16PM   19    Q.   AND CAN YOU EXPLAIN HOW THEY WERE RECORDED?

04:16PM   20    A.   CAN YOU CLARIFY YOUR QUESTION?

04:16PM   21    Q.   SURE.  JUST AT A HIGH LEVEL, WHAT KIND OF EQUIPMENT WERE

04:16PM   22    YOU USING?

04:16PM   23    A.   TYPICALLY WE USE LIKE A PHONE THAT CAN DO AUDIO AND VIDEO

04:17PM   24    AND WE HAVE USUALLY A BACK-UP DEVICE THAT CAN USE AUDIO AND

04:17PM   25    VIDEO.

04:17PM   1    Q.   AND FOLLOWING THE VISIT, DID YOU AT ANY TIME REVIEW THE

04:17PM   2    FOOTAGE THAT YOU RECORDED OF THE VISIT?

04:17PM   3    A.   YES.

04:17PM   4    Q.   AND SO TURNING TO --

04:17PM   5         YOUR HONOR, IF I COULD ASK, WE HAVE TWO EXHIBITS NOW THAT

04:17PM   6    ARE EXCERPTS OF VIDEOS.  SHOULD I HAVE THEM ADMITTED TOGETHER

04:17PM   7    OR IN SEQUENCE?

04:17PM   8              THE COURT:  YOU CAN DO BOTH.  IF YOU WANT TO GO

04:17PM   9    AHEAD AND IDENTIFY THE SECOND ONE.

04:17PM  10    BY MR. KARMEL:

04:17PM  11    Q.   SO, AGENT BLOXSOM, STARTING WITH -- HAVE YOU PREVIOUSLY

04:17PM  12    REVIEWED AN EXHIBIT MARKED AS GOVERNMENT EXHIBIT 1A?

04:17PM  13    A.   YES.

04:17PM  14    Q.   AND CAN YOU JUST EXPLAIN AGAIN WHAT THAT IS?

04:17PM  15    A.   I BELIEVE I'M INTRODUCING THE FACT THAT I'M GOING

04:17PM  16    UNDERCOVER AS A PATIENT AT THE PRACTICE.

04:17PM  17    Q.   AND THAT'S A SEGMENT OF THE RECORDING THAT YOU TOOK?

04:17PM  18    A.   YES.

04:17PM  19    Q.   AND THEN HAVE YOU PREVIOUSLY REVIEWED WHAT HAS BEEN MARKED

04:17PM  20    AS GOVERNMENT'S EXHIBIT 1B?

04:18PM  21    A.   YES.

04:18PM  22    Q.   AND CAN YOU EXPLAIN WHAT THAT IS?

04:18PM  23    A.   IT IS A SEGMENT OF THE RECORDING DURING THE PATIENT VISIT

04:18PM  24    WITH THE DOCTOR.

04:18PM  25              MR. KARMEL:  YOUR HONOR, THE GOVERNMENT MOVES TO

04:18PM   1        ENTER INTO EVIDENCE EXHIBITS 1A AND 1B.

04:18PM   2                 THE COURT:  ANY OBJECTION?

04:18PM   3                 MR. FURSTMAN:  NO, YOUR HONOR.

04:18PM   4                 THE COURT:  THEY WILL BOTH BE ADMITTED.

04:18PM   5          (GOVERNMENT'S EXHIBIT 1A AND 1B WERE RECEIVED IN

04:18PM   6    EVIDENCE.)

04:18PM   7                 MR. KARMEL:  YOUR HONOR, WE WOULD ASK TO PUBLISH FOR

04:18PM   8    THE JURY.  WE ALSO HAVE TRANSCRIPTS AVAILABLE.

04:18PM   9                 THE COURT:  YES.

04:18PM  10          LADIES AND GENTLEMEN, I'M GOING TO ALLOW THE UNITED STATES

04:18PM  11    ATTORNEY TO HAND OUT A TRANSCRIPT.  THIS IS ONLY TO AID YOU IN

04:18PM  12    HEARING WHAT IS ON THE TAPE.  WHAT IS ON THE VIDEO IS WHAT

04:18PM  13    CONTROLS, AND WE'RE GOING TO COLLECT THAT TRANSCRIPT BACK AS

04:18PM  14    SOON AS WE'RE DONE.

04:18PM  15                 MS. FLOYD:  MAY I APPROACH?

04:18PM  16                 THE COURT:  YES.  MR. FURSTMAN, YOU HAVE A COPY OF

04:19PM  17    THE TRANSCRIPT?

04:19PM  18                 MR. FURSTMAN:  YES.

04:19PM  19                 THE COURT:  MAY I HAVE A COPY?

04:19PM  20                 MS. FLOYD:  YES.

04:19PM  21                 THE COURT:  THE COURT REPORTER WILL NOT BE TAKING

04:19PM  22    COUNSEL A TRANSCRIPT OF THE VIDEO OR THE AUDIO.  FOR THE

04:19PM  23    RECORD, WE'LL LODGE A COPY OF THE TRANSCRIPT.

04:19PM  24                 MR. KARMEL:  (HANDING.)

04:19PM  25          YOUR HONOR, MAY WE PUBLISH EXHIBIT 1A TO THE JURY?

04:19PM  1          THE COURT:  YES.

04:20PM  2          (VIDEO PLAYING OFF THE RECORD.)

04:20PM  3          MR. KARMEL:  YOUR HONOR, MAY WE NOW PLAY EXHIBIT 1B

04:20PM  4    FOR THE JURY?

04:20PM  5          THE COURT:  YES.

04:20PM  6          (VIDEO PLAYING OFF THE RECORD.)

04:30PM  7    BY MR. KARMEL:

04:30PM  8    Q.   AGENT BLOXSOM, JUST TO CONFIRM, THOSE WERE THE SAME

04:30PM  9    EXHIBITS, 1A AND 1B, THAT YOU PREVIOUSLY REVIEWED?

04:30PM 10    A.   YES.

04:30PM 11    Q.   AND MOVING ON TO YOUR SECOND VISIT, OCTOBER 24TH, 2017.

04:30PM 12         DO YOU RECALL APPROXIMATELY WHEN YOU ARRIVED FOR THAT

04:30PM 13    VISIT?

04:30PM 14    A.   IT WAS SIMILAR, MIDMORNING, LATE TO MIDMORNING.  I DON'T

04:30PM 15    REMEMBER EXACTLY THE TIME.

04:30PM 16    Q.   AND SO WHAT HAPPENED ONCE YOU ARRIVED?

04:30PM 17    A.   SIMILAR TO THE FIRST VISIT.  I WALKED UP TO SUITE 200 AND

04:31PM 18    CHECKED IN WITH THE RECEPTIONIST AT THE SAME RECEPTION COUNTER.

04:31PM 19    Q.   AND, YOU KNOW, I APOLOGIZE.

04:31PM 20         YOUR HONOR, SHOULD I HAVE ASKED TO TAKE THESE TRANSCRIPTS

04:31PM 21    BACK FROM THE JURY?

04:31PM 22          THE COURT:  YES, YOU CAN DO THAT.

04:31PM 23          MR. KARMEL:  I APOLOGIZE.

04:31PM 24          JURORS:  (HANDING.)

04:31PM 25          (PAUSE IN PROCEEDINGS.)

04:31PM  1          MR. KARMEL:  SORRY ABOUT THAT.

04:31PM  2     Q.   WHY DON'T YOU GO AHEAD AND TELL US WHAT HAPPENED ONCE YOU

04:31PM  3     ARRIVED FOR THIS VISIT?

04:31PM  4     A.   I WAS SAYING SIMILAR TO THE FIRST VISIT, I ARRIVED, I

04:31PM  5     WALKED UP TO THE SAME SUITE UP THE STAIRS AND CHECKED IN AT THE

04:32PM  6     RECEPTION COUNTER.

04:32PM  7     Q.   OKAY.  AND WHAT HAPPENED WHEN YOU CHECKED IN?

04:32PM  8     A.   I CHECKED IN AND IT WAS 120 CASH FOR A FOLLOW-UP VISIT.

04:32PM  9     SO I PAID FOR THE VISIT, AND THEY PROVIDED ME WITH A PRINTED

04:32PM  10    RECEIPT.

04:32PM  11    Q.   AND DID YOU THEREAFTER WAIT IN THE WAITING ROOM AGAIN?

04:32PM  12    A.   YES.

04:32PM  13    Q.   AND THEN WHAT HAPPENED?

04:32PM  14    A.   AFTER WAITING FOR SOME TIME, I WAS CALLED BACK BY THE SAME

04:32PM  15    MEDICAL ASSISTANT AS THE FIRST VISIT, AND HE PUT ME IN THE SAME

04:32PM  16    EXAM ROOM.  WE BYPASSED THE HEIGHT AND WEIGHT STATION.  WE WENT

04:32PM  17    STRAIGHT TO THE EXAM ROOM A.

04:32PM  18    Q.   AND WHAT HAPPENED ONCE YOU GOT TO EXAM ROOM A?

04:32PM  19    A.   AS SOON AS HE PUT ME IN, HE JUST HAD ME WAIT FOR THE

04:32PM  20    DOCTOR TO ARRIVE.

04:32PM  21    Q.   OKAY.  ONCE THE DOCTOR ARRIVED, DO YOU RECALL WHAT YOU

04:32PM  22    TOLD HIM WHY YOU WERE THERE?

04:32PM  23    A.   WHEN HE CAME IN, WE SAID HELLO.  HE HAD A CURES PRINTOUT

04:33PM  24    IN HIS HAND.

04:33PM  25    Q.   AND CAN YOU EXPLAIN WHAT A CURES PRINTOUT IS?



04:33PM  1    A.   CURES IS THE CONTROLLED SUBSTANCE UTILIZATION REVIEW AND

04:33PM  2    EVALUATION SYSTEM.  IT'S THE STATE'S PRESCRIPTION MONITORING

04:33PM  3    PROGRAM, AND IT'S A WAY FOR PROVIDERS TO RUN WHAT HAS BEEN

04:33PM  4    PRESCRIBED TO A PATIENT.

04:33PM  5    Q.   AND SO WHAT HAPPENED ONCE HE CAME IN WITH THAT?

04:33PM  6    A.   I JUST NOTICED HE HAD IT IN HIS HAND AND HAD IT WITH HIM.

04:33PM  7    WE SAT DOWN AND JUST KIND OF SAID HELLO.  I TOLD HIM IN ESSENCE

04:33PM  8    THAT I WAS THERE TO SEE HIM AGAIN, BASICALLY FOR A REFILL, AND

04:33PM  9    HE KIND OF REMINDED ME THAT DEA IS LOOKING INTO THESE

04:33PM  10   PRESCRIPTIONS.  AND I TOLD HIM I RAN OUT EARLY AND I WANTED TO

04:33PM  11   INCREASE THE PRESCRIPTION.

04:33PM  12   Q.   DO YOU RECALL WHAT, IF ANYTHING, YOU TOLD HIM ABOUT YOUR

04:33PM  13   PHYSICAL CONDITION THAT REQUIRES THE PRESCRIPTION?

04:34PM  14   A.   I BELIEVE HE ASKED ME TO REMIND HIM I WAS THERE FOR KNEE

04:34PM  15   PAIN, AND I SAID JUST STANDING ON MY FEET ALL DAY AND I THINK

04:34PM  16   HE WAS IN ESSENCE LIKE, OKAY, YEAH.

04:34PM  17   Q.   AND DO YOU RECALL ANY OTHER DISCUSSION ABOUT WHY YOU

04:34PM  18   NEEDED NORCO?

04:34PM  19   A.   NOT THAT I RECALL.

04:34PM  20   Q.   OKAY.  AND WHAT HAPPENED AT THE END OF THAT VISIT?

04:34PM  21   A.   AT THE END OF THE VISIT HE WROTE ME A PRESCRIPTION FOR

04:34PM  22   60 TABLETS OF NORCO.  I'M SORRY, HE WROTE ME THE PRESCRIPTION

04:34PM  23   AND AT THE END WE HAD A LITTLE LONGER DISCUSSION ABOUT

04:34PM  24   ESTABLISHING A CONSISTENT RECORD IF I WANTED TO INCREASE IN THE

04:34PM  25   FUTURE, AND HE MENTIONED HOW OVER TIME HE COULD EVENTUALLY

04:34PM  1    WRITE A POST-DATED PRESCRIPTION AS AN OPTION.

04:35PM  2    Q.   UNDERSTOOD.

04:35PM  3         MS. LAM, COULD YOU PLEASE SHOW THE WITNESS WHAT IS MARKED

04:35PM  4    AS GOVERNMENT'S EXHIBIT 4.

04:35PM  5         AGENT BLOXSOM, DO YOU SEE WHAT IS MARKED AS GOVERNMENT'S

04:35PM  6    EXHIBIT NUMBER 4 ON YOUR SCREEN?

04:35PM  7    A.   YES.

04:35PM  8    Q.   AND DO YOU RECOGNIZE THIS DOCUMENT?

04:35PM  9    A.   YES, I DO.

04:35PM  10   Q.   AND WHAT IS IT?

04:35PM  11   A.   THIS IS THE PRESCRIPTION I WAS GIVEN TO BY DR. SIAO FOR

04:35PM  12   60 TABLETS OF NORCO, 10/325.

04:35PM  13           MR. KARMEL:  YOUR HONOR, THE GOVERNMENT MOVES TO

04:35PM  14   ENTER EXHIBIT NUMBER 4 INTO EVIDENCE.

04:35PM  15           THE COURT:  ANY OBJECTION?

04:35PM  16           MR. FURSTMAN:  NO, YOUR HONOR.

04:35PM  17           THE COURT:  IT WILL BE ADMITTED.

04:35PM  18      (GOVERNMENT'S EXHIBIT 4 WAS RECEIVED IN EVIDENCE.)

04:35PM  19           MR. KARMEL:  YOUR HONOR, MAY WE PUBLISH IT TO THE

04:35PM  20   JURY?

04:35PM  21           THE COURT:  YES.

04:35PM  22   BY MR. KARMEL:

04:35PM  23   Q.   AGENT BLOXSOM, CAN YOU JUST EXPLAIN WHAT WE'RE SEEING ON

04:35PM  24   THE SCREEN HERE?

04:35PM  25   A.   THIS IS THE PRESCRIPTION ISSUED AT THE VISIT WE DISCUSSED

04:36PM   1   ON OCTOBER 24TH, 2017.  IT'S WRITTEN OUT TO MY UNDERCOVER

04:36PM   2   IDENTITY LACY BLACKWELL, AND IT'S A PRESCRIPTION FOR 60 TABLETS

04:36PM   3   OF NORCO, 10/325 MILLIGRAM.

04:36PM   4   Q.   THANK YOU.

04:36PM   5        MS. LAM, CAN YOU PLEASE SHOW THE WITNESS WHAT IS MARKED AS

04:36PM   6   GOVERNMENT'S EXHIBIT 101.

04:36PM   7        AGENT BLOXSOM, DO YOU SEE WHAT IS MARKED ON YOUR SCREEN AS

04:36PM   8   EXHIBIT 101?

04:36PM   9   A.   I DO NOW, YES.

04:36PM  10   Q.   I'M SORRY.  I SHOULD HAVE WAITED.

04:36PM  11        DO YOU RECOGNIZE THIS DOCUMENT?

04:36PM  12   A.   YES.

04:36PM  13   Q.   AND WHAT IS IT?

04:36PM  14   A.   IT'S A PRINTED RECEIPT I RECEIVED WHEN I PAID FOR THE

04:36PM  15   VISIT ON OCTOBER 24TH, 2017.

04:36PM  16        MR. KARMEL:  YOUR HONOR, THE GOVERNMENT MOVES TO

04:36PM  17   ENTER EXHIBIT 101 AS EVIDENCE.

04:36PM  18             THE COURT:  ANY OBJECTION?

04:36PM  19             MR. FURSTMAN:  NO.

04:36PM  20             THE COURT:  IT WILL BE ADMITTED.

04:36PM  21        (GOVERNMENT'S EXHIBIT 101 WAS RECEIVED IN EVIDENCE.)

04:36PM  22             MR. KARMEL:  AND MAY WE PUBLISH TO THE JURY?

04:37PM  23             THE COURT:  YES.

04:37PM  24   BY MR. KARMEL:

04:37PM  25   Q.   AGENT BLOXSOM, CAN YOU PLEASE EXPLAIN WHAT IS BEING SHOWN

04:37PM 1    TO THE JURY?

04:37PM 2    A.   THIS IS THE PRINTED RECEIPT FOR PAYMENT FOR THE VISIT ON

04:37PM 3    OCTOBER 24TH, 2017, IT HAS MY UNDERCOVER IDENTITY,

04:37PM 4    LACY BLACKWELL, AND IT SHOWS I PAID 120 CASH FOR THE VISIT.

04:37PM 5    Q.   AGENT BLOXSOM, WAS THIS VISIT RECORDED AS WELL?

04:37PM 6    A.   YES.

04:37PM 7    Q.   AND FOLLOWING THE VISIT, DID YOU REVIEW THE RECORDING OF

04:37PM 8    THE VISIT?

04:37PM 9    A.   YES.

04:37PM 10   Q.   AND HAVE YOU REVIEWED WHAT HAS BEEN PREVIOUSLY MARKED AS

04:37PM 11   GOVERNMENT'S EXHIBITS 3A AND 3B?

04:37PM 12   A.   YES, I HAVE.

04:37PM 13   Q.   AND CAN YOU TELL US WHAT THEY ARE?

04:37PM 14   A.   3A, SIMILAR TO THE PRIOR RECORDING, IS ME STATING MY NAME

04:37PM 15   AND KIND OF THE PREAMBLE KIND OF PRIOR TO GOING INTO HIS

04:37PM 16   OFFICE; AND 3B IS A SEGMENT OF THE RECORDING THAT SHOWS ME

04:37PM 17   DOING THE VISIT WITH THE DOCTOR.

04:38PM 18        MR. KARMEL:  YOUR HONOR, THE GOVERNMENT MOVES TO

04:38PM 19   ENTER INTO EVIDENCE EXHIBITS 3A AND 3B.

04:38PM 20        THE COURT:  ANY OBJECTION TO EITHER EXHIBIT?

04:38PM 21        MR. FURSTMAN:  NO.

04:38PM 22        THE COURT:  THEY WILL BE ADMITTED.

04:38PM 23   (GOVERNMENT'S EXHIBITS 3A AND 3B WERE RECEIVED IN

04:38PM 24   EVIDENCE.)

04:38PM 25        MR. KARMEL:  YOUR HONOR, MAY WE PROVIDE THE JURY

04:38PM  1    WITH A TRANSCRIPT OF THE EXHIBIT?

04:38PM  2              THE COURT:  YES.

04:38PM  3              MR. KARMEL:  (HANDING.)

04:38PM  4         DOES ANYONE ELSE NEED A TRANSCRIPT?

04:39PM  5         YOUR HONOR, MAY WE PUBLISH EXHIBIT 3A TO THE JURY?

04:39PM  6              THE COURT:  YES.

04:39PM  7         (VIDEO PLAYING OFF THE RECORD.)

04:39PM  8              MR. KARMEL:  YOUR HONOR, MAY WE PUBLISH EXHIBIT 3B

04:39PM  9    TO THE JURY?

04:39PM  10             THE COURT:  YES.

04:39PM  11             MR. KARMEL:  THANK YOU.

04:39PM  12        (VIDEO PLAYING OFF THE RECORD.)

04:50PM  13   BY MR. KARMEL:

04:50PM  14   Q.   JUST TO CONFIRM, AGENT BLOXSOM, THOSE WERE THE SAME

04:50PM  15   EXHIBITS, 3A AND 3B, THAT YOU PREVIOUSLY REVIEWED; IS THAT

04:50PM  16   CORRECT?

04:50PM  17   A.   CAN YOU SAY IT ONE MORE TIME.

04:50PM  18   Q.   I'M SORRY, WERE THOSE THE SAME, JUST TO CONFIRM, THE

04:50PM  19   EXHIBITS 3A AND 3B THAT YOU PREVIOUSLY REVIEWED?

04:50PM  20   A.   YES.

04:50PM  21             THE COURT:  YOU CAN COLLECT THOSE TRANSCRIPTS.

04:50PM  22             MR. KARMEL:  THANK YOU, YOUR HONOR.

04:50PM  23             JURORS:  (HANDING.)

04:51PM  24   BY MR. KARMEL:

04:51PM  25   Q.   AGENT BLOXSOM, NOW TURNING TO YOUR THIRD VISIT,

04:51PM  1    NOVEMBER 21ST, 2017.  DO YOU RECALL ABOUT WHEN YOU ARRIVED TO

04:51PM  2    THE DOCTOR'S OFFICE?

04:51PM  3    A.   I REMEMBER IT WAS LATE MORNING, CLOSER TO NOON, AROUND

04:51PM  4    NOON TIME.

04:51PM  5    Q.   AND WHAT HAPPENED ONCE YOU ARRIVED?

04:51PM  6    A.   SIMILAR TO THE FIRST TWO VISITS, I ARRIVED AND WENT UP TO

04:51PM  7    SUITE 200, CHECKED IN AT THE RECEPTION COUNTER.  I BELIEVE I

04:51PM  8    TOLD THE RECEPTIONIST SOMETHING TO THE EFFECT OF I'M HERE FOR A

04:51PM  9    PRESCRIPTION REFILL AND SHE SAID OKAY.  AND I PAID 120 CASH,

04:51PM  10   AND THEY GAVE ME A PRINTED RECEIPT.

04:51PM  11   Q.   AND THEN WHAT HAPPENED AFTER THAT?

04:51PM  12   A.   THEN I WAITED IN THE WAITING ROOM.

04:51PM  13   Q.   WHAT HAPPENED AFTER YOU WAITED?

04:51PM  14   A.   I WAS CALLED BACK BY THIS SAME MEDICAL ASSISTANT.  WE

04:51PM  15   BYPASSED THE PRE-EXAM HALLWAY AREA AND THIS TIME HE PUT ME IN

04:52PM  16   THE EXAM ROOM B TO WAIT FOR THE DOCTOR.

04:52PM  17   Q.   AND WAS THERE ANY ADDITIONAL PRE-EXAM AFTER THAT?

04:52PM  18   A.   AT THAT VISIT, NO.

04:52PM  19   Q.   OKAY.  SO WHAT HAPPENED AFTER YOU WENT INTO THE EXAM ROOM?

04:52PM  20   A.   I WAITED.

04:52PM  21   Q.   AND WHAT HAPPENED AFTER YOU WAITED?

04:52PM  22   A.   THE DOCTOR CAME IN AT SOME POINT, JUST LIKE THE TIME

04:52PM  23   BEFORE HE HAD A CURES PRINTOUT IN HIS HAND.  HE SAID HELLO AND

04:52PM  24   HE SAT DOWN AT HIS COMPUTER.

04:52PM  25   Q.   DO YOU RECALL ANY DISCUSSION ABOUT WHY YOU WERE THERE THAT

04:52PM  1    DAY?

04:52PM  2    A.   YES.

04:52PM  3    Q.   AND DO YOU WANT TO PLEASE SHARE THAT WITH THE JURY?

04:52PM  4    A.   WHAT I RECALL, I MENTIONED I WANTED TO GET A REFILL ON MY

04:52PM  5    NORCO PRESCRIPTION BEFORE LEAVING THE AREA FOR THE HOLIDAYS.

04:53PM  6    Q.   AND WHAT -- HOW DID HE REACT TO THAT?

04:53PM  7    A.   HE WAS WILLING TO GIVE ME A REFILL.

04:53PM  8    Q.   DO YOU RECALL ANY OTHER DISCUSSION ABOUT WHY YOU NEEDED

04:53PM  9    THE MEDICATION?

04:53PM  10   A.   YES.  I -- WE DISCUSSED AT SOME POINT DOING A POST-DATED

04:53PM  11   PRESCRIPTION BECAUSE I WAS GOING TO BE OUT OF TOWN, AND HE WAS

04:53PM  12   WILLING TO DO THAT.

04:53PM  13        AT SOME POINT I ASKED HIM IF I COULD REFILL THE SECOND OF

04:53PM  14   THE TWO, THE POST-DATED PRESCRIPTION AND INCREASE IT.

04:53PM  15        AND HE GAVE ME SOME INFORMATION ON NOT WANTING TO BECOME

04:53PM  16   DEPENDENT AND HE NEEDED TO JUSTIFY AN INCREASE, SO IT WAS

04:53PM  17   BETTER TO INCREASE THE ONE FOR THAT DAY.  AND WE HAD SOME

04:53PM  18   DISCUSSION ABOUT THAT.

04:53PM  19        AND THEN ULTIMATELY HE ISSUED ME TWO TRANSCRIPTIONS.

04:54PM  20   Q.   AND WERE BOTH PRESCRIPTIONS FOR 75 TABLETS?

04:54PM  21   A.   YES.

04:54PM  22   Q.   AND DO YOU RECALL ANY DISCUSSION OF YOUR PHYSICAL

04:54PM  23   CONDITION THAT DAY?

04:54PM  24   A.   YES.  I RECALL HIM ASKING ME TO REMIND HIM WHAT I WAS

04:54PM  25   THERE FOR, AND BEFORE WE KIND OF WENT INTO IT HE SAID SOMETHING

04:54PM   1    TO THE EFFECT OF, OH, OCCASIONAL, THAT'S RIGHT, SOMETHING LIKE

04:54PM   2    THAT.

04:54PM   3        AND AFTER HE WROTE UP THE PRESCRIPTIONS, HE SAID SOMETHING

04:54PM   4    TO THE EFFECT OF I'M JUST GOING TO PUT DOWN THAT YOU'RE

04:54PM   5    EXPERIENCING MORE PAIN IN THE COLD WEATHER, SOMETHING TO THAT

04:54PM   6    EFFECT.

04:54PM   7    Q.   AND THEN WHAT HAPPENED AT THE END OF THIS VISIT?

04:54PM   8    A.   HE GAVE ME THE TWO PRESCRIPTIONS FOR 75 NORCO, ONE POST

04:54PM   9    DATED.

04:54PM  10    Q.   MS. LAM, COULD YOU PLEASE SHOW THE WITNESS WHAT IS MARKED

04:54PM  11    AS GOVERNMENT'S EXHIBIT 6.

04:55PM  12        AGENT BLOXSOM, DO YOU SEE WHAT IS ON YOUR SCREEN MARKED AS

04:55PM  13    GOVERNMENT'S EXHIBIT 6?

04:55PM  14    A.   YES.

04:55PM  15    Q.   AND DO YOU RECOGNIZE THIS DOCUMENT?

04:55PM  16    A.   YES, I DO.

04:55PM  17    Q.   AND WHAT IS IT?

04:55PM  18    A.   THIS IS ONE OF THE TWO PRESCRIPTIONS.  THIS IS A

04:55PM  19    PRESCRIPTION FOR 75 TABLETS, NORCO, 10/325 ISSUED TO MY

04:55PM  20    UNDERCOVER NAME LACY BLACKWELL ON NOVEMBER 21, 2017.

04:55PM  21        MR. KARMEL:  YOUR HONOR, THE GOVERNMENT MOVES IN

04:55PM  22    EXHIBIT NUMBER 6.

04:55PM  23        THE COURT:  ANY OBJECTION?

04:55PM  24        MR. FURSTMAN:  NO, YOUR HONOR.

04:55PM  25        THE COURT:  IT WILL BE ADMITTED.

04:55PM  1          (GOVERNMENT'S EXHIBIT 6 WAS RECEIVED IN EVIDENCE.)

04:55PM  2                MR. KARMEL:  YOUR HONOR, MAY WE PUBLISH TO THE JURY?

04:55PM  3                THE COURT:  YES.

04:55PM  4     BY MR. KARMEL:

04:55PM  5     Q.  AGENT BLOXSOM, NOW THAT THIS IS BEING SHOWN TO THE JURY,

04:55PM  6     COULD YOU PLEASE DESCRIBE THIS DOCUMENT?

04:55PM  7     A.  THIS WAS ONE OF THE TWO PRESCRIPTIONS WRITTEN AT THIS

04:55PM  8     VISIT BY DR. SIAO ISSUED TO MY UNDERCOVER NAME LACY BLACKWELL,

04:56PM  9     AND IT'S DATED NOVEMBER 21ST, 2017 FOR 75 TABLETS OF NORCO,

04:56PM  10    10/325.

04:56PM  11    Q.  THANK YOU.

04:56PM  12          MS. LAM, WOULD YOU PLEASE SHOW THE WITNESS WHAT HAS BEEN

04:56PM  13    MARKED AS GOVERNMENT'S EXHIBIT NUMBER 7.

04:56PM  14          AGENT BLOXSOM, DO YOU SEE WHAT IS MARKED AS GOVERNMENT'S

04:56PM  15    EXHIBIT NUMBER 7 ON YOUR SCREEN?

04:56PM  16    A.  I DO.

04:56PM  17    Q.  AND DO YOU RECOGNIZE THIS DOCUMENT?

04:56PM  18    A.  YES.

04:56PM  19    Q.  AND WHAT IS IT?

04:56PM  20    A.  THIS IS WHAT I WOULD REFER TO AS THE POST-DATED

04:56PM  21    PRESCRIPTION ALSO ISSUED AT THE SAME VISIT.

04:56PM  22          IT SAYS DO NOT FILL UNTIL 12-21-17, AND IT WAS ISSUED ON

04:56PM  23    11-21-17 TO LACY BLACKWELL FOR NORCO TABLETS, 10/325.

04:56PM  24                MR. KARMEL:  YOUR HONOR, THE GOVERNMENT MOVES TO

04:56PM  25    ADMIT GOVERNMENT'S EXHIBIT NUMBER 7.

04:56PM 1            THE COURT:  ANY OBJECTION?

04:56PM 2            MR. FURSTMAN:  NO.

04:57PM 3            THE COURT:  IT WILL BE ADMITTED.

04:57PM 4        (GOVERNMENT'S EXHIBIT 7 WAS RECEIVED IN EVIDENCE.)

04:57PM 5            MR. KARMEL:  AND MAY WE PUBLISH TO THE JURY?

04:57PM 6            THE COURT:  YES.

04:57PM 7    BY MR. KARMEL:

04:57PM 8    Q.   AGENT BLOXSOM, NOW THAT THE JURY CAN SEE THE EXHIBIT,

04:57PM 9    COULD YOU PLEASE DESCRIBE WHAT YOU SEE ON THERE?

04:57PM 10   A.   YES.  THIS IS THE SECOND PRESCRIPTION WRITTEN AND GIVEN TO

04:57PM 11   ME AT THIS VISIT ON NOVEMBER 21ST, 2017, ISSUED TO MY

04:57PM 12   UNDERCOVER IDENTITY LACY BLACKWELL.  IT HAS THE MESSAGE "DO NOT

04:57PM 13   FILL UNTIL 12-21-17" BECAUSE IT IS A POST-DATED PRESCRIPTION,

04:57PM 14   AND IT'S FOR 75 TABLETS OF NORCO, 10/325.

04:57PM 15   Q.   THANK YOU.

04:57PM 16       YOUR HONOR, THE NEXT EXHIBITS ARE VIDEOS AGAIN.

04:57PM 17           THE COURT:  ALL RIGHT.  THIS WOULD BE A GOOD PLACE

04:57PM 18   TO STOP THEN.  OKAY.  WE HAVE REACHED THE END OF OUR COURT DAY

04:57PM 19   TODAY.  TOMORROW WE ARE GOING TO RETURN.

04:57PM 20       ON TUESDAYS I HAVE MY CRIMINAL CALENDAR, SO WE'RE GOING TO

04:58PM 21   START A LITTLE BIT LATER.  LET'S START AT 10:00 TOMORROW.

04:58PM 22       WHAT TIME SHOULD THE JURY ARRIVE?

04:58PM 23           THE CLERK:  BY 9:45.

04:58PM 24           THE COURT:  IF YOU WOULD ARRIVE BY 9:45 AT THE

04:58PM 25   SECOND FLOOR JURY ROOM AND THEN STAY THERE UNTIL TIFFANY COMES

04:58PM 1      TO GET YOU AND COME UP TOGETHER.  WE WILL START AT 10:00

04:58PM 2      PROMPTLY TOMORROW.

04:58PM 3          I'LL ASK YOU TO LEAVE YOUR BADGES AND YOUR NOTES ON THE

04:58PM 4      CHAIR THERE.  LET ME REMIND YOU YOU'RE NOT TO FORM OR EXPRESS

04:58PM 5      ANY OPINIONS IN THE CASE, YOU'RE NOT TO DO ANY RESEARCH OR

04:58PM 6      INVESTIGATION OR TALK TO ANYONE ABOUT ANYTHING IN REGARD TO THE

04:58PM 7      CASE.

04:58PM 8          HAVE A GOOD EVENING, AND I'LL SEE YOU IN THE MORNING.

04:59PM 9          DO YOU WANT THEM TO GO OUT THE BACK ROOM OR THE JURY ROOM?

04:59PM 10              THE CLERK:  THIS ROOM.

04:59PM 11              THE COURT:  THE JURY ROOM.

04:59PM 12          (JURY OUT AT 4:59 P.M.)

04:59PM 13              THE COURT:  ALL RIGHT.  PLEASE BE SEATED EVERYONE.

04:59PM 14          AGENT BLOXSOM, YOU'RE WELCOME TO STEP DOWN FROM THE

04:59PM 15      WITNESS STAND.

04:59PM 16          THANK YOU.  ALL RIGHT.  I JUST HAVE TWO QUICK MATTERS.

04:59PM 17          HAVE YOU RESOLVED THE ISSUE ON THE DEFENSE WITNESS EXPERT

04:59PM 18      DISCLOSURE?

04:59PM 19              MR. KARMEL:  YOUR HONOR, WE'VE BEEN INFORMED THERE'S

04:59PM 20      NO EXPERT FROM THE DEFENSE.

04:59PM 21              THE COURT:  THEN IT'S RESOLVED; IS THAT CORRECT?

04:59PM 22              MR. FURSTMAN:  YES, YOUR HONOR.

04:59PM 23              THE COURT:  OKAY.  THE OTHER ISSUE I WANTED TO

05:00PM 24      ADDRESS, AND I KNOW YOU'LL HAVE TO TAKE A LOOK AT THIS.

05:00PM 25          THANK YOU, MS. FLOYD, FOR THE JURY INSTRUCTIONS.

05:00PM  1      ON INSTRUCTION 46 ON LINE 13, I THINK YOU JUST MISSED A

05:00PM  2  COUPLE OF WORDS THERE:  YOU SAY THAT UNAUTHORIZED MANNER MEANS

05:00PM  3  THAT THE DISTRIBUTION OF THE CONTROLLED SUBSTANCE WAS OUTSIDE

05:00PM  4  OF THE USUAL COURSE AND WITHOUT LEGITIMATE MEDICAL PURPOSE.

05:00PM  5      COURSE OF WHAT?  I THINK IN THE EARLIER INSTRUCTION YOU

05:00PM  6  HAD IT IDENTIFIED.  I THINK IT WAS COURSE OF PROFESSIONAL

05:00PM  7  SOMETHING.

05:00PM  8          MS. FLOYD:  PROFESSIONAL PRACTICE.  SORRY ABOUT

05:00PM  9  THAT, YOUR HONOR.

05:00PM  10          THE COURT:  OKAY.  IF YOU COULD JUST WOULD MODIFY

05:00PM  11  THAT AND SEND ME THAT ONE INSTRUCTION, I WOULD APPRECIATE IT.

05:01PM  12      I THINK THAT WAS THE ONLY THING I NOTICED.

05:01PM  13      I DID NOTICE THAT YOU HAVE PREPARED SEPARATE INSTRUCTIONS

05:01PM  14  FOR LIMITED PURPOSE TESTIMONY.  YOU HAVE TO ALERT ME WHEN YOU

05:01PM  15  WANT ME TO GIVE ANY OF THOSE INSTRUCTIONS, I HAVE THEM RIGHT

05:01PM  16  HERE.  I DON'T THINK AGENT BLOXSOM HAS IDENTIFIED ANYTHING THAT

05:01PM  17  IS NOT THE CHARGED CONDUCT SO FAR; IS THAT CORRECT?

05:01PM  18          MR. KARMEL:  SHE HAS, YOUR HONOR.  THOSE VISITS THAT

05:01PM  19  SHE DISCUSSED ARE NOT THE CHARGED VISITS.

05:01PM  20          THE COURT:  OKAY.

05:01PM  21          MR. KARMEL:  FOR EACH UNDERCOVER OFFICER IT'S ONLY

05:01PM  22  ONE OF THE FIVE OR ONE OF THE FOUR VISITS THAT ARE CHARGED.

05:01PM  23          THE COURT:  SO I HAVE NO IDEA.  I CAN'T COMPARE THE

05:01PM  24  SUPERSEDING INDICTMENT TO THE TESTIMONY.  AND SO I GUESS IN THE

05:01PM  25  MORNING WE'RE GOING TO HAVE TO DO THIS.  YOU HAVE NOT

05:02PM 1    IDENTIFIED WHICH ONES THEY ARE IN THE JURY INSTRUCTION.  I

05:02PM 2    DON'T EVEN KNOW WHAT TO TELL THE JURY.

05:02PM 3              MR. KARMEL:  WHICH ACTS ARE THE UNCHARGED ACTS?

05:02PM 4              THE COURT:  RIGHT.  SO YOU'VE NUMBERED THEM, THERE

05:02PM 5    ARE FIVE VISITS, AND SO WE CAN CERTAINLY IDENTIFY THEM FOR THE

05:02PM 6    JURY AS VISITS, WHICHEVER ARE THE SUBJECT OF THE LIMITED

05:02PM 7    PURPOSE.  BUT YOU WENT TO A LOT OF TROUBLE TO PREPARE THESE

05:02PM 8    INSTRUCTIONS, AND I DIDN'T KNOW HOW YOU WERE DOING THIS.  I

05:02PM 9    DIDN'T REALIZE IT WAS ONE VISIT.  I THOUGHT IT WAS THE ENTIRE

05:02PM 10   PATIENT EXPERIENCE.

05:02PM 11             MR. KARMEL:  THAT WAS OUR MISTAKE FOR NOT THINKING

05:02PM 12   TO FLAG THAT FOR YOUR HONOR BEFORE THE TESTIMONY.

05:02PM 13             THE COURT:  OKAY.  SO YOU KNOW WHAT THE TESTIMONY IS

05:02PM 14   GOING TO BE, AND I'M JUST LIKE THE JURY, I HEAR IT THE FIRST

05:02PM 15   TIME.  I HAVE NO IDEA.  OKAY?  AND THAT GOES FOR ALL OF THESE.

05:03PM 16   THERE'S JUST NOTHING I CAN DO.  IT'S NOT A PROBLEM TO INSTRUCT

05:03PM 17   THE JURY TOMORROW MORNING, BUT WHEN YOU COME IN, YOU HAVE TO

05:03PM 18   TELL ME EXACTLY WHAT TO SAY AS THE PREAMBLE AS TO WHICH IS THE

05:03PM 19   UNCHARGED CONDUCT.

05:03PM 20        SO I CAN SAY YOU HAVE HEARD AND WILL HEAR THAT HE

05:03PM 21   PRESCRIBED CONTROLLED SUBSTANCES, AND THEN YOU WROTE AND YOU

05:03PM 22   HIGHLIGHTED SOME OF WHICH ARE NOT CHARGED.  WELL, WE NEED TO

05:03PM 23   KNOW WHICH ONES ARE NOT CHARGED.

05:03PM 24        SO IF YOU WOULD FIX ALL OF THIS SERIES OF THE INSTRUCTION

05:03PM 25   SO I KNOW EXACTLY WHAT TO SAY TO THEM, OKAY, THAT WOULD BE VERY

05:03PM  1      HELPFUL?

05:03PM  2             OKAY.  SO THOSE WERE ON MY LIST.

05:03PM  3             MR. KARMEL, MS. FLOYD, ANY OTHER ISSUES YOU WANTED TO

05:03PM  4      ADDRESS THIS EVENING?

05:03PM  5             MS. FLOYD:  I DON'T BELIEVE SO, YOUR HONOR.

05:03PM  6             THE COURT:  ALL RIGHT.  MR. FURSTMAN, ANYTHING YOU'D

05:03PM  7      LIKE TO ADDRESS?

05:03PM  8             MR. FURSTMAN:  NO, YOUR HONOR.

05:03PM  9             THE COURT:  ALL RIGHT.  I PROBABLY COULD BE

05:03PM  10     AVAILABLE BEFORE 10:00 TOMORROW.  IS THERE ANY NEED?

05:04PM  11            MS. FLOYD:  I DON'T BELIEVE SO, YOUR HONOR.

05:04PM  12            THE COURT:  THAT'S EXCELLENT.  OKAY.  THEN WE WILL

05:04PM  13     BE READY TO START PROMPTLY AT 10:00 O'CLOCK TOMORROW MORNING.

05:04PM  14     GOOD.  I THINK THAT'S EVERYTHING FOR TODAY.  THANK YOU ALL.

05:04PM  15            MR. KARMEL:  THANK YOU.

05:04PM  16            THE CLERK:  COURT IS ADJOURNED.

05:04PM  17          (COURT ADJOURNED AT 5:04 P.M.)

18

19

20

21

22

23

24

25

1

2

3                    CERTIFICATE OF REPORTER

4

5

6

7           I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11          THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16                    IRENE RODRIGUEZ, CSR, RMR, CRR
                      CERTIFICATE NUMBER 8074
17

18                    DATED:  JULY 8, 2023

19

20

21

22

23

24

25