Daniel B. Olmos (SBN 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
600 University Avenue
Palo Alto, California  94301
650/326-2980 – Telephone
650/326-9704 – Facsimile
Email: dolmos@nbo.law

Attorney for Defendant
Donald Siao

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | Case No.: 5:21-cr-00267-BLF |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE** |
| DONALD SIAO, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorneys Amani Floyd and Dan Karmel, and Defendant Donald Siao, through undersigned counsel, that the November 7, 2023, sentencing hearing in this matter be continued to February 27, 2024.  The reason for this request is that the Probation Office needs additional time to prepare its Presentence Report.

For the foregoing reasons, the parties stipulate to continue the sentencing hearing to February 27, 2024.

//

IT IS SO STIPULATED:

Dated: October 25, 2023         NOLAN BARTON OLMOS & LUCIANO LLP

                                 */s/ Daniel B. Olmos*
                                Daniel B. Olmos
                                Attorney for Defendant Donald Siao

Dated: October 25, 2023         ISMAIL J. RAMSEY
                                United States Attorney

                                By:   */s/ Dan Karmel*
                                Amani S. Floyd
                                Dan M. Karmel
                                Assistant United States Attorneys

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>   v.<br><br>DONALD SIAO,<br><br>        Defendant. | Case No.: 5:21-cr-00267-BLF<br><br>**[PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the sentencing hearing in this matter be continued to February 27, 2024.

IT IS SO ORDERED.

Dated: _____

                                  The Hon. Beth Labson Freeman
                                  United States District Judge