# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>   v.<br><br>DONALD SIAO,<br><br>            Defendant. | Case No. 21-cr-00267-BLF-1<br><br>**ORDER GRANTING STIPULATION AND DIRECTING THE PARTIES TO ADVISE THE COURT RE DEFENDANT'S MOTION FOR A NEW TRIAL**<br><br>[Re ECF No. 111] |

Before the Court is the parties' stipulation to continue the sentencing hearing currently scheduled for November 7, 2023 to February 27, 2024. ECF No. 111. The parties state that the reason for the request is that the Probation Office needs additional time to prepare its Presentence Report. *Id.*

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the sentencing hearing in this matter be continued to February 27, 2024 at 9:00 a.m. Furthermore, the Parties are directed to advise the Court as to whether either side requests argument on Dr. Siao's Motion for a New Trial. ECF No. 108. If either side would like a hearing, the Court will conduct a hearing on the motion on November 7, 2023 at 9:00 a.m. The Parties SHALL notify the Court of any request for a hearing by **November 2, 2023**.

**IT IS SO ORDERED.**

Dated: October 27, 2023

_____
BETH LABSON FREEMAN
United States District Judge