Daniel B. Olmos (SBN 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
600 University Avenue
Palo Alto, California  94301
650/326-2980 – Telephone
650/326-9704 – Facsimile
Email: dolmos@nbo.law

Attorney for Defendant
Donald Siao

**GRANTED**
*Judge Beth Labson Freeman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:21-cr-00267-BLF |
| Plaintiff, | |
| vs. | **REQUEST FOR ORAL ARGUMENT** |
| DONALD SIAO, | |
| Defendant. | |

Defendant Donald Siao, by and through his attorney Daniel B. Olmos, respectfully requests oral argument for Defendant's Motion for New Trial to be heard on November 7, 2023, at 9:00 a.m.

Respectfully submitted,

Dated: November 1, 2023          NOLAN BARTON OLMOS & LUCIANO, LLP

   /s/ Daniel B. Olmos
Daniel B. Olmos
Attorney for Defendant Donald Siao