UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**Date:** November 7, 2023          **Time:** 9:05 – 9:33          **Judge:** BETH LABSON FREEMAN

Total Time: 28 Minutes

**Case No.**: 5:21-cr-00267-BLF-1     **Case Name:** UNITED STATES v. Siao

**Attorney for Plaintiff:** Amani Floyd, Dan Karmel
**Attorney for Defendant:** Daniel Olmos, Christopher Wheless for Donald Siao – P/NC
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Tiffany Salinas-Harwell          **Reported by:** Lee-Anne Shortridge
**Interpreter:** N/A                              **Probation Officer:** N/A

PROCEEDINGS

**MOTION HEARING**

**Motion Hearing held re: Dkt #108 Motion for New Trial.**

**Oral Argument heard.  The Court takes the matter under submission.**

///

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

                                                                    Courtroom Deputy